# Exhibit "C"

4747-20 Nesconset Highway
Port Jefferson, NY 11776

August 21, 2015

**Vikram Grover**
**111 N 4th Ave.**
**St Charles, IL 60174**

Dear Vik,

On behalf of the shareholders of Net Savings Link ("NSL"), I am pleased to extend to you this offer to join our company. NSL holds core technologies that are enabling us to build a truly innovative and remarkable business and your role will be a critical one in ensuring its success.

This letter is a formal offer to you to join Net Savings Link as Director of Corporate Finance. You will report primarily to Steven Baritz, CEO.

In this role, you will work with strategic partners and new customers building new business avenues for Net Savings Link and its strategic partners, both in existing product arenas and in new directions. As such, you can provide critical insight to guide financing and marketing strategies, product development plans and business forecasts. We envision three specific areas of responsibility:

Financial projects and product development actions. In this role, your financial experience and knowledge will apply directly to the Company's execution in capital raising. This will likely transcend both Net Savings Link's internal organization and strategic partners. Contributions to existing projects as well as leadership of new projects are expected.

New business pursuits, especially in strategic relationships and mergers and acquisitions. In this role, three specific contributions are envisioned: (1) Expanding the company's opportunities for capital raises. Convertible debenture and equity-linked capital will be a primary focus. (2) Relationships with other companies for channel development. Utilizing mergers and acquisitions to bolster Net Savings Link along with potential joint ventures and partnerships. (3) Actions to deliver further value from technology and capability acquired from a company we may merge into Net Savings Link later this year – Go Green LED.

4747-20 Nesconset Highway
Port Jefferson, NY 11776

Your involvement and engagement with partners and related development actions will be key to maximizing company growth, minimizing costs and leveraging key capabilities broadly. We expect this to include ongoing development and extension of the company's product roadmap and strategy, notably for lead generation tools for our customers.

It is expected that each of your responsibilities may require travel, plus direct interface with investors and MA&JV candidates around the United States. Of course, responsibilities and breadth of your assignment will positively reflect both your own initiative and the company's needs.

As Director of Corporate Finance, your reporting is intended to facilitate your effective and efficient contributions to the Company. We anticipate that your immediate and significant contributions will be primarily financial advisory work. These will likely derive from your understanding of market requirements, and in investor liaisons. Because these actions are primarily in capital markets, your primary reporting is to Steven Baritz, CEO. However, a critical part of your role will be identifying new venues for the company to accelerate sales growth, utilizing every element of our collective capability.

For this aspect, you will have collateral reporting to me as CEO.
Your compensation will be determined on a monthly basis based on performance, and as such we will bring you aboard as a 10-99. Under our framework, you will receive 5% of the diluted shares of NSAV payable on closing of our strategic expansion agreement with Go Green LED later this year. You may also receive incentive stock options (ISOs) to purchase TBD amount shares of common stock.

We look forward to a long, productive, and enjoyable working relationship. As an at-will employer, however, you have the right to terminate your employment with Net Savings Link at any time and for any reason whatsoever simply by notifying the Company. Net Savings Link, likewise, has the same right. This at-will employment relationship cannot be changed except in a writing signed by the appropriate Company officer.

As a Net Savings Link employee, you will be expected to abide by Company rules and regulations and acknowledge in writing that you have read the Company's new hire documents. As an employee of the Company, you agree that you will not bring onto Company premises any unpublished documents or property belonging to any former employer or other person to whom you have an obligation of confidentiality.

2

4747-20 Nesconset Highway
Port Jefferson, NY 11776

As an employee of Net Savings Link, you confirm your representations to us that:

    (i)    You are not a party to any employment agreement or other contract or arrangement that prohibits your full time employment with Net Savings Link,

    (ii)    You will not disclose any trade secret or confidential information to any third party regarding Net Savings Link, and

    (iii)    You do not know of any conflict that would restrict your employment with Net Savings Link.

We are very excited about the prospect of you joining the team and we look forward to a long and rewarding relationship. Vik, we are convinced that your experience, professional knowledge, talents, skills and energy are an excellent match with Net Savings Link. I believe that our organization offers you a unique, challenging and potentially rewarding opportunity for personal, intellectual and professional growth. We look forward to your positive acceptance of this offer.

Yours very sincerely,

**Net Savings Link**
**Steven Baritz**
**CEO**

**Vikram Grover**
**Director, Corporate Finance**

3