# Exhibit "D"

| | |
|---|---|
| **From:** | Vik Grover, CFA |
| **To:** | "James Tilton" |
| **Cc:** | "Baritz.Steven@Gmail.com" |
| **Subject:** | RE: NSAV cap table and analysis for 14C and FINANCIAL SERVICES TARGET.xls |
| **Date:** | Saturday, November 07, 2015 12:05:00 PM |

Ok, can you resend please, thanks, sounds good, would like to see something binding though, you can't get a $5MM note and control of the vehicle without proper consideration, Steven and I would be sued by shareholders.

Vik Grover, CFA
IX Advisors
(212) 731-4806 (direct)

-----Original Message-----
From: James Tilton [mailto:jamtilton@yahoo.com]
Sent: Saturday, November 07, 2015 10:39 AM
To: CFAVik Grover <vikgrover@att.net>
Cc: Baritz.Steven@Gmail.com
Subject: Re: NSAV cap table and analysis for 14C and FINANCIAL SERVICES TARGET.xls

Vik,

I think I sent you the complete details of the two pension companies we own. We are planning a role up of some of the 90 or so mom and pop pension companies in the UK.

I also told you that we may put in some of the Wilton companies that are related to financial services. We are building a financial services company, not only a pension company.

All of our companies are audited according to UK GAAP, which is similar to US GAAP. Of course, John Malone will have to consolidate with NSAV, but as Steven said, we have until the end of February or the middle of March with the extension for the 10K.

Hope the above helps.

Thanks.

James


--------------------------------------------
On Sat, 11/7/15, Vik Grover, CFA <vikgrover@att.net> wrote:

 Subject: Re: NSAV cap table and analysis for 14C and FINANCIAL SERVICES
  TARGET.xls
 To: "James Tilton" <jamtilton@yahoo.com>, "Steven Baritz" <Baritz.Steven@Gmail.com>
 Date: Saturday, November 7, 2015, 2:07 PM


 You can't get control of the vehicle without us  knowing what's going in.  That won't  work.


 Sent from my T-Mobile
 4G LTE Device

-------- Original message --------
From: James Tilton <jamtilton@yahoo.com>
Date: 11/07/2015 3:40 AM (GMT-06:00)
To: Steven Baritz <Baritz.Steven@Gmail.com>, CFAVik Grover <vikgrover@att.net>
Cc: "James A. Tilton" <jamtilton@yahoo.com>

Subject: Re: NSAV cap table and analysis for 14C and FINANCIAL SERVICES TARGET.xls

Steven and Vik,

I am sure we can do something with the debt. Either pay it all at once or part first and the rest asap. I'll let Bruce deal with that.

For my part, Steven, you were worried about our commitment.
Wilton Group's accounting and legal staff will do the 10Q immediately to get back to current again. For the auditing and legal, we will keep old friend John Malone and Bruce seems to like Conrad.

We will commit in writing to do something with the company and put in something of substantial value. W

We will file an application with OTCQB as soon as we are qualified.

We will formalize the deal with you and Vik to make sure you are compensated and protected.

Again, Wilton Group is a licensed investment banker in the U.K. and licensed auditors, tax advisers, accountants in the UK, Ireland, Isle of Man, Dubai, ect. We are fully insured internationally. If we ever even attempted to not abide by a contract with a public company, even and especially in the U.S., this would put our whole international group at risk.

You are in good hands with us.

Let's start the documentation Monday, regardless of how Bruce's talk with JR goes.

I will be available by email all weekend. However, I may not be able to reply for a few hours.

Thanks.

James


-------------------------------------------
On Sat, 11/7/15, Vik Grover, CFA <vikgrover@att.net> wrote:

Subject: NSAV cap table and analysis for 14C and FINANCIAL SERVICES TARGET.xls
To: "Steven Baritz" <Baritz.Steven@Gmail.com>
Cc: "James A. Tilton" <jamtilton@yahoo.com>
Date: Saturday, November 7, 2015, 3:00 AM

Further refined cap table