# Exhibit "E"

| | |
|---|---|
| **From:** | Vik Grover, CFA |
| **To:** | "James Tilton"; "Baritz.Steven@Gmail.com" |
| **Subject:** | RE: Hartley SAS Ltd and The Lifetime SIPP Company |
| **Date:** | Wednesday, November 11, 2015 8:06:00 PM |

Can we get an update on your interest and timeline tomorrow? I believe Steven wants to get proposals in by Friday so he can make an informed decision with his Board by Monday.

Vik Grover, CFA
IX Advisors
(212) 731-4806 (direct)

-----Original Message-----
From: James Tilton [mailto:jamtilton@yahoo.com]
Sent: Saturday, November 07, 2015 1:15 PM
To: vikgrover@att.net; Baritz.Steven@Gmail.com
Subject: Hartley SAS Ltd and The Lifetime SIPP Company

Vik and Steven,

I think to make these companies part of NSAV officially, they have to be audited by John Malone and a consolidated 8K must be filed. That is why it is good we have until February or March to file the 10K.

I'm not sure what you mean by binding. We can have a contract and to protect you and Steve, it states that if after the audit something is not quite right, Wilton can stipulate to replace these companies with something of equal or greater value.

Please remember, we will be spending money from day one for the 10Q, the audit, $ 15K to join OTC Markets QB, IR, settling the debt, ect. In addition, you guys will have your deal in place.

We (Wilton Group http://www.wiltongroup.com ) own these companies. In time we could possibly put in several other related businesses that Wilton owns.

Two pension fund companies in England. They manage combined assets of $ 1 billion. As I told you, they are similar to an IRA and not a 401K.

Please see the attached documents which relate to Hartley SAS Ltd and The Lifetime SIPP Company.

1.  Business Plan (HSAS)

2.  Business Plan (TLSC)

3.  Summary of the background to the Lifetime SIPP

4.  Financial projections (low growth)

5.  Market Commercial report

Thanks.

James