# Exhibit "G"

**From:** Vik Grover, CFA
**To:** "Steven Baritz"
**Subject:** RE: HDSI
**Date:** Sunday, November 08, 2015 10:36:00 AM

Watching football, these guys are not getting this vehicle unless we have an LOI with something to merge in subject to an audit

Vik Grover, CFA
IX Advisors
(212) 731-4806 (direct)

**From:** Steven Baritz [mailto:baritz.steven@gmail.com]
**Sent:** Sunday, November 08, 2015 9:31 AM
**To:** Vik Grover, CFA <vikgrover@att.net>
**Subject:** Re: HDSI

Hi Vik, I'm waiting for a computer geek to show up at my house. Can you call me after 1pm e.s.t. to discuss this in more detail. Explain it to me better so that I understand the 5M note, etc. Thank you !!! - Steven.

Steven Baritz
Tel: 516-250-9767
Email: Baritz.Steven@Gmail.com

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous email messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email, and destroy the original transmission and its attachments without reading them or saving them to disk.
Thank You.

On Sun, Nov 8, 2015 at 9:31 AM, Vik Grover, CFA <vikgrover@att.net> wrote:

> Ok we have to have a timelien to understand how it all goes down and there would have to be two phases to the deal then, phase I is Steven assigned you control and we are protected each on the 2%, and we agree based on unaudited numbers, but there has to be some transaction to justify step two which would be the $5MM note for 50BN shares etc. I suppose that could work. Steven what are your thoughts?
>
> But in any event we can't just give control without some sort of timeline and understanding of what goes in, subject to closing adjustments.
>
> Vik Grover, CFA
> IX Advisors
> (212) 731-4806 (direct)