# Exhibit "H"

| | |
|---|---|
| From: | Vik Grover, CFA |
| To: | "James Tilton" |
| Cc: | "Baritz.Steven@Gmail.com" |
| Subject: | RE: HDSI |
| Date: | Sunday, November 08, 2015 11:16:00 AM |

As for a reverse stock split, that will be up to you guys to do in 2016, obviously needs to be done but should be done with some sort of event like an institutional raise and uplist

Vik Grover, CFA
IX Advisors
(212) 731-4806 (direct)

-----Original Message-----
From: James Tilton [mailto:jamtilton@yahoo.com]
Sent: Sunday, November 08, 2015 10:05 AM
To: CFAVik Grover <vikgrover@att.net>
Cc: Baritz.Steven@Gmail.com
Subject: RE: HDSI

Vik,

Agreed. Let's agree that it will be the 2 pension companies. You have all their info. The timeline is slightly tricky. We have the consolidated audit from Malone and Bailey. I can't imagine it wouldn't be finished by the time the 10K is due at the end of February or mid-March with the extension.

Then, there is the issue of the debt. As Bruce knows this firm and does business with them, it should be okay and it surely will be well before the 10K is due.

Finally, the reverse. We plan to get this on OTCQB as soon as the audit is done. Even in the cleanest of circumstances, FINRA does what they like.

All of that said, we can use the 10K (with extension) as the date for the audit of the two pension companies. Again, I am happy to put in a clause that if something is amiss after the audit or for some reason (it will never happen) it can't be audited, we guaranty to replace them with another business or company of the same or greater value.

Those are the basics. I leave it to you to come up with something suitable to all.

Please remember one thing guys, we have to be protected too. From day one, we and our non-affiliated investors are spending tens of thousands of dollars or committing to.

Thanks.

James
-------------------------------------------

1