# Exhibit "I"

From: Vik Grover, CFA
To: "James Tilton"
Cc: "Baritz.Steven@Gmail.com"
Subject: RE: HDSI
Date: Monday, November 09, 2015 12:02:00 PM

Yes tell us exactly what you are putting into NSAV in return for control of the vehicle as I outlined in the cap table.

Vik Grover, CFA
IX Advisors
(212) 731-4806 (direct)

-----Original Message-----
From: James Tilton [mailto:jamtilton@yahoo.com]
Sent: Monday, November 09, 2015 10:44 AM
To: 'James Tilton' <jamtilton@yahoo.com>; CFAVik Grover <vikgrover@att.net>
Cc: Baritz.Steven@Gmail.com
Subject: RE: HDSI

Hi Vik and Steven,

Is there anything I need to do to push this along?

Thanks.

James