# Exhibit "J"

| | |
|---|---|
| **From:** | Vik Grover, CFA |
| **To:** | "James Tilton" |
| **Cc:** | "Baritz.Steven@Gmail.com" |
| **Subject:** | RE: HDSI |
| **Date:** | Monday, November 09, 2015 1:10:00 PM |

It's really not a decision for KBM to make, they are unsecured creditors, they want Steven and I to find a deal to put into NSAV, so if you want to paper an LOI under the framework I proposed let's do it.

Vik Grover, CFA
IX Advisors
(212) 731-4806 (direct)

-----Original Message-----
From: James Tilton [mailto:jamtilton@yahoo.com]
Sent: Monday, November 09, 2015 11:53 AM
To: 'James Tilton' <jamtilton@yahoo.com>; CFAVik Grover <vikgrover@att.net>
Cc: Baritz.Steven@Gmail.com
Subject: RE: HDSI

Vik,

Bruce has arranged for me to speak to KBM at 3:30pm EST, which is 9:30pm my time. I don't mind putting in the time, but I need to know where we stand? I'm part of a big group with a long track record of success. We are not KBM for sure.

In addition, we will be spending hard cash from day one.

Thanks.

James

1