# Exhibit "L"

-----Original Message-----
From: James Tilton [mailto:jamtilton@yahoo.com]
Sent: Tuesday, November 10, 2015 9:11 AM
To: CFA Vik Grover <vikgrover@att.net>
Cc: Baritz.Steven@Gmail.com
Subject: RE: HDSI

Vik,

Agreed.

Thanks.

James