# Exhibit "M"

-----Original Message-----
From: James Tilton [mailto:jamtilton@yahoo.com]

Sent: Thursday, November 12, 2015 2:14 AM
To: CFAVik Grover <vikgrover@att.net>
Cc: Baritz.Steven@Gmail.com

Subject: RE: Hartley SAS Ltd and The Lifetime SIPP Company

Vik,

We are ready to sign now. As soon as we sign, I will do the 10Q, either with your CPA or our accounting department in London. I will also discuss the consolidated 8K with Malone and Bailey and work out the back fees with him, as well as with Conrad.

The money to buy KBM's debt and warrants is in the bank and ready to go according to the schedule you sent me.

I also wanted to discuss the IR possibilities with you.

Steven has to decide if he wants to go with a worldwide group like ourselves or a local company, who may or may not have the funding and expertise to go make this work.

Thanks.

James

-------------------------------------------
On Thu, 11/12/15, Vik Grover, CFA <vikgrover@att.net> wrote:

Subject: RE:
Hartley SAS Ltd and The Lifetime SIPP Company
To: "'James Tilton'" <jamtilton@yahoo.com>, Baritz.Steven@Gmail.com
Date: Thursday, November 12, 2015, 2:06 AM

Can we get an update on your interest and timeline tomorrow? I believe Steven wants to get proposals in by Friday so he can make an informed decision with his Board by Monday.

Vik Grover, CFA
IX Advisors
(212) 731-4806
(direct)

1