# Exhibit "N"

-----Original Message-----
From: James Tilton [mailto:jamtilton@yahoo.com]
Sent: Thursday, November 12, 2015 2:12 PM
To: CFAVik Grover <vikgrover@att.net>
Cc: Baritz.Steven@Gmail.com
Subject: RE: Hartley SAS Ltd and The Lifetime SIPP Company

Vik,

I didn't say no. I only said this was the first time you mentioned it. I believe you mentioned a phone call to the management in your timeline. Please review your timeline again.

Step 2 is when the company officially goes inside and the loan must be paid.

Maybe we can do a step 1 that allows me to get this thing cleaned up and spend money, but also protects Steven and you as well.

Maybe a rescission clause (mutual?). Remember , any money we put in can't be lost if the deal doesn't work unless we do something wrong or misrepresent something.

We need to close this thing before my partners lose focus.

Thanks.

James