# Exhibit "Q"

**NET SAVINGS LINK, INC.**
Unaudited Balance Sheets

|  | November 30, | |
|---|---|---|
|  | 2016 | 2015 |
| **ASSETS** | $ - | $ - |
|  |  |  |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** |  |  |
|  |  |  |
| Current Liabilities: |  |  |
| Accounts payable | 75,061 | 57,197 |
| Accrued interest | 85,227 | 33,142 |
| Accrued wages | 257,564 | 133,126 |
| Notes payable-Related party | 38,777 | - |
| Derivative liabilities | 311,143 | 274,336 |
| Convertible notes payable | 228,476 | 228,476 |
| Total Current Liabilities | 996,248 | 726,277 |
|  |  |  |
| **STOCKHOLDERS' EQUITY(DEFICIT)** |  |  |
| Series A Preferred Stock, $0.00001 par value, 225,000,000 shares authorized, 30,000,000 and 5,000,000 shares issued and outstanding, respectively | 300 | 50 |
| Series B Convertible Preferred Stock, $0.00001 par value, 775,000,000 shares authorized, 125,000,000 and 125,000,000 shares issued and outstanding, respectively | 1,250 | 1,250 |
| Common stock, $0.001 par value, 10,000,000,000 shares authorized, 2,999,837,408 and 2,999,837,408 shares issued and outstanding, respectively | 2,999,838 | 2,999,838 |
| Additional paid-in capital | (1,659,053) | (1,659,053) |
| Accumulated deficit | (2,338,583) | (2,068,362) |
| Total Stockholders' Equity (deficit) | (996,248) | (726,277) |
|  |  |  |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT) | $ - | $ - |

The accompanying notes are an integral part of these unaudited financial statements.

**NET SAVINGS LINK, INC.**
Unaudited Statements of Operations

| | For the Year Ended November 30, | |
|---|---|---|
| | 2016 | 2015 |
| OPERATING EXPENSES | | |
| Officer Compensation | $ 124,438 | $ 781,000 |
| General and administrative | 56,891 | 139,630 |
| Total Operating Expenses | 181,329 | 920,630 |
| OPERATING LOSS | 181,329 | 920,630 |
| OTHER INCOME (EXPENSE) | | |
| Gain (loss) on derivative | (36,807) | 111,265 |
| Interest expense | (52,085) | (305,457) |
| Total Other Income (Expense) | (88,892) | (194,192) |
| NET LOSS | $ (270,221) | $ (1,114,822) |
| BASIC NET LOSS PER COMMON SHARE | $ (0.00) | $ (0.00) |
| BASIC WEIGHTED AVERAGE NUMBER OF COMMON SHARES OUTSTANDING | 2,999,837,408 | 2,732,054,148 |

The accompanying notes are an integral part of these unaudited financial statements.

**NET SAVINGS LINK, INC.**
Unaudited Statements of Cash Flows

|  | For the Year Ended November 30, | |
| --- | --- | --- |
|  | 2016 | 2015 |
| **CASH FLOWS FROM OPERATING ACTIVITIES** |  |  |
| Net loss | $ (270,221) | $ (1,114,822) |
| Items to reconcile net loss to net cash used in operating activities: |  |  |
| Debt discount amortization | - | 249,900 |
| Debt offering cost amortization | - | 12,251 |
| (Gain) loss on derivative | 36,807 | (111,265) |
| Preferred stock issued for services | - | 631,000 |
| Changes in operating assets and liabilities |  |  |
| Increase in accounts payable | 26,864 | 27,553 |
| Increase in accrued expenses | 52,085 | 60,992 |
| Increase in accrued wages | 124,438 | 109,635 |
| Net Cash Used in Operating Activities | (30,027) | (134,756) |
|  |  |  |
| **CASH FLOWS FROM FINANCING ACTIVITIES** |  |  |
| Proceeds from convertible notes payable | - | 104,000 |
| Proceeds from notes payable | - | 5,000 |
| Proceeds from notes payable – related party | 29,777 | - |
| Cash paid for debt offering costs | - | (9,000) |
| Cash for preferred stock series A | 250 | - |
| Cash for preferred stock series B | - | 25,000 |
| Net Cash Provided by Financing Activities | 30,027 | 125,000 |
|  |  |  |
| DECREASE IN CASH | - | (9,756) |
|  |  |  |
| CASH AT BEGINNING OF PERIOD | - | 9,756 |
|  |  |  |
| CASH AT END OF PERIOD | $ - | $ - |
|  |  |  |
| **CASH PAID FOR:** |  |  |
| Interest | $ - | $ - |
| Income taxes | $ - | $ - |
|  |  |  |
| **NON-CASH FINANCING ACTIVITIES:** |  |  |
| Common stock issued for convertible notes and accrued interest | $ - | $ 72,612 |
| Discount on convertible notes payable from derivative instrument | $ - | $ 122,000 |
| Settlement of derivative liability to additional paid-in capital | $ - | $ 230,420 |
| Payment of accrued payroll and related part note payable with common stock | $ - | $ 69,000 |
| Accrued interest added to convertible debt principal | $ - | $ 13,096 |

The accompanying notes are an integral part of these unaudited financial statements.

**NET SAVINGS LINK, INC.**
Unaudited Statements of Stockholders' Equity (Deficit)
Years ended November 30, 2016 and 2015

| | Common Stock | | Preferred Stock Series A | | Preferred Stock Series B | | Additional Paid-in Capital | Accumulated Deficit | Total Stockholders' Equity (Deficit) |
|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | Shares | Amount | | | |
| Balance, November 30, 2014 | 1,593,677,408 | $ 1,593,678 | 1,500,000 | $ 15 | - | $ - | $ (1,279,643) | $ (953,540) | $ (639,490) |
| Preferred stock issued for settlement of accrued wages and debt | - | - | 3,500,000 | 35 | - | - | 699,965 | - | 700,000 |
| Preferred stock issued for cash | - | - | - | - | 125,000,000 | 1,250 | 23,750 | - | 25,000 |
| Common stock issued for debt and interest | 1,406,160,000 | 1,406,160 | - | - | - | - | (1,333,551) | - | 72,612 |
| Reclassification of derivative liability to additional paid-in capital | - | - | - | - | - | - | 230,420 | - | 230,420 |
| Net loss for the year ended November 30, 2015 | - | - | - | - | - | - | - | (1,114,822) | (1,114,822) |
| Balance, November 30, 2015 | 2,999,837,408 | 2,999,838 | 5,000,000 | 50 | 125,000,000 | 1,250 | (1,659,053) | (2,068,362) | (726,277) |
| Preferred stock issued for cash | - | - | 25,000,000 | 250 | - | - | - | - | 250 |
| Net loss for the year ended November 30, 2016 | - | - | - | - | - | - | - | (270,222) | (270,222) |
| Balance, November 30, 2016 | 2,999,837,408 | $2,999,838 | 30,000,000 | $ 300 | 125,000,000 | $ 1,250 | $ (1,659,053) | $ (2,338,583) | $ (996,248) |

**NET SAVINGS LINK, INC.**
Notes to the Unaudited Financial Statements

## 1. Nature of Operations

Net Savings Link, Inc. ("NSL", "the Company", or "Company") formerly known as Calibert Explorations, Ltd. was incorporated under the laws of the State of Nevada on February 21, 2007. NSL was organized to explore mineral properties in Canada; however, the Company decided to change its business strategy during fiscal year 2010 and on November 11, 2010, changed its name to Net Savings Link, Inc from Calibert Explorations, Ltd. to reflect their business objectives of being an online provider of discount offers and savings opportunities to the mass consumer market.

The Company selected November 30 as its fiscal year end.

## 2. Summary of Significant Accounting Policies

**Accounting Methods**

The Company's financial statements are prepared using the accrual method in accordance with Generally Accepted Accounting Principles in the United State of America ("GAAP").

**Use of Estimates**

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure on contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

**Revenue Recognition**

The Company applies the provisions of Accounting Standards Codification ("ASC") 605 *Revenue Recognition* (ASC 605) which provides guidance on the recognition, presentation, and disclosure of revenue in financial statements filed with the SEC. ASC 605 outlines the basic criteria that must be met to recognize revenue and provides guidance for disclosure related to revenue recognition policies. In general, the Company recognizes revenue when (i) persuasive evidence of an arrangement exists, (ii) delivery has occurred or services have been rendered, (iii) the fee is fixed or determinable, and (iv) collectability is reasonably assured. The Company did not recognize any revenue during the years ended November 30, 2016 and 2015.

**Net Loss per Common Share**

Basic net loss per share is computed on the basis of the weighted average number of common shares outstanding during each year. Diluted net loss per share is computed similar to basic net loss per share except that the denominator is increased to include the number of additional common shares that would have been outstanding if the potential common shares had been issued and if the additional common shares were dilutive. The Company uses the "if-converted" method for calculating the earnings per share impact of outstanding convertible debentures, whereby the securities are assumed converted and an earnings per incremental share is computed. Options, warrants and their equivalents are included in EPS calculations through the treasury stock method. In periods where losses are reported, the weighted-average number of common stock outstanding excludes common stock equivalents, because their inclusion would be anti-dilutive.

The total number of potential additional dilutive instruments outstanding for the year ended November 30, 2016 and 2015 was none since the Company had net losses. As of November 30, 2016 and 2015, the Company had 4,155,190,909 and 4,101,857,576, respectively, of underlying shares related to unexercised warrants and potential common shares under convertible debentures which were included in the calculation of diluted income per common share.

**Cash and Cash Equivalents**

The Company considers all highly liquid investments with an original maturity of three months or less to be cash equivalents for purposes of preparing its Statements of Cash Flows.

**Fair Value of Financial Instruments**

The fair values of the Company's financial instruments including cash, accounts payable, accrued expenses, convertible debt and notes payable approximate their carrying amounts because of the short maturities of these instruments.

6

**Federal Income Tax**

The Company files income tax returns in the U.S. federal jurisdiction, and the state of Nevada. The Company's policy is to recognize interest accrued related to unrecognized tax benefits in interest expense and penalties in operating expenses.

Deferred taxes are provided on a liability method whereby deferred tax assets are recognized for deductible temporary differences and operating loss and tax credit carry forwards and deferred tax liabilities are recognized for taxable temporary differences. Temporary differences are the differences between the reported amounts of assets and liabilities and their tax bases. Deferred tax assets are reduced by a valuation allowance when, in the opinion of management, it is more likely than not that some portion or all of the deferred tax assets will not be realized. Deferred tax assets and liabilities are adjusted for the effects of changes in tax laws and rates on the date of enactment.

Net deferred tax assets consist of the following components as of November 30, 2016 and 2015:

| | 2016 | 2015 |
|---|---|---|
| Deferred tax assets: | | |
| Net operating loss carryforward | $ 887,134 | $ 807,773 |
| Valuation allowance | (887,134) | (807,773) |
| | $ - | $ - |

The federal income tax provision differs from the amount of income tax determined by applying the U.S. federal income tax rate of 35% to pretax income from continuing operations for the years ended November 30, 2016 and 2015 due to the following:

| | 2016 | 2015 |
|---|---|---|
| Pre-tax book loss | $ (270,221) | $ (1,114,822) |
| Meals and entertainment | - | 1,734 |
| Common stock, options and warrants issued for services and debt discount | - | 631,000 |
| Debt discount amortization | - | 249,900 |
| Gain (loss) on derivative liability | (36,807) | 111,265 |
| Valuation allowance | 307,028 | 120,923 |
| | $ - | $ - |

The Company had net operating losses of approximately $2,609,218 and $2,375,804 at November 30, 2016 and 2015, respectively, that begin to expire in 2026. Due to the change in ownership provisions of the Tax Reform Act of 1986, net operating loss carryforwards for Federal income tax reporting purposes are subject to annual limitations. Should a change in ownership occur, net operating loss carryforwards may be limited as to use in future years. In accordance with the statute of limitations for federal tax returns, the Company's federal tax returns for the years 2013 through 2016 are subject to examination.

**Property and Equipment**

Property and equipment consists of furniture and fixtures and computer equipment, recorded at cost, depreciated upon placement in service over estimated useful lives ranging from three to five years on a straight-line basis. As of November 30, 2016 and 2015, The Company had no property and equipment. Expenditures for normal repairs and maintenance are charged to expense as incurred.

**Impairment of Long Lived Assets**

In the event facts and circumstances indicate the carrying value of a long-lived asset, including associated intangibles, may be impaired, an evaluation of recoverability is performed by comparing the estimated future undiscounted cash flows associated with the asset to the asset's carrying amount to determine if a write-down to market value or discounted cash flow is required. There were no impairment write-downs during the years ended November 30, 2016 and 2015.

**Stock-based Compensation**

FASB ASC 718 established financial accounting and reporting standards for stock-based employee compensation plans. It defines a fair value based method of accounting for an employee stock option or similar equity instrument. The Company accounts for stock-based compensation to employees in accordance with FASB ASC 718. The Company accounts for share based payments to non-employees in accordance with FASB ASC 505-50.

**Fair Value of Financial Instruments**

ASC 820, *Fair Value Measurements* (ASC 820) and ASC 825, *Financial Instruments* (ASC 825)*, requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. It establishes a fair value hierarchy based on the level of independent, objective evidence surrounding the inputs used to measure fair value. A financial instrument's categorization within the fair value hierarchy is based upon the lowest level of input that is significant to the fair value measurement. It prioritizes the inputs into three levels that may be used to measure fair value:

*Level 1* - Level 1 applies to assets or liabilities for which there are quoted prices in active markets for identical assets or liabilities.

*Level 2* - Level 2 applies to assets or liabilities for which there are inputs other than quoted prices that are observable for the asset or liability such as quoted prices for similar assets or liabilities in active markets; quoted prices for identical assets or liabilities in markets with insufficient volume or infrequent transactions (less active markets); or model-derived valuations in which significant inputs are observable or can be derived principally from, or corroborated by, observable market data.

*Level 3* - Level 3 applies to assets or liabilities for which there are unobservable inputs to the valuation methodology that are significant to the measurement of the fair value of the assets or liabilities.

The carrying values of cash, accounts payable, and accrued liabilities approximate fair value. Pursuant to ASC 820 and 825, the fair value of cash is determined based on "Level 1" inputs, which consist of quoted prices in active markets for identical assets. The recorded values of all other financial instruments approximate their current fair values because of their nature and respective maturity dates or durations.

The following table sets forth by level within the fair value hierarchy the Company's financial assets and liabilities that are measured at fair value on a recurring basis at November 30, 2016 and 2015:

|  | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| November 30, 2016: | | | | |
| Liabilities: | | | | |
| Derivative financial instruments | $ - | $ - | $ 311,143 | $ 311,143 |
| | | | | |
| November 30, 2015: | | | | |
| Liabilities: | | | | |
| Derivative financial instruments | $ - | $ - | $ 274,336 | $ 274,336 |

**Derivative Instruments**

The Company accounts for derivative instruments in accordance with ASC Topic 815, *Derivatives and Hedging* (ASC 815) and all derivative instruments are reflected as either assets or liabilities at fair value in the consolidated balance sheet.

28

The Company uses estimates of fair value to value its derivative instruments. Fair value is defined as the price to sell an asset or transfer a liability in an orderly transaction between willing and able market participants. In general, The Company's policy in estimating fair values is to first look at observable market prices for identical assets and liabilities in active markets, where available. When these are not available, other inputs are used to model fair value such as prices of similar instruments, yield curves, volatilities, prepayment speeds, default rates and credit spreads (including for The Company's liabilities), relying first on observable data from active markets. Additional adjustments may be made for factors including liquidity, credit, bid/offer spreads, etc., depending on current market conditions. Transaction costs are not included in the determination of fair value. When possible, The Company seeks to validate the model's output to market transactions. Depending on the availability of observable inputs and prices, different valuation models could produce materially different fair value estimates. The values presented may not represent future fair values and may not be realizable. The Company categorizes its fair value estimates in accordance with ASC 820 based on the hierarchical framework associated with the three levels of price transparency utilized in measuring financial instruments at fair value as discussed above. As of November 30, 2016 and 2015, the Company had $311,143 and $274,336 in derivative liabilities, respectively.

**Recently Issued Accounting Pronouncements**

The Company has implemented all new accounting pronouncements that are in effect and that may impact its financial statements. During the year ended November 30, 2015, the Company adopted FASB Accounting Standards Update (ASU) 2015-03 "Interest – Imputation of Interest (Subtopic 835-30)", which was issued April. In accordance with ASU 2015-03, the Company presents debt issuance costs related to a recognized debt liability in the balance sheet as a direct deduction from the carrying amount of that debt liability.

**2.  Going Concern**

The Company's financial statements are prepared using Generally Accepted Accounting Principles applicable to a going concern that contemplates the realization of assets and liquidation of liabilities in the normal course of business. However, the Company has generated minimal revenue and accumulated significant losses since inception. As of November 30, 2016 and 2015, the Company has accumulated deficits of $2,338,583 and $2,068,362 and working capital deficits of $996,248 and $726,277, respectively. All of these items raise substantial doubt about its ability to continue as a going concern. Management's plans with respect to alleviating the adverse financial conditions that caused management to express substantial doubt about the NSL's ability to continue as a going concern are as follows:

In order to fund the start-up of operations during the year ended November 30, 2017, management plans to enter into several financing transactions and try to raise funds. The continuation of the Company as a going concern is dependent upon its ability to generating profitable operations that produce positive cash flows. If the Company is not successful, it may be forced to raise additional debt or equity financing.

There can be no assurance that the Company will be able to achieve its business plans, raise any more required capital or secure the financing necessary to achieve its current operating plan. The ability of the Company to continue as a going concern is dependent upon its ability to successfully accomplish the plan described in the preceding paragraph and eventually attain profitable operations. The accompanying financial statements do not include any adjustments that might be necessary if the Company is unable to continue as a going concern.

**3.  Related Party Transactions**

The Company accrued wages for its current President and CEO at a rate of $120,000 per year. As of November 30, 2016 and 2015, the Company owed a total of $257,564 and $133,126, respectively, to the current and predecessor President and CEO of the Company for back due wages.

Upon his taking over of the Company in January 2016, the Company began accruing $1,000 per month for office rental and supplies from its President and CEO. As of November 30, 2016, there is $9,000 due under this arrangement.

During March 2015, the company issued 3,500,000 shares of Series A Preferred Stock to its former President and CEO in exchange for $67,000 in back due wages and $2,000 in a short-term note. The stock was valued at the higher of the market price of the common stock on the date of issue or the value of the wages and short-term note amount, recognizing additional compensation expense of $631,000.

During February 2016, the President and CEO of the Company purchased 25,000,000 shares of preferred stock series A for cash of $250.

**4. Convertible Promissory Notes Payable**

During the six months ended May 31, 2015, the holder of four Convertible Promissory Notes elected to convert a total of $69,540 in principal and $3,072 in interest into 1,406,160,000 shares of the Company's common stock at an average conversion price of $0.0005 per share.

During December 2014, NSL issued an Unsecured Convertible Promissory Note for $104,000 (the "December 2014 Convertible Promissory Note"). The December 2014 Convertible Promissory Note is unsecured, due approximately nine months from the date of issuance, accrues interest at 8% per annum and is convertible into shares of NSL's common stock at any time at the option of the holder. The December 2014 Convertible Promissory Note is convertible at a discount from market of 55% of the average of the three lowest bid prices during the fifteen trading days prior to the conversion date.

**5. Derivative Liabilities**

NSL analyzed the conversion options embedded in the Convertible Promissory Notes for derivative accounting consideration under ASC 815, *Derivatives and Hedging*, and determined that the instruments embedded in the above referenced convertible promissory notes should be classified as liabilities and recorded at fair value due to their being no explicit limit to the number of shares to be delivered upon settlement of the conversion options. Additionally, the above referenced convertible promissory notes contain dilutive issuance clauses. Under these clauses, based on future issuances of NSL's common stock or other convertible instruments, the conversion price of the above referenced convertible promissory notes can be adjusted downward. Because the number of shares to be issued upon settlement of the above referenced convertible promissory notes cannot be determined under this instrument, NSL cannot determine whether it will have sufficient authorized shares at a given date to settle any other future share instruments.

During the year ended November 30, 2015, four convertible promissory notes became convertible into shares of the Company's common stock. The fair value of the conversion options was determined to be $519,585 using a Black-Scholes option-pricing model. Upon the date the Convertible Promissory Notes became convertible, $226,000 was recorded as debt discount and $293,585 was recorded as day one loss on derivative liability.

During the year ended November 30, 2015, $69,540 in principal amounts of Convertible Promissory Notes were converted into common stock (see Notes 4 and 6), $230,419 in related derivative liability was extinguished through a charge to paid-in capital and $165,335 was recorded as a net loss on mark-to-market of the conversion options and warrants.

The following table summarizes the derivative liabilities included in the balance sheet at November 30, 2016 and 2015:

| | | |
|---|---|---:|
| Derivative liabilities November 30, 2014 | $ | 390,020 |
| Addition of new derivative | | 519,585 |
| Reclassification of derivative liability to additional paid-in capital due to promissory note conversions | | (230,419) |
| Loss on change in fair value | | (404,850) |
| Balance at November 30, 2015 | | 274,336 |
| Loss on change in fair value | | 36,807 |
| Balance at November 30, 2016 | $ | 311,143 |

The following table summarizes the loss on derivative liabilities included in the income statement for the years ended November 30, 2016 and 2015:

|  | For the Year Ended November 30, | |
|---|---|---|
|  | 2016 | 2015 |
| Excess of fair value of conversion option derivative liabilities over the related notes payable | $ - | $ (293,585) |
| Gain (loss) on change in fair value | (36,807) | 404,850 |
| Gain on derivative liabilities | $ (36,807) | $ 111,265 |

The Company valued its derivatives liabilities using the Black-Scholes option-pricing model. Assumptions used during the year ended November 30, 2016 include (1) risk-free interest rates between 0.01% to 1.40%, (2) lives of between 0.1 and 2.5 years, (3) expected volatility of between 224% to 528%, (4) zero expected dividends, (5) conversion prices as set forth in the related instruments, and (6) the common stock price of the underlying share on the valuation dates.

The Company valued its derivatives liabilities using the Black-Scholes option-pricing model. Assumptions used during the year ended November 30, 2015 include (1) risk-free interest rates between 0.1% to 1.25%, (2) lives of between 0.1 and 3.5 years, (3) expected volatility of between 204% to 1,581%, (4) zero expected dividends, (5) conversion prices as set forth in the related instruments, and (6) the common stock price of the underlying share on the valuation dates.

## 6. Stockholders' Equity

Common Stock

During the year ended November 30, 2015, the Company issued 1,406,160,000 shares of common stock for $69,540 of convertible debt and $3,072 of accrued interest, or $0.0005 per share.

Preferred Stock

During April 2015, the Company authorized the designation of 25,000,000 shares of Series B Convertible Preferred Stock. Each share of Series B Convertible Preferred Stock will have one vote per share and are convertible into one share of common stock at the option of the holder. During February 2016, the Company designated 225,000,000 shares as series A preferred stock and increased the authorized series B preferred stock to 775,000,000 shares. Each shares of series A preferred stock has voting right of 1,000 votes per share. Each share of series B preferred stock is convertible into one share of common stock and has one voting right per share.

During March 2015, the Company issued 3,500,000 shares of Series A Preferred Stock to its President and CEO in exchange for $67,000 in back due wages and $2,000 in a short-term note. The stock was valued at the higher of the market price of the common stock on the date of issue or the value of the wages and short-term note amount, recognizing additional compensation expense of $631,000.

During August 2015, the Company sold 125,000,000 shares of series B preferred stock for cash of $25,000, or $0.0002 per share.

During February 2016, the Company sold 25,000,000 shares of series A preferred stock for cash of $250, or $0.0001 per share, to its President and CEO.

## 7. Subsequent Events

During March 2017, a holder of a convertible note payable elected to convert $8,980 in principal into 149,666,667 shares of common stock, or $0.00006 per share.

During April 2017, the Company authorized a 10% restricted stock dividend to holders of NSL common stock on the date of record, June 1, 2017.

During May 2017, the Company collected cash of $56,500 for the sale of 113,000,000 shares of restricted common

stock at $0.0005 per share. However, the shares have not been issued and the cash is being held as a liability stock deposit.