# Exhibit "R"



Finance Home   Watchlists   My Portfolio   Screeners   Yahoo Finance Plus   Markets   News    y!finance+  Try it free



# NSAV ANNOUNCES AUGUST 9, 2021 LAUNCH DATE FOR ITS CRYPTOCURRENCY EXCHANGE

**Net Savings Link, Inc.**
July 12, 2021

**In this article:**

NSAV  +34.21%

London, England, July 12, 2021 (GLOBE NEWSWIRE) -- Net Savings Link, Inc. (OTC Pink: NSAV), a cryptocurrency, blockchain and digital asset technology company, today announced that its Cryptocurrency Exchange will launch on August 9, 2021. The Company will own 100% of the exchange and it will carry the NSAV brand name. The project is well under way and additional details and updates will be announced on a weekly basis.

NSAV has added a countdown timer to its corporate website, https://nsavholdinginc.com/, in order to keep shareholders apprised of exactly how much time remains until the official launch of our Cryptocurrency Exchange.

The management of NSAV and its partners are pioneers in the Digital Asset and Blockchain industry. The team is led by NSAV Director, Mr. Yuen Wong. Mr. Wong is also the CEO of LABS Group Limited https://labsgroup.io, the world's first end to end Blockchain powered real estate investment ecosystem and powered by the LABS

**Related Quotes**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| NSAV<br>Net Savings Link, Inc. | 0.0306 | +0.0078 | +34.2105% |

**Recently Viewed**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| NSAV<br>Net Savings Link, Inc. | 0.0306 | +0.0078 | +34.2105% |



**COVID Is So Bad Even Gun Makers Are Ditching NRA's Big Party**
The Daily Beast

**Grocery store billionaire predicts Oct. surprise**
Stansberry Research  Ad

(DeFi) and governance.



Mr. Wong is also a Managing Partner at Bitmart Cryptocurrency Exchange https://www.bitmart.com. BitMart is a premier global digital asset trading platform with over 2 million users worldwide and ranked among the top crypto exchanges on CoinMarketCap. Bitmart's platform supports over 220 cryptocurrencies and has a 24 hour trading volume of approximately $2 Billion.

James Tilton, president of NSAV stated, "I am thrilled that our long-awaited Cryptocurrency Exchange will soon become a reality. I sincerely hope that all NSAV shareholders are as excited as we are with today's announcement."

NSAV's vision is the establishment of a fully integrated technology company that provides turnkey technological solutions to the cryptocurrency, blockchain and digital asset industries. Over time, the Company plans to provide a wide range of services such as software solutions, e-commerce, advisory services, financial services and information technology.

For further information please contact NSAV at info@nsavholdinginc.com

The NSAV Twitter account can be accessed at https://twitter.com/nsavtech

The NSAV corporate website can be accessed at http://nsavholdinginc.com

This press release contains certain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended and Section 21E of the Securities Exchange Act of 1934, which



**As Covid Lingers, Mastercard Revamps NYC Offices for a New Era**
Bloomberg

**What is Stablecoin?**
ABC News Videos

**OKEx Establishes $10M Fund for GameFi Projects**
CoinDesk

**This Coin Is Worth More Than You Can Imagine**
Investing.com  Ad

**Senators question DOJ funding for AI-powered policing tech**
Associated Press



created thereby. Investors are cautioned that, all forward-looking statements involve risks and uncertainties, including without limitation, the ability of Net Savings Link, Inc. to accomplish its stated plan of business. Net Savings Link, Inc. believes that the assumptions underlying the forward-looking statements contained herein are reasonable, any of the assumptions could be inaccurate, and therefore, there can be no assurance that the forward-looking statements included in this press release will prove to be accurate. In light of the significant uncertainties inherent in the forward- looking statements included herein, the inclusion of such information should not be regarded as a representation by Net Savings Link, Inc. or any other person.

Contact
Net Savings Link, Inc.
info@nsavholdinginc.com



### Here's who gets a $1,400 stimulus check in 2022
Fortune



### Samsung's Galaxy Z Fold3 is a foldable phone with a lot of promise, and a sky-high price
Yahoo Finance

### At Almost 103, He Is World's Oldest Living Star
ItsTheVibe   Ad

### Doctor to immunocompromised: 'You should be getting your booster shot'
Yahoo Finance Video

### U.S. Treasury Says More Than 90% Of Small Business Owners Won't See An Income Tax Increase Under Biden Bill
Black Enterprise

Shop L'Oreal Paris Telescopic Mascara for extreme length & ultimate definition

Shop the Honest Truly Calming Collection for the whole fam







## Popular in the Community



AdChoices                                            Sponsored

## Recommended Stories

charged for making $3m          Melting          Crashing Today          Home Depot billionaire says look out America          billion in student loan debt,

from insider trading

says look out America

the largest amount so far

Motley Fool

**Why Fate Therapeutics Stock Is Sliding Today**

Yahoo Finance Video

**What China's new data privacy law means for Asian markets**

Ad • Vrai

**Say 'Yes' with Vrai**

MarketWatch

**I'm an 'elder millennial' with $2 million in investments but a low monthly incom…**

Motley Fool

**Why Nikola, Lordstown, and Hyzon Motors Sto… Popped Today**

