# Exhibit "S"

8/20/2021     NSAV ANNOUNCES PLANS TO LAUNCH DECENTRALIZED CRYPTOCURRENCY EXCHANGE (DEX) WITHIN 45 TO 60 DAYS | Net Savings Link, Inc. - Yahoo Finance

Case: 1:21-cv-05054 Document #: 1-19 Filed: 09/23/21 Page 2 of 6 PageID #:153



# NSAV ANNOUNCES PLANS TO LAUNCH DECENTRALIZED CRYPTOCURRENCY EXCHANGE (DEX) WITHIN 45 TO 60 DAYS

**Net Savings Link, Inc.**
Mon, August 16, 2021, 9:20 AM

**In this article:**

NSAV
+33.55%

***NSAV APPOINTS FORMER IBM AND SUN MICROSYSTEM'S MR. STANLEY YU, SENIOR VICE PRESIDENT OF TECHNOLOGY***

London, England, Aug. 16, 2021 (GLOBE NEWSWIRE) -- Net Savings Link, Inc. (OTC PINK: NSAV), a cryptocurrency, blockchain and digital asset technology company, today announced that it plans to launch a Decentralized Cryptocurrency Exchange (DEX) and have it fully operational and trading within the next 45 to 60 days. As with its Centralized Cryptocurrency Exchange (www.nsavexchange.com), the Company will own 100% of the exchange and it will also carry the NSAV brand name. With the launch of its DEX, this would give NSAV two cryptocurrency exchanges.

move is the fastest and most efficient way for the

**Related Quotes**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| NSAV<br>Net Savings Link, Inc. | 0.0304 | +0.0076 | +33.55% |

**Recently Viewed**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| NSAV<br>Net Savings Link, Inc. | 0.0304 | +0.0076 | +33.55% |

Company to have a fully operational cryptocurrency exchange and obtain a share of the over $2 trillion global cryptocurrency market.

As previously announced, the Company anticipates having its NSAV Centralized Cryptocurrency Exchange trading within 90 days, subject to legal, regulatory and licensing issues. The Company's cryptocurrency and blockchain attorney will ensure that NSAV fully complies with regulations implemented by the U.S. Congress and the SEC.



NSAV also announced that it is in negotiations on several Artificial Intelligence (AI) projects. The management believes in the chemistry between blockchain and AI and to that end, has onboarded a new Senior Vice President of Technology, Stanley Yu, in order to bolster its technology department. Stanley has over 30 years of senior corporate management experience. Stanley spent 10 years in senior technical and management roles at IBM research labs and SUN Microsystems. Stanley is also a partner at leading investment banking firm Silverbear Capital Inc.

Silverbear Capital Inc. https://www.sbcfinancialgroup.com.hk/, a leading, global investment banking firm, will be advising NSAV on strategic matters relating to the Company's cryptocurrency exchanges. Silverbear will also help guide NSAV in ensuring that its exchange is continually in compliance, given the

Story continues

---

**COVID Is So Bad Even Gun Makers Are Ditching NRA's Big Party**
The Daily Beast

**Grocery store billionaire predicts Oct. surprise**
Stansberry Research  Ad



**As Covid Lingers, Mastercard Revamps NYC Offices for a New Era**
Bloomberg

**What is Stablecoin?**
ABC News Videos

**OKEx Establishes $10M Fund for GameFi Projects**
CoinDesk

**This Coin Is Worth More Than You Can Imagine**
Investing.com  Ad

## Get the Best Mortgage Rate for You

**Target Home Price**

$ 250,000

**Purchase or Refinance**
☐ Purchase

**LENDER**

citi

**APR/RATE** ☐ ☐

**MO. PAYMENT** ☐

**First Time Home Buyer? Get Started with a Mortgage From Citi**
Enjoy Low Rates and Step-By-Step

**Senators question DOJ funding for AI-powered policing tech**
Associated Press

**Here's who gets a $1,400 stimulus check in 2022**
Fortune

**Samsung's Galaxy Z Fold3 is a foldable phone with a lot of promise, and a sky-high price**
Yahoo Finance

**At Almost 103, He Is World's Oldest Living Star**
ItsTheVibe  Ad

**Doctor to immunocompromised: 'You should be getting your booster shot'**
Yahoo Finance Video

Finance Home     Watchlists     My Portfolio     Screeners     Yahoo Finance Plus     Markets     News      y!finance+   Try it free

Case: 1:21-cv-05054 Document #: 1-19 Filed: 09/23/21 Page 5 of 6 PageID #:156

**U.S. Treasury Says More Than 90% Of Small Business Owners Won't See An Income Tax Increase Under Biden Bill**
Black Enterprise

E*TRADE is only for RETIREMENT SAVING 401(k) ROLLOVER — Learn more

E*TRADE is only for SERVICE PORTFOLIOS EDUCATION — Learn more

-20%   -20%   -20%

## Recommended Stories

**Reuters**
Explainer-Binance: The crypto giant facing pressure from regulators

**Barrons.com**
Coinbase to Add $500 Million in Digital Assets on Its Balance Sheet

**CoinDesk**
Chinese Miner The9 Signs Joint Venture for Crypto Mining Plant in Kazakhstan

**Ad • Stansberry Research**
Grocery store billionaire predicts Oct. surprise

**CoinDesk**
Japan's Liquid Global Exchange Hacked; $90M in Crypto Siphoned Off

**Motley Fool**
Why Snowflake Stock Is Melting

**Simply Wall St.**
Assessing the Ownership of Alibaba Group (NYSE:BABA) in Face of…

**Ad • Fidelity Investments**
Want a low-cost way to diversify your investments?

**Insider Monkey**
10 Best Dividend Stocks with Over 5% Yield According to Hedge Funds

**Insider Monkey**
10 Best Stocks to Buy According to Billionaire Mario Gabelli