## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Vikram P Grover

                    Plaintiff,

v.                                                       Case No.: 1:21−cv−05054
                                                      Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 24, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: In light of Plaintiff's invocation of diversity jurisdiction as the basis for federal jurisdiction, on or before 10/20/21, Plaintiff shall file a jurisdictional supplement, as a separate docket entry. Plaintiff is reminded that allegations based upon "information and belief" are insufficient to establish diversity jurisdiction in the Seventh Circuit, see Brickstructures, Inc. v. Coaster Dynamix, Inc., 2017 WL 4310671, at *1 (N.D. Ill. Sept. 28, 2017); Ferolie Corp. v. Advantage Sales & Mktg., LLC, No. 04 C 5425, 2004 WL 2433114, at *1 (N.D. Ill. Oct. 28, 2004), and that for individuals, citizenship means domicile, not residence, Am.'s Best Inns, Inc. v. Best Inns of Abilene, L.P., 980 F.2d 1072, 1074 (7th Cir. 1992). If Plaintiff fails to file a timely jurisdictional supplement, this case may be dismissed for lack of subject matter jurisdiction. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.