UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

===============================

| | |
|---|---|
| VIKRAM P. GROVER d/b/a "IX ADVISORS" a/k/a "IXA," | : : : : |
| Plaintiff, | : : |
| v. | : : : |
| NET SAVINGS LINK, INC., a Colorado corporation and formerly organized as a Nevada corporation, WILTON GROUP, LIMITED, as registered in the Isle of Man, U.K., WILTON UK (GROUP), LIMITED, as registered in England and Wales, U.K., CHINA FOOD AND BEVERAGE CO., a Colorado corporation, and JAMES A. TILTON, | : : : : : : : : : : : : No. 1:21-CV-05054 Judge Mary M. Rowland |
| Defendants. | : : |
| v. | : : |
| PACIFIC STOCK TRANSFER INC. | : : |
| Nominee-Defendant. | : : : |

===============================

**PLAINTIFF GROVER'S JURISDICTIONAL SUPPLEMENT**

**I. INTRODUCTION**

The Plaintiff, Vikram Grover (hereinafter "Grover" or "Mr. Grover"), filed his Complaint in the U.S. District Court for the Northern District of Illinois, on September 23, 2021. On September 24, this Court directed that the Plaintiff file a jurisdictional supplement as a separate

1

docket entry by October 20, 2021. Plaintiff hereby files the instant Jurisdictional Supplement to confirm that this Court has subject matter jurisdiction.

## II. THE COURT HAS JURISDICTION OVER THIS ACTION

In cases where jurisdiction depends on diversity of citizenship, "if any party is a corporation, the statement shall identify both the state of incorporation and the state in which the corporation has its principal place of business." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 533 (7th Cir. 2007). For individuals, "citizenship means domicile, not residence," *Am.'s Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1074 (7th Cir. 1992). The state of incorporation and principal place of business for each of the entities is hereby detailed below. Likewise, the individuals' domiciles are listed below.

Diversity jurisdiction is satisfied in this matter because each of the Defendant entities and James Tilton are diverse from the Plaintiff. The Plaintiff, Vikram P. Grover d/b/a IX Advisors a/k/a IXA, is an individual domiciled at 2810 Bristol Drive, Unit No. 309, Lisle, Illinois 60532.

The Defendant, Net Savings Link, Inc., is a Colorado corporation (Colorado Entity ID No. 20171168922), having its principal place of business located at 2374 Route 390, Post Office Box 609, Mountainhome, Pennsylvania 18342. At all times relevant hereto, the Defendant is, and was, a public company, registered with the U.S. Securities and Exchange Commission (hereinafter the "SEC" or the "Commission") and the various state securities regulatory authorities, including, but not limited to, the Illinois Securities Division. The Defendant is formerly a Nevada corporation, which, on or about February 28, 2017, converted and domesticated into a Colorado corporation. Defendant, James A. Tilton is, and/or was, the Chief Executive Officer (hereinafter "CEO"), President, Secretary, Treasurer and/or Director of Defendant Net Savings Link, Inc.

The Defendant, Wilton-Isle of Man, is, and was, an entity registered in the Isle of Man, the United Kingdom of Great Britain and Northern Ireland (hereinafter the "U.K."), with a registered number 015996V and with a registered office at Grosvenor House, 66-67 Athol Street, Douglas, Isle of Man, IM1 1JE, U.K.

The Defendant, Wilton-UK, is, and was, an entity registered in England and Wales, in the U.K., with a registered number 04179664 and with a registered office at 26 Grosvenor Street, Mayfair, London W1K 4QW, U.K.

Defendant, China Food and Beverage Company (hereinafter "CHIF"), is a Colorado corporation (Colorado Entity ID No. 20191953400), having its principal place of business located at 26 Grosvenor Street, Mayfair, London, England, U.K. W1K 4QW, which is, and was, the same location as the registered office of Wilton-UK and other entities of the Wilton Group, Limited, including but not limited to the Hartley Pensions, Limited, Wilton Corporate Finance, Limited, and Wilton Wealth Management, Limited. The Defendant is formerly a Nevada corporation, which, on or about December 2, 2019, converted and domesticated into a Colorado corporation, by and through its incorporator, Defendant James A. Tilton.

Defendant, James A. Tilton (hereinafter "Tilton"), is an individual domiciled in New York at 175 W 93rd Street, Apt 5D New York City, New York, 10025. At various times relevant hereto and/or until recently, the Defendant, James A. Tilton is, and/or was, officer, director, employee and/or authorized agent of Defendants NSAV, CHIF, Wilton-Isle of Man, Wilton-UK and/or various entities of the Wilton Group.

Thus for diversity jurisdiction purposes, the Plaintiff is domiciled in Illinois, and the Defendants are domiciled, incorporated, and/or maintains a principal place of business in Colorado, Pennsylvania, Isle of Man, England, and New York. There is complete diversity

3

amongst the parties and the amount in controversy exceeds $75,000.00. Therefore, the Court has subject matter jurisdiction over the case.

### III. CONCLUSION

Plaintiff asserts that this Honorable Court has jurisdiction over this action under 28 U.S.C. § 1332 because the Parties are of complete diversity and the amount in controversy exceeds $75,000.00.

        Respectfully submitted,
        PLAINTIFF, Vikram Grover,

        By his Attorneys,

        */s/ Jeffrey Tone* .
        Jeffrey R. Tone, Esq.
        KATTEN & TEMPLE, LLP
        The Rookery Building
        209 South LaSalle Street, Suite 950
        Chicago, Illinois 60604
        Telephone: (312) 663-4400
        Facsimile: (312) 663-0900
        Email: jtone@kattentemple.com

OF COUNSEL:

Philip M. Giordano, Esq.
Giordano & Company, P.C.
REED & GIORDANO, P.A.
47 Winter Street, Suite 800
Boston, Massachusetts 02108-4774
Telephone: (617) 723-7755
Facsimile: (617) 723-7756
Email: pgiordano@reedgiordano.com

Dated: October 20, 2021

## **CERTIFICATE OF SERVICE**

      I, Jeffrey R. Tone, do hereby certify that on this 20th day of October, 2021 I caused to be served a true and correct copy of Plaintiff Vikram Grover's Jurisdictional Supplement as filed by and through the District Court's electronic filing/ECF system and that such true copy is available for downloading and viewing by all counsel of record


Dated: October 20, 2021                  */s/ Jeffrey Tone*
                                                     Jeffrey R. Tone