UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Vikram P Grover

          Plaintiff,

v.                  Case No.: 1:21−cv−05054
                  Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 20, 2021:

  MINUTE entry before the Honorable Mary M. Rowland:Plaintiff having established [6], at least for pleading purposes, that there is complete diversity, Plaintiff has complied with this Court's order [4] requiring a jurisdictional supplement as to subject matter jurisdiction. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.