**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Vikram P Grover

                                 Plaintiff,

v.                                                               Case No.: 1:21−cv−05054
                                                                                Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 22, 2021:

        MINUTE entry before the Honorable Mary M. Rowland: Motion to appear pro hac vice by Philip Matthew Giordano [8] is granted. Counsel is reminded to become familiar with this court's local rules (including the rules requiring local counsel and describing this court's trial bar). Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.