AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Vikram P. Grover

V.

Net Savings Link, Inc., Wilton Group Limited, Wilton UK (Group), Limited, China Food and Beverage Co., and James A. Tilton

CASE NUMBER: 21-CV-5054

ASSIGNED JUDGE: Hon. Mary M. Rowland

DESIGNATED MAGISTRATE JUDGE: Hon. Maria Valdez

TO: (Name and address of Defendant)

Wilton UK (Group), Limited
26 Grosvenor Street,
Mayfair, London W1K 4QW, United Kingdom

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey R. Tone
Katten & Temple LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
jtone@kattentemple.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Amanda Keil* (signature)

(By) DEPUTY CLERK

September 24, 2021

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>01 December 2021 |
| NAME OF SERVER (PRINT)<br>Jonathan Wood | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Left in the presence of Tanya Moore a receptionist for Wilton UK (Group) Ltd and Wilton Group Ltd, 26 Grosvenor Street, Mayfair, London, W1K 4QW, UK at 10:05 hours on Wednesday 01 December 2021

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Tanya Moore confirmed that she is authorised to accept: a summons for Wilton UK (Group) Ltd, a Summons for Wilton Group Ltd, a Civil Cover Sheet, the Complaint and Exhibits A through S and that she will pass to James Robson (Head of Financial Services) as soon as he becomes available.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01 December 2021
         Date          Signature of Server

Williams & Wood Investigation Services Ltd
*Address of Server*
Third Floor
207 Regent Street
London
W1B 3HH
UK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.