UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**Plaintiff:**

VIKRAM P. GROVER

v.

**Defendants:**

NET SAVINGS LINK, INC., WILTON GROUP, LIMITED, WILTON UK (GROUP), LIMITED, CHINA FOOD AND BEVERAGE CO., JAMES A. TILTON

**Affidavit of Service**

Case #: 2021-CV-5054

Received on **November 29, 2021 at 12:36 pm**

I, **Steven D. Glenn**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **December 02, 2021 at 3:20 pm**, I executed service of a **SUMMONS IN A CIVIL CASE; COMPLAINT AND DEMAND FOR JURY TRIAL; EXHIBITS A-S; CIVIL COVER SHEET**, on **CHINA FOOD AND BEVERAGE CO.** at **Registered Agents Inc., 1942 Broadway, Suite 314C, Boulder, Boulder County, CO 80302.**

By Registered Agent Service to: **JANET SMITH - RECEPTIONIST**

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

_____
Steven D. Glenn

Subscribed and sworn before me by the affiant who is personally known to me.

_____
Notary

12/3/2021
Date

CONNOR DYLAN SANDERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204022398
MY COMMISSION EXPIRES 06/29/2024

Field Sheet Id: 17583

Client Reference: United States 2021-CV-5054

Page 1 of 1

Process ServerSoftware Pro