# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Vikram P. Grover

V.

Net Savings Link, Inc., Wilton Group Limited, Wilton UK (Group), Limited, China Food and Beverage Co., and James A. Tilton

CASE NUMBER: 21-CV-5054

ASSIGNED JUDGE: Hon. Mary M. Rowland

DESIGNATED MAGISTRATE JUDGE: Hon. Maria Valdez

TO: (Name and address of Defendant)

JAMES A. TILTON
142-01 41ST AVENUE, APT. 514
FLUSHING, NY 11355

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey R. Tone
Katten & Temple LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
jtone@kattentemple.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Amanda Keil*

(By) DEPUTY CLERK



September 24, 2021

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>December 08, 2021 1:45PM |
| NAME OF SERVER *(PRINT)*<br>JAMES A. DUNN | TITLE<br>NYS PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: **JIAN J. ZHENG TILTON (Spouse)**

☐ Returned unexecuted: _____

☒ Other (specify): 1. JIAN J. ZHENG TILTON was identified by her Washington State photo driver license No. WDL3T87CC33B, DOB: 10/03/1962
2. TYLER TILTON, 25, son of defendant, was also served

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/08/2021      *[signature]*
            Date                      *Signature of Server*

2 PARK AVENUE, 20TH FLOOR, NY, NY 10016
*Address of Server*

OFFICE: 646-653-4612
EMAIL: JimDunn@gocia.net

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.