**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Vikram P Grover

                                        Plaintiff,

v.                                                          Case No.: 1:21−cv−05054
                                                            Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 19, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. Plaintiff's counsel appeared telephonically. Defendants did not appear. Plaintiff reported on the status of this case and service on Defendants. Plaintiff has not had any communication with defendants. For the reasons stated on the record, Plaintiff's request for entry of default pursuant to rule 55(a) against Defendants Net Savings Link, Inc., Wilton Group, Limited, Wilton UK (Group), Limited, China Food and Beverage Company, and James A Tilton [18], [19], [20], [21], and [22] are granted. Orders to follow. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.