**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Vikram P Grover

                              Plaintiff,

v.                                                                    Case No.: 1:21−cv−05054
                                                                     Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 19, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's Motion for FRCP 55(a) default (Dkt. 18) is granted. Default is entered against defendant Wilton UK (Group), Limited. The Court will vacate this default if Defendant files a response by 2/11/22. Plaintiff is to send a copy of this order and the default filings as to defendant Wilton UK (Group), Limited via FedEx and file on the docket proof of service. By 2/25/22, Plaintiff shall file a status report or motion pursuant to FRCP 55(b). Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.