# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Vikram P Grover

                     Plaintiff,

v.                                                       Case No.: 1:21−cv−05054

                                                                             Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 19, 2022:

    MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's Motion for FRCP 55(a) default (Dkt. 21) is granted. Default is entered against defendant China Food and Beverage, Co. The Court will vacate this default if Defendant files a response by 2/11/22. Plaintiff is to send a copy of this order and the default filings as to defendant China Food and Beverage, Co. via First Class Mail file proof of service on the docket. By 2/25/22, Plaintiff shall file a status report or motion pursuant to FRCP 55(b). Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.