# Exhibit "A"



# TRACK ANOTHER SHIPMENT

775836525203

**ADD NICKNAME**

  

# Delivered
# Wednesday, 1/26/2022 at 11:22 am

**DELIVERED**
Signed for by: S.TANYA CVD



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| PHILIP GIORDANO | WILTON UK (GROUP), LIMITED |
| GIORDANO COMPANY, P.C. | 26 GROSVENOR STREET |
| 47 WINTER STREET, SUITE 800 | MAYFAIR |
| BOSTON, MA US 02108 | LONDON, LO GB W1K4QW |
| 617-723-7755 | 000-000-0000 |

**Travel History** | Shipment Facts | Commodity Information

## Travel History

**TIME ZONE**
Local Scan Time  

**Wednesday, January 26, 2022**

| 11:22 AM | LONDON GB | Delivered |

| | | | |
|---|---|---|---|
| 8:25 AM | HORNSEY GB | Delay<br>Customer not available or business closed. | |
| 6:17 AM | HORNSEY GB | On FedEx vehicle for delivery | |
| 4:35 AM | HORNSEY GB | At local FedEx facility | |
| 2:12 AM | RIDGMONT GB | In transit | |

**Tuesday, January 25, 2022**

| | | |
|---|---|---|
| 8:08 PM | STANSTED GB | In transit<br>Package available for clearance |
| 8:08 PM | STANSTED GB | International shipment release - Import |
| 6:50 PM | STANSTED GB | Arrived at FedEx hub |
| 6:28 AM | MEMPHIS, TN | In transit |
| 5:21 AM | MEMPHIS, TN | Departed FedEx hub |
| 12:56 AM | MEMPHIS, TN | Arrived at FedEx hub |

**Monday, January 24, 2022**

| | | |
|---|---|---|
| 8:46 PM | SOUTH BOSTON, MA | Left FedEx origin facility |
| 12:40 PM | BOSTON, MA | Picked up<br>Tendered at FedEx Office |
| 11:08 AM | | Shipment information sent to FedEx |

Expand History ∨

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER**<br>775836525203 | **SERVICE**<br>FedEx International First | **WEIGHT**<br>0.2 lbs / 0.09 kgs |
| **DELIVERY ATTEMPTS**<br>1 | **DELIVERED TO**<br>Receptionist/Front Desk | **TOTAL PIECES**<br>1 |
| **TOTAL SHIPMENT WEIGHT**<br>0.2 lbs / 0.09 kgs | **TERMS**<br>Shipper | **PACKAGING**<br>FedEx Envelope |
| **SPECIAL HANDLING SECTION**<br>Deliver Weekday | **SHIP DATE**<br>1/24/22 ⓘ | **STANDARD TRANSIT**<br>1/29/22 before 6:00 pm ⓘ |
| **ACTUAL DELIVERY**<br>1/26/22 at 11:22 am | | |

## Commodity Information

| COUNTRY OF MANUFACTURING | HARMONIZED CODE(S) | DESCRIPTION |
|---|---|---|

| COUNTRY OF MANUFACTURING | HARMONIZED CODE(S) | DESCRIPTION |
|---|---|---|
| US | | CORRESPONDENCE/NO COMMERCIAL VALUE |

**All (7)**　　Inbound (0)　　Outbound (7)　　Watch list (0)