# Exhibit "B"



TRACK ANOTHER SHIPMENT

775836763714

**ADD NICKNAME**

  

# Delivered
## Friday, 1/28/2022 at 11:15 am

**DELIVERED**
Signed for by: L.INDSEY

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| PHILIP GIORDANO | WILTON GROUP, LIMITED |
| GIORDANO COMPANY, P.C. | GROSVENOR HOUSE, 66-67 ATHOL STREE |
| 47 WINTER STREET, SUITE 800 | DOUGLAS |
| BOSTON, MA US 02108 | ISLE OF MAN, IM GB IM11JE |
| 617-723-7755 | 000-000-0000 |

**Travel History** | Shipment Facts | Commodity Information

## Travel History

**TIME ZONE**
Local Scan Time 

**Friday, January 28, 2022**

| 11:15 AM | ISLE OF MAN GB | Delivered |
| 8:56 AM | DOUGLAS GB | On FedEx vehicle for delivery |
| 7:39 AM | DOUGLAS GB | At local FedEx facility |

**Thursday, January 27, 2022**



| | | | |
|---|---|---|---|
| | 5:14 AM | LEYLAND GB | In transit<br>Tendered to authorized agent for final delivery |
| **Tuesday, January 25, 2022** | | | |
| | 7:58 PM | STANSTED GB | In transit<br>Package available for clearance |
| | 7:58 PM | STANSTED GB | International shipment release - Import |
| | 6:50 PM | STANSTED GB | Arrived at FedEx hub |
| | 6:28 AM | MEMPHIS, TN | In transit |
| | 5:21 AM | MEMPHIS, TN | Departed FedEx hub |
| | 3:08 AM | MEMPHIS, TN | In transit |
| | 12:56 AM | MEMPHIS, TN | Arrived at FedEx hub |
| **Monday, January 24, 2022** | | | |
| | 8:30 PM | SOUTH BOSTON, MA | Left FedEx origin facility |
| | 12:40 PM | BOSTON, MA | Picked up<br>Tendered at FedEx Office |
| | 11:21 AM | | Shipment information sent to FedEx |

Expand History ∨

## Shipment Facts

**TRACKING NUMBER**
775836763714

**SERVICE**
International Priority

**WEIGHT**
0.2 lbs / 0.09 kgs

**DELIVERY ATTEMPTS**
1

**DELIVERED TO**
Receptionist/Front Desk

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.2 lbs / 0.09 kgs

**TERMS**
Shipper

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday

**SHIP DATE**
1/24/22 ⓘ

**STANDARD TRANSIT**
1/26/22 before 6:00 pm ⓘ

**ACTUAL DELIVERY**
1/28/22 at 11:15 am

## Commodity Information

| COUNTRY OF MANUFACTURING | HARMONIZED CODE(S) | DESCRIPTION |
|---|---|---|
| US | | CORRESPONDENCE/NO COMMERCIAL VALUE |

Case: 1:21-cv-05054 Document #: 31-2 Filed: 01/28/22 Page 4 of 4 PageID #:265

https://www.fedex.com/fedextrack/?trknbr=775836763714&trkqual=24...

All (7) | Inbound (0) | Outbound (7) | Watch list (0)