# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

==============================

|  |  |
|---|---|
| VIKRAM P. GROVER d/b/a "IX ADVISORS" a/k/a "IXA," | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : |
|  | : |
| NET SAVINGS LINK, INC., a Colorado corporation and formerly organized as a Nevada corporation, WILTON GROUP, LIMITED, as registered in the Isle of Man, U.K., WILTON UK (GROUP), LIMITED, as registered in England and Wales, U.K., CHINA FOOD AND BEVERAGE CO., a Colorado corporation, and JAMES A. TILTON, | : |
|  | : |
| Defendants. | : |
|  | : |
| v. | : |
|  | : |
| PACIFIC STOCK TRANSFER, NSAVX, INC., a Wyoming corporation, and JOHN DOE CORP., a/k/a NSAVX.COM, a Puerto Rican corporation, | : |
|  | : |
| Trustee-Defendants. | : |

Civil Action No. 1:21-CV-05054

REQUEST FOR ORAL ARGUMENT
ON AN EMERGENCY BASIS

==============================

### AFFIDAVIT OF PHILIP M. GIORDANO, ESQ. IN SUPPORT OF PLAINTIFF VIKRAM P. GROVER'S EMERGENCY MOTIONS FOR: 1) TEMPORARY, PRELIMINARY AND PERMANENT EQUITABLE, INJUNCTIVE RELIEF AND SPECIFIC PERFORMANCE; AND 2) ATTACHMENT BY TRUSTEE PROCESS AGAINST THE DEFENDANTS AND DEFENDANT-AGENTS

I, Philip M. Giordano, Esq., being duly sworn, depose and state as follows:

1)	I am an attorney, admitted, *inter alia*, to the bars of the Commonwealth of Massachusetts and the State of New York, and, *inter alia*, the United States Supreme Court, the U.S. Court of Appeals for the First and Seventh Circuits, and the U.S. District Court for the District of Massachusetts. I am admitted *pro hac vice* to the United States District Court for the Northern District of Illinois in the instant case. My Firm and I are counsel to the Plaintiff, Vikram P. Grover, in the instant case. I make this Affidavit based upon my knowledge and understanding, and in based upon information provided to me by my client and the staff at my Firm. I further make this Affidavit in support of: a) Plaintiff's Emergency Motion for a Short Order of Notice; b) Plaintiff's Emergency Motion for an Attachment and Attachment by Trustee Process Against the Defendants and Defendant-Agents; and c) Plaintiff's Emergency Motion for Temporary, Preliminary and Permanent Injunctive Relief and Specific Performance against the Defendants and Defendant-Agents.

2)	A true copy of Defendant NSAV's 2022 Annual Report, as filed with OTC Markets, is attached, restated, and incorporated by reference herein as **Exhibit A**.

3)	A true copy of NSAV's 2023 Annual Report, as filed with OTC Markets, is attached, restated, and incorporated by reference herein as **Exhibit B**.

4)	A true copy of NSAV's 2023 historical share value data is attached, restated, and incorporated by reference herein as **Exhibit C**.

5)	A true copy of NSAV's December 8, 2023 press release is attached, restated, and incorporated by reference herein as **Exhibit D**.

6)	A true copy of NSAV's April 15, 2024 press release, as released through OTC Markets, is attached, restated, and incorporated by reference herein as **Exhibit E**.

7)      A true copy of NSAV's May 1, 2024 press release, as released through OTC Markets, is attached, restated, and incorporated by reference herein as **Exhibit F**.

8)      A true copy of NSAV's May 8, 2024 press release, as released through OTC Markets, is attached, restated, and incorporated by reference herein as **Exhibit G**.

9)      A true copy of NSAV's 2024 Quarterly Report, as filed with OTC Markets, is attached, restated, and incorporated by reference herein as **Exhibit H**.

10)     A true copy of NSAV's 2024 share values, according to Yahoo! Finance, is attached, restated, and incorporated by reference herein as **Exhibit I**.

11)     A true copy of NSAV's May 28, 2024 Press Release, as released through OTC Markets, is attached, restated, and incorporated by reference herein as **Exhibit J**.

12)     A true copy of NSAVx.com's initial filing with the Wyoming Secretary of State is attached, restated, and incorporated by reference herein as **Exhibit K**.

13)     A true copy of NSAV's May 10, 2024 Press Release is attached, restated, and incorporated by reference herein as **Exhibit L**.

14)     A true copy of NSAV's June 6, 2024 press release is attached, restated, and incorporated by reference herein as **Exhibit M**.

15)     A true copy of NSAV's Form 8-K, dated June 17, 2016, is attached, restated, and incorporated by reference herein as **Exhibit N**.

Signed under the pains and penalties of perjury, this 21st day of June, 2024.


                                        */s/ Philip M. Giordano*_____
                                        Philip M. Giordano

Dated: June 21, 2024

<u>**CERTIFICATE OF SERVICE**</u>

I, Philip M. Giordano, do hereby certify that on the 21st day of June, 2024, I caused to be served a true and correct copy of Giordano Affidavit, with Exhibits, in support of Plaintiff Vikram Grover's Emergency Motions, as filed by and through the District Court's electronic filing/ECF system and that such true copy is available for downloading and viewing by all counsel and parties of record.

Dated: June 21, 2024                    */s/ Philip M. Giordano*
                                        Philip M. Giordano

# Exhibit "A"

# Disclosure Statement Pursuant to the Pink Basic Disclosure Guidelines

## Net Savings Link, Inc.

2374 Route 390, P.O. Box 609, Mountainhome, PA 18342
Phone: (718) 569-8815
Website: http://nsavholdinginc.com
Email: info@nsavholdinginc.com
SIC Code: 737

# Amended Annual Report

**For the period ending** December 31, 2022 **(the "Reporting Period")**

## Outstanding Shares

The number of shares outstanding of our Common Stock was:

6,354,310,867 as of December 31, 2022

5,938,815,738 as of December 31, 2021

## Shell Status

Indicate by check mark whether the company is a shell company (as defined in Rule 405 of the Securities Act of 1933, Rule 12b-2 of the Exchange Act of 1934 and Rule 15c2-11 of the Exchange Act of 1934):

Yes: ☐          No: ☒

Indicate by check mark whether the company's shell status has changed since the previous reporting period:

Yes: ☐          No: ☒

## Change in Control

Indicate by check mark whether a Change in Control[1] of the company has occurred over this reporting period:

Yes: ☐          No: ☒

1)          **Name and address(es) of the issuer and its predecessors (if any)**

---

[1] "Change in Control" shall mean any events resulting in:

(i) Any "person" (as such term is used in Sections 13(d) and 14(d) of the Exchange Act) becoming the "beneficial owner" (as defined in Rule 13d-3 of the Exchange Act), directly or indirectly, of securities of the Company representing fifty percent (50%) or more of the total voting power represented by the Company's then outstanding voting securities;
(ii) The consummation of the sale or disposition by the Company of all or substantially all of the Company's assets;
(iii) A change in the composition of the Board occurring within a two (2)-year period, as a result of which fewer than a majority of the directors are directors immediately prior to such change; or
(iv) The consummation of a merger or consolidation of the Company with any other corporation, other than a merger or consolidation which would result in the voting securities of the Company outstanding immediately prior thereto continuing to represent (either by remaining outstanding or by being converted into voting securities of the surviving entity or its parent) at least fifty percent (50%) of the total voting power represented by the voting securities of the Company or such surviving entity or its parent outstanding immediately after such merger or consolidation.

In answering this item, provide the current name of the issuer any names used by predecessor entities, along with the dates of the name changes.

The Company was incorporated under the laws of the State of Nevada as Calibert Explorations, Ltd. on February 21, 2007. On November 11, 2010, the Company changed its name to its current name, Net Savings Link, Inc.

The state of incorporation or registration of the issuer and of each of its predecessors (if any) during the past five years; Please also include the issuer's current standing in its state of incorporation (e.g. active, default, inactive):

February 21, 2007    Colorado    Active and in Good Standing    Formerly a Nevada corporation    Converted on February 28, 2017.

Describe any trading suspension orders issued by the SEC concerning the issuer or its predecessors since inception:

None

List any stock split, stock dividend, recapitalization, merger, acquisition, spin-off, or reorganization either currently anticipated or that occurred within the past 12 months:

On February 28, 2021, the Company entered into a definitive share purchase agreement with Virtuabroker Ltd., a company incorporated under the laws of England, to acquire ten percent (10%) of the shares of Virtuabroker Ltd., in exchange for a cash payment of sixty thousand and sixty U.S. Dollars ($60,060.00).

On March 6, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 25% stake in SBCDF Investment, Inc. The purchase price for the acquisition was 500 million restricted Series Preferred B shares. The Company retains an option to purchase an additional 25% under the same terms. On April 9, 2021, the Company notified TG Private Equity Inc. that it will exercise said option.

On April 6, 2021, the Company entered into a definitive share purchase agreement with Eminaich LLC., a Wyoming limited liability company, to acquire a 20% stake in a startup ridesharing platform, Rydehails LLC, a Wyoming limited liability company. The purchase price for the acquisition was 31,928,481 restricted Series B Preferred Shares. The Company retains an option to purchase an additional 10% stake in Rydehails LLC for two million U.S. Dollars ($2,000,000.00).

On August 5, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 40% stake in Super Chain Capital Ltd., a company incorporated under the laws of Hong Kong. Super Chain Capital Ltd. owns and operates the premium OTC cryptocurrency trading desk, www.HKOTC.co , which is also based in Hong Kong. The purchase price for the acquisition was thirty thousand U.S. Dollars ($30,000.00) in cash and eight million U.S. Dollars ($8,000,000.00) of restricted Series B Preferred Shares.

On October 21, 2021, the Company entered into a Letter of Intent (L.O.I.) to acquire a 51% stake in Bwang Group Limited, a company incorporated under the laws of Hong Kong. Bwang Group Limited owns and operates leading cryptocurrency exchange BW.com, www.BW.com . Due to a confidentiality agreement, additional terms were not disclosed.

On December 31, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 5% stake in Singapore based Technicorum Holdings www.technicorum.com , with an option for an additional stake. Technicorum is a global investment and compliance company. According to Technicorum, their post-money valuation is $120 million. Technicorum is a consortium specializing in digital assets, with expertise in ICO's, IEO's and IDO's, and over the past year, into DeFi and NFT's, as well as recently, GameFi, SocialFi, and the Metaverse.

On January 17, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 50% stake in Vagabond Technology Solutions, LLC. NSAV and Vagabond will together further develop and Market Vagabond's already rapidly growing blockchain protocol https://vagabondapp.io/ . The purchase price for the acquisition was one million U.S. Dollars ($1,000,000.00) of restricted Series B Preferred Shares.

On January 27, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 10% stake in Metaverse Network LLC. (MNC) https://metaversenetwork.llc/ . MNC's main asset is its ownership of leading cryptocurrency exchange, BQEX Ltd. https://bqex.ltd/ BQEX Exchange has over 4 million registered users. The purchase price for the acquisition was one hundred thousand U.S. Dollars ($100,000.00) in cash, twenty-five million U.S. Dollars ($25,000,000.00) of restricted Series B Preferred Shares and two hundred thousand U.S. Dollars ($200,000.00) of unrestricted common stock.

MNC's additional holdings include VAEX, a Centralized Cryptocurrency Exchange (CEX) regulated in Dubai. https://vaex.tech/en_US/. VAEX is one of the few Centralized Crypto Exchanges that connects Centralized with Decentralized Wallets. Hive Codes Incorporation https://hive.codes/ , the world's first blockchain home mining device able to mine multiple tokens. Jinbao NFT, based on Jackie Chan's, "The Little Big Soldier" https://jinbaonft.com/ . The Awallet WEB3 Wallet platform, which has the capability to allow blockchain users to manage more than 100 different cryptocurrencies from their mobile device securely and efficiently.

On February 25, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 50% stake in crypto mining company, HIVE Strategy LLC. The purchase price for the acquisition was forty thousand U.S. Dollars ($40,000.00) in cash and Five million U.S. Dollars ($5,000,000.00) of restricted Series B Preferred Shares.

On 14 October 2022, the Company entered into an Agreement with Active World Holdings, Inc. (AWH) to issue preferred shares in exchange for 100% interest in AWC Exchange Inc., thereby owning 100% of www.awcexchange.com. In addition to the preferred shares, the Company agreed to pay AWH two hundred and fifty thousand U.S. Dollars ($250,000.00) and a consulting agreement for fifty thousand U.S. Dollars ($50,000.00) per month

On December 20, 2022, the Company completed the acquisition of the Centralized Cryptocurrency Incubator Exchange, www.awcexchange.com , from Active World Holdings, Inc., for two million five hundred thousand U.S. Dollars ($2,500,000.00) payable over a one-year period.

On 3 March 2023, the Company and AWH amended the 21 December 2022 Acquisition Agreement. The Company and AWH will form a joint venture to develop and operate the AWC exchange. The Company will invest two hundred and fifty thousand U.S. Dollars ($250,000) into the joint venture, in the form of a promissory note and the 21 December 2022 promissory notes in the amount of two million five hundred thousand U.S. Dollars ($2,500,000.00) are cancelled.


The address(es) of the issuer's principal executive office:

2374 Route 390, P.O. Box 609, Mountainhome, PA 18342

The address(es) of the issuer's principal place of business:
X  *Check if principal executive office and principal place of business are the same address:*


Has the issuer or any of its predecessors been in bankruptcy, receivership, or any similar proceeding in the past five years?

No: ☒          Yes: ☐   If Yes, provide additional details below:

**2)     Security Information**

*Transfer Agent*

Name:      Pacific Stock Transfer Co.
Phone:    (800)-785-7782
Email:      info@pacificstocktransfer.com
Address: 6725 Via Austi Parkway, Suite 300, Las Vegas, NV 89119

*Publicly Quoted or Traded Securities:*

*The goal of this section is to provide a clear understanding of the share information for its publicly quoted or traded equity securities. Use the fields below to provide the information, as applicable, for all outstanding classes of securities that are publicly traded/quoted.*

| | | |
|---|---|---|
| Trading symbol: | NSAV | |
| Exact title and class of securities outstanding: | Common Stock | |
| CUSIP: | 64112L203 | |
| Par or stated value: | $0.001 | |
| Total shares authorized: | 6,500,000,000 | as of date: December 31, 2022 |
| Total shares outstanding: | 6,354,310,867 | as of date: December 31, 2022 |
| Total number of shareholders of record: | 335 | as of date: December 31, 2022 |

*Other classes of authorized or outstanding equity securities:*

*The goal of this section is to provide a clear understanding of the share information for its other classes of authorized or outstanding equity securities (e.g. preferred shares). Use the fields below to provide the information, as applicable, for all other authorized or outstanding equity securities.*

| | | |
|---|---|---|
| Exact title and class of the security: | Class A Preferred | |
| CUSIP (if applicable): | None | |
| Par or stated value: | $0.00001 | |
| Total shares authorized: | 225,000,000 | as of date: December 31, 2022 |
| Total shares outstanding (if applicable): | 60,000,000 | as of date: December 31, 2022 |
| Total number of shareholders of record (if applicable): | 2 | as of date: December 31, 2022 |

| | | |
|---|---|---|
| Exact title and class of the security: | Class B Preferred | |
| CUSIP (if applicable): | None | |
| Par or stated value: | $0.00001 | |
| Total shares authorized: | 1,275,000,000 | as of date: December 31, 2022 |
| Total shares outstanding (if applicable): | 1,270,587,868 | as of date: December 31, 2022 |
| Total number of shareholders of record (if applicable): | 17 | as of date: December 31, 2022 |

## Security Description:

*The goal of this section is to provide a clear understanding of the material rights and privileges of the securities issued by the company. Please provide the below information for each class of the company's equity securities, as applicable:*

1. **For common equity, describe any dividend, voting and preemption rights.**

(1) Dividend Rate. The holders of Common Stock shall be entitled to receive dividends when, as, and if declared by the board of directors out of assets legally available therefor.

(2) Voting Rights. Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Common Stock shall be entitled to one vote for each share. No holder of shares of Common Stock shall have the right to cumulate votes.

(3) Liquidation Rights. In the event of liquidation, dissolution, or winding up of the affairs of the corporation, whether voluntary or involuntary, subject to the prior rights of the holders of Series A Preferred Stock and Series B Preferred Stock, if any, the holders of shares of the Common Stock can share ratably in the corporation's assets, and shall share equally and ratably in the corporation's assets available for distribution after giving effect to any liquidation preference of any shares of the Series A Preferred Stock or Series B Preferred Stock. A merger, conversion, exchange, or consolidation of the corporation with or into any other person or sale or transfer of all or any part of the assets of the corporation (which shall not in fact result in the liquidation of the corporation and the distribution of assets to stockholders) shall not be deemed to be a voluntary or involuntary liquidation, dissolution or winding up of the affairs of the corporation.

(4) No Conversion, Redemption, or Preemptive Rights. The holders of Common Stock shall not have any conversion, redemption, or preemptive rights.

(5) Consideration for Shares. The Common Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

2. **For preferred stock, describe the dividend, voting, conversion, and liquidation rights as well as redemption or sinking fund provisions.**

Series A Preferred Stock.

(1)     Voting Rights. Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Series A Preferred Stock shall be entitled to 1,000 votes for each share held by them.

(2)     Consideration for Shares. The shares of the Series A Preferred Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

Series B Preferred Stock.

(1)     Voting Rights. Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Series B Preferred Stock shall be entitled to one vote for each share held by them.

(2)      Conversion Rights. The holders of shares of the corporation's Series B Preferred Stock shall have the right to convert each share of Series B Preferred Stock held by them to one share of the corporation's Common Stock.

(3)      Consideration for Shares. The shares of the Series B Preferred Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

3.    **Describe any other material rights of common or preferred stockholders.**

      None_____

4.    **Describe any material modifications to rights of holders of the company's securities that have occurred over the reporting period covered by this report.**

      None_____

## 3)      Issuance History

The goal of this section is to provide disclosure with respect to each event that resulted in any changes to the total shares outstanding of any class of the issuer's securities **in the past two completed fiscal years and any subsequent interim period**.

Disclosure under this item shall include, in chronological order, all offerings and issuances of securities, including debt convertible into equity securities, whether private or public, and all shares, or any other securities or options to acquire such securities, issued for services. Using the tabular format below, please describe these events.

### 5.   Changes to the Number of Outstanding Shares

Indicate by check mark whether there were any changes to the number of outstanding shares within the past two completed fiscal years:

No: ☐        Yes: X   (If yes, you must complete the table below)

| Shares Outstanding as of Second Most Recent Fiscal Year End: Opening Balance Date January 1, 2020 Common: 5,643,636,893 Preferred A: 30,000,000 Preferred B: 0 | | | *Right-click the rows below and select "Insert" to add rows as needed. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date of Transaction | Transaction type (e.g., new issuance, cancellation, shares returned to treasury) | Number of Shares Issued (or cancelled) | Class of Securities | Value of shares issued ($/per share) at Issuance | Were the shares issued at a discount to market price at the time of | Individual/ Entity Shares were issued to. *You must disclose the control person(s) for any entities listed. | Reason for share issuance (e.g. for cash or debt conversion) -OR- Nature of Services Provided | Restricted or Unrestricted as of this filing. | Exemption or Registration Type. |

| | | | | | issuance? (Yes/No) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| August 31, 2022 | New Issuance | 295,495,129 | Common Stock | $0.0115 | No | SRAX, Inc., Randy Clark, COO | Consulting Services | Restricted | 4 (2) Exemption |
| July 28,2022 | New Issuance | 100,000,000 | Common Stock | $0.0061 | Yes | May Davis Partners Acquisition Company, LLC, Owen May, President | Investment Banking Services | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 300,000,000 | Preferred B | $0.02 | No | Cheuk Wing Kong | Acquisition | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 50,000,000 | Preferred B | $0.02 | No | Kong Cheer Limited, On Lee Yu, Director | Acquisition | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 20,000,000 | Common Stock | $0.02 | No | Stephen J. Posner | Consulting Services | Restricted | 4 (2) Exemption |
| April 22, 2022 | New Issuance | 1,824,817 | Preferred B | $0.0137 | No | Ajay Athwal | Consulting Services | Restricted | 4 (2) Exemption |
| April 14, 2022 | New Issuance | 33,333,334 | Preferred B | $0.02 | No | Veronica Raquel Welch | Acquisition | Restricted | 4 (2) Exemption |
| April 14, 2022 | New Issuance | 266,666,666 | Preferred B | $0.02 | No | SYNERGY Resources Inc., Cho Wing Lam, CEO | Acquisition | Restricted | 4 (2) Exemption |
| April 6, 2022 | Cancellation | 500,000,000 | Preferred B | N.A. | N.A. | T.G. Private Equity Inc., Yeung Tze Ling, Director | N.A. | N.A. | N.A. |
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 60,000,000 | Preferred B | $0.02 | No | Kim Ching Chan | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 46,583,340 | Preferred B | $0.02 | No | Zheng Li | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 46,583,340 | Preferred B | $0.02 | No | Siu Ming Je | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 266,643,977 | Preferred B | $0.02 | No | SYNERGY Resources Inc., Cho Wing Lam, CEO | Acquisition | Restricted | 4 (2) Exemption |
| December 9, 2021 | New Issuance | 1,000,000 | Preferred B | $0.0268 | Yes | Arin, LLC, Adam Ringer, Manager | Cash | Restricted | 4 (2) Exemption |
| November 9, 2021 | New Issuance | 4,000,000 | Common Stock | $0.0484 | Yes | Jeremy Christianson | Dividend | Restricted | 4 (2) Exemption |
| November 5, 2021 | New Issuance | 20,000,000 | Common Stock | $0.0479 | Yes | Jeremy Christianson | Cash | Restricted | 4 (2) Exemption |
| October 1, 2021 | New Issuance | 2,666,666 | Common Stock | $0.0268 | Yes | Jeremy Christianson | Cash | Restricted | 4 (2) Exemption |
| September 15, 2021 | New Issuance | 1,161,389 | Common Stock | $0.03.02 | No | MARBLETOWN ADVISORS LLC, Jasahn Sommerville, Manager | Loan Commitment Fee | Restricted | 4 (2) Exemption |
| September 15, 2021 | New Issuance | 1,161,389 | Common Stock | $0.03.02 | No | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan Commitment Fee | Restricted | 4 (2) Exemption |
| June 25, 2021 | New Issuance | 6,985,583 | Preferred B | $0.0086 | No | Kong Sheng Lim | Consulting Services | Restricted | 4 (2) Exemption |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| June 25, 2021 | New Issuance | 2,314,813 | Preferred B | $0.0072 | No | Tsz Chun Ma | Consulting Services | Restricted | 4 (2) Exemption |
| June 25, 2021 | New Issuance | 35,859,572 | Preferred B | $0.0119 | No | Yuen Wong | Consulting Services | Restricted | 4 (2) Exemption |
| June 17, 2021 | New Issuance | 34,722,222 | Preferred B | $0.0144 | No | Man Kin Lau | Consulting Services | Restricted | 4 (2) Exemption |
| May 7, 2021 | New Issuance | 31,928,481 | Preferred B | $0.0313 | No | Eminaich LLC., Tobayi Howton, Managing Member | Acquisition | Restricted | 4 (2) Exemption |
| April 8, 2021 | New Issuance | 2,888,867 | Common Stock | $0.0217 | No | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan Commitment Fee | Restricted | 4 (2) Exemption |
| April 5, 2021 | New Issuance | 6,937,427 | Common Stock | $0.0062 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricted | 4 (2) Exemption |
| March 10, 2021 | New Issuance | 5,952,380 | Preferred B | $0.0297 | No | SBC Investor Relations, Inc., Lowell Holden, Director | Consulting Services | Restricted | 4 (2) Exemption |
| March 6, 2021 | New Issuance | 500,000,000 | Preferred B | $0.0349 | No | TG Private Equity Inc., Yeung Tze Ling, Director | Acquisition | Restricted | 4 (2) Exemption |
| February 2, 2021 | New Issuance | 30,000,000 | Preferred A | $0.00001 | N.A. | TG Private Equity Inc., Yeung Tze Ling, Director | Merger and Acquisition Services | Restricted | 4 (2) Exemption |
| February 2, 2021 | New Issuance | 56,363,107 | Common Stock | $0.0046 | No | Jake Noch | Dispute Settlement | Restricted | 4 (2) Exemption |

| December 2, 2020 | New Issuance | 200,000,000 | Common Stock | $0.0006 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricted | 4 (2) Exemption |
|---|---|---|---|---|---|---|---|---|---|

| Shares Outstanding on Date of This Report | |
|---|---|
| Date: December 31, 2022<br>Ending Balance: Common: 6,354,310,867<br>Preferred A: 60,000,000<br>Preferred B: 1,270,587,868 | |

**Example:** A company with a fiscal year end of December 31st, in addressing this item for its Annual Report, would include any events that resulted in changes to any class of its outstanding shares from the period beginning on January 1, 2021 through December 31, 2022 pursuant to the tabular format above.

Use the space below to provide any additional details, including footnotes to the table above:

## 6. Promissory and Convertible Notes

Indicate by check mark whether there are any outstanding promissory, convertible notes, convertible debentures, or any other debt instruments that may be converted into a class of the issuer's equity securities:

No:      Yes: X   (If yes, you must complete the table below)

| Date of Note Issuance | Outstanding Balance ($) | Principal Amount at Issuance ($) | Interest Accrued ($) | Maturity Date | Conversion Terms (e.g. pricing mechanism for determining conversion of instrument to shares) | Name of Noteholder. *You must disclose the control person(s) for any entities listed. | Reason for Issuance (e.g. Loan, Services, etc.) |
|---|---|---|---|---|---|---|---|
| January 12, 2022 | 10,775.89 | 10,000.00 | 775.89 | January 12, 2023 | 50% of market price. | Leo's New Company LLC, Miguel Santana, Managing Member | Loan |
| September 23, 2021 | 65,678.08 | 62,500.00 | 3,178.08 | September 23, 2022 | 55% of market price. | Arin, LLC, Adam Ringer, Manager | Loan |
| September 15, 2021 | 26,238.09 | 23.228.00 | 3,010.09 | March 15, 2022 | 50% of market price. | Leo's New Company LLC, Miguel Santana, Managing Member | Loan |
| September 15, 2021 | 26,238.09 | 23.228.00 | 3,010.09 | March 15, 2022 | 50% of market price. | Marbletown Advisors, LLC, Jasahn Sommerville, Manager | Loan |
| July 28, 2021 | 55,720.55 | 50,000.00 | 5,720.55 | July 28, 2022 | 50% of market price. | Leo's New Company LLC, Miguel Santana, Managing Member | Loan |
| July 13, 2021 | 76,475.62 | 65,000.00 | 11,475.62 | April 12, 2022 | 50% of market price. | Power Up Lending Group, Ltd., Curt Kramer, President | Loan |
| April 9, 2021 | 50,836.14 | 43,333.00 | 7,503.14 | October 9, 2021 | 50% of market price. | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan |

Use the space below to provide any additional details, including footnotes to the table above:


## 4)      Issuer's Business, Products and Services

The purpose of this section is to provide a clear description of the issuer's current operations.
(Please ensure that these descriptions are updated on the Company's Profile on www.otcmarkets.com).

A.  Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")

China Net Savings Link's vision is the establishment of a fully integrated technology company that provides turnkey technological solutions to the cryptocurrency, blockchain and digital asset industries. Over time, the Company plans to provide a wide range of services such as software solutions, e-commerce, advisory services, financial services and information technology.

The Company has and will continue to invest in companies in the cryptocurrency, blockchain and digital asset sectors.

On August 9, 2021, the Company launched a centralized cryptocurrency platform, NSAV Exchange. The company plans to commence operations as soon as the legal, regulatory and compliance issues are completed.

The Company owns the NSAV Premium OTC Cryptocurrency Trading Desk https://nsavholdinginc.com/otc-desk/ .

The Company holds a 40% stake in Super Chain Capital Ltd., a company incorporated under the laws of Hong Kong. Super Chain Capital Ltd. owns and operates the premium OTC cryptocurrency trading desk, https://hkotc.co/ , which is also based in Hong Kong.

The Company owns the NSAV Decentralized Cryptocurrency Exchange, NSAVDEX 1 https://nsavdex.org/#/home running on Okex Chain.

On December 6, 2021, the Company launched its NSAVDEX Native Token, the NSBC, which is currently trading on the VAEX Centralized Crypto Exchange (CEX) https://www.vaex.tech/en_US/trade/NSBC_USDT .

The Company owns the NSAV Decentralized Cryptocurrency Exchange, NSAVDEX 2 https://nsavdex.io/ running on Binance Smart Chain.

On March 4, 2022, the Company launched its NSAV NFT Marketplace, https://nsavnft.com/ , a 50/50 joint venture with Vagabond.

On March 24, 2022, the Company announced the launch of HIVE, the first blockchain home mining device that can mine multiple tokens.

On April 7, 2022, the Company announced the launch of the BLACK HIVE blockchain home mining device, PoF (Proof of Flow). The new BLACK HIVE'S Proof of Flow model of mining has replaced the PoW (Proof of Work) and PoS (Proof of Stake) and makes this new generation device more ECO friendly and power consumption friendly.

On April 26, 2022, the Company, in partnership with Metaverse Network LLC., launched the HIVE MULTIMINE App, whereby users can now mine cryptocurrency on their smartphone, without the need for a traditional mining device. The HIVE MULTIMINE App is now available to download in the Apple Store and on Google Play.

The Company and Active World Holdings, Inc. (AWH) will form a joint venture to develop and operate the AWC exchange www.awcexchange.com , a Centralized Cryptocurrency Incubator Exchange.


B.  List any subsidiaries, parent company, or affiliated companies.

The Company owns 95% of the shares of Tiger Brands, Inc., formerly Tiger Hemp Brands, Inc., a Colorado corporation. Tiger Brands, Inc. can be reached via email at info@nsavholdinginc.com .

The officers of Tiger Brands, Inc. are as follows.

James A. Tilton, Sole officer and director.


The Company owns 70% of the shares of Shanghai Hua Si Tai Medical Consultation Company Limited, which owns and operates Shanghai based Vital Strategic Research Institute (VSRI). VSRI is a medical research firm with a long history of expertise in design, clinical trials and global research. VSRI has collaborated with pharmaceutical giants such as Pfizer and Bristol-Myers Squibb.

Shanghai Hua Si Tai Medical Consultation Company Limited is located at Suite 16D, 455 Jiangning Road, Shanghai, 200041, China.

Jane Zheng, formerly Vice President of the Company, overseas the Company's interest in Shanghai Hua Si Tai Medical Consultation Company Limited.


C.  Describe the issuers' principal products or services.

The Information Technology and Software Solutions for the cryptocurrency, blockchain and digital asset industries.

The Company, thru its Shanghai based subsidiary, Shanghai Hua Si Tai Medical Consultation Company Limited, provides clinical research to industry leaders such as Eli Lilly and the Medtronic Foundation.

The primary markets for our products and services are the U.S.A., Europe and P.R. China.


5)      **Issuer's Facilities**


The goal of this section is to provide a potential investor with a clear understanding of all assets, properties or facilities owned, used or leased by the issuer and the extent in which the facilities are utilized.

In responding to this item, please clearly describe the assets, properties or facilities of the issuer, give the location of the principal plants and other property of the issuer and describe the condition of the properties.  If the issuer does not have complete ownership or control of the property (for example, if others also own the property or if there is a mortgage on the property), describe the limitations on the ownership.

If the issuer leases any assets, properties or facilities, clearly describe them as above and the terms of their leases.

The Company maintains an office at 26 Grosvenor Street, Mayfair, London, United Kingdom W1K 4QW. There is no rent/mortgage paid for this space. The Company has no ownership of the property.


6)      **Officers, Directors, and Control Persons**


Using the table below, please provide information, as of the period end date of this report, regarding any officers, or directors of the company, individuals or entities controlling more than 5% of any class of the issuers securities, or any person that performs a similar function, regardless of the number of shares they own. **If any insiders listed are corporate shareholders or entities, provide the name and address of the person(s) beneficially owning or controlling such corporate shareholders, or the name and contact information (City, State) of an individual representing the corporation or entity in the note section.**

Include Company Insiders who own any outstanding units or shares of any class of any equity security of the issuer.

The goal of this section is to provide an investor with a clear understanding of the identity of all the persons or entities that are involved in managing, controlling or advising the operations, business development and disclosure of the issuer, as well as the identity of any significant or beneficial shareholders.

| Names of All Officers, Directors and Control Persons | Affiliation with Company (e.g. Officer Title /Director/Owner of more than 5%) | Residential Address (City / State Only) | Number of shares owned | Share type/class | Ownership Percentage of Class Outstanding | Names of control person(s) if a corporate entity |
|---|---|---|---|---|---|---|
| Yuen Wong | Director | Hong Kong | 35,859,572 | Preferred B | 2.8% | N.A. |
| James A. Tilton | Officer and Director | New York, N.Y. | 30,000,000 | Preferred A | 50% | N.A. |
| TG Private Equity Inc. | Beneficial Shareholder | Tortola, BVI | 30,000,000 | Preferred A | 50% | Yeung Tze Ling, Director |
| Min Kin Lau | Director | Hong Kong | 34,722,222 | Preferred B | 2.7% | N.A. |
| Tsz Chun Ma | Officer | 2,314,813 | 2,314,813 | Preferred B | 0.018% | N.A. |
| Kong Sheng Lim | Officer | Selangor Darul Ehsan, Malaysia | 6,985,583 | Preferred B | 0.05% | N.A. |
| SYNERGY Resources Inc | Beneficial Shareholder | Mahe, Seychelles | 533,310,643 | Preferred B | 42% | Cho Wing Lam, CEO |
| Cheuk Wing Kong | Beneficial Shareholder | Kowloon, Hong Kong | 300,000,000 | Preferred B | 24% | N.A. |
| Ming Yuet Lam | Beneficial Shareholder | Tin Hau, Hong Kong | 79,999,998 | Preferred B | 6% | N.A. |

**7)      Legal/Disciplinary History**

A.   Identify whether any of the persons or entities listed above have, <u>in the past 10 years</u>, been the subject of:

1.   A conviction in a criminal proceeding or named as a defendant in a pending criminal proceeding (excluding traffic violations and other minor offenses);

None.

2.   The entry of an order, judgment, or decree, not subsequently reversed, suspended or vacated, by a court of competent jurisdiction that permanently or temporarily enjoined, barred, suspended or otherwise limited such person's involvement in any type of business, securities, commodities, or banking activities;

None.

3.  A finding or judgment by a court of competent jurisdiction (in a civil action), the Securities and Exchange Commission, the Commodity Futures Trading Commission, or a state securities regulator of a violation of federal or state securities or commodities law, which finding or judgment has not been reversed, suspended, or vacated; or

None.

4.  The entry of an order by a self-regulatory organization that permanently or temporarily barred, suspended, or otherwise limited such person's involvement in any type of business or securities activities.

None.


B.  Describe briefly any material pending legal proceedings, other than ordinary routine litigation incidental to the business, to which the issuer or any of its subsidiaries is a party or of which any of their property is the subject. Include the name of the court or agency in which the proceedings are pending, the date instituted, the principal parties thereto, a description of the factual basis alleged to underlie the proceeding and the relief sought. Include similar information as to any such proceedings known to be contemplated by governmental authorities.

On March 25, 2020, Jake Noch, a former employee of the Company, filed a lawsuit against the Company in the Circuit Court for Collier County in Naples, Florida. Mr. Noch was seeking the sum of $1,298,044.72 for lost wages and expenses accrued on behalf of the Company. On September 16, 2020, the same court entered a default final judgment in Mr. Noch's favor for the amount of $1,298,194.72. A Notice of Full Satisfaction of Judgment ending the litigation as of September 30, 2020, was filed on November 23, 2020.

On November 20, 2020, the Company issued a promissory note in the amount of $486,540,000 for the right to purchase a 20% interest in Sosa Entertainment, LLC, and a right to purchase a 20% interest in Pro Music Rights Distribution, LLC. The promissory note and Agreement were not considered final at that time and were subject to later modification by the parties. During the course of negotiations, on February 1, 2021, the parties eventually agreed to resolve all outstanding issues by a settlement in which NSAV issued 56,363,107 restricted shares of its common stock to Jake Noch, CEO of Sosa Entertainment, LLC, and Pro Music Rights Distribution, LLC, in return for the voidance of the promissory notes and expiration of the purchase options.

On June 15, 2021, Mr. Noch filed a new lawsuit against the Company in the Circuit Court for Collier County in Naples, Florida. Mr. Noch alleges that he was misled during the settlement described above and cannot deposit or clear the shares with a stock brokerage firm because the Company is not DTC Eligible and therefore, the shares are worthless to him. Mr. Noch seeks to have the Company register said shares with the Securities and Exchange Commission (SEC) and obtain DTC Eligibility. The Company denies the allegations and intends to mount a vigorous defense against Mr. Noch's claims.

On October 6, 2021, Mr. Noch filed a Notice of Voluntary Dismissal without prejudice in the Circuit Court for Collier County in Naples.

On June 7, 2022, the parties signed a Settlement Agreement dismissing any and all claims against the other party, as well as Mutual Releases.


On December 2, 2021, Vikram P. Grover, an alleged former employee and consultant of the Company, filed a lawsuit against the Company in the United States District Court, Northern District of Illinois. Mr. Grover alleges lost wages, compensation, damages and accrued interest. The Company denies the allegations and intends to mount a vigorous defense against Mr. Grover's claims. None of the Company's current officers and directors were involved in the alleged hiring of Mr. Grover. The Company and Mr. Grover are presently in settlement negotiations through their respective attorneys.

**8)     Third Party Service Providers**

Provide the name, address, telephone number and email address of each of the following outside providers. You may add additional space as needed.

Securities Counsel (must include Counsel preparing Attorney Letters).

| | |
|---|---|
| Name: | Vic Devlaeminck PC |
| Address 1: | 10013 N.E. Hazel Dell Avenue, Suite 317 |
| Address 2: | Vancouver, WA 98685 |
| Phone: | (503) 806-3533 |
| Email: | vic@vicdevlaeminck.com |

Accountant or Auditor

| | |
|---|---|
| Name: | Dawn Ashall |
| Firm: | Wilton Group |
| Address 1: | 26 Grosvenor Street |
| Address 2: | Mayfair, London, United Kingdom W1K 4QW |
| Phone: | +44 (0)20 7355 3525 |
| Email: | mail@wiltongroup.com |

Investor Relations

| | |
|---|---|
| Name: | N.A. |
| Firm: | SBC Investor Relations, Inc. |
| Address 1: | Oliaji Trade Centre, 1st Floor Victoria |
| Address 2: | Mahe, Seychelles |
| Phone: | (844) 568-1377 |
| Email: | info@sbcfinancialgroup.com |

*All other means of Investor Communication:*

| | |
|---|---|
| Twitter: | https://twitter.com/chif_tech |
| Discord: | _____ |
| LinkedIn | _____ |
| Facebook: | _____ |
| [Other ] | _____ |

Other Service Providers
Provide the name of any other service provider(s) that **that assisted, advised, prepared, or provided information with respect to this disclosure statement**. This includes counsel, broker-dealer(s), advisor(s), consultant(s) or any entity/individual that provided assistance or services to the issuer during the reporting period.

| | |
|---|---|
| Name: | _____ |
| Firm: | _____ |
| Nature of Services: | _____ |
| Address 1: | _____ |
| Address 2: | _____ |
| Phone: | _____ |
| Email: | _____ |

**9)      Financial Statements**


A.  The following financial statements were prepared in accordance with:

☐ IFRS
X̲ U.S. GAAP

B.  The following financial statements were prepared by (name of individual)[2]:

Name:                                **Dawn Ashall**
Title:                               **Accountant**
Relationship to Issuer:              **Employed by the Company accountant, the Wilton Group.**
Describe the qualifications of the person or persons who prepared the financial statements: **Accountant**


Provide the following financial statements for the most recent fiscal year or quarter.  For the initial disclosure statement (qualifying for Pink Current Information for the first time) please provide reports for the two previous fiscal years and any subsequent interim periods.

  a.  Audit letter, if audited;
  b.  Balance Sheet;
  c.  Statement of Income;
  d.  Statement of Cash Flows;
  e.  Statement of Retained Earnings (Statement of Changes in Stockholders' Equity)
  f.  Financial Notes


**10) Issuer Certification**

*Principal Executive Officer:*

The issuer shall include certifications by the chief executive officer and chief financial officer of the issuer (or any other persons with different titles but having the same responsibilities) in each Quarterly Report or Annual Report.

The certifications shall follow the format below:

I, James A. Tilton, certify that:

  1.  I have reviewed this Disclosure Statement for Net Savings Link, Inc.

  2.  Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

---

[2] The financial statements requested pursuant to this item must be prepared in accordance with US GAAP or IFRS and by persons with sufficient financial skills.

3. Based on my knowledge, the financial statements, and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

April 25, 2023

/s/ James A. Tilton, President


*Principal Financial Officer:*

I, James A. Tilton certify that:

1. I have reviewed this Disclosure Statement for; Net Savings Link, Inc.

2. Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

3. Based on my knowledge, the financial statements, and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

April 25, 2023

/s/ James A. Tilton, Chief Financial Officer

## NET SAVINGS LINK, INC.
### Unaudited Balance Sheets

| | | December 31, 2022 | December 31, 2021 |
|---|---|---|---|
| **ASSETS** | | $ | $ |
| Non-Current Assets: | | | |
| Investment in subsidiary | | 410,000 | 410,000 |
| Fixed Asset Investment | | 119,560 | 119,560 |
| Intangible Asset | 6 | 5,000,000 | 5,000,000 |
| Investment: DEX Exchange | 8 | 15,080,000 | 15,080,000 |
| Investment: Trading Desk | 9 | 8,000,000 | 8,000,000 |
| Investment: Cryptocurrency | 11 | 30,440,000 | - |
| Investment: Blockchain | 12 | 12,415,000 | - |
| Investment: Protocol | 13 | 1,000,000 | - |
| Investment: Awallet | 14 | 8,350,000 | - |
| Investment: AWC | 15 | 2,500,000 | - |
| Total Non-Current Assets | | 83,314,560 | 28,609,560 |
| | | | |
| Current Assets: | | | |
| Cash | | 596 | 236,553 |
| Shares issued but unpaid | | 4,000 | 4,000 |
| Receivables | | 173,888 | - |
| Equity Interest | | 1,000,000 | 1,000,000 |
| Goodwill | 7 | 2,070,000 | 19,520,000 |
| Total Current Assets | | 3,248,484 | 20,760,553 |
| TOTAL ASSETS | | 86,563,044 | 49,370,113 |
| | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| Current Liabilities: | | | |
| Bank overdraft | | - | - |
| Accounts payable | | 178,287 | 102,904 |
| Accrued interest | | 236,188 | 180,133 |
| Accrued wages | | 7,222,016 | 2,473,016 |
| Compensation to related party | | (30,000) | (30,000) |
| Notes payable - Related party | | 70,566 | 56,566 |
| Payable - Investment | | 25,000 | 25,000 |
| Forgivable Loan | | 2,000 | 2,000 |
| Non-convertible notes payable | | 400,000 | 402,000 |
| TG Private Equity | 9 | 59,330,000 | 30,150,000 |
| Convertible Note: Power Up Lending Group Ltd | | 65,000 | 65,000 |
| Convertible Notes: Leo's New Company LLC | | 60,000 | 50,000 |
| Convertible Note: Marbletown Advisors LLC | | 23,228 | 23,228 |
| Convertible Note: Arin LLC | | 62,500 | 62,100 |
| Convertible Notes: Quick Capital LLC | | 66,561 | 66,561 |
| Promissory Note: Active World Holdings LLC | | 2,500,000 | - |
| Common Stock: Commitment Shares | | (70,148) | (70,148) |
| Total Current Liabilities | | 70,141,198 | 33,558,360 |
| | | | |
| **STOCKHOLDERS' EQUITY/(DEFICIT)** | | | |
| Series A Preferred Stock, $0.00001 par value, 225,000,000 shares authorized, 60,000,000 and 60,000,000 shares issued and outstanding, respectively | | 600 | 600 |
| Series B Convertible Preferred Stock, $0.00001 par value, 1,275,000,000 shares authorized, 1,270,587,868 and 618,763,051 shares issued and outstanding, respectively | | 12,706 | 6,188 |
| Common stock, $0.001 par value, 6,500,000,000 shares authorized, 6,354,310,867 and 6,354,310,867 shares issued and outstanding, respectively | | 6,354,311 | 5,938,816 |
| Additional paid-in capital | | (3,268,455) | (3,268,455) |
| Additional paid-in capital Series B | | 25,219,016 | 19,650,534 |
| Additional paid-in common stock | | 3,796,699 | |
| Accumulated deficit | | (15,693,031) | (6,515,930) |
| Total Stockholders' Equity/(deficit) | | 16,421,846 | 15,811,753 |
| | | | |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT) | | 86,563,044 | 49,370,113 |

**NET SAVINGS LINK, INC.**
Unaudited Statements of Operations

| | Three Months Ended 31 Dec 2022 | Three Months Ended 31 Dec 2021 | Year Ended 31 Dec 2022 | Year Ended 31 Dec 2021 |
|---|---|---|---|---|
| | $ | $ | $ | $ |
| OPERATING EXPENSES | | | | |
| Officer Compensation | 30,000 | 30,000 | 120,000 | 125,110 |
| General and administrative | 1,215,857 | 1,306,005 | 9,692,562 | 26,459 |
| Total Operating Expenses | 1,245,857 | 1,336,005 | 9,812,562 | 150,826 |
| OPERATING GAIN/(LOSS) | (1,245,857) | (1,336,005) | (9,812,562) | (150,826) |
| OTHER INCOME/(EXPENSE) | | | | |
| Consultancy Income | - | 2,000 | 691,516 | 12,336 |
| Gain/(loss) on sale of IP | - | - | - | - |
| Interest income (expense) | (14,095) | (13,933) | (56,055) | (34,483) |
| Total Other Income/(Expense) | (14,095) | (11,933) | 635,461 | (22,147) |
| NET GAIN/(LOSS) | (1,259,951) | (1,347,938) | (9,177,101) | (172,973) |
| BASIC NET LOSS PER COMMON SHARE | (0.00) | (0.00) | (0.00) | (0.00) |
| BASIC WEIGHTED AVERAGE NUMBER OF COMMON SHARES OUTSTANDING | 6,334,310,867 | 5,938,815,738 | 6,334,310,867 | 5,843,636,893 |

The accompanying notes are an integral part of these unaudited financial statements.

**NET SAVINGS LINK, INC.**
Statements of Cash Flows
(Unaudited)

|  | Year Ended December 2022 | Year Ended December 2021 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Net gain/(loss) | $ (9,177,101) | $ (3,513,487) |
| Items to reconcile net loss to net cash used in operating activities: | | |
| Cash received for Consultancy services | - | 30,506 |
| Changes in operating assets and liabilities | | |
| (Increase)/decrease in accounts receivable | (173,888) | - |
| Increase/(decrease) in accounts payable | 89,558 | 109 |
| Increase/(decrease) in accrued liabilities | 64,280 | 3,102,300 |
| Increase in accrued wages | 4,749,000 | 120,000 |
| Net Cash Used in Operating Activities | (4,448,151) | (97,047) |
| | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| (Increase)/Decrease in Investments | 2,500,000 | (119,560) |
| Net Cash Used in Investing Activities | 2,500,000 | (119,560) |
| | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Proceeds from Ordinary share issues | - | 560,111 |
| Payments on notes payable – related party | (2,500,000) | - |
| Cash received for stock deposit | 4,212,194 | 56,363 |
| Cash paid for series A preferred stock | - | - |
| Net Cash Provided by Financing Activities | 1,712,194 | 616,474 |
| | | |
| (DECREASE)/INCREASE IN CASH | (235,957) | 236,342 |
| | | |
| CASH AT BEGINNING OF PERIOD | 236,553 | 191 |
| | | |
| CASH AT END OF PERIOD | $ 596 | $ 236,553 |
| | | |
| **CASH PAID FOR:** | | |
| Interest | $ - | $ - |
| Income taxes | $ - | $ - |
| | | |
| **NON-CASH FINANCING ACTIVITIES:** | | |
| Common stock issued for convertible debt | $ - | $ - |
| Settlement of derivative liability to additional paid-in capital | $ - | $ - |

The accompanying notes are an integral part of these unaudited financial statements.

# NET SAVINGS LINK, INC.

Unaudited Statements of Stockholders' Equity (Deficit)

Year ended December 31, 2022 and December 31, 2021

| | Common Stock | | Preferred Stock Series A | | Preferred Stock Series B | | Additional Paid-in Capital | Accumulated Deficit | Total Stockholders' Equity/(Deficit) |
|---|---|---|---|---|---|---|---|---|---|
| | Stock | Amount ($) | Shares | Amount ($) | Shares | Amount ($) | $ | $ | $ |
| Balance at December 31, 2019 | 5,643,636,893 | 5,643,637 | 30,000,000 | 300 | - | - | (3,629,717) | (2,829,470) | (815,250) |
| Common Stock Issued for conversion | 200,000,000 | 200,000 | | | | | (190,000) | | 10,000 |
| Net Gain/(Loss) for the period ended December 31, 2020 | | | | | | | | (172,973) | (172,973) |
| Balance at December 31, 2020 | 5,843,636,893 | 5,843,637 | 30,000,000 | 300 | - | - | (3,819,717) | (3,002,443) | (978,223) |
| Common Stock Issued | 2,888,867 | 2,889 | | | | | 2,600 | | 5,489 |
| Common Stock Issued | 56,363,107 | 56,363 | | | | | 202,908 | | 259,271 |
| Common Stock Issued for conversion | 6,937,427 | 6,938 | | | | | (36,075) | | (29,137) |
| Series B Stock Issued | | | | | 617,763,051 | 6,178 | 19,649,545 | | 19,655,722 |
| Series A Stock Issued | | | 30,000,000 | 300 | | | 270 | | 570 |
| Common Stock Issued | 1,161,389 | 1,161 | | | | | 33,913 | | 35,074 |
| Common Stock Issued | 1,161,389 | 1,161 | | | | | 33,913 | | 35,074 |
| Common Stock Issued | 2,666,666 | 2,667 | | | | | 37,333 | | 40,000 |
| Common Stock Issued | 20,000,000 | 20,000 | | | | | 280,000 | | 300,000 |
| Common Stock Issued | 4,000,000 | 4,000 | | | | | (3,600) | | 400 |
| Series B Stock | | | | | 1,000,000 | 10 | 990 | | 1,000 |
| Net Gain/(Loss) for the period ended December 31, 2021 | | | | | | | | (3,513,487) | (3,513,487) |
| Balance at December 31, 2021 | 5,938,815,738 | 5,938,816 | 60,000,000 | 600 | 618,763,051 | 6,188 | 16,382,080 | (6,515,930) | 15,811,753 |
| Series B Stock Issued | | | | | 651,824,817 | 6,518 | 5,568,482 | | 5,575,000 |
| Common Stock Issued | 415,495,129 | 415,495 | | | | | 3,796,699 | | 4,212,194 |
| Net Gain/(Loss) for the period ended Sept 30, 2022 | | | | | | | | (7,917,149) | (7,917,149) |
| Balance at Sept 30, 2022 | 6,354,310,867 | 6,354,311 | 60,000,000 | 600 | 1,270,587,868 | 12,706 | 25,747,261 | (14,433,079) | 17,681,798 |
| Net Gain/(Loss) for the period ended Dec 31, 2022 | | | | | | | | (1,259,951) | (1,259,951) |
| Balance at Dec 31, 2022 | 6,354,310,867 | 6,354,311 | 60,000,000 | 600 | 1,270,587,868 | 12,706 | 25,747,261 | (15,693,030) | 16,421,847 |

1. **Nature of Operations and Continuance of Business**

The unaudited interim financial statements included herein have been prepared by Net Savings Link, Inc. ("NSL" or the "Company") in accordance with accounting principles generally accepted in the United States of America and the rules of the Securities and Exchange Commission. We suggest that these interim financial statements be read in conjunction with the unaudited financial statements and notes for the period ended 30 September, 2022. We believe that all adjustments, consisting of normal recurring adjustments, necessary for a fair presentation of financial position and the results of operations for the interim periods presented have been reflected herein and that the disclosures made are adequate to make the information not misleading. The results of operations for interim periods are not necessarily indicative of the results to be expected for the full year. Notes to the financial statements which would substantially duplicate the disclosure contained in the audited financial statements for the most recent fiscal year.

2. **Going Concern**

NSL's financial statements are prepared using Generally Accepted Accounting Principles applicable to a going concern that contemplates the realization of assets and liquidation of liabilities in the normal course of business. However, NSL has generated minimal revenue and accumulated significant losses since inception. As of September 30, 2022, the company has accumulated a deficit of $10,210,433 and a working capital surplus of $12,097,316. All of these items raise substantial doubt about its ability to continue as a going concern. Management's plans with respect to alleviating the adverse financial conditions that caused management to express substantial doubt about the NSL's ability to continue as a going concern are as follows:

In order to fund the start-up of operations during the period ended March 31, 2022, management plans to enter into several financing transactions and try to raise funds. The continuation of the Company as a going concern is dependent upon its ability to generating profitable operations that produce positive cash flows. If the Company is not successful, it may be forced to raise additional debt or equity financing.

There can be no assurance that the Company will be able to achieve its business plans, raise any more required capital or secure the financing necessary to achieve its current operating plan. The ability of the Company to continue as a going concern is dependent upon its ability to successfully accomplish the plan described in the preceding paragraph and eventually attain profitable operations. The accompanying financial statements do not include any adjustments that might be necessary if the Company is unable to continue as a going concern.

3. **Related Party Transactions**

The Company accrued wages for its current President and CEO at a rate of $120,000 per year, along with other employees of the Company. As of December 31, 2022 and December 31, 2021, the Company owed a total of $7,222,016 and $2,473,016 respectively, to the current and predecessor President and CEO of the Company for back due wages.

Upon his taking over of the Company in January 2016, the Company began accruing $1,000 per month for office rental and supplies from its President and CEO.

During February 2016, the President and CEO of the Company purchased 25,000,000 shares of preferred

stock series A for cash of $250.

On 21 July 2017, the company received 1 billion shares at par from Hemp Beer Inc, a private corporation registered in Colorado, in exchange for the use of the company's IP for the Hemp Beer brand. This has been recognized as a wholly owned subsidiary in the fiscal statements.

On 2 February 2021, the Company entered into a consulting agreement with TG Private Equity for the engagement of independent contractor services. The Company agreed to issue 30,000,000 (thirty million) shares of the Company's restricted Series A Preferred Stock in compensation to TG Private Equity.

Since February 2021 Company entered into various agreements with TG Private Equity Inc referred to below:

| | |
|---|---|
| Note 7 | On 6 March 2021, Digital Blockchain Token Company Acquisition Agreement between TG Private Equity & the Company. |
| Note 9 | On 5 August 2021 the Company entered into a Digital OTC Agreement with TG Private Equity Inc. TG Private Equity Inc. |
| Note 8 | On 5 November 2021 the Company entered into a DEX Agreement with TG Private Equity Inc. |
| Note 7 | On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Inc. |
| Note 8 | On 1 December 2021 the Company entered into a DEX2 Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on Binance chain. The Company agreed to issue $8,000,000 of the Company's preferred B Shares. |
| Note 12 | On 17 January 2022, the Company entered into a Digital Blockchain Token agreement with TG Private Equity Inc. |
| Note 13 | On 17 January 2022, the Company entered into a Blockchain Protocol Venture agreement with TG Private Equity Inc. |
| Note 11 | On 5 February 2022, the Company entered into a BQEX Digital Exchange Agreement with TG Private Equity Inc. |
| Note 11 | On 25 February 2022, the Company entered into a Digital Blockchain Mining agreement with TG Private Equity Inc. |
| Note 12 | On 26 February 2022, the Company entered into a Jinbao Digital Blockchain NFT agreement with TG Private Equity Inc. |
| Note 12 | On 26 April 2022, the Company entered into a Digital Blockchain Mobile Mining Agreement with TG Private Equity Inc. |
| Note 14 | On 18 April 2022, the Company entered into a Digital Wallet and Acoin distribution agreement with TG Private Equity Inc. |

**4. Legal Provision**

On March 25, 2020, Jake Noch, a former employee of the Company, filed a lawsuit against the Company in the Circuit Court for Collier County in Naples, Florida. Mr. Noch was seeking the sum of $1,298,045 for lost wages and expenses accrued on behalf of the Company. The same court entered into a final judgement in Mr Noch's favor for the amount of $1,298,195. On November 23, 2020 the satisfaction of the judgement was filed, with an effective date of September 30, 2020.

On 15 June 2021, Jake Noch filed a new lawsuit against the Company in the Circuit Court for Collier County in Naples, Florida. Jake Noch alleges that he was misled during the settlement described above and cannot deposit or clear the shares with a stock brokerage firm because the Company is not DTC Eligible and therefore, the shares are worthless to him. Jake Noch seeks to have the Company register said shares with the Securities and Exchange Commission (SEC) and obtain DTC Eligibility. The Company denies the allegations and intends to mount a vigorous defense against Jake Noch's claims.

On 6 October 2021 Jake Noch voluntary dismissed his claim without prejudice and with the intention to refile. Subsequently, on 7 June 2022, the parties signed a Settlement Agreement dismissing any and all claims against the other party, as well as Mutual Releases.

**5. Stockholders' Equity**

During February 2021, 30,000,000 Series A preferred shares were issued at $0.00001.

During March 2021, 56,363,107 Ordinary shares were issued at $0.0046 for settlement to Jake Noch.

During April 2021, 2,888,867 Ordinary shares were issued at $0.001 in settlement for a commitment to Quick Capital LLC.

During April 2021, a holder of 6,937,427 common stock shares elected to convert these shares at a conversion price of $0.0062.

On 7 May 2021, 31,928,481 Series B convertible preferred stock were issued at $0.03132 per share for a cost basis of $1,000,000.

On 17 June 2021, 34,722,222 Series B convertible preferred stock were issued at $0.014400 per share at a cost basis of $500,000.

On 25 June 2021, 5,952,380 Series B convertible preferred stock were issued at $0.033600 per share at a cost basis of $200,000.

On 25 June 2021, 500,000,000 Series B convertible preferred stock were issued at $0.034900 per share at a cost basis of $17,450,000.

On 25 June 2021, 35,859,572 Series B convertible preferred stock were issued at $0.0119514 per share at a cost basis of $428,571.

On 25 June 2021, 2,314,813 Series B convertible preferred stock were issued at $0.0072000 per share at a cost basis of $16,667.

On 25 June 2021, 6,985,583 Series B convertible preferred stock were issued at $0.0086584 per share at a cost basis of $60,484.

On 15 September 2021 1,161,389 Ordinary Shares were issued at $0.0302 in settlement for a commitment to Quick Capital LLC.

On 15 September 2021 1,161,389 Ordinary Shares were issued at $0.0302 in settlement for a commitment to Marbletown Advisors LLC.

On 1 October 2021, 2,666,666 Ordinary Shares were issued at $0.015 at a cost basis of $40,000 to Jeremy Christianson.

On 1 October 2021, 4,000,000 Ordinary Shares were issued at $0.001 at a cost basis of $400 to Jeremy Christianson.

On 29 October 2021, 20,000,000 Ordinary Shares were issued at $0.015 at a cost basis of $300,000 to Jeremy Christianson.

On 9 December 2021, 1,000,000 Series B convertible preferred stock were issued at $0.001 at a cost basis of $1,000 to Arin LLC.

On 1 April 2022, 79,999,998 Series B convertible preferred stock were issued at $0.02 at a cost basis of $533,333 to Ming Yuet Lam.

On 1 April 2022, 60,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $1,200,000 to Kim Chang Chan.

On 1 April 2022, 46,583,340 Series B convertible preferred stock were issued at $0.02 at a cost basis of $931,667 to Zheng Li.

On 1 April 2022, 46,722,685 Series B convertible preferred stock were issued at $0.02 at a cost basis of $935,454 to Siu Ming Je.

On 1 April 2022, 266,643,977 Series B convertible preferred stock were issued at $0.02 at a cost basis of $5,332,880 to Synergy Resources Inc.

On 6 May 2022, TG Private Equity Inc. cancelled and returned 500,000,000 Series B convertible preferred stock.

On 14 April 2022, 33,333,334 Series B convertible preferred stock were issued at $0.02 at a cost basis of $666,667 to Veronica Raquel Welch.

On 14 April 2022, 266,666,666 Series B convertible preferred stock were issued at $0.02 at a cost basis of $5,333,333 to Synergy Resources Inc,.

On 22 April 2022, 1,824,817 Series B convertible preferred stock were issued at $0.0137 at a cost basis of $25,000 to Ajay Athwal.

On 31 May 2022, 300,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $6,000,000 to Cheuk Wing Kong.

On 31 May 2022, 50,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $1,000,000 to Kong Cheer Ltd.

On 6 May 2022, 295,495,129 Common stock were issued at $0.0115 at a cost basis of $3,398,194 to SRAX Inc.

On 27 May 2022, 20,000,000 Common stock were issued at $0.0102 at a cost basis of $204,000 to Stephen Posner.

On 28 July 2022, 100,000,000 Common stock were issued at $0.00001 at a cost basis of $1,000 to May Davis Partners Acquisition Company LLC.

## 6. Intangible Asset

On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Limited. TG Private Equity Limited agreed to facilitate the creation of an NSAV Native Token called NSBC, run on the OKEX chain. The Company agreed to pay USD 70,000 and issue $7,000,000 worth of the Company's preferred B Shares. This payment entitled the Company to own 50% of the founder's token pool, which constituted 5% of the total pool available. This realized to be 50,000,000 tokens. As of the 31 December 2021 these tokens were valued at $0.10 given at value of $5,000,000.

This has been treated as intangible asset in the financial statements as crypto assets do not meet the definition of cash or cash equivalents; financial instruments or financial assets. Although crypto assets may be held for sale in the ordinary course the business, they are not tangible assets and therefore may the definition of inventory. Intangible assets are defined as an asset that has no physical substance and crypto assets would generally meet the definition of intangible assets.

## 7. Goodwill

On 6 March 2021, the Company entered into a Digital Blockchain Token Company Acquisition Agreement between TG Private Equity Inc & the Company to create a "Token Company" called SBCDF Investment Inc. TG Private Equity Inc will issue a token in the third quarter of 2021. The Company realized a goodwill on the issuance of $17,450,000.

On 6 May 2022, TG Private Equity Inc cancelled and returned 500,000,000 Series B convertible preferred stock back to the Company. The goodwill on the creation of the SBCDF Investment token has been reversed.

On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Inc. TG Private Equity Inc agreed to facilitate the creation of an NSAV Native Token called NSBC, run on the OKEX chain. The Company realized goodwill of $2,070,000.

## 8. DEX Exchange

On 5 November 2021 the Company entered into a DEX Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on OKEX chain. The Company agreed to issue $7,000,000 of the Company's preferred B Shares and $80,000 cash.

On 1 December 2021 the Company entered into a DEX2 Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on Binance chain. The Company agreed to issue $8,000,000 of the Company's preferred B Shares.

## 9. OTC Trading Desk

On 5 August 2021 the Company entered into a Digital OTC Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of an OTC Cryptocurrency Trading Desk for the Company. The Company agreed to issue $8,000,000 worth of Company's preferred B Shares and $30,000 cash as consideration.

## 10. Legal Litigation

On 2 December 2021, Vikram P. Grover, an alleged former employee and consultant of the Company, filed a lawsuit against the Company in the United States District Court, Northern District of Illinois. Mr. Grover alleges lost wages, compensation, damages and accrued interest. The Company denies the allegations and intends to mount a vigorous defense against Mr. Grover's claims. None of the Company's officers and directors were involved in the alleged hiring of Mr. Grover. The Company and Mr. Grover are presently in settlement negotiations through their respective attorneys.

## 11. Cryptocurrency

On 5 February 2022, the Company entered into a BQEX Digital Exchange Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in BQEX cryptocurrency exchange. The Company agreed to pay $100,000 cash and issue $25,000,000 worth of the Company's preferred B shares as consideration. The Company also agreed to pay $200,000 worth of its common stock and agreed to pay $50,000 by 28 April 2022 and a further $50,000 by 29 May 2022.

On 25 February 2022, the Company entered into a Digital Blockchain Mining agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in the HIVE Cryptocurrency Mining project. The Company agreed to pay $40,000 cash and issue $5,000,000 worth of the Company's preferred B Shares as consideration.

## 12. Blockchain

On 17 January 2022, the Company entered into a Digital Blockchain Token agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of a blockchain NFT Token named MNC. The Company agreed to pay $35,000 cash and issue $7,000,000 worth of its Preferred B shares.

On 26 February 2022, the Company entered into a Jinbao Digital Blockchain NFT agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of a Jinbao blockchain NFT Token. The Company agreed to pay $100,000 cash and issue $1,000,000 worth of its Preferred B shares. The Company will also issue $200,000 worth of its common stock shares.

On 26 April 2022, the Company entered into a Digital Blockchain Mobile Mining Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in the Hive Digital Blockchain Mobile Mining Project. The Company agreed to pay $80,000 cash and issue $4,000,000 worth of the Company's preferred B shares as consideration.

**13. Protocol**

On 17 January 2022, the Company entered into a Blockchain Protocol Venture agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a Joint Venture with VAGABOND protocol. The Company agreed to pay and issue $1,000,000 worth of its Preferred B shares.

**14. Awallet**

On 18 April 2022, the Company entered into a Digital Wallet and Acoin distribution agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in Awallet. The Company agreed to pay $130,000 cash and agreed to issue $8,000,000 worth of the Company's preferred B shares as consideration. Along with this the Company agreed to issue $200,000 worth of the Company's common stock and pay $20,000 cash by 1 July 2022.

**15. Active World Club**

On 14 October 2022, the Company entered into an Agreement with Active World Holdings, Inc. to issue preferred shares in exchange for 100% interest in AWC Exchange Inc.

This Agreement was subsequently amended in the Acquisition Agreement dated 21 December 2022, where by a Promissory Note was entered into for $2,500,000.

There was a post balance sheet event on 3 March 2023, whereby the Company and AWH amended the 21 December 2022 Acquisition Agreement. The Company and AWH will form a joint venture to develop and operate the AWC exchange. The Company will invest $250,000 into the joint venture, in the form of a promissory note and the 21 December 2022 promissory notes in the amount of $2.5 million are cancelled.

# Exhibit "B"

## Disclosure Statement Pursuant to the Pink Basic Disclosure Guidelines

## Net Savings Link, Inc.

2374 Route 390, P.O. Box 609, Mountainhome, PA 18342
Phone: (718) 569-8815
Website: http://nsavholdinginc.com
Email: info@nsavholdinginc.com
SIC Code: 737

# Amended Annual Report

**For the period ending** December 31, 2023 **(the "Reporting Period")**

## Outstanding Shares
The number of shares outstanding of our Common Stock was:

6,556,972,533 as of December 31, 2023

6,354,310,867  as of December 31, 2022

## Shell Status
Indicate by check mark whether the company is a shell company (as defined in Rule 405 of the Securities Act of 1933, Rule 12b-2 of the Exchange Act of 1934 and Rule 15c2-11 of the Exchange Act of 1934):

Yes: ☐         No: ☒

Indicate by check mark whether the company's shell status has changed since the previous reporting period:

Yes: ☐         No: ☒

## Change in Control
Indicate by check mark whether a Change in Control[4] of the company has occurred during this reporting period:

---

[4] "Change in Control" shall mean any events resulting in:

(i) Any "person" (as such term is used in Sections 13(d) and 14(d) of the Exchange Act) becoming the "beneficial owner" (as defined in Rule 13d-3 of the Exchange Act), directly or indirectly, of securities of the Company representing fifty percent (50%) or more of the total voting power represented by the Company's then outstanding voting securities;
(ii) The consummation of the sale or disposition by the Company of all or substantially all of the Company's assets;

Yes: ☐          No: ☒

## 1)     Name and address(es) of the issuer and its predecessors (if any)

In answering this item, provide the current name of the issuer and names used by predecessor entities, along with the dates of the name changes.

The Company was incorporated under the laws of the State of Nevada as Calibert Explorations, Ltd. on February 21, 2007. On November 11, 2010, the Company changed its name to its current name, Net Savings Link, Inc.

Current State and Date of Incorporation or Registration:  Colorado, Converted on February 28, 2017.

Standing in this jurisdiction: (e.g. active, default, inactive): Active and in Good Standing.

Prior Incorporation Information for the issuer and any predecessors during the past five years: None.

Describe any trading suspension or halt orders issued by the SEC or FINRA concerning the issuer or its predecessors since inception:

None.

List any stock split, dividend, recapitalization, merger, acquisition, spin-off, or reorganization either currently anticipated or that occurred within the past 12 months:

On February 28, 2021, the Company entered into a definitive share purchase agreement with Virtuabroker Ltd., a company incorporated under the laws of England, to acquire 10% of the shares of Virtuabroker Ltd., in exchange for a cash payment of sixty thousand and sixty U.S. Dollars ($60,060.00).

On March 6, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 25% stake in SBCDF Investment, Inc. The purchase price for the acquisition was 500 million restricted Series Preferred B shares. The Company retains an option to purchase an additional 25% under the same terms. On April 9, 2021, the Company notified TG Private Equity Inc. that it will exercise said option.

On April 6, 2021, the Company entered into a definitive share purchase agreement with Eminaich LLC., a Wyoming limited liability company, to acquire a 20% stake in a startup ridesharing platform, Rydehails LLC, a Wyoming limited liability company. The purchase price for the acquisition was 31,928,481 restricted Series B Preferred Shares. The Company retains an option to purchase an additional 10% stake in Rydehails LLC for two million U.S. Dollars ($2,000,000.00).

On August 5, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 40% stake in Super Chain Capital Ltd., a company incorporated under the laws of Hong Kong. Super Chain Capital Ltd. owns and operates the premium OTC cryptocurrency trading desk, www.HKOTC.co , which is also based in

(iii) A change in the composition of the Board occurring within a two (2)-year period, as a result of which fewer than a majority of the directors are directors immediately prior to such change; or
(iv) The consummation of a merger or consolidation of the Company with any other corporation, other than a merger or consolidation which would result in the voting securities of the Company outstanding immediately prior thereto continuing to represent (either by remaining outstanding or by being converted into voting securities of the surviving entity or its parent) at least fifty percent (50%) of the total voting power represented by the voting securities of the Company or such surviving entity or its parent outstanding immediately after such merger or consolidation.

Hong Kong. The purchase price for the acquisition was thirty thousand U.S. Dollars ($30,000.00) in cash and eight million U.S. Dollars ($8,000,000.00) of restricted Series B Preferred Shares.

On October 21, 2021, the Company entered into a Letter of Intent (L.O.I.) to acquire a 51% stake in Bwang Group Limited, a company incorporated under the laws of Hong Kong. Bwang Group Limited owns and operates leading cryptocurrency exchange BW.com, www.BW.com . Due to a confidentiality agreement, additional terms were not disclosed.

On December 31, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 5% stake in Singapore based Technicorum Holdings www.technicorum.com , with an option for an additional stake. Technicorum is a global investment and compliance company. According to Technicorum, their post-money valuation is $120 million. Technicorum is a consortium specializing in digital assets, with expertise in ICO's, IEO's and IDO's, and over the past year, into DeFi and NFT's, as well as recently, GameFi, SocialFi, and the Metaverse.

On January 17, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 50% stake in Vagabond Technology Solutions, LLC. NSAV and Vagabond will together further develop and Market Vagabond's already rapidly growing blockchain protocol https://vagabondapp.io/ . The purchase price for the acquisition was one million U.S. Dollars ($1,000,000.00) of restricted Series B Preferred Shares.

On January 27, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 10% stake in Metaverse Network LLC. (MNC) https://metaversenetwork.llc/ . MNC's main asset is its ownership of leading cryptocurrency exchange, BQEX Ltd. https://bqex.ltd/ BQEX Exchange has over 4 million registered users. The purchase price for the acquisition was one hundred thousand U.S. Dollars ($100,000.00) in cash, twenty-five million U.S. Dollars ($25,000,000.00) of restricted Series B Preferred Shares and two hundred thousand U.S. Dollars ($200,000.00) of unrestricted common stock.

MNC's additional holdings include VAEX, a Centralized Cryptocurrency Exchange (CEX) regulated in Dubai. https://vaex.tech/en_US/. VAEX is one of the few Centralized Crypto Exchanges that connects Centralized with Decentralized Wallets. Hive Codes Incorporation https://hive.codes/ , the world's first blockchain home mining device able to mine multiple tokens. Jinbao NFT, based on Jackie Chan's, "The Little Big Soldier" https://jinbaonft.com/ . The Awallet WEB3 Wallet platform, which has the capability to allow blockchain users to manage more than 100 different cryptocurrencies from their mobile device securely and efficiently.

On February 25, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 50% stake in crypto mining company, HIVE Strategy LLC. The purchase price for the acquisition was forty thousand U.S. Dollars ($40,000.00) in cash and Five million U.S. Dollars ($5,000,000.00) of restricted Series B Preferred Shares.

On October 14, 2022, the Company entered into an Agreement with Active World Holdings, Inc. (AWH) to issue preferred shares in exchange for 100% interest in AWC Exchange Inc., thereby owning 100% of www.awcexchange.com. In addition to the preferred shares, the Company agreed to pay AWH two hundred and fifty thousand U.S. Dollars ($250,000.00) and a consulting agreement for fifty thousand U.S. Dollars ($50,000.00) per month

On December 20, 2022, the Company completed the acquisition of the Centralized Cryptocurrency Incubator Exchange, www.awcexchange.com , from Active World Holdings, Inc., for two million five hundred thousand U.S. Dollars ($2,500,000.00) payable in the form or two convertible promissory notes.

On March 3, 2023, the Company and AWH amended the 21 December 2022 Acquisition Agreement. The Company and AWH will form a joint venture to develop and operate the AWC exchange. The Company will invest two hundred and fifty thousand U.S. Dollars ($250,000) into the joint venture, in the form of a promissory note and the 21 December 2022 promissory notes in the amount of two million five hundred thousand U.S. Dollars ($2,500,000.00) are cancelled.

On November 30, 2023, the Company and AWH amended and effectively cancelled the March 3, 2023 Joint Venture Agreement and reverted back to the December 20, 2022 Amended Acquisition Agreement, whereby the Company purchased from AWH 100% of www.awcexchange.com, which was rebranded www.nsavx.com. The purchase price was two million five hundred thousand U.S. Dollars ($2,500,000.00), payable in the form of a one-year, Convertible Secured Promissory Note, bearing an interest rate of 8% per annum.

On July 21, 2023, the Company entered into a definitive share purchase agreement with Valiant Eagle, Inc., to acquire 40% of the shares of the state-of-the-art NFT Marketplace, FUNGY, for five hundred thousand U.S. Dollars, ($500,000.00), payable in the form of a one year promissory note, bearing an interest rate of 8% per annum.

On January 8, 2024, the Company and Valiant Eagle, Inc. mutually agreed to rescind the July 21, 2023 agreement and cancel the promissory note.

Address of the issuer's principal executive office:

2374 Route 390, P.O. Box 609, Mountainhome, PA 18342

Address of the issuer's principal place of business:
X *Check if principal executive office and principal place of business are the same address:*

\_\_\_\_\_

Has the issuer or any of its predecessors been in bankruptcy, receivership, or any similar proceeding in the past five years?

No: ☒          Yes: ☐   If Yes, provide additional details below:

\_\_\_\_\_

2)      **Security Information**

**_Transfer Agent_**

Name:      Pacific Stock Transfer Co.
Phone:     (800)-785-7782
Email:      info@pacificstocktransfer.com
Address:  6725 Via Austi Parkway, Suite 300, Las Vegas, NV 89119

**_Publicly Quoted or Traded Securities:_**

*The goal of this section is to provide a clear understanding of the share information for its publicly quoted or traded equity securities. Use the fields below to provide the information, as applicable, for all outstanding classes of securities that are publicly traded/quoted.*

| | | |
|---|---|---|
| Trading symbol: | NSAV | |
| Exact title and class of securities outstanding: | Common Stock | |
| CUSIP: | 64112L203 | |
| Par or stated value: | $0.001 | |
| Total shares authorized: | 6,655,000,000 | as of date: December 31, 2023 |
| Total shares outstanding: | 6,556,972,533 | as of date: December 31, 2023 |
| Total number of shareholders of record: | 335 | as of date: December 31, 2023 |

*Please provide the above-referenced information for all other publicly quoted or traded securities of the issuer.*

N.A.

**_Other classes of authorized or outstanding equity securities that do not have a trading symbol:_**

*The goal of this section is to provide a clear understanding of the share information for its other classes of authorized or outstanding equity securities (e.g., preferred shares that do not have a trading symbol). Use the fields below to provide the information, as applicable, for all other authorized or outstanding equity securities.*

| | | |
|---|---|---|
| Exact title and class of the security: | Class A Preferred | |
| Par or stated value: | $0.00001 | |
| Total shares authorized: | 70,000,000 | as of date: December 31, 2023 |
| Total shares outstanding: | 70,000,000 | as of date: December 31, 2023 |
| Total number of shareholders of record: | 2 | as of date: December 31, 2023 |

| | | |
|---|---|---|
| Exact title and class of the security: | Class B Preferred | |
| Par or stated value: | $0.00001 | |
| Total shares authorized: | 1,275,000,000 | as of date: December 31, 2023 |
| Total shares outstanding (if applicable): | 1,270,587,868 | as of date: December 31, 2023 |
| Total number of shareholders of record (if applicable): | 17 | as of date: December 31, 2023 |

*Please provide the above-referenced information for all other classes of authorized or outstanding equity securities.*
N.A.

***Security Description:***

*The goal of this section is to provide a clear understanding of the material rights and privileges of the securities issued by the company. Please provide the below information for each class of the company's equity securities, as applicable:*

1. **For common equity, describe any dividend, voting and preemption rights.**

 (1) Dividend Rate. The holders of Common Stock shall be entitled to receive dividends when, as, and if declared by the board of directors out of assets legally available therefor.

(2) Voting Rights. Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Common Stock shall be entitled to one vote for each share. No holder of shares of Common Stock shall have the right to cumulate votes.

(3) Liquidation Rights. In the event of liquidation, dissolution, or winding up of the affairs of the corporation, whether voluntary or involuntary, subject to the prior rights of the holders of Series A Preferred Stock and Series B Preferred Stock, if any, the holders of shares of the Common Stock can share ratably in the corporation's assets, and shall share equally and ratably in the corporation's assets available for distribution after giving effect to any liquidation preference of any shares of the Series A Preferred Stock or Series B Preferred Stock. A merger, conversion, exchange, or consolidation of the corporation with or into any other person or sale or transfer of all or any part of the assets of the corporation (which shall not in fact result in the liquidation of the corporation and the distribution of assets to stockholders) shall not be deemed to be a voluntary or involuntary liquidation, dissolution or winding up of the affairs of the corporation.

(4) No Conversion, Redemption, or Preemptive Rights. The holders of Common Stock shall not have any conversion, redemption, or preemptive rights.

(5) Consideration for Shares. The Common Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

2. **For preferred stock, describe the dividend, voting, conversion, and liquidation rights as well as redemption or sinking fund provisions.**

   **Series A Preferred Stock**

(1) Voting Rights.  Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Series A Preferred Stock shall be entitled to 1,000 votes for each share held by them.

(2) Consideration for Shares. The shares of the Series A Preferred Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

**Series B Preferred Stock**

(1) Voting Rights. Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Series B Preferred Stock shall be entitled to one vote for each share held by them.

(2) Conversion Rights. The holders of shares of the corporation's Series B Preferred Stock shall have the right to convert each share of Series B Preferred Stock held by them to one share of the corporation's Common Stock.

(3) Consideration for Shares. The shares of the Series B Preferred Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

3. **Describe any other material rights of common or preferred stockholders.**

None.

4. **Describe any material modifications to rights of holders of the company's securities that have occurred over the reporting period covered by this report.**

None.

**3) Issuance History**

*The goal of this section is to provide disclosure with respect to each event that resulted in any changes to the total shares outstanding of any class of the issuer's securities **in the past two completed fiscal years and any subsequent interim period**.*

Disclosure under this item shall include, in chronological order, all offerings and issuances of securities, including debt convertible into equity securities, whether private or public, and all shares, or any other securities or options to acquire such securities, issued for services. Using the tabular format below, please describe these events.

**A. Changes to the Number of Outstanding Shares for the two most recently completed fiscal years and any subsequent period.**

Indicate by check mark whether there were any changes to the number of outstanding shares within the past two completed fiscal years:

No: ☐      Yes: X   (If yes, you must complete the table below)

| Shares Outstanding <u>Opening Balance:</u> | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Date: <u>January 1, 2021</u><br><br>Common: <u>5,843,636,893</u><br>Preferred A: <u>30,000,000</u><br><u>Preferred B: 0</u> | | | *Right-click the rows below and select "Insert" to add rows as needed. | | | | | | |
| Date of Transaction | Transaction type (e.g., new issuance, cancellation, shares returned to treasury) | Number of Shares Issued (or cancelled) | Class of Securities | Value of shares issued ($/per share) at Issuance | Were the shares issued at a discount to market price at the time of issuance? (Yes/No) | Individual/ Entity Shares were issued to.<br><br>***You must disclose the control person(s) for any entities listed. | Reason for share issuance (e.g. for cash or debt conversion) - OR- Nature of Services Provided | Restricted or Unrestricted as of this filing. | Exemption or Registration Type. |
| <u>September 18, 2023</u> | New Issuance | <u>19,161,666</u> | <u>Common Stock</u> | <u>$0.0014</u> | <u>Yes</u> | <u>Quick Capital, LLC, Eilon Natan, Managing Partner</u> | <u>Debt Conversion</u> | <u>Restricted</u> | <u>4 (2) Exemption</u> |
| <u>August 17, 2023</u> | New Issuance | <u>50,000,000</u> | <u>Common Stock</u> | <u>$0.0017</u> | <u>Yes</u> | <u>Power Up Lending Group, Ltd., Curt Kramer, President</u> | <u>Debt Conversion</u> | <u>Restricted</u> | <u>4 (2) Exemption</u> |
| <u>August 15, 2023</u> | New Issuance | <u>10,000,000</u> | <u>Preferred A</u> | <u>$0.00001</u> | <u>N.A.</u> | <u>James A. Tilton</u> | <u>Cash</u> | <u>Restricted</u> | <u>4 (2) Exemption</u> |
| <u>August 8, 2023</u> | New Issuance | <u>23,500,000</u> | <u>Common Stock</u> | <u>$0.0023</u> | <u>Yes</u> | <u>Power Up Lending Group, Ltd., Curt Kramer, President</u> | <u>Debt Conversion</u> | <u>Restricted</u> | <u>4 (2) Exemption</u> |
| <u>August 3, 2023</u> | New Issuance | <u>25,000,000</u> | <u>Common Stock</u> | <u>$0.0035</u> | <u>Yes</u> | <u>1800 Diagonal Lending, LLC, Curt Kramer, President</u> | <u>Cash</u> | <u>Restricted</u> | <u>4 (2) Exemption</u> |
| <u>August 3, 2023</u> | New Issuance | <u>40,000,000</u> | <u>Common Stock</u> | <u>$0.0035</u> | <u>Yes</u> | <u>S1800 Diagonal Lending, LLC, Curt Kramer, President</u> | <u>Debt Conversion</u> | <u>Restricted</u> | <u>4 (2) Exemption</u> |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| July 27, 2023 | New Issuance | 20,000,000 | Common Stock | $0.0047 | Yes | Quick Capital, LLC, Eilon Natan, Managing Partner | Debt Conversion | Restricted | 4 (2) Exemption |
| July 17, 2023 | New Issuance | 25,000,000 | Common Stock | $0.0034 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricted | 4 (2) Exemption |
| August 31, 2022 | New Issuance | 295,495,129 | Common Stock | $0.0115 | No | SRAX, Inc., Randy Clark, COO | Consulting Services | Restricted | 4 (2) Exemption |
| July 28,2022 | New Issuance | 100,000,000 | Common Stock | $0.0061 | Yes | May Davis Partners Acquisition Company, LLC, Owen May, President | Investment Banking Services | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 300,000,000 | Preferred B | $0.02 | No | Cheuk Wing Kong | Acquisition | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 50,000,000 | Preferred B | $0.02 | No | Kong Cheer Limited, On Lee Yu, Director | Acquisition | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 20,000,000 | Common Stock | $0.02 | No | Stephen J. Posner | Consulting Services | Restricted | 4 (2) Exemption |
| April 22, 2022 | New Issuance | 1,824,817 | Preferred B | $0.0137 | No | Ajay Athwal | Consulting Services | Restricted | 4 (2) Exemption |
| April 14, 2022 | New Issuance | 33,333,334 | Preferred B | $0.02 | No | Veronica Raquel Welch | Acquisition | Restricted | 4 (2) Exemption |
| April 14, 2022 | New Issuance | 266,666,666 | Preferred B | $0.02 | No | SYNERGY Resources Inc., Cho Wing Lam, CEO | Acquisition | Restricted | 4 (2) Exemption |
| April 6, 2022 | Cancellation | 500,000,000 | Preferred B | N.A. | N.A. | T.G. Private Equity Inc., Yeung Tze | N.A. | N.A. | N.A. |

| | | | | | | Ling, Director | | | |
|---|---|---|---|---|---|---|---|---|---|
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 60,000,000 | Preferred B | $0.02 | No | Kim Ching Chan | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 46,583,340 | Preferred B | $0.02 | No | Zheng Li | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 46,583,340 | Preferred B | $0.02 | No | Siu Ming Je | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 266,643,977 | Preferred B | $0.02 | No | SYNERGY Resources Inc., Cho Wing Lam, CEO | Acquisition | Restricted | 4 (2) Exemption |
| December 9, 2021 | New Issuance | 1,000,000 | Preferred B | $0.0268 | Yes | Arin, LLC, Adam Ringer, Manager | Cash | Restricted | 4 (2) Exemption |
| November 9, 2021 | New Issuance | 4,000,000 | Common Stock | $0.0484 | Yes | Jeremy Christianson | Dividend | Restricted | 4 (2) Exemption |
| November 5, 2021 | New Issuance | 20,000,000 | Common Stock | $0.0479 | Yes | Jeremy Christianson | Cash | Restricted | 4 (2) Exemption |
| October 1, 2021 | New Issuance | 2,666,666 | Common Stock | $0.0268 | Yes | Jeremy Christianson | Cash | Restricted | 4 (2) Exemption |
| September 15, 2021 | New Issuance | 1,161,389 | Common Stock | $0.03.02 | No | MARBLETOWN ADVISORS LLC, Jasahn | Loan Commitment Fee | Restricted | 4 (2) Exemption |

| | | | | | Sommerville, Manager | | | |
|---|---|---|---|---|---|---|---|---|---|
| September 15, 2021 | New Issuance | 1,161,389 | Common Stock | $0.03.02 | No | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan Commitment Fee | Restricted | 4 (2) Exemption |
| June 25, 2021 | New Issuance | 6,985,583 | Preferred B | $0.0086 | No | Kong Sheng Lim | Consulting Services | Restricted | 4 (2) Exemption |
| June 25, 2021 | New Issuance | 2,314,813 | Preferred B | $0.0072 | No | Tsz Chun Ma | Consulting Services | Restricted | 4 (2) Exemption |
| June 25, 2021 | New Issuance | 35,859,572 | Preferred B | $0.0119 | No | Yuen Wong | Consulting Services | Restricted | 4 (2) Exemption |
| June 17, 2021 | New Issuance | 34,722,222 | Preferred B | $0.0144 | No | Man Kin Lau | Consulting Services | Restricted | 4 (2) Exemption |
| May 7, 2021 | New Issuance | 31,928,481 | Preferred B | $0.0313 | No | Eminaich LLC., Tobayi Howton, Managing Member | Acquisition | Restricted | 4 (2) Exemption |
| April 8, 2021 | New Issuance | 2,888,867 | Common Stock | $0.0217 | No | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan Commitment Fee | Restricted | 4 (2) Exemption |
| April 5, 2021 | New Issuance | 6,937,427 | Common Stock | $0.0062 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricted | 4 (2) Exemption |
| March 10, 2021 | New Issuance | 5,952,380 | Preferred B | $0.0297 | No | SBC Investor Relations, Inc., Lowell Holden, Director | Consulting Services | Restricted | 4 (2) Exemption |
| March 6, 2021 | New Issuance | 500,000,000 | Preferred B | $0.0349 | No | TG Private Equity Inc., Yeung Tze | Acquisition | Restricted | 4 (2) Exemption |

| | | | | | | Ling, Director | | | |
|---|---|---|---|---|---|---|---|---|---|
| February 2, 2021 | New Issuance | 30,000,000 | Preferred B | $0.0001 | N.A. | TG Private Equity Inc., Yeung Tze Ling, Director | Merger and Acquisition Services | Restricted | 4 (2) Exemption |
| February 2, 2021 | New Issuance | 56,363,107 | Common Stock | $0.0046 | No | Jake Noch | Dispute Settlement | Restricted | 4 (2) Exemption |

Shares Outstanding on Date of This Report:

Ending Balance:

Date: December 31, 2023
Common: 6,556,972,533

Preferred A: 70,000,000

Preferred B: 1,270,587,868

**Example:** A company with a fiscal year end of December 31st 2023, in addressing this item for its Annual Report, would include any events that resulted in changes to any class of its outstanding shares from the period beginning on January 1, 2022 through December 31, 2023 pursuant to the tabular format above.

***Control persons for any entities in the table above must be disclosed in the table or in a footnote here.**

Use the space below to provide any additional details, including footnotes to the table above:

____

## B. Promissory and Convertible Notes

Indicate by check mark whether there are any outstanding promissory, convertible notes, convertible debentures, or any other debt instruments that may be converted into a class of the issuer's equity securities:

No:      Yes: X   (If yes, you must complete the table below)

| Date of Note Issuance | Outstanding Balance ($) | Principal Amount at Issuance ($) | Interest Accrued ($) | Maturity Date | Conversion Terms (e.g. pricing mechanism for determining conversion of instrument to shares) | Name of Noteholder. *** You must disclose the control person(s) for any entities listed. | Reason for Issuance (e.g. Loan, Services, etc.) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| November 30, 2023 | 2,516,986 | 2,500,000 | 16,986 | November 29, 2024 | 90% of market price. | Active World Holdings, Inc<br><br>Alfonso Knoll, CEO | Acquisition |
| August 16, 2023 | 31,351 | 30,000.00 | 1,351 | August 16, 2024 | 50% of market price. | 1800 Diagonal Lending, LLC, Curt Kramer, President | Loan |
| August 7, 2023 | 20,960 | 20,000.00 | 960 | August 7, 2024 | 50% of market price. | 1800 Diagonal Lending, LLC, Curt Kramer, President | Loan |
| July 21, 2023 | 517,863 | 500,000.00 | 17,863 | July 21, 2024 | 100% of Market price. | Valiant Eagle, Inc.<br><br>Xavier Mitchell, Chief Executive Officer | Acquisition |
| January 12, 2022 | 11,574 | 10,000.00 | 1,574 | January 12, 2023 | 50% of market price. | Leo's New Company LLC, Miguel Santana, Managing Member | Loan |
| September 23, 2021 | 68,178 | 62,500.00 | 5,678 | September 23, 2022 | 50% of market price. | Arin, LLC, Adam Ringer, Manager | Loan |
| September 15, 2021 | 23,228 | 23,228.00 | 0 | March 15, 2022 | 50% of market price. | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan |
| September 15, 2021 | 25,551 | 23,228.00 | 2,323 | March 15, 2022 | 50% of market price. | Marbletown Advisors, LLC, Jasahn Sommerville, Manager | Loan |
| July 28, 2021 | 59,710 | 50,000.00 | 9,710 | July 28, 2022 | 50% of market price. | Leo's New Company LLC, Miguel Santana, Managing Member | Loan |
| April 9, 2021 | 18,601 | 43,333.00 | 0 | October 9, 2021 | 50% of market price. | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan |

| October 9, 2017 | 601,907 | 400,000 | 201,907 | October 9, 2018 | $0.001 per share | Danyi Zhang | Acquisition |
|---|---|---|---|---|---|---|---|

***Control persons for any entities in the table above must be disclosed in the table or in a footnote here.**

Use the space below to provide any additional details, including footnotes to the table above:

## 4) Issuer's Business, Products and Services

The purpose of this section is to provide a clear description of the issuer's current operations.
Ensure that these descriptions are updated on the Company's Profile on www.OTCMarkets.com.

A. Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")

Net Savings Link's vision is the establishment of a fully integrated technology company that provides turnkey technological solutions to the cryptocurrency, blockchain and digital asset industries. Over time, the Company plans to provide a wide range of services such as software solutions, e-commerce, advisory services, financial services and information technology.

The Company has and will continue to invest in companies in the cryptocurrency, blockchain and digital asset sectors.

On August 9, 2021, the Company launched a centralized cryptocurrency platform, NSAV Exchange. The company plans to commence operations as soon as the legal, regulatory and compliance issues are completed.

The Company owns the NSAV Premium OTC Cryptocurrency Trading Desk https://nsavholdinginc.com/otc-desk/.

The Company holds a 40% stake in Super Chain Capital Ltd., a company incorporated under the laws of Hong Kong. Super Chain Capital Ltd. owns and operates the premium OTC cryptocurrency trading desk, https://hkotc.co/ , which is also based in Hong Kong.

The Company owns the NSAV Decentralized Cryptocurrency Exchange, NSAVDEX 1 https://nsavdex.org/#/home running on Okex Chain.

On December 6, 2021, the Company launched its NSAVDEX Native Token, the NSBC, which is currently trading on the VAEX Centralized Crypto Exchange (CEX) https://www.vaex.tech/en_US/trade/NSBC_USDT.

The Company owns the NSAV Decentralized Cryptocurrency Exchange, NSAVDEX 2 https://nsavdex.io/ running on Binance Smart Chain.

On March 4, 2022, the Company launched its NSAV NFT Marketplace, https://nsavnft.com/, a 50/50 joint venture with Vagabond.

On March 24, 2022, the Company announced the launch of HIVE, the first blockchain home mining device that can mine multiple tokens.

On April 26, 2022, the Company, in partnership with Metaverse Network LLC., launched the HIVE MULTIMINE App, whereby users can now mine cryptocurrency on their smartphone, without the need for a traditional mining device. The HIVE MULTIMINE App is now available to download in the Apple Store and on Google Play.

On July 28, 2023, the Company announced the launch of TruSAF https://trusaf.net/ . TruSAF aims to solve a large-scale problem across all industries – security of digital assets, legal documents and sensitive medical information. TruSAF encompasses three main components; CryptoSAF, DocuSAF and MedSAF.

B. List any subsidiaries, parent company, or affiliated companies.

N The Company owns 95% of the shares of Tiger Brands, Inc., formerly Tiger Hemp Brands, Inc., a Colorado corporation. Tiger Brands, Inc. can be reached via email at info@nsavholdinginc.com .

The officers of Tiger Brands, Inc. are as follows;

James A. Tilton, Sole officer and director.

The Company owns 70% of the shares of Shanghai Hua Si Tai Medical Consultation Company Limited, which owns and operates Shanghai based Vital Strategic Research Institute (VSRI). VSRI is a medical research firm with a long history of expertise in design, clinical trials and global research. VSRI has collaborated with pharmaceutical giants such as Pfizer and Bristol-Myers Squibb.

Shanghai Hua Si Tai Medical Consultation Company Limited is located at Suite 16D, 455 Jiangning Road, Shanghai, 200041, China.

Jane Zheng, formerly Vice President of the Company, overseas the Company's interest in Shanghai Hua Si Tai Medical Consultation Company Limited.

C. Describe the issuers' principal products or services.

The Information Technology and Software Solutions for the cryptocurrency, blockchain and digital asset industries. The Company, through its Shanghai based subsidiary, Shanghai Hua Si Tai Medical Consultation Company Limited, provides clinical research to industry leaders such as Eli Lilly and the Medtronic Foundation.

The primary markets for our products and services are the U.S.A., Europe and P.R. China.

## 5) Issuer's Facilities

*The goal of this section is to provide investors with a clear understanding of all assets, properties or facilities owned, used or leased by the issuer and the extent in which the facilities are utilized.*

In responding to this item, please clearly describe the assets, properties or facilities of the issuer. Describe the location of office space, data centers, principal plants, and other property of the issuer and describe the condition of the properties.

Specify if the assets, properties, or facilities are owned or leased and the terms of their leases. If the issuer does not have complete ownership or control of the property, describe the limitations on the ownership.

The Company maintains an office at 26 Grosvenor Street, Mayfair, London, United Kingdom W1K 4QW. There is no rent/mortgage paid for this space. The Company has no ownership of the property.

## 6) All Officers, Directors, and Control Persons of the Company

Using the table below, please provide information, as of the period end date of this report, regarding all officers and directors of the company, or any person that performs a similar function, regardless of the number of shares they own.

In addition, list all individuals or entities controlling 5% or more of any class of the issuer's securities.
If any insiders listed are corporate shareholders or entities, provide the name and address of the person(s) beneficially owning or controlling such corporate shareholders or entities, or the name and contact information (City, State) of an individual representing the corporation or entity. Include Company Insiders who own any outstanding units or shares of any class of any equity security of the issuer.

*The goal of this section is to provide investors with a clear understanding of the identity of all the persons or entities that are involved in managing, controlling or advising the operations, business development and disclosure of the issuer, as well as the identity of any significant or beneficial owners.*

| Names of All Officers, Directors, and Control Persons | Affiliation with Company (e.g. Officer Title /Director/Owner of 5% or more) | Residential Address (City / State Only) | Number of shares owned | Share type/class | Ownership Percentage of Class Outstanding | Names of control person(s) if a corporate entity |
|---|---|---|---|---|---|---|
| James A. Tilton | Officer and Director | New York, N.Y. | 40,000,000 | Preferred A | 57% | N.A. |
| TG Private Equity Inc. | Beneficial Shareholder | Tortola, BVI | 30,000,000 | Preferred A | 43% | Yeung Tze Ling, Director |
| Min Kin Lau | Director | Hong Kong | 34,722,222 | Preferred B | 2.7% | N.A. |
| Tsz Chun Ma | Officer | Hong Kong | 2,314,813 | Preferred B | 0.018% | N.A. |
| Kong Sheng Lim | Officer | Selangor Darul Ehsan, Malaysia | 6,985,583 | Preferred B | 0.05% | N.A. |
| SYNERGY Resources Inc | Beneficial Shareholder | Mahe, Seychelles | 533,310,643 | Preferred B | 42% | Cho Wing Lam, CEO |
| Cheuk Wing Kong | Beneficial Shareholder | Hong Kong | 300,000,000 | Preferred B | 24% | N.A. |

| Ming Yuet Lam | Beneficial Shareholder | Hong Kong | 79,999,998 | Preferred B | 6% | N.A. |

Confirm that the information in this table matches your public company profile on www.OTCMarkets.com. If any updates are needed to your public company profile, log in to www.OTCIQ.com to update your company profile.

**7)    Legal/Disciplinary History**

A.   Identify and provide a brief explanation as to whether any of the persons or entities listed above in Section 6 have, <u>in the past 10 years</u>:

1.   Been the subject of an indictment or conviction in a criminal proceeding or plea agreement or named as a defendant in a pending criminal proceeding (excluding minor traffic violations);

<u>None.</u>

2.   Been the subject of the entry of an order, judgment, or decree, not subsequently reversed, suspended or vacated, by a court of competent jurisdiction that permanently or temporarily enjoined, barred, suspended or otherwise limited such person's involvement in any type of business, securities, commodities, financial- or investment-related, insurance or banking activities;

<u>None.</u>

3.   Been the subject of a finding, disciplinary order or judgment by a court of competent jurisdiction (in a civil action), the Securities and Exchange Commission, the Commodity Futures Trading Commission, a state securities regulator of a violation of federal or state securities or commodities law, or a foreign regulatory body or court, which finding or judgment has not been reversed, suspended, or vacated;

<u>None.</u>

4.   Named as a defendant or a respondent in a regulatory complaint or proceeding that could result in a "yes" answer to part 3 above; or

<u>None.</u>

5.   Been the subject of an order by a self-regulatory organization that permanently or temporarily barred, suspended, or otherwise limited such person's involvement in any type of business or securities activities.

<u>None.</u>

6.   Been the subject of a U.S Postal Service false representation order, or a temporary restraining order, or preliminary injunction with respect to conduct alleged to have violated the false representation statute that applies to U.S mail.

<u>None.</u>

B. Describe briefly any material pending legal proceedings, other than ordinary routine litigation incidental to the business, to which the issuer or any of its subsidiaries is a party to or of which any of their property is the subject. Include the name of the court or agency in which the proceedings are pending, the date instituted, the principal parties thereto, a description of the factual basis alleged to underlie the proceeding and the relief sought. Include similar information as to any such proceedings known to be contemplated by governmental authorities.

On December 2, 2021, Vikram P. Grover, an alleged former employee and consultant of the Company, filed a lawsuit against the Company in the United States District Court, Northern District of Illinois. Mr. Grover alleges lost wages, compensation, damages and accrued interest. The Company denies the allegations. None of the Company's current officers and directors were involved in the alleged hiring of Mr. Grover. On December 5, 2023, the same court entered a judgment in Mr. Grover's favor for the amount of $57,903,750.00. The Company will seek to have the judgement vacated. The Company and Mr. Grover are presently in settlement negotiations through various third parties.

On August 31, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys. filed a lawsuit against the Company in the United States District Court of Connecticut. Stone Law was seeking the sum of $81,409.00. for legal services.The Company denies these claims.

On September 21, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys. filed a lawsuit against the Company in the Supreme Court of the State of New York, County of New York. Stone Law was seeking the sum of $41,042.50 for legal services. The Company denies these claims.

## 8) Third Party Service Providers

Provide the name, address, telephone number and email address of each of the following outside providers. You may add additional space as needed.

Confirm that the information in this table matches your public company profile on www.OTCMarkets.com. If any updates are needed to your public company profile, update your company profile.

Securities Counsel (must include Counsel preparing Attorney Letters).

| | |
|---|---|
| Name: | Vic Devlaeminck PC |
| Address 1: | 10013 N.E. Hazel Dell Avenue, Suite 317 |
| Address 2: | Vancouver, WA 98685 |
| Phone: | (503) 806-3533 |
| Email: | vic@vicdevlaeminck.com |

| | |
|---|---|
| Name: | Allen C. Tucci |
| Address 1: | 1717 Arch Street, Suite 3500 |
| Address 2: | Philadelphia, PA 19103-2739 |
| Phone: | (215) 246-3192 |
| Email: | atucci@archerlaw.com |

Accountant or Auditor

| | |
|---|---|
| Name: | Trey Whitfield |
| Firm: | TWC Consulting, LLC. |
| Address 1: | 209 Caroline Lee Dr. |
| Address 2: | Smyrna, TN 37167 |
| Phone: | (423) 329-3361 |
| Email: | trey@twclimited.com |

Investor Relations

Name: _____
Firm: _____
Address 1: _____
Address 2: _____
Phone: _____
Email: _____

*All other means of Investor Communication:*

X (Twitter): https://twitter.com/nsav_tech
Discord: _____
LinkedIn _____
Facebook: _____
[Other ] _____

Other Service Providers
Provide the name of any other service provider(s) that **that assisted, advised, prepared, or provided information with respect to this disclosure statement**. This includes counsel, broker-dealer(s), advisor(s), consultant(s) or any entity/individual that provided assistance or services to the issuer during the reporting period.

Name: _____
Firm: _____
Nature of Services: _____
Address 1: _____
Address 2: _____
Phone: _____
Email: _____

## 9) Disclosure & Financial Information

A. This Disclosure Statement was prepared by (name of individual):

Name: James A. Tilton
Title: President
Relationship to Issuer: President

B. The following financial statements were prepared in accordance with:

☐ IFRS
X U.S. GAAP

C. The following financial statements were prepared by (name of individual):

Name: Trey Whitfield
Title: Accountant
Relationship to Issuer: None

Describe the qualifications of the person or persons who prepared the financial statements:[5] Accountant

Provide the following qualifying financial statements:

- o Audit letter, if audited;
- o Balance Sheet;
- o Statement of Income;
- o Statement of Cash Flows;
- o Statement of Retained Earnings (Statement of Changes in Stockholders' Equity)
- o Financial Notes

**<u>Financial Statement Requirements</u>**:
- • Financial statements must be published together with this disclosure statement as one document.
- • Financial statements must be "machine readable". Do not publish images/scans of financial statements.
- • Financial statements must be presented with comparative financials against the prior FYE or period, as applicable.
- • Financial statements must be prepared in accordance with U.S. GAAP or International Financial Reporting Standards (IFRS) but are not required to be audited.

## 10) Issuer Certification

*Principal Executive Officer:*

The issuer shall include certifications by the chief executive officer and chief financial officer of the issuer (or any other persons with different titles but having the same responsibilities) in each Quarterly Report or Annual Report.

The certifications shall follow the format below:

I, <u>James A. Tilton</u> certify that:

1. I have reviewed this Disclosure Statement for <u>Net Savings Link, Inc.</u>;

2. Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

---

[5] The financial statements requested pursuant to this item must be prepared in accordance with US GAAP or IFRS and by persons with sufficient financial skills.

3. Based on my knowledge, the financial statements, and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

May 2 2024

/s/ James A. Tilton , President


*Principal Financial Officer:*

I, James A. Tilton certify that:

1. I have reviewed this Disclosure Statement for Net Savings Link, Inc.;

2. Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

3. Based on my knowledge, the financial statements, and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

May 2 2024

/s/ James A. Tilton, Chief Financial Officer

**NET SAVINGS LINK, INC.**
**Statement of Income and**
**Retained Earnings (Deficit)**
**For the Twelve Months Ended**
**December 31, 2023**
**Unaudited**

| | Dec 31, 2023 | Dec 31, 2022 |
|---|---|---|
| **Revenue** | $ 24,398,463 | $ - |
| | | |
| **OPERATING EXPENSES** | | |
| Officer Compensation | $ 1,520,100 | $ 120,000 |
| General and administrative | $ 158,870 | $ 9,692,562 |
| Legal Judgment Expenses | $ 58,022,178 | $ - |
| Total Operating Expenses | $ 59,701,148 | $ 9,812,562 |
| | | |
| OPERATING GAIN (LOSS) | $(35,302,685) | $ (9,812,562) |
| | | |
| OTHER INCOME (EXPENSE) | | |
| Consultancy Income | $ - | $ 691,516 |
| Other Income (Expense) | $ 7,891 | $ - |
| Interest Income (Expense) | $ (86,598) | $ (56,055) |
| Total Other Income (Expense) | $ (78,707) | $ 635,461 |
| | | |
| **NET GAIN (LOSS)** | **$(35,381,392)** | **$ (9,177,101)** |

**NET SAVINGS LINK, INC.**
**Financial Statements**
**Balance Sheet**
**For the Periods Ended December 31, 2023 & December 31, 2022**
**Unaudited**

|  | Dec 31, 2023 | Dec 31, 2022 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash on Hand, in Bank | 25 | 596 |
| Accounts Receivable | 191,388 | 173,888 |
| Share Issuance Receivable | 4,000 | 4,000 |
| Equity Interest | 1,000,000 | 1,000,000 |
| **Total Current Assets** | **1,195,413** | **1,178,484** |
| | | |
| **Noncurrent Assets** | | |
| Investment in Subsidiary | 410,000 | 410,000 |
| Fixed Asset Investment | 119,560 | 119,560 |
| Intangible Asset | 5,000,000 | 5,000,000 |
| Investment: DEX Exchange | 15,080,000 | 15,080,000 |
| Investment: Trading Desk | 8,000,000 | 8,000,000 |
| Investment: Cryptocurrency | 30,440,000 | 30,440,000 |
| Investment: Blockchain | 12,415,000 | 12,415,000 |
| Investment: Protocol | 1,000,000 | 1,000,000 |
| Investment: Awallet | 8,350,000 | 8,350,000 |
| Investment: AWC | 2,500,000 | 2,500,000 |
| Investment: Super Chain Capital | 30,000 | 30,000 |
| Investment: FUNGY | 500,000 | |
| Goodwill | 2,070,000 | 2,070,000 |
| **Total Other Assets** | **85,914,560** | **85,414,560** |
| | | |
| **Intangible Assets** | | |
| Cryptocurrency Holdings | 24,398,463 | 0 |
| **Total Intangible Assets** | **24,398,463** | **0** |
| | | |
| **Total Assets** | **111,508,436** | **86,593,044** |

**NET SAVINGS LINK, INC.**
**Financial Statements**
**Balance Sheet**
**For the Periods Ended December 31, 2023 & December 31, 2022**
**Unaudited**

| | Dec 31, 2023 | Dec 31, 2022 |
|---|---|---|
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **LIABILITIES** | | |
| **Current Liabilities** | | |
| Accounts Payable | 178,625 | 178,287 |
| Accrued Interest | 276,852 | 236,188 |
| Accrued Wages | 8,745,049 | 7,222,016 |
| Note Payable - Pacific Stock Transfer | 10,320 | 0 |
| Note Payable - FUNGY | 500,000 | 0 |
| Contingent Liability - Stone Lawsuit(s) | 118,428 | 0 |
| Contingent Liability - Grover Lawsuit | 57,903,750 | 0 |
| **Total Current Liabilities** | **67,733,024** | **7,636,491** |
| **Long-Term Liabilities** | | |
| Note Payable - Related Party | 70,566 | 70,566 |
| Investment Payable | 25,000 | 25,000 |
| Forgivable Loan | 2,000 | 2,000 |
| Non-convertible Notes Payable | 400,000 | 400,000 |
| TG Private Equity | 59,330,000 | 59,330,000 |
| Convertible Note: Power Up Lending Group | 0 | 65,000 |
| Convertible Note: Leo's New Company | 60,000 | 60,000 |
| Convertible Note: Marbletown Advisors | 23,228 | 23,228 |
| Convertible Note: Arin, LLC | 62,500 | 62,500 |
| Convertible Note: Quick Capital, LLC | 41,829 | 66,561 |
| Convertible Note: 1800 Diagonal Lending, LLC | 50,000 | 0 |
| Note Payable: Active World Holdings | 2,500,000 | 2,500,000 |
| Common Stock: Commitment Share | 0 | -70,148 |
| **Total Long-Term Liabilities** | **62,565,123** | **62,534,707** |
| **Total Liabilities** | **130,298,147** | **70,171,198** |
| **STOCKHOLDERS' EQUITY** | | |
| Preferred, Series A Stock, $0.00001 par value, 225,000,000 shares authorized, 70,000,000 issued and outstanding at 12/31/23. | 700 | 600 |
| Preferred, Series B Stock, $0.00001 par value, 1,275,000,000 shares authorized, 1,270,587,868 issued and outstanding at 12/31/23. | 12,706 | 12,706 |
| Common Stock, $0.001 par value, 6,655,000,000 shares authorized, 6,556,972,533 issued and outstanding at 12/31/23. | 6,556,973 | 6,354,311 |
| Additional Paid-in-Capital | -3,268,455 | -3,268,455 |
| Additional Paid-in-Capital - Series B | 25,219,016 | 25,219,016 |
| Additional Paid-in-Capital - Common | 3,763,773 | 3,796,699 |
| Accumulated Deficit | -51,074,423 | -15,693,031 |
| **Total Stockholders' Equity** | **-18,789,711** | **16,421,846** |
| **Total Liabilities and Stockholders' Equity** | **111,508,436** | **86,593,044** |

**NET SAVINGS LINK, INC.**
**Statement of Cash Flows**
**For the Twelve Months Ended**
**December 31, 2023**
**Unaudited**

|  | Dec 31, 2023 | Dec 31, 2022 |
|---|---|---|
| **OPERATING ACTIVITIES** | | |
| **Net Income (Loss)** | $ (35,381,392) | $ (9,177,101) |
| Adjustments to reconcile net Income (Loss) to net cash provided by operations. | | |
| Cash from Consultancy Services | $ - | $ - |
| Decrease (Increase) in Accounts Receivable | $ (17,500) | $ (173,888) |
| Increase (Decrease) in Accounts Payable | $ 338 | $ 89,558 |
| Increase (Decrease) in Accrued Liabilities | $ - | $ 64,280 |
| Increase (Decrease) in Accrued Interest | $ 40,664 | $ - |
| Increase (Decrease) in Accrued Wages | $ 1,523,033 | $ - |
| Increase (Decrease) in Contingent Liabilities | $ 58,022,178 | $ 4,749,000 |
| **Total Adjustments** | **$ 59,568,713** | **$ 4,728,950** |
| **Net Cash Provided by Operating Activities** | **$ 24,187,320** | **$ (4,448,151)** |
| **Investing Activities** | | |
| Asset Acquisition / Divestment | $ (500,000) | $ 2,500,000 |
| Cryptocurrency Holdings | $ (24,398,463) | $ - |
| **Net Cash Provided by Investment Activities** | **$ (24,898,463)** | **$ 2,500,000** |
| **Financing Activities** | | |
| Notes Payable | $ 540,736 | $ (2,500,000) |
| Stock Issuances | $ 202,762 | $ 4,212,194 |
| Paid in Capital | $ (32,926) | $ - |
| **Net Cash from Financing Activities** | **$ 710,572** | **$ 1,712,194** |
| **Net Cash Increase for Period** | **$ (571)** | **$ (235,957)** |
| **Cash at Beginning of Period** | **$ 596** | **$ 236,553** |
| **Cash at End of Period** | **$ 25** | **$ 596** |

**NET SAVINGS LINK, INC.**
**Statement of Stockholders' Equity**
**December 31, 2023**
**Unaudited**

| | Common Stock | | Preferred Stock | | Paid-In | Accum. | Total Stockholders' |
| | Shares | Amount | Shares | Amount | Capital | Earning | Equity |
|---|---|---|---|---|---|---|---|
| December 31, 2019 | 5,643,636,893 | 5,643,637 | 30,000,000 | 300 | (3,629,717) | (2,829,470) | (815,250) |
| Stock Issuances - 12/31/20 | 200,000,000 | 200,000 | | | (190,000) | | 10,000 |
| Net Income (Loss) - 12/31/20 | | | | | | (172,973) | (172,973) |
| December 31, 2020 | 5,843,636,893 | 5,843,637 | 30,000,000 | 300 | (3,819,717) | (3,002,443) | (978,223) |
| Stock Issuances | 95,178,845 | 95,179 | 648,763,051 | 6,488 | 20,201,797 | | 20,303,464 |
| Net Income (Loss) - 12/31/21 | | | | | | (3,513,487) | (3,513,487) |
| December 31, 2021 | 5,938,815,738 | 5,938,816 | 678,763,051 | 6,788 | 16,382,080 | (6,515,930) | 15,811,754 |
| Stock Issuances | 415,495,129 | 415,495 | 651,824,817 | 6,518 | 9,365,181 | | 9,787,194 |
| Net Income (Loss) - 12/31/22 | | | | | | (9,177,101) | (9,177,101) |
| December 31, 2022 | 6,354,310,867 | 6,354,311 | 1,330,587,868 | 13,306 | 25,747,261 | (15,693,031) | 16,421,847 |
| Stock Issuances | 202,661,666 | 202,662 | 10,000,000 | 100 | (32,926) | | 169,835 |
| Net Income (Loss) - 12/31/23 | | | | | | (35,381,392) | (35,381,392) |
| | 6,556,972,533 | 6,556,973 | 1,340,587,868 | 13,406 | 25,714,335 | (51,074,423) | (18,789,710) |

**NET SAVINGS LINK, INC.**
Notes to the Accounts December 31, 2023

## 1. Nature of Operations and Continuance of Business

The unaudited interim financial statements included herein have been prepared by Net Savings Link, Inc. ("NSL" or the "Company") in accordance with accounting principles generally accepted in the United States of America and the rules of the Securities and Exchange Commission. We suggest that these interim financial statements be read in conjunction with the unaudited financial statements and notes for the period ended 30 June, 2023. We believe that all adjustments, consisting of normal recurring adjustments, necessary for a fair presentation of financial position and the results of operations for the interim periods presented have been reflected herein and that the disclosures made are adequate to make the information not misleading. The results of operations for interim periods are not necessarily indicative of the results to be expected for the full year. Notes to the financial statements which would substantially duplicate the disclosure contained in the audited financial statements for the most recent fiscal year.

## 2. Going Concern

NSL's financial statements are prepared using Generally Accepted Accounting Principles applicable to a going concern that contemplates the realization of assets and liquidation of liabilities in the normal course of business. However, NSL has generated minimal revenue and accumulated significant losses since inception. As of September 30, 2023, the company has accumulated a deficit of $16,756,499. All of these items raise substantial doubt about its ability to continue as a going concern. Management's plans with respect to alleviating the adverse financial conditions that caused management to express substantial doubt about the NSL's ability to continue as a going concern are as follows:

In order to fund the start-up of operations during the period ended March 31, 2022, management plans to enter into several financing transactions and try to raise funds. The continuation of the Company as a going concern is dependent upon its ability to generating profitable operations that produce positive cash flows. If the Company is not successful, it may be forced to raise additional debt or equity financing.

There can be no assurance that the Company will be able to achieve its business plans, raise any more required capital or secure the financing necessary to achieve its current operating plan. The ability of the Company to continue as a going concern is dependent upon its ability to successfully accomplish the plan described in the preceding paragraph and eventually attain profitable operations. The accompanying financial statements do not include any adjustments that might be necessary if the Company is unable to continue as a going concern.

## 3. Related Party Transactions

The Company accrued wages for its current President and CEO at a rate of $120,000 per year, along with other employees of the Company. As of March 31, 2023 and December 31, 2021, the Company owed a total of $7,252,016 and $7,222,016 respectively, to the current and predecessor President and CEO of the Company for back due wages.

Upon his taking over of the Company in January 2016, the Company began accruing $1,000 per month for office rental and supplies from its President and CEO.

During February 2016, the President and CEO of the Company purchased 25,000,000 shares of preferred stock series A for cash of $250.

On 21 July 2017, the company received 1 billion shares at par from Hemp Beer Inc, a private corporation registered in Colorado, in exchange for the use of the company's IP for the Hemp Beer brand. This has been recognized as a wholly owned subsidiary in the fiscal statements.

On 2 February 2021, the Company entered into a consulting agreement with TG Private Equity for the engagement of independent contractor services. The Company agreed to issue 30,000,000 (thirty million) shares of the Company's restricted Series A Preferred Stock in compensation to TG Private Equity.

Since February 2021 Company entered into various agreements with TG Private Equity Inc referred to below:

Note 7      On 6 March 2021, Digital Blockchain Token Company Acquisition Agreement between TG Private Equity & the Company.

Note 9      On 5 August 2021 the Company entered into a Digital OTC Agreement with TG Private Equity Inc. TG Private Equity Inc.

Note 8      On 5 November 2021 the Company entered into a DEX Agreement with TG Private Equity Inc.

Note 7      On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Inc.

Note 8      On 1 December 2021 the Company entered into a DEX2 Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on Binance chain. The Company agreed to issue $8,000,000 of the Company's preferred B Shares.

Note 12     On 17 January 2022, the Company entered into a Digital Blockchain Token agreement with TG Private Equity Inc.

Note 13     On 17 January 2022, the Company entered into a Blockchain Protocol Venture agreement with TG Private Equity Inc.

Note 11     On 5 February 2022, the Company entered into a BQEX Digital Exchange Agreement with TG Private Equity Inc.

Note 11     On 25 February 2022, the Company entered into a Digital Blockchain Mining agreement with TG Private Equity Inc.

Note 12     On 26 February 2022, the Company entered into a Jinbao Digital Blockchain NFT agreement with TG Private Equity Inc.

Note 12     On 26 April 2022, the Company entered into a Digital Blockchain Mobile Mining Agreement with TG Private Equity Inc.

Note 14     On 18 April 2022, the Company entered into a Digital Wallet and Acoin distribution agreement with TG Private Equity Inc.

**4. Stockholders' Equity**

During February 2021, 30,000,000 Series A preferred shares were issued at $0.00001.

During March 2021, 56,363,107 Ordinary shares were issued at $0.0046 for settlement to Jake Noch.

During April 2021, 2,888,867 Ordinary shares were issued at $0.001 in settlement for a commitment to Quick Capital LLC.

During April 2021, a holder of 6,937,427 common stock shares elected to convert these shares at a conversion price of $0.0062.

On 7 May 2021, 31,928,481 Series B convertible preferred stock were issued at $0.03132 per share for a cost basis of $1,000,000.

On 17 June 2021, 34,722,222 Series B convertible preferred stock were issued at $0.014400 per share at a cost basis of $500,000.

On 25 June 2021, 5,952,380 Series B convertible preferred stock were issued at $0.033600 per share at a cost basis of $200,000.

On 25 June 2021, 500,000,000 Series B convertible preferred stock were issued at $0.034900 per share at a cost basis of $17,450,000.

On 25 June 2021, 35,859,572 Series B convertible preferred stock were issued at $0.0119514 per share at a cost basis of $428,571.

On 25 June 2021, 2,314,813 Series B convertible preferred stock were issued at $0.0072000 per share at a cost basis of $16,667.

On 25 June 2021, 6,985,583 Series B convertible preferred stock were issued at $0.0086584 per share at a cost basis of $60,484.

On 15 September 2021 1,161,389 Ordinary Shares were issued at $0.0302 in settlement for a commitment to Quick Capital LLC.

On 15 September 2021 1,161,389 Ordinary Shares were issued at $0.0302 in settlement for a commitment to Marbletown Advisors LLC.

On 1 October 2021, 2,666,666 Ordinary Shares were issued at $0.015 at a cost basis of $40,000 to Jeremy Christianson.

On 1 October 2021, 4,000,000 Ordinary Shares were issued at $0.001 at a cost basis of $400 to Jeremy Christianson.

On 29 October 2021, 20,000,000 Ordinary Shares were issued at $0.015 at a cost basis of $300,000 to Jeremy Christianson.

On 9 December 2021, 1,000,000 Series B convertible preferred stock were issued at $0.001 at a cost basis of $1,000 to Arin LLC.

On 1 April 2022, 79,999,998 Series B convertible preferred stock were issued at $0.02 at a cost basis of $533,333 to Ming Yuet Lam.

On 1 April 2022, 60,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $1,200,000 to Kim Chang Chan.

On 1 April 2022, 46,583,340 Series B convertible preferred stock were issued at $0.02 at a cost basis of $931,667 to Zheng Li.

On 1 April 2022, 46,722,685 Series B convertible preferred stock were issued at $0.02 at a cost basis of $935,454 to Siu Ming Je.

On 1 April 2022, 266,643,977 Series B convertible preferred stock were issued at $0.02 at a cost basis of $5,332,880 to Synergy Resources Inc.

On 6 May 2022, TG Private Equity Inc. cancelled and returned 500,000,000 Series B convertible preferred stock.

On 14 April 2022, 33,333,334 Series B convertible preferred stock were issued at $0.02 at a cost basis of $666,667 to Veronica Raquel Welch.

On 14 April 2022, 266,666,666 Series B convertible preferred stock were issued at $0.02 at a cost basis of $5,333,333 to Synergy Resources Inc,.

On 22 April 2022, 1,824,817 Series B convertible preferred stock were issued at $0.0137 at a cost basis of $25,000 to Ajay Athwal.

On 31 May 2022, 300,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $6,000,000 to Cheuk Wing Kong.

On 31 May 2022, 50,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $1,000,000 to Kong Cheer Ltd.

On 6 May 2022, 295,495,129 Common stock were issued at $0.0115 at a cost basis of $3,398,194 to SRAX Inc.

On 27 May 2022, 20,000,000 Common stock were issued at $0.0102 at a cost basis of $204,000 to Stephen Posner.

On 28 July 2022, 100,000,000 Common stock were issued at $0.0061 at a cost basis of $610,000 to May Davis Partners Acquisition Company LLC.

On 31 August 2022, 295,495,129 Common stock were issued at $0.0115 at a cost basis of $3,398,193.98 to SRAX, Inc.

On 17 July 2023, 25,000,000 Common stock were issued at $0.0034 at a cost basis of $85,000 to Power Up Lending Group, Ltd.

On 27 July 2023, 20,000,000 Common stock were issued at $0.0047 at a cost basis of $94,000 to Quick Capital, LLC.

On 3 August 2023, 40,000,000 Common stock were issued at $0.0035 at a cost basis of $140,000 to Power Up Lending Group, Ltd.

On 3 August 2023, 25,000,000 Common stock were issued at $0.0035 at a cost basis of $87,500 to 1800 Diagonal Lending, LLC.

On 8 August 2023, 23,500,000 Common stock were issued at $0.0023 at a cost basis of $54,050 to Power Up Lending Group, Ltd.

On 15 August 2023, 10,000,000 Series A preferred shares were issued at $0.00001 at a cost basis of $100 to James A. Tilton.

On 17 August 2023, 50,000,000 Common stock were issued at $0.0017 at a cost basis of $85,000 to Power Up Lending Group, Ltd.

On 18 September 2023, 19,161,666 Common stock were issued at $0.0014 at a cost basis of $26,826.33 to Quick Capital, LLC.


5. **Intangible Asset**

On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Limited. TG Private Equity Limited agreed to facilitate the creation of an NSAV Native Token called NSBC, run on the OKEX chain. The Company agreed to pay USD 70,000 and issue $7,000,000 worth of the Company's preferred B Shares. This payment entitled the Company to own 50% of the founder's token pool, which constituted 5% of the total pool available. This realized to be 50,000,000 tokens. As of the 31 December 2021 these tokens were valued at $0.10 given at value of $5,000,000.

This has been treated as intangible asset in the financial statements as crypto assets do not meet the definition of cash or cash equivalents; financial instruments or financial assets. Although crypto assets may be held for sale in the ordinary course the business, they are not tangible assets and therefore may the definition of inventory. Intangible assets are defined as an asset that has no physical substance and crypto assets would generally meet the definition of intangible assets.


6. **Goodwill**

On 6 March 2021, the Company entered into a Digital Blockchain Token Company Acquisition Agreement between TG Private Equity Inc & the Company to create a "Token Company" called SBCDF Investment Inc. TG Private Equity Inc will issue a token in the third quarter of 2021. The Company realized a goodwill on the issuance of $17,450,000.

On 6 May 2022, TG Private Equity Inc cancelled and returned 500,000,000 Series B convertible preferred stock back to the Company. The goodwill on the creation of the SBCDF Investment token has been reversed.

On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Inc. TG Private Equity Inc agreed to facilitate the creation of an NSAV Native Token called NSBC, run on the OKEX chain. The Company realized goodwill of $2,070,000.

**7. DEX Exchange**

On 5 November 2021 the Company entered into a DEX Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on OKEX chain. The Company agreed to issue $7,000,000 of the Company's preferred B Shares and $80,000 cash.

On 1 December 2021 the Company entered into a DEX2 Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on Binance chain. The Company agreed to issue $8,000,000 of the Company's preferred B Shares.

**8. OTC Trading Desk**

On 5 August 2021 the Company entered into a Digital OTC Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of an OTC Cryptocurrency Trading Desk for the Company. The Company agreed to issue $8,000,000 worth of Company's preferred B Shares and $30,000 cash as consideration.

**9. Legal Litigation**

On December 2, 2021, Vikram P. Grover, an alleged former employee and consultant of the Company, filed a lawsuit against the Company in the United States District Court, Northern District of Illinois. Mr. Grover alleges lost wages, compensation, damages and accrued interest. The Company denies the allegations. None of the Company's current officers and directors were involved in the alleged hiring of Mr. Grover. On December 5, 2023, the same court entered a judgment in Mr. Grover's favor for the amount of $57,903,750.00. The Company will seek to have the judgement vacated.

The Company and Mr. Grover are presently in settlement negotiations through various third parties.

**10. Cryptocurrency**

On 5 February 2022, the Company entered into a BQEX Digital Exchange Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in BQEX cryptocurrency exchange. The Company agreed to pay $100,000 cash and issue $25,000,000 worth of the Company's preferred B shares as consideration. The Company also agreed to pay $200,000 worth of its common stock and agreed to pay $50,000 by 28 April 2022 and a further $50,000 by 29 May 2022.

On 25 February 2022, the Company entered into a Digital Blockchain Mining agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in the HIVE Cryptocurrency Mining project. The Company agreed to pay $40,000 cash and issue $5,000,000 worth of the Company's preferred B Shares as consideration.

**11. Blockchain**

On 17 January 2022, the Company entered into a Digital Blockchain Token agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of a blockchain NFT Token named MNC. The Company agreed to pay $35,000 cash and issue $7,000,000 worth of its Preferred B shares.

On 26 February 2022, the Company entered into a Jinbao Digital Blockchain NFT agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of a Jinbao blockchain NFT Token. The Company agreed to pay $100,000 cash and issue $1,000,000 worth of its Preferred B shares. The Company will also issue $200,000 worth of its common stock shares.

On 26 April 2022, the Company entered into a Digital Blockchain Mobile Mining Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in the Hive Digital Blockchain Mobile Mining Project. The Company agreed to pay $80,000 cash and issue $4,000,000 worth of the Company's preferred B shares as consideration.

## 12. Protocol

On 17 January 2022, the Company entered into a Blockchain Protocol Venture agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a Joint Venture with VAGABOND protocol. The Company agreed to pay and issue $1,000,000 worth of its Preferred B shares.

## 13. Awallet

On 18 April 2022, the Company entered into a Digital Wallet and Acoin distribution agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in Awallet. The Company agreed to pay $130,000 cash and agreed to issue $8,000,000 worth of the Company's preferred B shares as consideration. Along with this the Company agreed to issue $200,000 worth of the Company's common stock and pay $20,000 cash by 1 July 2022.

## 14. Active World Club

On 14 October 2022, the Company entered into an Agreement with Active World Holdings, Inc. to issue preferred shares in exchange for 100% interest in AWC Exchange Inc.

This Agreement was subsequently amended in the Acquisition Agreement dated 21 December 2022, where by a Promissory Note was entered into for $2,500,000.

On 3 March 2023, the Company and AWH amended the 21 December 2022 Acquisition Agreement. The Company and AWH will form a joint venture to develop and operate the AWC exchange. The Company will invest $250,000 into the joint venture, in the form of a promissory note and the 21 December 2022 promissory notes in the amount of $2.5 million are cancelled.

On November 30, 2023, the Company and AWH amended and effectively cancelled the March 3, 2023 Joint Venture Agreement and reverted back to the December 20, 2022 Amended Acquisition Agreement, whereby the Company purchased from AWH 100% of www.awcexchange.com, which was rebranded www.nsavx.com. The purchase price was two million five hundred thousand U.S. Dollars ($2,500,000.00), payable in the form of a one-year, Convertible Secured Promissory Note, bearing an interest rate of 8% per annum.

## 15.  FUNGY

On July 21, 2023, the Company entered into a definitive share purchase agreement with Valiant Eagle, Inc., to  acquire 40% of the shares of the state-of-the-art NFT Marketplace, FUNGY, for five hundred thousand U.S. Dollars, ($500,000.00), payable in the form of a one year promissory note, bearing an interest rate of 8% per annum.

On January 8, 2024, the Company and Valiant Eagle, Inc. mutually agreed to rescind the July 21, 2023 agreement and cancel the promissory note.

## 16.  Edward Stone Lawsuit #1

On August 31, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys. filed a lawsuit against the Company in the United States District Court of Connecticut. Stone Law was seeking the sum of $81,409.00. for legal services. The Company denies these claims.

## 17.  Edward Stone Lawsuit #2

On September 21, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys. filed a lawsuit against the Company in the Supreme Court of the State of New York, County of New York. Stone Law was seeking the sum of $41,042.50 for legal services. The Company denies these claims.

## 18.  Cryptocurrency Holdings

In Q4 2023, the Company received various cryptocurrency assets in exchange for services rendered. The revenue was recorded accordingly, and the cryptocurrency assets were recorded as Intangible Assets.

## 19.  Financial Statement Revisions

On May 2, 2024, the Company revised the presentation of the Annual 2023 financial statements. Changes were made to show Annual 2023 compared to Annual 2022, rather than Q4 2023 to Q3 2023. In addition, the Statement of Shareholder's Equity (SSE) was revised to included Preferred Shares, the lack of which was resulting in an incorrect ending balance on the SSE.

# Exhibit "C"

OTC Markets OTCPK - Delayed Quote  • USD

# Net Savings Link, Inc. (NSAV)    ☆ Follow

## 0.0106  +0.0004 (+3.7182%)

As of May 30 at 11:09 AM EDT. Market Open.

| Jan 01, 2023 - Dec 31, 2023 ⌄ |    | Historical Prices ⌄ |    | Daily ⌄ |

Currency in USD    |    ⬇ **Download**

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| Dec 29, 2023 | 0.0015 | 0.0017 | 0.0015 | 0.0017 | 0.0017 | 15,558,864 |
| Dec 28, 2023 | 0.0018 | 0.0019 | 0.0015 | 0.0015 | 0.0015 | 45,595,750 |
| Dec 27, 2023 | 0.0019 | 0.0019 | 0.0016 | 0.0018 | 0.0018 | 37,040,850 |
| Dec 26, 2023 | 0.0019 | 0.0021 | 0.0016 | 0.0018 | 0.0018 | 53,905,573 |
| Dec 22, 2023 | 0.0019 | 0.0023 | 0.0019 | 0.0021 | 0.0021 | 19,858,712 |
| Dec 21, 2023 | 0.0022 | 0.0023 | 0.0016 | 0.0019 | 0.0019 | 23,865,871 |
| Dec 20, 2023 | 0.0025 | 0.0025 | 0.0020 | 0.0023 | 0.0023 | 18,124,239 |
| Dec 19, 2023 | 0.0023 | 0.0025 | 0.0019 | 0.0025 | 0.0025 | 23,891,317 |
| Dec 18, 2023 | 0.0023 | 0.0025 | 0.0021 | 0.0023 | 0.0023 | 14,400,666 |
| Dec 15, 2023 | 0.0022 | 0.0026 | 0.0022 | 0.0023 | 0.0023 | 35,668,904 |
| Dec 14, 2023 | 0.0022 | 0.0025 | 0.0020 | 0.0022 | 0.0022 | 17,876,432 |
| Dec 13, 2023 | 0.0023 | 0.0024 | 0.0016 | 0.0022 | 0.0022 | 22,077,154 |
| Dec 12, 2023 | 0.0020 | 0.0024 | 0.0020 | 0.0022 | 0.0022 | 15,776,116 |
| Dec 11, 2023 | 0.0022 | 0.0027 | 0.0019 | 0.0023 | 0.0023 | 44,763,944 |
| Dec 8, 2023 | 0.0013 | 0.0022 | 0.0012 | 0.0021 | 0.0021 | 81,081,913 |
| Dec 7, 2023 | 0.0013 | 0.0014 | 0.0013 | 0.0013 | 0.0013 | 4,918,062 |
| Dec 6, 2023 | 0.0014 | 0.0014 | 0.0012 | 0.0013 | 0.0013 | 11,019,785 |
| Dec 5, 2023 | 0.0014 | 0.0014 | 0.0012 | 0.0013 | 0.0013 | 18,937,007 |
| Dec 4, 2023 | 0.0011 | 0.0014 | 0.0011 | 0.0014 | 0.0014 | 66,288,946 |
| Dec 1, 2023 | 0.0012 | 0.0013 | 0.0011 | 0.0012 | 0.0012 | 26,342,440 |
| Nov 30, 2023 | 0.0011 | 0.0012 | 0.0010 | 0.0011 | 0.0011 | 7,760,784 |
| Nov 29, 2023 | 0.0010 | 0.0012 | 0.0010 | 0.0011 | 0.0011 | 6,395,760 |
| Nov 28, 2023 | 0.0010 | 0.0012 | 0.0010 | 0.0011 | 0.0011 | 23,431,306 |
| Nov 27, 2023 | 0.0010 | 0.0011 | 0.0010 | 0.0010 | 0.0010 | 12,705,838 |
| Nov 24, 2023 | 0.0010 | 0.0012 | 0.0010 | 0.0010 | 0.0010 | 10,069,771 |
| Nov 22, 2023 | 0.0010 | 0.0011 | 0.0010 | 0.0011 | 0.0011 | 14,481,945 |
| Nov 21, 2023 | 0.0010 | 0.0011 | 0.0010 | 0.0010 | 0.0010 | 11,105,108 |
| Nov 20, 2023 | 0.0011 | 0.0012 | 0.0010 | 0.0011 | 0.0011 | 6,197,304 |
| Nov 17, 2023 | 0.0011 | 0.0012 | 0.0010 | 0.0012 | 0.0012 | 16,348,420 |
| Nov 16, 2023 | 0.0010 | 0.0012 | 0.0010 | 0.0011 | 0.0011 | 42,915,532 |
| Nov 15, 2023 | 0.0010 | 0.0011 | 0.0010 | 0.0010 | 0.0010 | 6,239,990 |
| Nov 14, 2023 | 0.0010 | 0.0011 | 0.0010 | 0.0010 | 0.0010 | 4,359,031 |
| Nov 13, 2023 | 0.0011 | 0.0012 | 0.0010 | 0.0011 | 0.0011 | 13,373,780 |
| Nov 10, 2023 | 0.0011 | 0.0012 | 0.0010 | 0.0011 | 0.0011 | 17,130,587 |
| Nov 9, 2023 | 0.0012 | 0.0014 | 0.0010 | 0.0011 | 0.0011 | 70,397,478 |
| Nov 8, 2023 | 0.0012 | 0.0012 | 0.0011 | 0.0011 | 0.0011 | 5,859,883 |
| Nov 7, 2023 | 0.0012 | 0.0012 | 0.0010 | 0.0012 | 0.0012 | 20,007,240 |
| Nov 6, 2023 | 0.0012 | 0.0012 | 0.0010 | 0.0011 | 0.0011 | 19,623,498 |
| Nov 3, 2023 | 0.0011 | 0.0012 | 0.0010 | 0.0012 | 0.0012 | 9,550,401 |
| Nov 2, 2023 | 0.0012 | 0.0012 | 0.0011 | 0.0011 | 0.0011 | 6,673,904 |
| Nov 1, 2023 | 0.0012 | 0.0012 | 0.0011 | 0.0011 | 0.0011 | 4,207,385 |
| Oct 31, 2023 | 0.0011 | 0.0012 | 0.0011 | 0.0011 | 0.0011 | 7,506,441 |
| Oct 30, 2023 | 0.0011 | 0.0012 | 0.0011 | 0.0011 | 0.0011 | 444,780 |
| Oct 27, 2023 | 0.0012 | 0.0012 | 0.0011 | 0.0012 | 0.0012 | 10,703,204 |
| Oct 26, 2023 | 0.0013 | 0.0013 | 0.0012 | 0.0012 | 0.0012 | 29,329,041 |
| Oct 25, 2023 | 0.0013 | 0.0013 | 0.0012 | 0.0012 | 0.0012 | 3,178,580 |
| Oct 24, 2023 | 0.0013 | 0.0013 | 0.0012 | 0.0012 | 0.0012 | 5,833,144 |
| Oct 23, 2023 | 0.0013 | 0.0013 | 0.0012 | 0.0012 | 0.0012 | 10,949,850 |
| Oct 22, 2023 | 0.0013 | 0.0014 | 0.0012 | 0.0012 | 0.0012 | 1,678,198 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Oct 20, 2023 | 0.0013 | 0.0014 | 0.0012 | 0.0013 | 0.0013 | 4,676,198 |
| Oct 19, 2023 | 0.0012 | 0.0014 | 0.0012 | 0.0013 | 0.0013 | 1,945,622 |
| Oct 18, 2023 | 0.0013 | 0.0014 | 0.0012 | 0.0013 | 0.0013 | 21,098,836 |
| Oct 17, 2023 | 0.0013 | 0.0015 | 0.0013 | 0.0014 | 0.0014 | 3,288,006 |
| Oct 16, 2023 | 0.0014 | 0.0015 | 0.0013 | 0.0014 | 0.0014 | 8,355,293 |
| Oct 13, 2023 | 0.0014 | 0.0014 | 0.0013 | 0.0013 | 0.0013 | 3,140,788 |
| Oct 12, 2023 | 0.0012 | 0.0014 | 0.0012 | 0.0014 | 0.0014 | 4,272,608 |
| Oct 11, 2023 | 0.0013 | 0.0014 | 0.0012 | 0.0013 | 0.0013 | 7,465,413 |
| Oct 10, 2023 | 0.0012 | 0.0013 | 0.0012 | 0.0012 | 0.0012 | 6,269,209 |
| Oct 9, 2023 | 0.0013 | 0.0013 | 0.0012 | 0.0012 | 0.0012 | 1,464,427 |
| Oct 6, 2023 | 0.0013 | 0.0013 | 0.0012 | 0.0012 | 0.0012 | 9,046,134 |
| Oct 5, 2023 | 0.0012 | 0.0013 | 0.0012 | 0.0013 | 0.0013 | 5,396,660 |
| Oct 4, 2023 | 0.0012 | 0.0013 | 0.0012 | 0.0013 | 0.0013 | 6,951,938 |
| Oct 3, 2023 | 0.0012 | 0.0013 | 0.0012 | 0.0012 | 0.0012 | 3,078,048 |
| Oct 2, 2023 | 0.0013 | 0.0013 | 0.0012 | 0.0012 | 0.0012 | 2,091,908 |
| Sep 29, 2023 | 0.0012 | 0.0013 | 0.0012 | 0.0012 | 0.0012 | 10,675,664 |
| Sep 28, 2023 | 0.0012 | 0.0014 | 0.0012 | 0.0013 | 0.0013 | 5,649,360 |
| Sep 27, 2023 | 0.0014 | 0.0014 | 0.0013 | 0.0013 | 0.0013 | 13,755,343 |
| Sep 26, 2023 | 0.0014 | 0.0014 | 0.0012 | 0.0014 | 0.0014 | 50,448,535 |
| Sep 25, 2023 | 0.0015 | 0.0015 | 0.0014 | 0.0015 | 0.0015 | 2,742,069 |
| Sep 22, 2023 | 0.0014 | 0.0016 | 0.0014 | 0.0015 | 0.0015 | 13,531,619 |
| Sep 21, 2023 | 0.0015 | 0.0016 | 0.0014 | 0.0014 | 0.0014 | 7,801,769 |
| Sep 20, 2023 | 0.0015 | 0.0015 | 0.0014 | 0.0015 | 0.0015 | 17,145,635 |
| Sep 19, 2023 | 0.0014 | 0.0015 | 0.0014 | 0.0015 | 0.0015 | 2,646,733 |
| Sep 18, 2023 | 0.0014 | 0.0016 | 0.0014 | 0.0014 | 0.0014 | 21,611,643 |
| Sep 15, 2023 | 0.0014 | 0.0014 | 0.0013 | 0.0014 | 0.0014 | 5,624,010 |
| Sep 14, 2023 | 0.0012 | 0.0014 | 0.0012 | 0.0014 | 0.0014 | 5,404,549 |
| Sep 13, 2023 | 0.0012 | 0.0014 | 0.0012 | 0.0014 | 0.0014 | 8,193,430 |
| Sep 12, 2023 | 0.0012 | 0.0013 | 0.0012 | 0.0013 | 0.0013 | 6,494,206 |
| Sep 11, 2023 | 0.0014 | 0.0014 | 0.0012 | 0.0012 | 0.0012 | 6,994,435 |
| Sep 8, 2023 | 0.0013 | 0.0014 | 0.0012 | 0.0014 | 0.0014 | 4,452,868 |
| Sep 7, 2023 | 0.0012 | 0.0014 | 0.0012 | 0.0014 | 0.0014 | 5,026,332 |
| Sep 6, 2023 | 0.0014 | 0.0014 | 0.0012 | 0.0013 | 0.0013 | 25,850,262 |
| Sep 5, 2023 | 0.0014 | 0.0016 | 0.0013 | 0.0014 | 0.0014 | 28,491,445 |
| Sep 1, 2023 | 0.0014 | 0.0014 | 0.0013 | 0.0014 | 0.0014 | 14,205,394 |
| Aug 31, 2023 | 0.0014 | 0.0014 | 0.0013 | 0.0014 | 0.0014 | 24,048,326 |
| Aug 30, 2023 | 0.0012 | 0.0014 | 0.0012 | 0.0014 | 0.0014 | 28,332,061 |
| Aug 29, 2023 | 0.0014 | 0.0015 | 0.0012 | 0.0012 | 0.0012 | 68,302,556 |
| Aug 28, 2023 | 0.0015 | 0.0015 | 0.0013 | 0.0014 | 0.0014 | 49,508,882 |
| Aug 25, 2023 | 0.0016 | 0.0016 | 0.0014 | 0.0015 | 0.0015 | 55,222,281 |
| Aug 24, 2023 | 0.0016 | 0.0017 | 0.0016 | 0.0016 | 0.0016 | 2,898,752 |
| Aug 23, 2023 | 0.0017 | 0.0019 | 0.0015 | 0.0015 | 0.0015 | 12,833,695 |
| Aug 22, 2023 | 0.0014 | 0.0017 | 0.0014 | 0.0016 | 0.0016 | 15,931,390 |
| Aug 21, 2023 | 0.0016 | 0.0017 | 0.0014 | 0.0016 | 0.0016 | 72,623,261 |
| Aug 18, 2023 | 0.0021 | 0.0021 | 0.0017 | 0.0018 | 0.0018 | 38,636,450 |
| Aug 17, 2023 | 0.0017 | 0.0022 | 0.0017 | 0.0020 | 0.0020 | 20,440,100 |
| Aug 16, 2023 | 0.0016 | 0.0019 | 0.0016 | 0.0018 | 0.0018 | 9,183,947 |
| Aug 15, 2023 | 0.0015 | 0.0020 | 0.0014 | 0.0018 | 0.0018 | 23,968,877 |
| Aug 14, 2023 | 0.0018 | 0.0018 | 0.0014 | 0.0014 | 0.0014 | 76,283,656 |
| Aug 11, 2023 | 0.0019 | 0.0019 | 0.0018 | 0.0018 | 0.0018 | 16,119,294 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Aug 10, 2023 | 0.0019 | 0.0020 | 0.0018 | 0.0019 | 0.0019 | 15,133,357 |
| Aug 9, 2023 | 0.0022 | 0.0022 | 0.0018 | 0.0019 | 0.0019 | 26,119,638 |
| Aug 8, 2023 | 0.0023 | 0.0025 | 0.0020 | 0.0021 | 0.0021 | 25,241,645 |
| Aug 7, 2023 | 0.0028 | 0.0028 | 0.0021 | 0.0023 | 0.0023 | 82,406,965 |
| Aug 4, 2023 | 0.0030 | 0.0032 | 0.0025 | 0.0030 | 0.0030 | 37,152,164 |
| Aug 3, 2023 | 0.0035 | 0.0035 | 0.0025 | 0.0030 | 0.0030 | 37,615,533 |
| Aug 2, 2023 | 0.0036 | 0.0037 | 0.0033 | 0.0034 | 0.0034 | 10,626,490 |
| Aug 1, 2023 | 0.0039 | 0.0040 | 0.0032 | 0.0036 | 0.0036 | 22,249,933 |
| Jul 31, 2023 | 0.0040 | 0.0048 | 0.0033 | 0.0039 | 0.0039 | 42,696,440 |
| Jul 28, 2023 | 0.0049 | 0.0051 | 0.0038 | 0.0042 | 0.0042 | 26,402,010 |
| Jul 27, 2023 | 0.0047 | 0.0053 | 0.0043 | 0.0049 | 0.0049 | 28,674,809 |
| Jul 26, 2023 | 0.0051 | 0.0054 | 0.0043 | 0.0048 | 0.0048 | 17,731,474 |
| Jul 25, 2023 | 0.0045 | 0.0052 | 0.0038 | 0.0049 | 0.0049 | 36,860,603 |
| Jul 24, 2023 | 0.0032 | 0.0045 | 0.0030 | 0.0044 | 0.0044 | 35,410,648 |
| Jul 21, 2023 | 0.0030 | 0.0033 | 0.0027 | 0.0032 | 0.0032 | 9,936,296 |
| Jul 20, 2023 | 0.0028 | 0.0030 | 0.0019 | 0.0030 | 0.0030 | 34,610,232 |
| Jul 19, 2023 | 0.0030 | 0.0031 | 0.0026 | 0.0027 | 0.0027 | 29,052,803 |
| Jul 18, 2023 | 0.0037 | 0.0038 | 0.0025 | 0.0029 | 0.0029 | 26,405,645 |
| Jul 17, 2023 | 0.0034 | 0.0038 | 0.0033 | 0.0037 | 0.0037 | 7,535,231 |
| Jul 14, 2023 | 0.0032 | 0.0039 | 0.0031 | 0.0037 | 0.0037 | 36,288,142 |
| Jul 13, 2023 | 0.0035 | 0.0037 | 0.0031 | 0.0035 | 0.0035 | 13,800,199 |
| Jul 12, 2023 | 0.0034 | 0.0036 | 0.0026 | 0.0034 | 0.0034 | 24,934,452 |
| Jul 11, 2023 | 0.0032 | 0.0037 | 0.0029 | 0.0034 | 0.0034 | 30,645,244 |
| Jul 10, 2023 | 0.0018 | 0.0039 | 0.0018 | 0.0029 | 0.0029 | 45,857,614 |
| Jul 7, 2023 | 0.0015 | 0.0018 | 0.0015 | 0.0018 | 0.0018 | 16,382,691 |
| Jul 6, 2023 | 0.0014 | 0.0017 | 0.0014 | 0.0016 | 0.0016 | 9,890,775 |
| Jul 5, 2023 | 0.0016 | 0.0016 | 0.0014 | 0.0014 | 0.0014 | 3,986,944 |
| Jul 3, 2023 | 0.0014 | 0.0015 | 0.0014 | 0.0014 | 0.0014 | 3,144,744 |
| Jun 30, 2023 | 0.0014 | 0.0015 | 0.0014 | 0.0015 | 0.0015 | 11,072,032 |
| Jun 29, 2023 | 0.0014 | 0.0015 | 0.0014 | 0.0015 | 0.0015 | 9,214,636 |
| Jun 28, 2023 | 0.0016 | 0.0016 | 0.0014 | 0.0014 | 0.0014 | 6,326,406 |
| Jun 27, 2023 | 0.0016 | 0.0016 | 0.0014 | 0.0014 | 0.0014 | 2,648,028 |
| Jun 26, 2023 | 0.0015 | 0.0016 | 0.0015 | 0.0016 | 0.0016 | 5,085,988 |
| Jun 23, 2023 | 0.0016 | 0.0016 | 0.0014 | 0.0016 | 0.0016 | 4,306,270 |
| Jun 22, 2023 | 0.0015 | 0.0016 | 0.0014 | 0.0015 | 0.0015 | 3,218,502 |
| Jun 21, 2023 | 0.0015 | 0.0016 | 0.0015 | 0.0016 | 0.0016 | 6,145,171 |
| Jun 20, 2023 | 0.0015 | 0.0016 | 0.0015 | 0.0016 | 0.0016 | 2,577,194 |
| Jun 16, 2023 | 0.0015 | 0.0016 | 0.0015 | 0.0015 | 0.0015 | 2,515,511 |
| Jun 15, 2023 | 0.0017 | 0.0017 | 0.0016 | 0.0016 | 0.0016 | 5,029,507 |
| Jun 14, 2023 | 0.0017 | 0.0018 | 0.0016 | 0.0017 | 0.0017 | 8,615,245 |
| Jun 13, 2023 | 0.0017 | 0.0017 | 0.0016 | 0.0017 | 0.0017 | 4,488,945 |
| Jun 12, 2023 | 0.0017 | 0.0018 | 0.0016 | 0.0017 | 0.0017 | 1,955,579 |
| Jun 9, 2023 | 0.0017 | 0.0018 | 0.0016 | 0.0018 | 0.0018 | 3,434,283 |
| Jun 8, 2023 | 0.0017 | 0.0017 | 0.0016 | 0.0017 | 0.0017 | 5,057,640 |
| Jun 7, 2023 | 0.0015 | 0.0017 | 0.0014 | 0.0017 | 0.0017 | 20,107,216 |
| Jun 6, 2023 | 0.0016 | 0.0017 | 0.0016 | 0.0016 | 0.0016 | 10,893,547 |
| Jun 5, 2023 | 0.0018 | 0.0018 | 0.0017 | 0.0017 | 0.0017 | 5,809,230 |
| Jun 2, 2023 | 0.0017 | 0.0018 | 0.0016 | 0.0018 | 0.0018 | 3,253,741 |
| Jun 1, 2023 | 0.0017 | 0.0018 | 0.0016 | 0.0016 | 0.0016 | 3,139,323 |
| May 31, 2023 | 0.0016 | 0.0018 | 0.0016 | 0.0017 | 0.0017 | 7,905,076 |

| Date | | | | | |
| --- | --- | --- | --- | --- | --- |
| May 31, 2023 | 0.0018 | 0.0018 | 0.0016 | 0.0017 | 0.0017 | 7,805,976 |
| May 30, 2023 | 0.0017 | 0.0018 | 0.0016 | 0.0016 | 0.0016 | 7,189,167 |
| May 26, 2023 | 0.0016 | 0.0018 | 0.0016 | 0.0017 | 0.0017 | 5,025,016 |
| May 25, 2023 | 0.0018 | 0.0018 | 0.0017 | 0.0017 | 0.0017 | 16,544,274 |
| May 24, 2023 | 0.0018 | 0.0018 | 0.0011 | 0.0017 | 0.0017 | 6,012,978 |
| May 23, 2023 | 0.0017 | 0.0018 | 0.0017 | 0.0018 | 0.0018 | 1,264,420 |
| May 22, 2023 | 0.0016 | 0.0018 | 0.0016 | 0.0017 | 0.0017 | 8,707,686 |
| May 19, 2023 | 0.0018 | 0.0018 | 0.0016 | 0.0017 | 0.0017 | 1,188,780 |
| May 18, 2023 | 0.0017 | 0.0018 | 0.0016 | 0.0016 | 0.0016 | 2,620,067 |
| May 17, 2023 | 0.0017 | 0.0018 | 0.0016 | 0.0018 | 0.0018 | 2,808,681 |
| May 16, 2023 | 0.0017 | 0.0018 | 0.0016 | 0.0017 | 0.0017 | 3,410,682 |
| May 15, 2023 | 0.0018 | 0.0018 | 0.0016 | 0.0017 | 0.0017 | 3,070,596 |
| May 12, 2023 | 0.0017 | 0.0018 | 0.0016 | 0.0018 | 0.0018 | 7,289,086 |
| May 11, 2023 | 0.0017 | 0.0018 | 0.0017 | 0.0018 | 0.0018 | 2,176,993 |
| May 10, 2023 | 0.0017 | 0.0018 | 0.0017 | 0.0018 | 0.0018 | 4,295,282 |
| May 9, 2023 | 0.0018 | 0.0018 | 0.0017 | 0.0017 | 0.0017 | 1,574,558 |
| May 8, 2023 | 0.0017 | 0.0018 | 0.0016 | 0.0018 | 0.0018 | 15,147,921 |
| May 5, 2023 | 0.0018 | 0.0018 | 0.0017 | 0.0018 | 0.0018 | 6,302,690 |
| May 4, 2023 | 0.0018 | 0.0020 | 0.0016 | 0.0017 | 0.0017 | 6,284,208 |
| May 3, 2023 | 0.0019 | 0.0020 | 0.0017 | 0.0018 | 0.0018 | 12,529,583 |
| May 2, 2023 | 0.0018 | 0.0020 | 0.0017 | 0.0019 | 0.0019 | 4,344,561 |
| May 1, 2023 | 0.0017 | 0.0020 | 0.0017 | 0.0018 | 0.0018 | 6,664,775 |
| Apr 28, 2023 | 0.0017 | 0.0019 | 0.0017 | 0.0019 | 0.0019 | 3,356,940 |
| Apr 27, 2023 | 0.0018 | 0.0018 | 0.0016 | 0.0017 | 0.0017 | 3,461,788 |
| Apr 26, 2023 | 0.0017 | 0.0018 | 0.0016 | 0.0017 | 0.0017 | 1,605,799 |
| Apr 25, 2023 | 0.0017 | 0.0019 | 0.0017 | 0.0018 | 0.0018 | 2,449,025 |
| Apr 24, 2023 | 0.0017 | 0.0020 | 0.0017 | 0.0017 | 0.0017 | 6,362,405 |
| Apr 21, 2023 | 0.0017 | 0.0018 | 0.0016 | 0.0018 | 0.0018 | 3,132,172 |
| Apr 20, 2023 | 0.0018 | 0.0018 | 0.0016 | 0.0018 | 0.0018 | 10,505,315 |
| Apr 19, 2023 | 0.0016 | 0.0018 | 0.0016 | 0.0017 | 0.0017 | 8,426,084 |
| Apr 18, 2023 | 0.0019 | 0.0019 | 0.0016 | 0.0017 | 0.0017 | 15,995,596 |
| Apr 17, 2023 | 0.0020 | 0.0020 | 0.0018 | 0.0018 | 0.0018 | 7,362,545 |
| Apr 14, 2023 | 0.0020 | 0.0020 | 0.0018 | 0.0020 | 0.0020 | 2,313,374 |
| Apr 13, 2023 | 0.0019 | 0.0020 | 0.0018 | 0.0020 | 0.0020 | 4,702,734 |
| Apr 12, 2023 | 0.0020 | 0.0020 | 0.0018 | 0.0019 | 0.0019 | 3,872,973 |
| Apr 11, 2023 | 0.0019 | 0.0020 | 0.0017 | 0.0019 | 0.0019 | 4,296,004 |
| Apr 10, 2023 | 0.0019 | 0.0020 | 0.0019 | 0.0020 | 0.0020 | 5,533,356 |
| Apr 6, 2023 | 0.0019 | 0.0020 | 0.0019 | 0.0020 | 0.0020 | 2,391,219 |
| Apr 5, 2023 | 0.0020 | 0.0021 | 0.0019 | 0.0020 | 0.0020 | 5,877,441 |
| Apr 4, 2023 | 0.0022 | 0.0022 | 0.0019 | 0.0020 | 0.0020 | 9,303,565 |
| Apr 3, 2023 | 0.0023 | 0.0023 | 0.0021 | 0.0021 | 0.0021 | 7,142,433 |
| Mar 31, 2023 | 0.0021 | 0.0023 | 0.0021 | 0.0023 | 0.0023 | 4,510,932 |
| Mar 30, 2023 | 0.0023 | 0.0023 | 0.0022 | 0.0023 | 0.0023 | 2,140,110 |
| Mar 29, 2023 | 0.0021 | 0.0023 | 0.0021 | 0.0023 | 0.0023 | 3,530,301 |
| Mar 28, 2023 | 0.0023 | 0.0023 | 0.0021 | 0.0023 | 0.0023 | 3,725,746 |
| Mar 27, 2023 | 0.0024 | 0.0025 | 0.0021 | 0.0021 | 0.0021 | 9,180,163 |
| Mar 24, 2023 | 0.0021 | 0.0024 | 0.0021 | 0.0022 | 0.0022 | 2,046,990 |
| Mar 23, 2023 | 0.0020 | 0.0023 | 0.0020 | 0.0021 | 0.0021 | 9,568,469 |
| Mar 22, 2023 | 0.0022 | 0.0022 | 0.0020 | 0.0021 | 0.0021 | 5,968,086 |
| Mar 21, 2023 | 0.0025 | 0.0025 | 0.0020 | 0.0020 | 0.0020 | 15,684,034 |

| Date | | | | | |
|---|---|---|---|---|---|
| Mar 20, 2023 | 0.0017 | 0.0024 | 0.0017 | 0.0024 | 0.0024 | 17,219,342 |
| Mar 17, 2023 | 0.0018 | 0.0020 | 0.0014 | 0.0019 | 0.0019 | 12,311,869 |
| Mar 16, 2023 | 0.0014 | 0.0019 | 0.0014 | 0.0016 | 0.0016 | 17,070,885 |
| Mar 15, 2023 | 0.0015 | 0.0016 | 0.0014 | 0.0015 | 0.0015 | 21,477,328 |
| Mar 14, 2023 | 0.0014 | 0.0016 | 0.0012 | 0.0016 | 0.0016 | 26,026,140 |
| Mar 13, 2023 | 0.0018 | 0.0020 | 0.0012 | 0.0015 | 0.0015 | 73,138,937 |
| Mar 10, 2023 | 0.0019 | 0.0021 | 0.0018 | 0.0019 | 0.0019 | 10,119,510 |
| Mar 9, 2023 | 0.0022 | 0.0023 | 0.0020 | 0.0020 | 0.0020 | 16,746,673 |
| Mar 8, 2023 | 0.0022 | 0.0024 | 0.0022 | 0.0022 | 0.0022 | 4,725,516 |
| Mar 7, 2023 | 0.0022 | 0.0024 | 0.0022 | 0.0023 | 0.0023 | 8,953,950 |
| Mar 6, 2023 | 0.0024 | 0.0024 | 0.0022 | 0.0023 | 0.0023 | 11,149,472 |
| Mar 3, 2023 | 0.0023 | 0.0024 | 0.0022 | 0.0024 | 0.0024 | 15,893,850 |
| Mar 2, 2023 | 0.0023 | 0.0023 | 0.0022 | 0.0023 | 0.0023 | 9,228,093 |
| Mar 1, 2023 | 0.0021 | 0.0024 | 0.0021 | 0.0023 | 0.0023 | 18,174,100 |
| Feb 28, 2023 | 0.0021 | 0.0023 | 0.0021 | 0.0022 | 0.0022 | 13,753,858 |
| Feb 27, 2023 | 0.0024 | 0.0024 | 0.0021 | 0.0021 | 0.0021 | 19,968,146 |
| Feb 24, 2023 | 0.0024 | 0.0024 | 0.0022 | 0.0023 | 0.0023 | 9,601,140 |
| Feb 23, 2023 | 0.0022 | 0.0025 | 0.0022 | 0.0024 | 0.0024 | 5,603,647 |
| Feb 22, 2023 | 0.0024 | 0.0025 | 0.0022 | 0.0022 | 0.0022 | 15,485,916 |
| Feb 21, 2023 | 0.0025 | 0.0025 | 0.0023 | 0.0023 | 0.0023 | 5,295,305 |
| Feb 17, 2023 | 0.0024 | 0.0026 | 0.0023 | 0.0025 | 0.0025 | 4,151,886 |
| Feb 16, 2023 | 0.0025 | 0.0027 | 0.0024 | 0.0025 | 0.0025 | 9,777,126 |
| Feb 15, 2023 | 0.0025 | 0.0027 | 0.0025 | 0.0026 | 0.0026 | 8,470,843 |
| Feb 14, 2023 | 0.0026 | 0.0026 | 0.0025 | 0.0026 | 0.0026 | 4,708,479 |
| Feb 13, 2023 | 0.0025 | 0.0028 | 0.0024 | 0.0026 | 0.0026 | 10,139,109 |
| Feb 10, 2023 | 0.0027 | 0.0028 | 0.0025 | 0.0025 | 0.0025 | 7,086,858 |
| Feb 9, 2023 | 0.0027 | 0.0028 | 0.0027 | 0.0027 | 0.0027 | 6,774,593 |
| Feb 8, 2023 | 0.0028 | 0.0028 | 0.0026 | 0.0027 | 0.0027 | 3,408,280 |
| Feb 7, 2023 | 0.0027 | 0.0029 | 0.0026 | 0.0027 | 0.0027 | 4,468,844 |
| Feb 6, 2023 | 0.0029 | 0.0030 | 0.0026 | 0.0027 | 0.0027 | 8,639,229 |
| Feb 3, 2023 | 0.0027 | 0.0029 | 0.0026 | 0.0029 | 0.0029 | 18,170,515 |
| Feb 2, 2023 | 0.0027 | 0.0029 | 0.0026 | 0.0028 | 0.0028 | 6,372,942 |
| Feb 1, 2023 | 0.0026 | 0.0027 | 0.0025 | 0.0026 | 0.0026 | 4,591,222 |
| Jan 31, 2023 | 0.0028 | 0.0030 | 0.0026 | 0.0027 | 0.0027 | 19,278,037 |
| Jan 30, 2023 | 0.0029 | 0.0029 | 0.0027 | 0.0027 | 0.0027 | 6,921,220 |
| Jan 27, 2023 | 0.0025 | 0.0029 | 0.0025 | 0.0028 | 0.0028 | 11,540,938 |
| Jan 26, 2023 | 0.0029 | 0.0030 | 0.0027 | 0.0028 | 0.0028 | 4,798,317 |
| Jan 25, 2023 | 0.0028 | 0.0029 | 0.0025 | 0.0028 | 0.0028 | 12,977,351 |
| Jan 24, 2023 | 0.0028 | 0.0031 | 0.0027 | 0.0028 | 0.0028 | 7,312,377 |
| Jan 23, 2023 | 0.0032 | 0.0035 | 0.0025 | 0.0030 | 0.0030 | 24,613,802 |
| Jan 20, 2023 | 0.0030 | 0.0032 | 0.0030 | 0.0031 | 0.0031 | 4,383,404 |
| Jan 19, 2023 | 0.0035 | 0.0037 | 0.0030 | 0.0030 | 0.0030 | 17,131,234 |
| Jan 18, 2023 | 0.0032 | 0.0038 | 0.0032 | 0.0035 | 0.0035 | 5,076,258 |
| Jan 17, 2023 | 0.0041 | 0.0041 | 0.0032 | 0.0032 | 0.0032 | 7,332,627 |
| Jan 13, 2023 | 0.0037 | 0.0042 | 0.0037 | 0.0039 | 0.0039 | 9,362,367 |
| Jan 12, 2023 | 0.0039 | 0.0043 | 0.0038 | 0.0040 | 0.0040 | 15,699,091 |
| Jan 11, 2023 | 0.0032 | 0.0043 | 0.0031 | 0.0036 | 0.0036 | 59,208,603 |
| Jan 10, 2023 | 0.0026 | 0.0031 | 0.0022 | 0.0030 | 0.0030 | 15,976,516 |
| Jan 9, 2023 | 0.0025 | 0.0027 | 0.0022 | 0.0026 | 0.0026 | 10,564,902 |



| | | | | | | |
|---|---|---|---|---|---|---|
| Jan 6, 2023 | | 0.0026 | 0.0024 | 0.0025 | 0.0025 | 6,449,268 |
| Jan 5, 2023 | 0.0025 | 0.0026 | 0.0022 | 0.0025 | 0.0025 | 6,127,950 |
| Jan 4, 2023 | 0.0023 | 0.0027 | 0.0023 | 0.0024 | 0.0024 | 9,019,314 |

**NCPL** Netcapital Inc. **0.1308** +4.47%

**NHMD** Nate's Food Co. **0.0003** -25.00%

**AGBA** AGBA Group Holding L... **3.0699** +1.65%

**BEGI** BlackStar Enterprise G... **0.0023** 0.00%

**BITF** Bitfarms Ltd. **2.1800** 0.00%

**PHIL** Philux Global Group Inc. **0.0003** +50.00%

**IFXY** Infrax Systems, Inc. **0.0005** -10.00%

**BETSF** Bit Brother Limited **0.7000** -1.41%



Copyright © 2024 Yahoo.
All rights reserved.

  

**POPULAR QUOTES**
Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT

**EXPLORE MORE**
Mortgages
Credit Cards
Sectors
Crypto Heatmap
Biden Economy
Financial News

**ABOUT**
Data Disclaimer
Help
Suggestions
Sitemap
What's New

# Exhibit "D"

OTC Markets

Market Activity

Corporate Services

OTC Link ATS

Market Data

Learn

About

Blog

About  Blog  OTCIQ        IQ

Market Activity / Stock / NSAV / News / -

# NSAV
Net Savings Link, Inc.

Common Stock

## 0.0106 ↑ 0.00038
3.72%

0.0104 / 0.0109 (1 x 1)

Real-Time Best Bid & Ask: 07:46am
05/31/2024
Delayed (15 Min) Trade Data:
12:00am 05/30/2024



Overview  Quote  Company  Security  News  Financials  Disclosure  Research
Profile    Details

Pink  ✓

Pink
Current
Information

Verified
Profile
04/2024

Transfer
Agent
Verified

DAILY
ADVANC

QX   CVA
QX   TSC
QX   VNF
QX   NVL
QX   CVA

## OTC DISCLOSURE & NEWS SERVICE

**NSAV Announces Launch of
Centralized Cryptocurrency
Exchange, NSAVx**

Press
Release |
12/08/2023

Net Savings Link, Inc. (OTC: NSAV), a cryptocurrency,
blockchain and digital asset technology company,
announced today that the Company has launched its
Centralized Cryptocurrency Exchange (CEX), NSAVx
https://nsavx.com/ . The acquisition of the CEX was
completed last week and rebranded to operate under the
NSAV banner today.

This exciting new platform is the Companys flagship
blockchain business in the growing space of curated
Web3 assets and secure digital wallets and rewards.

The NSAVx platform will continue to provide the latest
and best security features and enhanced safety protocols
for storage. The rewards platform will also utilize a
marketing and advertising revenue model for third-party
Web3 projects and the general support of the blockchain
industry.

NSAV released the following statement, We are thrilled to
announce the launch of our long-awaited CEX, NSAVx
and we would like to thank all of our shareholders for
their patience during this process.

The Company went on to state, The addition of NSAVx
will allow the Company to consolidate and potentially

monetize its current minority holdings in the industry. The completion of this acquisition also marks a change in company strategy to focus on wholly-owned proprietary digital technologies and the coming growth expected across Web3, the IOT, and the tokenization of traditional valuable assets.

NSAV's vision is the establishment of a fully integrated technology company, which provides turnkey technological solutions to the cryptocurrency, blockchain and digital asset industries. Over time, the Company plans to provide a wide range of services such as software solutions, e-commerce, financial services, advisory services and information technology.

For further information please contact NSAV at info@nsavholdinginc.com

The NSAVx Discord Server can be accessed at https://discord.com/invite/7Q2Vv5NmKd

The NSAV Twitter account can be accessed at https://twitter.com/nsav_tech

The NSAV corporate website can be accessed at http://nsavholdinginc.com

The NSAV Centralized Cryptocurrency Exchange (CEX) website can be accessed at https://ex.nsavexchange.com/main

The NSAV CEX Twitter account can be accessed at https://twitter.com/nsavcex

The NSAVDEX 1 Exchange website can be accessed at https://nsavdex.org/#/home

The NSAVDEX 2 Exchange website can be accessed at https://nsavdex.io/

The NSAV Premium OTC Crypto Trading Desk website can be accessed at https://nsavholdinginc.com/otc-desk/



The NSAV Hong Kong OTC Crypto Trading Desk website can be accessed at

https://hkotc.co/

The NSAVDEX Exchange Telegram account can be accessed at https://t.me/NSAVDEXorg

This press release contains certain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended and Section 21E of the Securities Exchange Act of 1934, which are intended to be covered by the safe harbors created thereby. Investors are cautioned that, all forward-looking statements involve risks and uncertainties, including without limitation, the ability of Net Savings Link, Inc. to accomplish its stated plan of business. Net Savings Link, Inc. believes that the assumptions underlying the forward-looking statements contained herein are reasonable, any of the assumptions could be inaccurate, and therefore, there can be no assurance that the forward-looking statements included in this press release will prove to be accurate. In light of the significant uncertainties inherent in the forward-looking statements included herein, the inclusion of such information should not be regarded as a representation by Net Savings Link, Inc. or any other person.

Contact

Net Savings Link, Inc.

info@nsavholdinginc.com



‹ Back to News Headlines

## Other Financial Information

Recent News & Disclosure Filings                    ›

Recent SEC Filings                                  ›





QUOTE

| SYMBOL | LAST | CHANGE | BID | ASK | VOLUME | TIME |
|--------|------|--------|-----|-----|--------|------|
| OTCM | 51.55 | 0.00 (0.00%) | 51.51 | 52.00 | 0 | 00:00 |

Contact
Careers
Market Hours
Glossary

© 2024 OTC Markets Group Inc.    Terms of Service    Linking Terms    Trademarks    Privacy Statement    Code of Conduct    Risk Warning    Supported Browsers    Limit the Use, Disclosure or Sale of My Personal Information



# Exhibit "E"

# OTC Markets

Market Activity

Corporate Services

OTC Link ATS

Market Data

Learn

About

Blog

Market Activity / Stock / NSAV / News / -

# NSAV
### Net Savings Link, Inc.

Common Stock

## 0.0106 ↑ 0.00038
## 3.72%

0.0104 / 0.0109 (1 x 1)

Real-Time Best Bid & Ask: 07:46am
05/31/2024
Delayed (15 Min) Trade Data:
12:00am 05/30/2024

Overview   Quote   Company Profile   Security Details   News   Financials   Disclosure   Research

## Pink ✓
Pink
Current
Information

**Verified Profile**
04/2024

🛡 **Transfer Agent Verified**

### OTC DISCLOSURE & NEWS SERVICE

**NSAV Announces Results for the Year Ended December 31, 2023 and Launch of its Revolutionary AirdropX.co Cryptocurrency Platform**

Press Release | 04/15/2024

*NSAV announces record 2023 annual revenue and the launch of AIRDROPx.co*

**LONDON, UK / ACCESSWIRE / April 15, 2024 /** Net Savings Link, Inc. (OTC Pink:NSAV), a cryptocurrency, blockchain and digital asset technology company, announced today the results for the year ended December 31, 2023. NSAV reported revenues of $24.3 million in 2023. The Company's Annual Report was filed with OTC Markets on Friday, April 12, 2024.



NSAV also announced today that its AirdropX https://www.airdropx.co/, a cutting-edge platform dedicated to revolutionizing the cryptocurrency airdrop experience, has officially launched to the public. Designed to provide a seamless and user-friendly interface, AirdropX aims to connect cryptocurrency enthusiasts with the latest crypto projects in the rapidly evolving NSAVx.com blockchain ecosystem Verified NSAVx token holders will receive airdrops in each project listed on Airdropx.co. To verify your NSAVx holding, please visit https://www.airdropx.co/nsavx and fill out the verification form.



Airdrops, a popular marketing strategy in the cryptocurrency space, involve distributing free tokens to holders of a specific cryptocurrency or to users who fulfill certain criteria. The normal cost for an ERC-20 project that has 500 wallet holders, is between $8,500 and $10,000 per send, depending on the price of ETH. With Airdropx.co, projects pay a monthly fee of $3,000 for unlimited airdrops over a 30-day period. This includes a dual pair listing on https://nsavx.com , Wallet holder batch file upload, Wallet verification bot and an in-depth order book on NSAVx. The $3,000 monthly fee is paid directly using the NSAVx token, on the Airdropx.co website. In the event projects do not own NSAVx tokens, they can be purchased directly from the website or by emailing hello@nsavxtoken.com .

NSAV released the following statement, "2023 represents a pivotal chapter in our company's history. In 2024, we remain committed to further enhancing technological innovations and improving the customer experience."

The Company went on to state, "We are thrilled to announce the official launch of AirdropX.co and to introduce a new standard of excellence in the NSAVx.com cryptocurrency airdrop space. With our platform, we aim to empower users with access to the latest airdrop opportunities, while prioritizing security, transparency, and user experience. Whether you're a seasoned crypto enthusiast or new to the world of blockchain, AirdropX.co offers a gateway to exciting rewards and opportunities."

NSAV's vision is the establishment of a fully integrated technology company, which provides turnkey technological solutions to the cryptocurrency, blockchain and digital asset industries. Over time, the Company plans to provide a wide range of services such as software solutions, e-commerce, financial services, advisory services and information technology.

For further information please contact NSAV at info@nsavholdinginc.com

The NSAV Centralized Cryptocurrency Exchange (CEX) website can be accessed at https://nsavx.com/

The AirdropX.co website can be accessed at https://www.airdropx.co/

The NSAVx Token website can be accessed at https://www.nsavxtoken.com/nsavx-token

The NSAVx Discord Server can be accessed at https://discord.com/invite/7Q2Vv5NmKd

The NSAV Twitter account can be accessed at https://twitter.com/nsav_tech

The NSAV corporate website can be accessed at http://nsavholdinginc.com

The NSAV Hong Kong OTC Crypto Trading Desk website can be accessed at https://hkotc.co/

This press release contains certain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended and Section 21E of the Securities Exchange Act of 1934, which are intended to be covered by the safe harbors created thereby. Investors are cautioned that, all forward-looking statements involve risks and uncertainties, including without limitation, the ability of Net Savings Link, Inc. to accomplish its stated plan of business. Net Savings Link, Inc. believes that the assumptions underlying the forward-looking statements contained herein are reasonable, any of the assumptions could be inaccurate, and therefore, there can be no assurance that the forward-looking statements included in this press release will prove to be accurate. In light of the significant uncertainties inherent in the forward- looking statements included herein, the inclusion of such information should not be regarded as a representation by Net Savings Link, Inc. or any other person.

Contact



Net Savings Link, Inc.
info@nsavholdinginc.com

**Media Contact**
Organization: Net Savings Link Inc
Contact Person: James Tilton
Website: https://www.nsavholdinginc.com
Email: info@nsavholdinginc.com
Contact Number: +17185698815
Address: 26 Grosvenor Street, Mayfair
Address 2: W1K4QW
City: London
Country: United Kingdom

**SOURCE:** Net Savings Link Inc

View the original press release on accesswire.com

Ｆ  𝕏

‹ Back to News Headlines

## Other Financial Information

Recent News & Disclosure Filings                    ›

Recent SEC Filings                                  ›

| QUOTE 🔍 | SYMBOL | LAST | CHANGE | BID | ASK | VOLUME | TIME |
|---|---|---|---|---|---|---|---|
| | OTCM | 51.55 | 0.00 (0.00%) | 51.57 | 52.00 | 0 | 00:00 |

f  𝕏  in  ▶️  📷  🔊  🎙️

Contact
Careers
Market Hours
Glossary

© 2024 OTC Markets Group Inc.    Terms of Service    Linking Terms    Trademarks    Privacy Statement    Code of Conduct    Risk Warning    Supported Browsers    Limit the Use, Disclosure or Sale of My Personal Information



# Exhibit "F"



# OTC Markets

About    Blog    OTCIQ        IQ

Market Activity

Corporate Services

OTC Link ATS

Market Data

Learn

About

Blog

Market Activity / Stock / NSAV / News / -

# NSAV
## Net Savings Link, Inc.

Common Stock

**0.0106** ↑ 0.00038 3.72%

0.0104 / 0.0109 (1 x 1)

Real-Time Best Bid & Ask: 07:46am
05/31/2024
Delayed (15 Min) Trade Data:
12:00am 05/30/2024

Overview  Quote  Company  Security  News  Financials  Disclosure  Research
                 Profile   Details

Pink ✓ Verified Profile

Pink Current Information

Transfer Agent Verified

04/2024

DAILY ADVANC…

QX  CVA
QX  TSC
QX  VNF
QX  NVL
QX  CVA

OTC DISCLOSURE & NEWS SERVICE

**NSAV Provides Update On OTC Markets Yield Sign and Announces Strategic Partnership**

Press Release | 05/01/2024

Net Savings Link, Inc. (OTC: NSAV), a cryptocurrency, blockchain and digital asset technology company, announced today an update on the OTC Markets Yield sign designation and a strategic partnership between MyAirDropAlert.com (MADA) https://www.myairdropalert.com and the Companys Airdropx.co platform https://www.airdropx.co .

On April 30, 2024, NSAV received an email from OTC Markets with the following statement Your financial statements must be comparative and they must cover a 12 month period. The financials provided are for the 3 month period, and not the full year. The Company has been in communication with its external accountant, who will have this corrected shortly.

NSAV released the following statement, 2023 was a banner year for NSAV and 2024 is on pace to greatly exceed our growth expectations. While errors like this are unfortunate, our commitment to our shareholders is to always provide transparency. When situations like this occur, we will always act swiftly to remedy the matter to remain compliant.

The Company went on to state, We are also thrilled to announce the strategic partnership between MyAirDropAlert.com and our own Airdropx.co. Under the terms of the partnership, MADA will market the AirDropx.co platform to its over 8,000,000 wallet customer base. By offering the AirdropX.co services to

MADA customers, our goal is to grow our NSAVx CEX https://nsavx.com user numbers by signing up between 1%-5% of the MADA customer base, or 80,000 to 400,000 new users. This partnership certainly accelerates our 2024 customer acquisition growth plan.

NSAV's vision is the establishment of a fully integrated technology company, which provides turnkey technological solutions to the cryptocurrency, blockchain and digital asset industries. Over time, the Company plans to provide a wide range of services such as software solutions, e-commerce, financial services, advisory services and information technology.

For further information please contact NSAV at info@nsavholdinginc.com

The NSAV Centralized Cryptocurrency Exchange (CEX) website can be accessed at https://nsavx.com/

The AirdropX.co website can be accessed at https://www.airdropx.co/

The NSAVx Token website can be accessed at https://www.nsavxtoken.com/nsavx-token

The NSAVx Discord Server can be accessed at https://discord.com/invite/7Q2Vv5NmKd

The NSAV Twitter account can be accessed at https://twitter.com/nsav_tech

The NSAV corporate website can be accessed at http://nsavholdinginc.com

The NSAV Hong Kong OTC Crypto Trading Desk website can be accessed at

https://hkotc.co/

This press release contains certain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended and Section 21E of the Securities Exchange Act of 1934, which are intended to be covered by the safe harbors created thereby. Investors are cautioned that, all forward-looking statements involve risks and uncertainties, including without limitation, the ability of Net Savings Link, Inc. to

accomplish its stated plan of business. Net Savings Link, Inc. believes that the assumptions underlying the forward-looking statements contained herein are reasonable, any of the assumptions could be inaccurate, and therefore, there can be no assurance that the forward-looking statements included in this press release will prove to be accurate. In light of the significant uncertainties inherent in the forward-looking statements included herein, the inclusion of such information should not be regarded as a representation by Net Savings Link, Inc. or any other person.

Contact

Net Savings Link, Inc.

info@nsavholdinginc.com



‹ Back to News Headlines

## Other Financial Information

Recent News & Disclosure Filings    ›

Recent SEC Filings    ›

| QUOTE | | SYMBOL | LAST | CHANGE | BID | ASK | VOLUME | TIME |
|---|---|---|---|---|---|---|---|---|
| | | OTCM | 51.55 | 0.00 (0.00%) | 51.57 | 52.00 | 0 | 00:00 |



# Exhibit "G"

# OTCMarkets

Market Activity

Corporate Services

OTC Link ATS

Market Data

Learn

About

Blog

Market Activity / Stock / NSAV / News / -

# NSAV

### Net Savings Link, Inc.

| | |
|---|---|
| Overview | Quote | Company Profile | Security Details | News | Financials | Disclosure | Research |

**Pink** ✓ Verified Profile 04/2024

Common Stock

## 0.0106 ↑ 0.00038 3.72%

0.0104 / 0.0109 (1 x 1)

Real-Time Best Bid & Ask: 07:46am 05/31/2024
Delayed (15 Min) Trade Data: 12:00am 05/30/2024

Pink Current Information

🛡 Transfer Agent Verified

---

OTC DISCLOSURE & NEWS SERVICE

### NSAV Announces Acquisition of Swopx.io and Listing of SWOP Token on NSAVx.com

Press Release | 05/08/2024

**LONDON, UK / ACCESSWIRE / May 8, 2024 /** Net Savings Link, Inc. (OTC PINK:NSAV), a pioneering cryptocurrency, blockchain and digital asset technology company, announced today the acquisition of Swopx.io https://www.swopx.io/. This strategic move includes the integration of Swopx.io into the NSAVx.com CEX https://nsavx.com/ and the Company's AirdropX.co https://www.airdropx.co/ platforms.



**About SWOPx.io:**

Swopx.io is a cutting-edge, permissionless, and non-custodial Web3.5 application that enables members to swap tokens and NFTs. This platform supports members in aligning their crypto portfolios with their objectives by facilitating token and NFT exchanges among users. Furthermore, Swopx.io offers a unique service for projects with inactive tokens, allowing them to swap these for the native SWOP token for a nominal recycling fee of $100 per token holder, effectively cleaning up the blockchain by transferring inactive projects to a 0x00...dEaD wallet.

**SWOP Tokenomics at a Glance:**

**Total Supply:** 225,000,000 SWOP Tokens



**Circulating Supply:** 100,000,000 SWOP Tokens

**Network:** Ethereum (ERC20)

**Contract Address:** 0x1a4502D80a537B753c2bd1C5d7cc22E31405c104

**Decimals:** 9

**Price:** $0.05

**Current Holders:** 60

**NSAV Shareholder Offer:** The SWOP token will be listed for trading on the NSAVx.com exchange starting May 12, 2024.

**Comprehensive Listings on NSAVx.com Exchange:** We are also proud to announce that the following tokens and coins are now available for order-book trading on our exchange:

XHT, XRP, BCH. USDT, ETH, BTC, LINK, XLM, XMR, BNB, TRON, ADA, DOT, LTC, UNI, FIL, USDC, DAI, MDA, DOGE, TEZOS, SHIB, MATIC, AXS, SOL, AVAX, AWB, AWRT, USHX, FOTC, GBUXr, SCRAP, CAKE, LEON, BEL, MANA, SAND, SPEED, CUBED, ALGO, BUSD, KLAY, APE, PAXG, SUSHI, KWAN2, CARBON, STHZ, MADHAT, ATOM, FTT, FLUXMAX, RTT, EOS, DASH, TON, ARB, ETC, PEPE, AGIX, RNDR, GALA, APT, LINA, SUI, KAVA, CRV, LDO, WLD, ICP, AAVE, IMX, LEVER, DYDX, MKR, FTM, YFI, STX, WOO, NSAVx, AMP, BOME, 1INCH, AIOZ, PIXEL, LRC, ILV, APENFT

Upcoming listings are:

MADA, GAMEZ, GBUX, DIVPAY, SWOP, DEATS

**Strategic Partnerships and Expansion:** Our recent strategic partnerships and the addition of SWOPx.io underscore our commitment to providing innovative solutions and expanding our service offerings within the digital asset ecosystem.

**About Net Savings Link, Inc.:**

NSAV's vision is the establishment of a fully integrated technology company, which provides turnkey technological solutions to the cryptocurrency, blockchain and digital asset industries. Over time, the Company plans to provide a wide range of services such as software solutions, e-commerce, financial services, advisory services and information technology.

For additional information please contact NSAV directly at info@nsavholdinginc.com

The NSAV Centralized Cryptocurrency Exchange (CEX) website can be accessed at https://nsavx.com/

The AirdropX.co website can be accessed at https://www.airdropx.co/

The NSAVx Token website can be accessed at https://www.nsavxtoken.com/nsavx-token

The NSAVx Discord Server can be accessed at https://discord.com/invite/7Q2Vv5NmKd

The NSAV Twitter account can be accessed at https://twitter.com/nsav_tech

The NSAV corporate website can be accessed at http://nsavholdinginc.com

The NSAV Hong Kong OTC Crypto Trading Desk website can be accessed at https://hkotc.co/

**Forward-Looking Statements**

This press release contains certain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended and Section 21E of the Securities Exchange Act of 1934, which are intended to be covered by the safe harbors created thereby. Investors are cautioned that, all forward-looking statements involve risks and

uncertainties, including without limitation, the ability of Net Savings Link, Inc. to accomplish its stated plan of business. Net Savings Link, Inc. believes that the assumptions underlying the forward-looking statements contained herein are reasonable, any of the assumptions could be inaccurate, and therefore, there can be no assurance that the forward-looking statements included in this press release will prove to be accurate. In light of the significant uncertainties inherent in the forward-looking statements included herein, the inclusion of such information should not be regarded as a representation by Net Savings Link, Inc. or any other person.

Contact

Net Savings Link, Inc.
info@nsavholdinginc.com

**Media Contact**

Organization: Net Savings Link Inc
Contact Person: James Tilton
Website: https://www.nsavholdinginc.com
Email: info@nsavholdinginc.com
Contact Number: +17185698815
Address: 26 Grosvenor Street, Mayfair
Address 2: W1K4QW
City: London
Country: United Kingdom

**SOURCE:** Net Savings Link Inc

View the original press release on accesswire.com

 f   𝕏

‹ Back to News Headlines

## Other Financial Information

Recent News & Disclosure Filings                                    ›

Recent SEC Filings                                                  ›

| QUOTE | | SYMBOL | LAST | CHANGE | BID | ASK | VOLUME | TIME |
|---|---|---|---|---|---|---|---|---|
| | 🔍 | OTCM | 51.55 | 0.00 (0.00%) | 51.60 | 52.00 | 0 | 00:00 |

f   𝕏   in   ▶YouTube   📷   🔊   🎤

Contact
Careers
Market Hours
Glossary



© 2024 OTC Markets Group Inc.　Terms of Service　Linking Terms　Trademarks　Privacy Statement　Code of Conduct　Risk Warning　Supported Browsers　Limit the Use, Disclosure or Sale of My Personal Information



# Exhibit "H"

## Disclosure Statement Pursuant to the Pink Basic Disclosure Guidelines

## Net Savings Link, Inc.

2374 Route 390, P.O. Box 609, Mountainhome, PA 18342
Phone: (718) 569-8815
Website: http://nsavholdinginc.com
Email: info@nsavholdinginc.com
SIC Code: 737

# Quarterly Report

**For the period ending** March 31, 2024 **(the "Reporting Period")**

## Outstanding Shares

The number of shares outstanding of our Common Stock was:

7,001,652,800 as of March 31, 2024

6,556,972,533   as of December 31, 2023

## Shell Status

Indicate by check mark whether the company is a shell company (as defined in Rule 405 of the Securities Act of 1933, Rule 12b-2 of the Exchange Act of 1934 and Rule 15c2-11 of the Exchange Act of 1934):

Yes: ☐          No: ☒

Indicate by check mark whether the company's shell status has changed since the previous reporting period:

Yes: ☐          No: ☒

## Change in Control

Indicate by check mark whether a Change in Control[4] of the company has occurred during this reporting period:

Yes: ☐          No: ☒

---

[4] "Change in Control" shall mean any events resulting in:

(i) Any "person" (as such term is used in Sections 13(d) and 14(d) of the Exchange Act) becoming the "beneficial owner" (as defined in Rule 13d-3 of the Exchange Act), directly or indirectly, of securities of the Company representing fifty percent (50%) or more of the total voting power represented by the Company's then outstanding voting securities;
(ii) The consummation of the sale or disposition by the Company of all or substantially all of the Company's assets;
(iii) A change in the composition of the Board occurring within a two (2)-year period, as a result of which fewer than a majority of the directors are directors immediately prior to such change; or
(iv) The consummation of a merger or consolidation of the Company with any other corporation, other than a merger or consolidation which would result in the voting securities of the Company outstanding immediately prior thereto continuing to represent (either by remaining outstanding or by being converted into voting securities of the surviving entity or its parent) at least fifty percent (50%) of the total voting power represented by the voting securities of the Company or such surviving entity or its parent outstanding immediately after such merger or consolidation.

**1)    Name and address(es) of the issuer and its predecessors (if any)**

In answering this item, provide the current name of the issuer and names used by predecessor entities, along with the dates of the name changes.

The Company was incorporated under the laws of the State of Nevada as Calibert Explorations, Ltd. on February 21, 2007. On November 11, 2010, the Company changed its name to its current name, Net Savings Link, Inc.

Current State and Date of Incorporation or Registration:  Colorado, Converted on February 28, 2017.

Standing in this jurisdiction: (e.g. active, default, inactive): Active and in Good Standing.

Prior Incorporation Information for the issuer and any predecessors during the past five years: None.

Describe any trading suspension or halt orders issued by the SEC or FINRA concerning the issuer or its predecessors since inception:

None.

List any stock split, dividend, recapitalization, merger, acquisition, spin-off, or reorganization either currently anticipated or that occurred within the past 12 months:

On On February 28, 2021, the Company entered into a definitive share purchase agreement with Virtuabroker Ltd., a company incorporated under the laws of England, to acquire 10% of the shares of Virtuabroker Ltd., in exchange for a cash payment of sixty thousand and sixty U.S. Dollars ($60,060.00).

On March 6, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 25% stake in SBCDF Investment, Inc. The purchase price for the acquisition was 500 million restricted Series Preferred B shares. The Company retains an option to purchase an additional 25% under the same terms. On April 9, 2021, the Company notified TG Private Equity Inc. that it will exercise said option.

On April 6, 2021, the Company entered into a definitive share purchase agreement with Eminaich LLC., a Wyoming limited liability company, to acquire a 20% stake in a startup ridesharing platform, Rydehails LLC, a Wyoming limited liability company. The purchase price for the acquisition was 31,928,481 restricted Series B Preferred Shares. The Company retains an option to purchase an additional 10% stake in Rydehails LLC for two million U.S. Dollars ($2,000,000.00).

On August 5, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 40% stake in Super Chain Capital Ltd., a company incorporated under the laws of Hong Kong. Super Chain Capital Ltd. owns and operates the premium OTC cryptocurrency trading desk, www.HKOTC.co , which is also based in

Hong Kong. The purchase price for the acquisition was thirty thousand U.S. Dollars ($30,000.00) in cash and eight million U.S. Dollars ($8,000,000.00) of restricted Series B Preferred Shares.

On October 21, 2021, the Company entered into a Letter of Intent (L.O.I.) to acquire a 51% stake in Bwang Group Limited, a company incorporated under the laws of Hong Kong. Bwang Group Limited owns and operates leading

cryptocurrency exchange BW.com, www.BW.com . Due to a confidentiality agreement, additional terms were not disclosed.

On December 31, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 5% stake in Singapore based Technicorum Holdings www.technicorum.com , with an option for an additional stake. Technicorum is a global investment and compliance company. According to Technicorum, their post-money valuation is $120 million. Technicorum is a consortium specializing in digital assets, with expertise in ICO's, IEO's and IDO's, and over the past year, into DeFi and NFT's, as well as recently, GameFi, SocialFi, and the Metaverse.

On January 17, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 50% stake in Vagabond Technology Solutions, LLC. NSAV and Vagabond will together further develop and Market Vagabond's already rapidly growing blockchain protocol https://vagabondapp.io/ . The purchase price for the acquisition was one million U.S. Dollars ($1,000,000.00) of restricted Series B Preferred Shares.

On January 27, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 10% stake in Metaverse Network LLC. (MNC) https://metaversenetwork.llc/ . MNC's main asset is its ownership of leading cryptocurrency exchange, BQEX Ltd. https://bqex.ltd/ BQEX Exchange has over 4 million registered users. The purchase price for the acquisition was one hundred thousand U.S. Dollars ($100,000.00) in cash, twenty-five million U.S. Dollars ($25,000,000.00) of restricted Series B Preferred Shares and two hundred thousand U.S. Dollars ($200,000.00) of unrestricted common stock.

MNC's additional holdings include VAEX, a Centralized Cryptocurrency Exchange (CEX) regulated in Dubai. https://vaex.tech/en_US/. VAEX is one of the few Centralized Crypto Exchanges that connects Centralized with Decentralized Wallets. Hive Codes Incorporation https://hive.codes/ , the world's first blockchain home mining device able to mine multiple tokens. Jinbao NFT, based on Jackie Chan's, "The Little Big Soldier" https://jinbaonft.com/ . The Awallet WEB3 Wallet platform, which has the capability to allow blockchain users to manage more than 100 different cryptocurrencies from their mobile device securely and efficiently.

On February 25, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 50% stake in crypto mining company, HIVE Strategy LLC. The purchase price for the acquisition was forty thousand U.S. Dollars ($40,000.00) in cash and Five million U.S. Dollars ($5,000,000.00) of restricted Series B Preferred Shares.

On October 14,  2022, the Company entered into an Agreement with Active World Holdings, Inc. (AWH) to issue preferred shares in exchange for 100% interest in AWC Exchange Inc., thereby owning 100% of www.awcexchange.com. In addition to the preferred shares, the Company agreed to pay AWH two hundred and fifty thousand U.S. Dollars ($250,000.00) and a consulting agreement for fifty thousand U.S. Dollars ($50,000.00) per month

On December 20, 2022, the Company completed the acquisition of the Centralized Cryptocurrency Incubator Exchange, www.awcexchange.com , from Active World Holdings, Inc., for two million five hundred thousand U.S. Dollars ($2,500,000.00) payable in the form or two convertible promissory notes.

On March 3, 2023, the Company and AWH amended the 21 December 2022 Acquisition Agreement. The Company and AWH will form a joint venture to develop and operate the AWC exchange. The Company will invest two hundred and fifty thousand U.S. Dollars ($250,000) into the joint venture, in the form of a promissory note and the 21 December 2022 promissory notes in the amount of two million five hundred thousand U.S. Dollars ($2,500,000.00) are cancelled.

On November 30, 2023, the Company and AWH amended and effectively cancelled the March 3, 2023 Joint Venture Agreement and reverted back to the December 20, 2022 Amended Acquisition Agreement, whereby the Company purchased from AWH 100% of www.awcexchange.com, which was rebranded www.nsavx.com. The purchase price was two million five hundred thousand U.S. Dollars ($2,500,000.00), payable in the form of a one-year, Convertible Secured Promissory Note, bearing an interest rate of 8% per annum.

On July 21, 2023, the Company entered into a definitive share purchase agreement with Valiant Eagle, Inc., to acquire 40% of the shares of the state-of-the-art NFT Marketplace, FUNGY, for five hundred thousand U.S. Dollars, ($500,000.00), payable in the form of a one year promissory note, bearing an interest rate of 8% per annum.

On January 8, 2024, the Company and Valiant Eagle, Inc. mutually agreed to rescind the July 21, 2023 agreement and cancel the promissory note.


Address of the issuer's principal executive office:

2374 Route 390, P.O. Box 609, Mountainhome, PA 18342

Address of the issuer's principal place of business:
X *Check if principal executive office and principal place of business are the same address:*

_____

Has the issuer or any of its predecessors been in bankruptcy, receivership, or any similar proceeding in the past five years?

No: ☒          Yes: ☐   If Yes, provide additional details below:


_____

2)      **Security Information**


**_Transfer Agent_**

Name:      Pacific Stock Transfer Co.
Phone:     (800)-785-7782
Email:     info@pacificstocktransfer.com
Address:  6725 Via Austi Parkway, Suite 300, Las Vegas, NV 89119


**_Publicly Quoted or Traded Securities:_**

*The goal of this section is to provide a clear understanding of the share information for its publicly quoted or traded equity securities. Use the fields below to provide the information, as applicable, for all outstanding classes of securities that are publicly traded/quoted.*

| | | |
|---|---|---|
| Trading symbol: | NSAV | |
| Exact title and class of securities outstanding: | Common Stock | |
| CUSIP: | 64112L203 | |
| Par or stated value: | $0.001 | |
| Total shares authorized: | 7,155,000,000 | as of date: March 31, 2024 |
| Total shares outstanding: | 7,001,652,800 | as of date: March 31, 2024 |
| Total number of shareholders of record: | 335 | as of date: March 31, 2024 |

*Please provide the above-referenced information for all other publicly quoted or traded securities of the issuer.*

  N.A.


**_Other classes of authorized or outstanding equity securities that do not have a trading symbol:_**

*The goal of this section is to provide a clear understanding of the share information for its other classes of authorized or outstanding equity securities (e.g., preferred shares that do not have a trading symbol). Use the fields below to provide the information, as applicable, for all other authorized or outstanding equity securities.*

Exact title and class of the security:     Class A Preferred
Par or stated value:                        $0.00001
Total shares authorized:                    70,000,000        as of date: March 31, 2024
Total shares outstanding:                   70,000,000        as of date: March 31, 2024
Total number of shareholders of record:  2                   as of date: March 31, 2024


Exact title and class of the security:     Class B Preferred
Par or stated value:                        $0.00001
Total shares authorized:                    1,275,000,000       as of date: March 31, 2024
Total shares outstanding (if applicable):  1,270,587,868       as of date: March 31, 2024
Total number of shareholders of record (if applicable): 17     as of date: March 31, 2024


 *Please provide the above-referenced information for all other classes of authorized or outstanding equity securities.*
  N.A.


**_Security Description:_**

*The goal of this section is to provide a clear understanding of the material rights and privileges of the securities issued by the company. Please provide the below information for each class of the company's equity securities, as applicable:*

1. **For common equity, describe any dividend, voting and preemption rights.**


  (1) Dividend Rate. The holders of Common Stock shall be entitled to receive dividends when, as, and if declared by the board of directors out of assets legally available therefor.

(2) Voting Rights. Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Common Stock shall be entitled to one vote for each share. No holder of shares of Common Stock shall have the right to cumulate votes.

(3) Liquidation Rights. In the event of liquidation, dissolution, or winding up of the affairs of the corporation, whether voluntary or involuntary, subject to the prior rights of the holders of Series A Preferred Stock and Series B Preferred Stock, if any, the holders of shares of the Common Stock can share ratably in the corporation's assets, and shall share equally and ratably in the corporation's assets available for distribution after giving effect to any liquidation preference of any shares of the Series A Preferred Stock or Series B Preferred Stock. A merger, conversion, exchange, or consolidation of the corporation with or into any other person or sale or transfer of all or any part of the assets of the corporation (which shall not in fact result in the liquidation of the corporation and the

distribution of assets to stockholders) shall not be deemed to be a voluntary or involuntary liquidation, dissolution or winding up of the affairs of the corporation.

(4) No Conversion, Redemption, or Preemptive Rights. The holders of Common Stock shall not have any conversion, redemption, or preemptive rights.

(5) Consideration for Shares. The Common Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

2. **For preferred stock, describe the dividend, voting, conversion, and liquidation rights as well as redemption or sinking fund provisions.**

   **Series A Preferred Stock**

(1) Voting Rights.  Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Series A Preferred Stock shall be entitled to 1,000 votes for each share held by them.

(2) Consideration for Shares. The shares of the Series A Preferred Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

   Series B Preferred Stock

(1) Voting Rights. Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Series B Preferred Stock shall be entitled to one vote for each share held by them.

(2) Conversion Rights. The holders of shares of the corporation's Series B Preferred Stock shall have the right to convert each share of Series B Preferred Stock held by them to one share of the corporation's Common Stock.

(3) Consideration for Shares. The shares of the Series B Preferred Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

3. **Describe any other material rights of common or preferred stockholders.**

None.

4. **Describe any material modifications to rights of holders of the company's securities that have occurred over the reporting period covered by this report.**

None.

**3)      Issuance History**

*The goal of this section is to provide disclosure with respect to each event that resulted in any changes to the total shares outstanding of any class of the issuer's securities **in the past two completed fiscal years and any subsequent interim period**.*

Disclosure under this item shall include, in chronological order, all offerings and issuances of securities, including debt convertible into equity securities, whether private or public, and all shares, or any other securities or options to acquire such securities, issued for services. Using the tabular format below, please describe these events.

**A. Changes to the Number of Outstanding Shares for the two most recently completed fiscal years and any subsequent period.**

Indicate by check mark whether there were any changes to the number of outstanding shares within the past two completed fiscal years:

No: ☐        Yes: X   (If yes, you must complete the table below)

| Shares Outstanding Opening Balance: Date: January 1, 2022 Common: 5,938,815,738 Preferred A: 60,000,000 Preferred B: 618,763,051 | | | *Right-click the rows below and select "Insert" to add rows as needed. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date of Transaction | Transaction type (e.g., new issuance, cancellation, shares returned to treasury) | Number of Shares Issued (or cancelled) | Class of Securities | Value of shares issued ($/per share) at Issuance | Were the shares issued at a discount to market price at the time of issuance? (Yes/No) | Individual/ Entity Shares were issued to. ***You must disclose the control person(s) for any entities listed. | Reason for share issuance (e.g. for cash or debt conversion) - OR- Nature of Services Provided | Restricted or Unrestricted as of this filing. | Exemption or Registration Type. |
| March 21, 2024 | New Issuance | 19,548,150 | Common Stock | $0.0014 | Yes | Leo's New Company LLC, Miguel Santana, Managing Member | Debt Conversion | Restricted | 4 (2) Exemption |
| March 18, 2024 | New Issuance | 80,132,117 | Common Stock | $0.0014 | Yes | Marbletown Advisors LLC, Jasahn Sommerville, Manager | Debt Conversion | Restricted | 4 (2) Exemption |
| January 31, 2024 | New Issuance | 200,000,000 | Common Stock | $0.0019 | Yes | Danyi Zhang | Debt Conversion | Restricted | 4 (2) Exemption |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| January 9, 2024 | New Issuance | 35,000,0 00 | Commo n Stock | $0.001 5 | Yes | Arin, LLC, Adam Ringer, Manager | Debt Conversion | Restricte d | 4 (2) Exemptio n |
| January 9, 2024 | New Issuance | 110,000, 000 | Commo n Stock | $0.002 3 | Yes | Arin, LLC, Adam Ringer, Manager | Debt Conversion | Restricte d | 4 (2) Exemptio n |
| Septemb er 18, 2023 | New Issuance | 19,161,6 66 | Commo n Stock | $0.001 4 | Yes | Quick Capital, LLC, Eilon Natan, Managing Partner | Debt Conversion | Restricte d | 4 (2) Exemptio n |
| August 17, 2023 | New Issuance | 50,000,0 00 | Commo n Stock | $0.001 7 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricte d | 4 (2) Exemptio n |
| August 15, 2023 | New Issuance | 10,000,0 00 | Preferre d A | $0.000 01 | N.A, | James A. Tilton | Cash | Restricte d | 4 (2) Exemptio n |
| August 8, 2023 | New Issuance | 23,500,0 00 | Commo n Stock | $0.002 3 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricte d | 4 (2) Exemptio n |
| August 3, 2023 | New Issuance | 25,000,0 00 | Commo n Stock | $0.003 5 | Yes | 1800 Diagonal Lending, LLC, Curt Kramer, President | Cash | Restricte d | 4 (2) Exemptio n |
| August 3, 2023 | New Issuance | 40,000,0 00 | Commo n Stock | $0.003 5 | Yes | S1800 Diagonal Lending, LLC, Curt Kramer, President | Debt Conversion | Restricte d | 4 (2) Exemptio n |
| July 27, 2023 | New Issuance | 20,000,0 00 | Commo n Stock | $0.004 7 | Yes | Quick Capital, LLC, Eilon Natan, Managing Partner | Debt Conversion | Restricte d | 4 (2) Exemptio n |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| July 17, 2023 | New Issuance | 25,000,000 | Common Stock | $0.0034 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricted | 4 (2) Exemption |
| August 31, 2022 | New Issuance | 295,495,129 | Common Stock | $0.0115 | No | SRAX, Inc., Randy Clark, COO | Consulting Services | Restricted | 4 (2) Exemption |
| July 28,2022 | New Issuance | 100,000,000 | Common Stock | $0.0061 | Yes | May Davis Partners Acquisition Company, LLC, Owen May, President | Investment Banking Services | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 300,000,000 | Preferred B | $0.02 | No | Cheuk Wing Kong | Acquisition | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 50,000,000 | Preferred B | $0.02 | No | Kong Cheer Limited, On Lee Yu, Director | Acquisition | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 20,000,000 | Common Stock | $0.02 | No | Stephen J. Posner | Consulting Services | Restricted | 4 (2) Exemption |
| April 22, 2022 | New Issuance | 1,824,817 | Preferred B | $0.0137 | No | Ajay Athwal | Consulting Services | Restricted | 4 (2) Exemption |
| April 14, 2022 | New Issuance | 33,333,334 | Preferred B | $0.02 | No | Veronica Raquel Welch | Acquisition | Restricted | 4 (2) Exemption |
| April 14, 2022 | New Issuance | 266,666,666 | Preferred B | $0.02 | No | SYNERGY Resources Inc., Cho Wing Lam, CEO | Acquisition | Restricted | 4 (2) Exemption |
| April 6, 2022 | Cancellation | 500,000,000 | Preferred B | N.A. | N.A. | T.G. Private Equity Inc., Yeung Tze Ling, Director | N.A. | N.A. | N.A. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 60,000,000 | Preferred B | $0.02 | No | Kim Ching Chan | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 46,583,340 | Preferred B | $0.02 | No | Zheng Li | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 46,583,340 | Preferred B | $0.02 | No | Siu Ming Je | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 266,643,977 | Preferred B | $0.02 | No | SYNERGY Resources Inc., Cho Wing Lam, CEO | Acquisition | Restricted | 4 (2) Exemption |

Shares Outstanding on Date of This Report:

Ending Balance:

Date: March 31, 2024
Common: 7,001,652,800

Preferred A: 70,000,000

Preferred B: 1,270,587,868

***Example:*** A company with a fiscal year end of December 31st 2023, in addressing this item for its Annual Report, would include any events that resulted in changes to any class of its outstanding shares from the period beginning on January 1, 2022 through December 31, 2023 pursuant to the tabular format above.

***\*\*\*Control persons for any entities in the table above must be disclosed in the table or in a footnote here.***

Use the space below to provide any additional details, including footnotes to the table above:

____

## B. Promissory and Convertible Notes

Indicate by check mark whether there are any outstanding promissory, convertible notes, convertible debentures, or any other debt instruments that may be converted into a class of the issuer's equity securities:

No:     Yes: X   (If yes, you must complete the table below)

| Date of Note Issuance | Outstanding Balance ($) | Principal Amount at Issuance ($) | Interest Accrued ($) | Maturity Date | Conversion Terms (e.g. pricing mechanism for determining conversion of instrument to shares) | Name of Noteholder. *** You must disclose the control person(s) for any entities listed. | Reason for Issuance (e.g. Loan, Services, etc.) |
|---|---|---|---|---|---|---|---|
| January 5, 2024 | 51,178 | 50,000.00 | 1,178 | January 5, 2025 | 50% of market price. | Arin Fund, LLC, Adam Ringer, Manager | Loan |
| November 30, 2023 | 2,566,849 | 2,500,000 | 66,849 | November 29, 2024 | 90% of market price. | Active World Holdings, Inc Alfonso Knoll, CEO | Acquisition |
| August 16, 2023 | 32,249 | 30,000.00 | 2.249 | August 16, 2024 | 50% of market price. | 1800 Diagonal Lending, LLC, Curt Kramer, President | Loan |
| August 7, 2023 | 21,558 | 20,000.00 | 1,558 | August 7, 2024 | 50% of market price. | 1800 Diagonal Lending, LLC, Curt Kramer, President | Loan |
| September 23, 2021 | 0 | 62,500.00 | 1,537 | September 23, 2022 | 50% of market price. | Arin, LLC, Adam Ringer, Manager | Loan |
| September 15, 2021 | 23,228 | 23.228.00 | 0 | March 15, 2022 | 50% of market price. | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan |
| July 28, 2021 | 60,707 | 50,000.00 | 10,707 | July 28, 2022 | 50% of market price. | Leo's New Company LLC, Miguel Santana, Managing Member | Loan |
| April 9, 2021 | 18,601 | 43,333.00 | 0 | October 9, 2021 | 50% of market price. | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan |
| October 9, 2017 | 407,255 | 400,000 | 207,255 | October 9, 2018 | $0.001 per share. | Danyi Zhang | Acquisition |

***Control persons for any entities in the table above must be disclosed in the table or in a footnote here.*

Use the space below to provide any additional details, including footnotes to the table above:

**4) Issuer's Business, Products and Services**

The purpose of this section is to provide a clear description of the issuer's current operations.
Ensure that these descriptions are updated on the Company's Profile on www.OTCMarkets.com.

A.  Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")

Net Savings Link's vision is the establishment of a fully integrated technology company that provides turnkey technological solutions to the cryptocurrency, blockchain and digital asset industries. Over time, the Company plans to provide a wide range of services such as software solutions, e-commerce, advisory services, financial services and information technology.

The Company has and will continue to invest in companies in the cryptocurrency, blockchain and digital asset sectors.

On August 9, 2021, the Company launched a centralized cryptocurrency platform, NSAV Exchange. The company plans to commence operations as soon as the legal, regulatory and compliance issues are completed.

The Company owns the NSAV Premium OTC Cryptocurrency Trading Desk https://nsavholdinginc.com/otc-desk/ .

The Company holds a 40% stake in Super Chain Capital Ltd., a company incorporated under the laws of Hong Kong. Super Chain Capital Ltd. owns and operates the premium OTC cryptocurrency trading desk, https://hkotc.co/ , which is also based in Hong Kong.

The Company owns the NSAV Decentralized Cryptocurrency Exchange, NSAVDEX 1 https://nsavdex.org/#/home running on Okex Chain.

On December 6, 2021, the Company launched its NSAVDEX Native Token, the NSBC, which is currently trading on the VAEX Centralized Crypto Exchange (CEX) https://www.vaex.tech/en_US/trade/NSBC_USDT .

The Company owns the NSAV Decentralized Cryptocurrency Exchange, NSAVDEX 2 https://nsavdex.io/ running on Binance Smart Chain.

On March 4, 2022, the Company launched its NSAV NFT Marketplace, https://nsavnft.com/ , a 50/50 joint venture with Vagabond.

On March 24, 2022, the Company announced the launch of HIVE, the first blockchain home mining device that can mine multiple tokens.

On April 7, 2022, the Company announced the launch of the BLACK HIVE blockchain home mining device, PoF (Proof of Flow). The new BLACK HIVE'S Proof of Flow model of mining has replaced the PoW (Proof of Work) and PoS (Proof of Stake) and makes this new generation device more ECO friendly and power consumption friendly.

On April 26, 2022, the Company, in partnership with Metaverse Network LLC., launched the HIVE MULTIMINE App, whereby users can now mine cryptocurrency on their smartphone, without the need for a traditional mining device. The HIVE MULTIMINE App is now available to download in the Apple Store and on Google Play.

On July 28, 2023, the Company announced the launch of TruSAF https://trusaf.net/ . TruSAF aims to solve a large-scale problem across all industries – security of digital assets, legal documents and sensitive medical information. TruSAF encompasses three main components; CryptoSAF, DocuSAF and MedSAF.

B.  List any subsidiaries, parent company, or affiliated companies.

The Company owns 95% of the shares of Tiger Brands, Inc., formerly Tiger Hemp Brands, Inc., a Colorado corporation. Tiger Brands, Inc. can be reached via email at info@nsavholdinginc.com .

The officers of Tiger Brands, Inc. are as follows;

James A. Tilton, Sole officer and director.

The Company owns 70% of the shares of Shanghai Hua Si Tai Medical Consultation Company Limited, which owns and operates Shanghai based Vital Strategic Research Institute (VSRI). VSRI is a medical research firm with a long history of expertise in design, clinical trials and global research. VSRI has collaborated with pharmaceutical giants such as Pfizer and Bristol-Myers Squibb.

Shanghai Hua Si Tai Medical Consultation Company Limited is located at Suite 16D, 455 Jiangning Road, Shanghai, 200041, China.

Jane Zheng, formerly Vice President of the Company, overseas the Company's interest in Shanghai Hua Si Tai Medical Consultation Company Limited.

C.  Describe the issuers' principal products or services.

The Information Technology and Software Solutions for the cryptocurrency, blockchain and digital asset industries. The Company, through its Shanghai based subsidiary, Shanghai Hua Si Tai Medical Consultation Company Limited, provides clinical research to industry leaders such as Eli Lilly and the Medtronic Foundation.

The primary markets for our products and services are the U.S.A., Europe and P.R. China.

5)    Issuer's Facilities

*The goal of this section is to provide investors with a clear understanding of all assets, properties or facilities owned, used or leased by the issuer and the extent in which the facilities are utilized.*

In responding to this item, please clearly describe the assets, properties or facilities of the issuer. Describe the location of office space, data centers, principal plants, and other property of the issuer and describe the condition of the properties.

Specify if the assets, properties, or facilities are owned or leased and the terms of their leases. If the issuer does not have complete ownership or control of the property, describe the limitations on the ownership.

The Company maintains an office at 26 Grosvenor Street, Mayfair, London, United Kingdom W1K 4QW. There is no rent/mortgage paid for this space. The Company has no ownership of the property.

## 6) All Officers, Directors, and Control Persons of the Company

Using the table below, please provide information, as of the period end date of this report, regarding all officers and directors of the company, or any person that performs a similar function, regardless of the number of shares they own.

In addition, list all individuals or entities controlling 5% or more of any class of the issuer's securities.
If any insiders listed are corporate shareholders or entities, provide the name and address of the person(s) beneficially owning or controlling such corporate shareholders, or the name and contact information (City, State) of an individual representing the corporation or entity. Include Company Insiders who own any outstanding units or shares of any class of any equity security of the issuer.

*The goal of this section is to provide investors with a clear understanding of the identity of all the persons or entities that are involved in managing, controlling or advising the operations, business development and disclosure of the issuer, as well as the identity of any significant or beneficial owners.*

| Names of All Officers, Directors, and Control Persons | Affiliation with Company (e.g. Officer Title /Director/Owner of 5% or more) | Residential Address (City / State Only) | Number of shares owned | Share type/class | Ownership Percentage of Class Outstanding | Names of control person(s) if a corporate entity |
|---|---|---|---|---|---|---|
| James A. Tilton | Officer and Director | New York, N.Y. | 40,000,000 | Preferred A | 57% | N.A. |
| TG Private Equity Inc. | Beneficial Shareholder | Tortola, BVI | 30,000,000 | Preferred A | 43% | Yeung Tze Ling, Director |
| Min Kin Lau | Director | Hong Kong | 34,722,222 | Preferred B | 2.7% | N.A. |
| Tsz Chun Ma | Officer | Hong Kong | 2,314,813 | Preferred B | 0.018% | N.A. |
| Kong Sheng Lim | Officer | Selangor Darul Ehsan, Malaysia | 6,985,583 | Preferred B | 0.05% | N.A. |

| SYNERGY Resources Inc | Beneficial Shareholder | Mahe, Seychelles | 533,310,643 | Preferred B | 42% | Cho Wing Lam, CEO |
|---|---|---|---|---|---|---|
| Cheuk Wing Kong | Beneficial Shareholder | Hong Kong | 300,000,000 | Preferred B | 24% | N.A. |
| Ming Yuet Lam | Beneficial Shareholder | Hong Kong | 79,999,998 | Preferred B | 6% | N.A. |

Confirm that the information in this table matches your public company profile on www.OTCMarkets.com. If any updates are needed to your public company profile, log in to www.OTCIQ.com to update your company profile.

## 7) Legal/Disciplinary History

A. Identify and provide a brief explanation as to whether any of the persons or entities listed above in Section 6 have, in the past 10 years:

1. Been the subject of an indictment or conviction in a criminal proceeding or plea agreement or named as a defendant in a pending criminal proceeding (excluding minor traffic violations);

None.

2. Been the subject of the entry of an order, judgment, or decree, not subsequently reversed, suspended or vacated, by a court of competent jurisdiction that permanently or temporarily enjoined, barred, suspended or otherwise limited such person's involvement in any type of business, securities, commodities, financial- or investment-related, insurance or banking activities;

None.

3. Been the subject of a finding, disciplinary order or judgment by a court of competent jurisdiction (in a civil action), the Securities and Exchange Commission, the Commodity Futures Trading Commission, a state securities regulator of a violation of federal or state securities or commodities law, or a foreign regulatory body or court, which finding or judgment has not been reversed, suspended, or vacated;

None.

4. Named as a defendant or a respondent in a regulatory complaint or proceeding that could result in a "yes" answer to part 3 above; or

None.

5. Been the subject of an order by a self-regulatory organization that permanently or temporarily barred, suspended, or otherwise limited such person's involvement in any type of business or securities activities.

None.

6. Been the subject of a U.S Postal Service false representation order, or a temporary restraining order, or preliminary injunction with respect to conduct alleged to have violated the false representation statute that applies to U.S mail.

None.

B.  Describe briefly any material pending legal proceedings, other than ordinary routine litigation incidental to the business, to which the issuer or any of its subsidiaries is a party to or of which any of their property is the subject. Include the name of the court or agency in which the proceedings are pending, the date instituted, the principal parties thereto, a description of the factual basis alleged to underlie the proceeding and the relief sought. Include similar information as to any such proceedings known to be contemplated by governmental authorities.

On December 2, 2021, Vikram P. Grover, an alleged former employee and consultant of the Company, filed a lawsuit against the Company in the United States District Court, Northern District of Illinois. Mr. Grover alleges lost wages, compensation, damages and accrued interest. The Company denies the allegations. None of the Company's current officers and directors were involved in the alleged hiring of Mr. Grover. On December 5, 2023, the same court entered a judgment in Mr. Grover's favor for the amount of $57,903,750.00. The Company will seek to have the judgement vacated. The Company and Mr. Grover are presently in settlement negotiations through various third parties.

On August 31, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys. filed a lawsuit against the Company in the United States District Court of Connecticut. Stone Law was seeking the sum of $81,409.00. for legal services. The Company denies these claims.

On September 21, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys. filed a lawsuit against the Company in the Supreme Court of the State of New York, County of New York. Stone Law was seeking the sum of $41,042.50 for legal services. The Company denies these claims.

8)  **Third Party Service Providers**

Provide the name, address, telephone number and email address of each of the following outside providers. You may add additional space as needed.
Confirm that the information in this table matches your public company profile on www.OTCMarkets.com. If any updates are needed to your public company profile, update your company profile.
Securities Counsel (must include Counsel preparing Attorney Letters).

Name:           Vic Devlaeminck PC
Address 1:      10013 N.E. Hazel Dell Avenue, Suite 317
Address 2:      Vancouver, WA 98685
Phone:          (503) 806-3533
Email:          vic@vicdevlaeminck.com


Name:            Allen C. Tucci
Address 1:      1717 Arch Street, Suite 3500
Address 2:      Philadelphia, PA 19103-2739
Phone:          (215) 246-3192

Email:               atucci@archerlaw.com


Accountant or Auditor

Name:                Trey Whitfield
Firm:                TWC Consulting, LLC.
Address 1:           209 Caroline Lee Dr.
Address 2:           Smyrna, TN 37167
Phone:               (423) 329-3361
Email:               trey@twclimited.com




Investor Relations

Name:                _____
Firm:                _____
Address 1:           _____
Address 2:           _____
Phone:               _____
Email:               _____

*All other means of Investor Communication:*

X (Twitter):         https://twitter.com/nsav_tech
Discord:             _____
LinkedIn
Facebook:            _____
[Other ]             _____


Other Service Providers
Provide the name of any other service provider(s) that **that assisted, advised, prepared, or provided information with respect to this disclosure statement**. This includes counsel, broker-dealer(s), advisor(s), consultant(s) or any entity/individual that provided assistance or services to the issuer during the reporting period.

Name:                _____
Firm:                _____
Nature of Services:  _____
Address 1:           _____
Address 2:           _____
Phone:               _____
Email:               _____


**9)      Disclosure & Financial Information**


A.  This Disclosure Statement was prepared by (name of individual):

Name:                            James A. Tilton
Title:                            President
Relationship to Issuer:          President


B.  The following financial statements were prepared in accordance with:

☐ IFRS
X U.S. GAAP


C.  The following financial statements were prepared by (name of individual):

Name:                            Trey Whitfield
Title:                            Accountant
Relationship to Issuer:          None
Describe the qualifications of the person or persons who prepared the financial statements:[5] Accountant


Provide the following qualifying financial statements:

- o   Audit letter, if audited;
- o   Balance Sheet;
- o   Statement of Income;
- o   Statement of Cash Flows;
- o   Statement of Retained Earnings (Statement of Changes in Stockholders' Equity)
- o   Financial Notes


**Financial Statement Requirements**:
- Financial statements must be published together with this disclosure statement as one document.
- Financial statements must be "machine readable". Do not publish images/scans of financial statements.
- Financial statements must be presented with comparative financials against the prior FYE or period, as applicable.
- Financial statements must be prepared in accordance with U.S. GAAP or International Financial Reporting Standards (IFRS) but are not required to be audited.

---

[5] The financial statements requested pursuant to this item must be prepared in accordance with US GAAP or IFRS and by persons with sufficient financial skills.

**10) Issuer Certification**

*Principal Executive Officer:*

The issuer shall include certifications by the chief executive officer and chief financial officer of the issuer (or any other persons with different titles but having the same responsibilities) in each Quarterly Report or Annual Report.

The certifications shall follow the format below:

I, James A. Tilton certify that:

1. I have reviewed this Disclosure Statement for Net Savings Link, Inc.;

2. Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

3. Based on my knowledge, the financial statements, and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

May 15, 2024

/s/ James A. Tilton , President


*Principal Financial Officer:*

I, James A. Tilton certify that:

1. I have reviewed this Disclosure Statement for Net Savings Link, Inc.;

2. Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

3. Based on my knowledge, the financial statements, and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

May 15, 2024

/s/ James A. Tilton, Chief Financial Officer

**NET SAVINGS LINK, INC.**
**Statement of Income and**
**Retained Earnings (Deficit)**
**For the Three Months Ended**
**March 31, 2024**
**Unaudited**

|  | **Mar 31, 2024** |
|---|---|
| **Revenue** | $ 204,800,262 |
| **OPERATING EXPENSES** | |
| Officer Compensation | $      630,000 |
| General and administrative | $          4,430 |
| Legal Expenses | $          2,500 |
| Legal Judgment Expenses | |
| Total Operating Expenses | $      636,930 |
| **OPERATING GAIN (LOSS)** | $ 204,163,332 |
| OTHER INCOME (EXPENSE) | |
| Consultancy Income | $               - |
| Other Income (Expense) | $               - |
| Interest Income (Expense) | $       (79,177) |
| Total Other Income (Expense) | $       (79,177) |
| **NET GAIN (LOSS)** | **$ 204,084,155** |

**NET SAVINGS LINK, INC.**
**Financial Statements**
**Balance Sheet**
**For the Periods Ended March 31, 2024 & December 31, 2023**
**Unaudited**

|  | Mar 31, 2024 | Dec 31, 2023 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash on Hand, in Bank | 63 | 25 |
| Accounts Receivable | 191,388 | 191,388 |
| Share Issuance Receivable | 4,000 | 4,000 |
| Equity Interest | 1,000,000 | 1,000,000 |
| **Total Current Assets** | **1,195,451** | **1,195,413** |
| | | |
| **Noncurrent Assets** | | |
| Investment in Subsidiary | 410,000 | 410,000 |
| Fixed Asset Investment | 119,560 | 119,560 |
| Intangible Asset | 5,000,000 | 5,000,000 |
| Investment: DEX Exchange | 15,080,000 | 15,080,000 |
| Investment: Trading Desk | 8,000,000 | 8,000,000 |
| Investment: Cryptocurrency | 30,440,000 | 30,440,000 |
| Investment: Blockchain | 12,415,000 | 12,415,000 |
| Investment: Protocol | 1,000,000 | 1,000,000 |
| Investment: Awallet | 8,350,000 | 8,350,000 |
| Investment: AWC | 2,500,000 | 2,500,000 |
| Investment: Super Chain Capital | 30,000 | 30,000 |
| Investment: FUNGY | 0 | 500,000 |
| Goodwill | 2,070,000 | 2,070,000 |
| **Total Other Assets** | **85,414,560** | **85,914,560** |
| | | |
| **Intangible Assets** | | |
| Cryptocurrency Holdings | 229,198,725 | 24,398,463 |
| **Total Intangible Assets** | **229,198,725** | **24,398,463** |
| | | |
| **Total Assets** | **315,808,737** | **111,508,436** |

**NET SAVINGS LINK, INC.**
**Financial Statements**
**Balance Sheet**
**For the Periods Ended March 31, 2024 & December 31, 2023**
**Unaudited**

| | Mar 31, 2024 | Dec 31, 2023 |
|---|---|---|
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| | | |
| **LIABILITIES** | | |
| | | |
| **Current Liabilities** | | |
| Accounts Payable | 179,132 | 178,625 |
| Accrued Interest | 309,849 | 276,852 |
| Accrued Wages | 9,327,730 | 8,745,049 |
| Note Payable - Pacific Stock Transfer | 10,320 | 10,320 |
| Note Payable - Pacific Stock Transfer #2 | 3,780 | 0 |
| Note Payable - FUNGY | 0 | 500,000 |
| Contingent Liability - Stone Lawsuit(s) | 118,428 | 118,428 |
| Contingent Liability - Grover Lawsuit | 57,903,750 | 57,903,750 |
| **Total Current Liabilities** | **67,852,990** | **67,733,024** |
| | | |
| **Long-Term Liabilities** | | |
| Note Payable - Related Party | 70,566 | 70,566 |
| Investment Payable | 25,000 | 25,000 |
| Forgivable Loan | 2,000 | 2,000 |
| Non-convertible Notes Payable | 200,000 | 400,000 |
| TG Private Equity | 59,330,000 | 59,330,000 |
| Convertible Note: Power Up Lending Group | 0 | 0 |
| Convertible Note: Leo's New Company | 50,000 | 60,000 |
| Convertible Note: Marbletown Advisors | 0 | 23,228 |
| Convertible Note: Arin, LLC | 50,000 | 62,500 |
| Convertible Note: Quick Capital, LLC | 41,829 | 41,829 |
| Convertible Note: 1800 Diagonal Lending, LLC | 50,000 | 50,000 |
| Note Payable: Active World Holdings | 2,500,000 | 2,500,000 |
| Common Stock: Commitment Share | 0 | 0 |
| **Total Long-Term Liabilities** | **62,319,395** | **62,565,123** |
| | | |
| **Total Liabilities** | **130,172,385** | **130,298,147** |
| | | |
| **STOCKHOLDERS' EQUITY** | | |
| Preferred, Series A Stock, $0.00001 par value, 70,000,000 shares authorized, 70,000,000 issued and outstanding at 03/31/24. | 700 | 700 |
| Preferred, Series B Stock, $0.00001 par value, 1,275,000,000 shares authorized, 1,270,587,868 issued and outstanding at 03/31/24. | 12,706 | 12,706 |
| Common Stock, $0.001 par value, 7,155,000,000 shares authorized, 7,001,652,800 issued and outstanding at 03/31/24. | 7,001,653 | 6,556,973 |
| Additional Paid-in-Capital | -3,268,455 | -3,268,455 |
| Additional Paid-in-Capital - Series B | 25,219,016 | 25,219,016 |
| Additional Paid-in-Capital - Common | 3,661,001 | 3,763,773 |
| Accumulated Deficit | 153,009,732 | -51,074,423 |
| **Total Stockholders' Equity** | **185,636,352** | **-18,789,711** |
| | | |
| **Total Liabilities and Stockholders' Equity** | **315,808,737** | **111,508,436** |

**NET SAVINGS LINK, INC.**
**Statement of Cash Flows**
**For the Three Months Ended**
**March 31, 2024**
**Unaudited**

|  | **Mar 31, 2024** |
|---|---|
| **OPERATING ACTIVITIES** | |
| **Net Income (Loss)** | $ 204,084,155 |
| Adjustments to reconcile net Income (Loss) to net cash provided by operations. | |
| Cash from Consultancy Services | $ - |
| Decrease (Increase) in Accounts Receivable | $ - |
| Increase (Decrease) in Accounts Payable | $ 507 |
| Increase (Decrease) in Accrued Liabilities | $ - |
| Increase (Decrease) in Accrued Interest | $ 32,997 |
| Increase (Decrease) in Accrued Wages | $ 582,681 |
| Increase (Decrease) in Contingent Liabilities | $ - |
| **Total Adjustments** | **$ 616,186** |
| **Net Cash Provided by Operating Activities** | **$ 204,700,341** |
| **Investing Activities** | |
| Asset Acquisition / Divestment | $ 500,000 |
| Cryptocurrency Holdings | $ (204,800,262) |
| **Net Cash Provided by Investment Activities** | **$ (204,300,262)** |
| **Financing Activities** | |
| Notes Payable | $ (741,948) |
| Stock Issuances | $ 444,680 |
| Paid in Capital | $ (102,772) |
| **Net Cash from Financing Activities** | **$ (400,040)** |
| **Net Cash Increase for Period** | **$ 38** |
| **Cash at Beginning of Period** | **$ 25** |
| **Cash at End of Period** | **$ 63** |

## NET SAVINGS LINK, INC.
## Statement of Stockholders' Equity
## March 31, 2024
## Unaudited

| | Common Stock | | Preferred Stock | | Paid-In | Accum. | Total Stockholders' |
| | Shares | Amount | Shares | Amount | Capital | Earning | Equity |
|---|---|---|---|---|---|---|---|
| December 31, 2019 | 5,643,636,893 | 5,643,637 | 30,000,000 | 300 | (3,629,717) | (2,829,470) | (815,250) |
| Stock Issuances - 12/31/20 | 200,000,000 | 200,000 | | | (190,000) | | 10,000 |
| Net Income (Loss) - 12/31/20 | | | | | | (172,973) | (172,973) |
| December 31, 2020 | 5,843,636,893 | 5,843,637 | 30,000,000 | 300 | (3,819,717) | (3,002,443) | (978,223) |
| Stock Issuances | 95,178,845 | 95,179 | 648,763,051 | 6,488 | 20,201,797 | | 20,303,464 |
| Net Income (Loss) - 12/31/21 | | | | | | (3,513,487) | (3,513,487) |
| December 31, 2021 | 5,938,815,738 | 5,938,816 | 678,763,051 | 6,788 | 16,382,080 | (6,515,930) | 15,811,754 |
| Stock Issuances | 415,495,129 | 415,495 | 651,824,817 | 6,518 | 9,365,180 | | 9,787,193 |
| Net Income (Loss) - 12/31/22 | | | | | | (9,177,101) | (9,177,101) |
| December 31, 2022 | 6,354,310,867 | 6,354,311 | 1,330,587,868 | 13,306 | 25,747,260 | (15,693,031) | 16,421,846 |
| Stock Issuances | 202,661,666 | 202,662 | 10,000,000 | 100 | -32,926 | | 169,836 |
| Net Income (Loss) - 12/31/23 | | | | | | (35,381,392) | (35,381,392) |
| | 6,556,972,533 | 6,556,973 | 1,340,587,868 | 13,406 | 25,714,334 | (51,074,423) | (18,789,710) |
| Stock Issuances | 444,680,267 | 444,680 | | | -102,772 | | 341,908 |
| Net Income (Loss) - 03/31/24 | | | | | | 204,084,155 | 204,084,155 |
| | 7,001,652,800 | 7,001,653 | 1,340,587,868 | 13,406 | 25,611,562 | 153,009,732 | 185,636,353 |

**NET SAVINGS LINK, INC.**
Notes to the Accounts March 31, 2024

## 1. Nature of Operations and Continuance of Business

The unaudited interim financial statements included herein have been prepared by Net Savings Link, Inc. ("NSL" or the "Company") in accordance with accounting principles generally accepted in the United States of America and the rules of the Securities and Exchange Commission. We suggest that these interim financial statements be read in conjunction with the unaudited financial statements and notes for the period ended 30 June, 2023. We believe that all adjustments, consisting of normal recurring adjustments, necessary for a fair presentation of financial position and the results of operations for the interim periods presented have been reflected herein and that the disclosures made are adequate to make the information not misleading. The results of operations for interim periods are not necessarily indicative of the results to be expected for the full year. Notes to the financial statements which would substantially duplicate the disclosure contained in the audited financial statements for the most recent fiscal year.

## 2. Going Concern

NSL's financial statements are prepared using Generally Accepted Accounting Principles applicable to a going concern that contemplates the realization of assets and liquidation of liabilities in the normal course of business. However, NSL has generated minimal revenue and accumulated significant losses since inception. As of September 30, 2023, the company has accumulated a deficit of $16,756,499. All of these items raise substantial doubt about its ability to continue as a going concern. Management's plans with respect to alleviating the adverse financial conditions that caused management to express substantial doubt about the NSL's ability to continue as a going concern are as follows:

In order to fund the start-up of operations during the period ended March 31, 2022, management plans to enter into several financing transactions and try to raise funds. The continuation of the Company as a going concern is dependent upon its ability to generating profitable operations that produce positive cash flows. If the Company is not successful, it may be forced to raise additional debt or equity financing.

There can be no assurance that the Company will be able to achieve its business plans, raise any more required capital or secure the financing necessary to achieve its current operating plan. The ability of the Company to continue as a going concern is dependent upon its ability to successfully accomplish the plan described in the preceding paragraph and eventually attain profitable operations. The accompanying financial statements do not include any adjustments that might be necessary if the Company is unable to continue as a going concern.

## 3. Related Party Transactions

The Company accrued wages for its current President and CEO at a rate of $120,000 per year, along with other employees of the Company. As of March 31, 2023 and December 31, 2021, the Company owed a total of $7,252,016 and $7,222,016 respectively, to the current and predecessor President and CEO of the Company for back due wages.

Upon his taking over of the Company in January 2016, the Company began accruing $1,000 per month for office rental and supplies from its President and CEO.

During February 2016, the President and CEO of the Company purchased 25,000,000 shares of preferred stock series A for cash of $250.

On 21 July 2017, the company received 1 billion shares at par from Hemp Beer Inc, a private corporation registered in Colorado, in exchange for the use of the company's IP for the Hemp Beer brand. This has been recognized as a wholly owned subsidiary in the fiscal statements.

On 2 February 2021, the Company entered into a consulting agreement with TG Private Equity for the engagement of independent contractor services. The Company agreed to issue 30,000,000 (thirty million) shares of the Company's restricted Series A Preferred Stock in compensation to TG Private Equity.

Since February 2021 Company entered into various agreements with TG Private Equity Inc referred to below:

Note 7       On 6 March 2021, Digital Blockchain Token Company Acquisition Agreement between TG Private Equity & the Company.

Note 9       On 5 August 2021 the Company entered into a Digital OTC Agreement with TG Private Equity Inc. TG Private Equity Inc.

Note 8       On 5 November 2021 the Company entered into a DEX Agreement with TG Private Equity Inc.

Note 7       On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Inc.

Note 8       On 1 December 2021 the Company entered into a DEX2 Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on Binance chain. The Company agreed to issue $8,000,000 of the Company's preferred B Shares.

Note 12      On 17 January 2022, the Company entered into a Digital Blockchain Token agreement with TG Private Equity Inc.

Note 13      On 17 January 2022, the Company entered into a Blockchain Protocol Venture agreement with TG Private Equity Inc.

Note 11      On 5 February 2022, the Company entered into a BQEX Digital Exchange Agreement with TG Private Equity Inc.

Note 11      On 25 February 2022, the Company entered into a Digital Blockchain Mining agreement with TG Private Equity Inc.

Note 12      On 26 February 2022, the Company entered into a Jinbao Digital Blockchain NFT agreement with TG Private Equity Inc.

Note 12      On 26 April 2022, the Company entered into a Digital Blockchain Mobile Mining Agreement with TG Private Equity Inc.

Note 14      On 18 April 2022, the Company entered into a Digital Wallet and Acoin distribution agreement with TG Private Equity Inc.

## 4. Stockholders' Equity

During February 2021, 30,000,000 Series A preferred shares were issued at $0.00001.

During March 2021, 56,363,107 Ordinary shares were issued at $0.0046 for settlement to Jake Noch.

During April 2021, 2,888,867 Ordinary shares were issued at $0.001 in settlement for a commitment to Quick Capital LLC.

During April 2021, a holder of 6,937,427 common stock shares elected to convert these shares at a conversion price of $0.0062.

On 7 May 2021, 31,928,481 Series B convertible preferred stock were issued at $0.03132 per share for a cost basis of $1,000,000.

On 17 June 2021, 34,722,222 Series B convertible preferred stock were issued at $0.014400 per share at a cost basis of $500,000.

On 25 June 2021, 5,952,380 Series B convertible preferred stock were issued at $0.033600 per share at a cost basis of $200,000.

On 25 June 2021, 500,000,000 Series B convertible preferred stock were issued at $0.034900 per share at a cost basis of $17,450,000.

On 25 June 2021, 35,859,572 Series B convertible preferred stock were issued at $0.0119514 per share at a cost basis of $428,571.

On 25 June 2021, 2,314,813 Series B convertible preferred stock were issued at $0.0072000 per share at a cost basis of $16,667.

On 25 June 2021, 6,985,583 Series B convertible preferred stock were issued at $0.0086584 per share at a cost basis of $60,484.

On 15 September 2021 1,161,389 Ordinary Shares were issued at $0.0302 in settlement for a commitment to Quick Capital LLC.

On 15 September 2021 1,161,389 Ordinary Shares were issued at $0.0302 in settlement for a commitment to Marbletown Advisors LLC.

On 1 October 2021, 2,666,666 Ordinary Shares were issued at $0.015 at a cost basis of $40,000 to Jeremy Christianson.

On 1 October 2021, 4,000,000 Ordinary Shares were issued at $0.001 at a cost basis of $400 to Jeremy Christianson.

On 29 October 2021, 20,000,000 Ordinary Shares were issued at $0.015 at a cost basis of $300,000 to Jeremy Christianson.

On 9 December 2021, 1,000,000 Series B convertible preferred stock were issued at $0.001 at a cost basis of $1,000 to Arin LLC.

On 1 April 2022, 79,999,998 Series B convertible preferred stock were issued at $0.02 at a cost basis of $533,333 to Ming Yuet Lam.

On 1 April 2022, 60,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $1,200,000 to Kim Chang Chan.

On 1 April 2022, 46,583,340 Series B convertible preferred stock were issued at $0.02 at a cost basis of $931,667 to Zheng Li.

On 1 April 2022, 46,722,685 Series B convertible preferred stock were issued at $0.02 at a cost basis of $935,454 to Siu Ming Je.

On 1 April 2022, 266,643,977 Series B convertible preferred stock were issued at $0.02 at a cost basis of $5,332,880 to Synergy Resources Inc.

On 6 May 2022, TG Private Equity Inc. cancelled and returned 500,000,000 Series B convertible preferred stock.

On 14 April 2022, 33,333,334 Series B convertible preferred stock were issued at $0.02 at a cost basis of $666,667 to Veronica Raquel Welch.

On 14 April 2022, 266,666,666 Series B convertible preferred stock were issued at $0.02 at a cost basis of $5,333,333 to Synergy Resources Inc,.

On 22 April 2022, 1,824,817 Series B convertible preferred stock were issued at $0.0137 at a cost basis of $25,000 to Ajay Athwal.

On 31 May 2022, 300,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $6,000,000 to Cheuk Wing Kong.

On 31 May 2022, 50,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $1,000,000 to Kong Cheer Ltd.

On 6 May 2022, 295,495,129 Common stock were issued at $0.0115 at a cost basis of $3,398,194 to SRAX Inc.

On 27 May 2022, 20,000,000 Common stock were issued at $0.0102 at a cost basis of $204,000 to Stephen Posner.

On 28 July 2022, 100,000,000 Common stock were issued at $0.0061 at a cost basis of $610,000 to May Davis Partners Acquisition Company LLC.

On 31 August 2022, 295,495,129 Common stock were issued at $0.0115 at a cost basis of $3,398,193.98 to SRAX, Inc.

On 17 July 2023, 25,000,000 Common stock were issued at $0.0034 at a cost basis of $85,000 to Power Up Lending Group, Ltd.

On 27 July 2023, 20,000,000 Common stock were issued at $0.0047 at a cost basis of $94,000 to Quick Capital, LLC.

On 3 August 2023, 40,000,000 Common stock were issued at $0.0035 at a cost basis of $140,000 to Power Up Lending Group, Ltd.

On 3 August 2023, 25,000,000 Common stock were issued at $0.0035 at a cost basis of $87,500 to 1800 Diagonal Lending, LLC.

On 8 August 2023, 23,500,000 Common stock were issued at $0.0023 at a cost basis of $54,050 to Power Up Lending Group, Ltd.

On 15 August 2023, 10,000,000 Series A preferred shares were issued at $0.00001 at a cost basis of $100 to James A. Tilton.

On 17 August 2023, 50,000,000 Common stock were issued at $0.0017 at a cost basis of $85,000 to Power Up Lending Group, Ltd.

On 18 September 2023, 19,161,666 Common stock were issued at $0.0014 at a cost basis of $26,826.33 to Quick Capital, LLC.


## 5. Intangible Asset

On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Limited. TG Private Equity Limited agreed to facilitate the creation of an NSAV Native Token called NSBC, run on the OKEX chain. The Company agreed to pay USD 70,000 and issue $7,000,000 worth of the Company's preferred B Shares. This payment entitled the Company to own 50% of the founder's token pool, which constituted 5% of the total pool available. This realized to be 50,000,000 tokens. As of the 31 December 2021 these tokens were valued at $0.10 given at value of $5,000,000.

This has been treated as intangible asset in the financial statements as crypto assets do not meet the definition of cash or cash equivalents; financial instruments or financial assets. Although crypto assets may be held for sale in the ordinary course the business, they are not tangible assets and therefore may the definition of inventory. Intangible assets are defined as an asset that has no physical substance and crypto assets would generally meet the definition of intangible assets.


## 6. Goodwill

On 6 March 2021, the Company entered into a Digital Blockchain Token Company Acquisition Agreement between TG Private Equity Inc & the Company to create a "Token Company" called SBCDF Investment Inc. TG Private Equity Inc will issue a token in the third quarter of 2021. The Company realized a goodwill on the issuance of $17,450,000.

On 6 May 2022, TG Private Equity Inc cancelled and returned 500,000,000 Series B convertible preferred stock back to the Company. The goodwill on the creation of the SBCDF Investment token has been reversed.

On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Inc. TG Private Equity Inc agreed to facilitate the creation of an NSAV Native Token called NSBC, run on the OKEX chain. The Company realized goodwill of $2,070,000.

**7. DEX Exchange**

On 5 November 2021 the Company entered into a DEX Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on OKEX chain. The Company agreed to issue $7,000,000 of the Company's preferred B Shares and $80,000 cash.

On 1 December 2021 the Company entered into a DEX2 Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on Binance chain. The Company agreed to issue $8,000,000 of the Company's preferred B Shares.

**8. OTC Trading Desk**

On 5 August 2021 the Company entered into a Digital OTC Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of an OTC Cryptocurrency Trading Desk for the Company. The Company agreed to issue $8,000,000 worth of Company's preferred B Shares and $30,000 cash as consideration.

**9. Legal Litigation**

On December 2, 2021, Vikram P. Grover, an alleged former employee and consultant of the Company, filed a lawsuit against the Company in the United States District Court, Northern District of Illinois. Mr. Grover alleges lost wages, compensation, damages and accrued interest. The Company denies the allegations. None of the Company's current officers and directors were involved in the alleged hiring of Mr. Grover. On December 5, 2023, the same court entered a judgment in Mr. Grover's favor for the amount of $57,903,750.00. The Company will seek to have the judgement vacated.

The Company and Mr. Grover are presently in settlement negotiations through various third parties.

**10. Cryptocurrency**

On 5 February 2022, the Company entered into a BQEX Digital Exchange Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in BQEX cryptocurrency exchange. The Company agreed to pay $100,000 cash and issue $25,000,000 worth of the Company's preferred B shares as consideration. The Company also agreed to pay $200,000 worth of its common stock and agreed to pay $50,000 by 28 April 2022 and a further $50,000 by 29 May 2022.

On 25 February 2022, the Company entered into a Digital Blockchain Mining agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in the HIVE Cryptocurrency Mining project. The Company agreed to pay $40,000 cash and issue $5,000,000 worth of the Company's preferred B Shares as consideration.

**11. Blockchain**

On 17 January 2022, the Company entered into a Digital Blockchain Token agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of a blockchain NFT Token named MNC. The Company agreed to pay $35,000 cash and issue $7,000,000 worth of its Preferred B shares.

On 26 February 2022, the Company entered into a Jinbao Digital Blockchain NFT agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of a Jinbao blockchain NFT Token. The Company agreed to pay $100,000 cash and issue $1,000,000 worth of its Preferred B shares. The Company will also issue $200,000 worth of its common stock shares.

On 26 April 2022, the Company entered into a Digital Blockchain Mobile Mining Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in the Hive Digital Blockchain Mobile Mining Project. The Company agreed to pay $80,000 cash and issue $4,000,000 worth of the Company's preferred B shares as consideration.

## 12. Protocol

On 17 January 2022, the Company entered into a Blockchain Protocol Venture agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a Joint Venture with VAGABOND protocol. The Company agreed to pay and issue $1,000,000 worth of its Preferred B shares.

## 13. Awallet

On 18 April 2022, the Company entered into a Digital Wallet and Acoin distribution agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in Awallet. The Company agreed to pay $130,000 cash and agreed to issue $8,000,000 worth of the Company's preferred B shares as consideration. Along with this the Company agreed to issue $200,000 worth of the Company's common stock and pay $20,000 cash by 1 July 2022.

## 14. Active World Club

On 14 October 2022, the Company entered into an Agreement with Active World Holdings, Inc. to issue preferred shares in exchange for 100% interest in AWC Exchange Inc.

This Agreement was subsequently amended in the Acquisition Agreement dated 21 December 2022, where by a Promissory Note was entered into for $2,500,000.

On 3 March 2023, the Company and AWH amended the 21 December 2022 Acquisition Agreement. The Company and AWH will form a joint venture to develop and operate the AWC exchange. The Company will invest $250,000 into the joint venture, in the form of a promissory note and the 21 December 2022 promissory notes in the amount of $2.5 million are cancelled.

On November 30, 2023, the Company and AWH amended and effectively cancelled the March 3, 2023 Joint Venture Agreement and reverted back to the December 20, 2022 Amended Acquisition Agreement, whereby the Company purchased from AWH 100% of www.awcexchange.com, which was rebranded www.nsavx.com. The purchase price was two million five hundred thousand U.S. Dollars ($2,500,000.00), payable in the form of a one-year, Convertible Secured Promissory Note, bearing an interest rate of 8% per annum.

## 15. FUNGY

On July 21, 2023, the Company entered into a definitive share purchase agreement with Valiant Eagle, Inc., to acquire 40% of the shares of the state-of-the-art NFT Marketplace, FUNGY, for five hundred thousand U.S. Dollars, ($500,000.00), payable in the form of a one year promissory note, bearing an interest rate of 8% per annum.

On January 8, 2024, the Company and Valiant Eagle, Inc. mutually agreed to rescind the July 21, 2023 agreement and cancel the promissory note.

## 16. Edward Stone Lawsuit #1

On August 31, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys. filed a lawsuit against the Company in the United States District Court of Connecticut. Stone Law was seeking the sum of $81,409.00. for legal services. The Company denies these claims.

## 17. Edward Stone Lawsuit #2

On September 21, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys. filed a lawsuit against the Company in the Supreme Court of the State of New York, County of New York. Stone Law was seeking the sum of $41,042.50 for legal services. The Company denies these claims.

## 18. Cryptocurrency Holdings

In Q4 2023, the Company received various cryptocurrency assets in exchange for services rendered. The revenue was recorded accordingly, and the cryptocurrency assets were recorded as Intangible Assets.

In Q1 2024, the Company received various cryptocurrency assets in exchange for services rendered. The revenue was recorded accordingly, and the cryptocurrency assets were recorded as Intangible Assets.

## 19. Financial Statement Revisions

On May 2, 2024, the Company revised the presentation of the Annual 2023 financial statements. Changes were made to show Annual 2023 compared to Annual 2022, rather than Q4 2023 to Q3 2023. In addition, the Statement of Shareholder's Equity (SSE) was revised to included Preferred Shares, the lack of which was resulting in an incorrect ending balance on the SSE.

# Exhibit "I"

OTC Markets OTCPK - Delayed Quote • USD

# Net Savings Link, Inc. (NSAV)    ☆ Follow

## 0.0106 +0.0004 (+3.7182%)

As of May 30 at 11:09 AM EDT. Market Open.

Jan 01, 2024 - May 31, 2024 ⌄    Historical Prices ⌄    Daily ⌄

Currency in USD    |    ⬇ Download

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| May 30, 2024 | 0.0105 | 0.0107 | 0.0091 | 0.0106 | 0.0106 | 37,108,420 |
| May 29, 2024 | 0.0120 | 0.0126 | 0.0101 | 0.0102 | 0.0102 | 25,256,356 |
| May 28, 2024 | 0.0132 | 0.0134 | 0.0116 | 0.0120 | 0.0120 | 23,986,354 |
| May 24, 2024 | 0.0104 | 0.0135 | 0.0104 | 0.0124 | 0.0124 | 33,841,443 |
| May 23, 2024 | 0.0100 | 0.0105 | 0.0093 | 0.0105 | 0.0105 | 21,114,293 |
| May 22, 2024 | 0.0116 | 0.0116 | 0.0084 | 0.0094 | 0.0094 | 39,291,345 |
| May 21, 2024 | 0.0120 | 0.0125 | 0.0077 | 0.0103 | 0.0103 | 102,944,407 |
| May 20, 2024 | 0.0170 | 0.0189 | 0.0102 | 0.0120 | 0.0120 | 87,480,330 |
| May 17, 2024 | 0.0185 | 0.0210 | 0.0151 | 0.0164 | 0.0164 | 127,164,806 |
| May 16, 2024 | 0.0148 | 0.0196 | 0.0145 | 0.0182 | 0.0182 | 101,644,810 |
| May 15, 2024 | 0.0116 | 0.0140 | 0.0084 | 0.0133 | 0.0133 | 67,818,430 |
| May 14, 2024 | 0.0123 | 0.0129 | 0.0088 | 0.0099 | 0.0099 | 102,875,224 |
| May 13, 2024 | 0.0099 | 0.0133 | 0.0099 | 0.0121 | 0.0121 | 100,283,380 |
| May 10, 2024 | 0.0066 | 0.0100 | 0.0066 | 0.0098 | 0.0098 | 50,327,072 |
| May 9, 2024 | 0.0071 | 0.0075 | 0.0061 | 0.0068 | 0.0068 | 22,072,719 |
| May 8, 2024 | 0.0073 | 0.0076 | 0.0066 | 0.0072 | 0.0072 | 29,926,756 |
| May 7, 2024 | 0.0073 | 0.0077 | 0.0070 | 0.0072 | 0.0072 | 21,235,657 |
| May 6, 2024 | 0.0070 | 0.0076 | 0.0067 | 0.0071 | 0.0071 | 29,652,805 |
| May 3, 2024 | 0.0065 | 0.0070 | 0.0062 | 0.0066 | 0.0066 | 25,972,027 |
| May 2, 2024 | 0.0055 | 0.0067 | 0.0054 | 0.0061 | 0.0061 | 44,421,925 |
| May 1, 2024 | 0.0065 | 0.0065 | 0.0043 | 0.0056 | 0.0056 | 100,331,444 |
| Apr 30, 2024 | 0.0084 | 0.0085 | 0.0055 | 0.0067 | 0.0067 | 94,539,705 |
| Apr 29, 2024 | 0.0068 | 0.0104 | 0.0068 | 0.0081 | 0.0081 | 121,837,398 |
| Apr 26, 2024 | 0.0048 | 0.0068 | 0.0045 | 0.0067 | 0.0067 | 108,873,037 |
| Apr 25, 2024 | 0.0040 | 0.0050 | 0.0040 | 0.0048 | 0.0048 | 55,048,713 |
| Apr 24, 2024 | 0.0027 | 0.0042 | 0.0026 | 0.0039 | 0.0039 | 112,612,876 |
| Apr 23, 2024 | 0.0026 | 0.0029 | 0.0024 | 0.0027 | 0.0027 | 18,668,359 |
| Apr 22, 2024 | 0.0028 | 0.0029 | 0.0025 | 0.0028 | 0.0028 | 24,869,608 |
| Apr 19, 2024 | 0.0028 | 0.0029 | 0.0025 | 0.0027 | 0.0027 | 20,983,634 |
| Apr 18, 2024 | 0.0030 | 0.0031 | 0.0024 | 0.0027 | 0.0027 | 34,974,503 |
| Apr 17, 2024 | 0.0023 | 0.0032 | 0.0022 | 0.0029 | 0.0029 | 77,999,240 |
| Apr 16, 2024 | 0.0029 | 0.0029 | 0.0019 | 0.0022 | 0.0022 | 68,549,864 |
| Apr 15, 2024 | 0.0017 | 0.0032 | 0.0015 | 0.0027 | 0.0027 | 381,193,867 |
| Apr 12, 2024 | 0.0015 | 0.0016 | 0.0014 | 0.0015 | 0.0015 | 9,418,043 |
| Apr 11, 2024 | 0.0014 | 0.0016 | 0.0014 | 0.0015 | 0.0015 | 4,137,644 |
| Apr 10, 2024 | 0.0014 | 0.0016 | 0.0014 | 0.0014 | 0.0014 | 3,299,570 |
| Apr 9, 2024 | 0.0015 | 0.0016 | 0.0014 | 0.0016 | 0.0016 | 2,807,075 |
| Apr 8, 2024 | 0.0014 | 0.0016 | 0.0014 | 0.0014 | 0.0014 | 2,932,991 |
| Apr 5, 2024 | 0.0015 | 0.0015 | 0.0014 | 0.0014 | 0.0014 | 5,030,530 |
| Apr 4, 2024 | 0.0016 | 0.0016 | 0.0014 | 0.0014 | 0.0014 | 6,225,792 |
| Apr 3, 2024 | 0.0015 | 0.0016 | 0.0015 | 0.0015 | 0.0015 | 7,566,486 |
| Apr 2, 2024 | 0.0015 | 0.0016 | 0.0015 | 0.0016 | 0.0016 | 4,934,819 |
| Apr 1, 2024 | 0.0013 | 0.0016 | 0.0013 | 0.0015 | 0.0015 | 16,712,900 |
| Mar 28, 2024 | 0.0015 | 0.0015 | 0.0012 | 0.0014 | 0.0014 | 23,165,186 |
| Mar 27, 2024 | 0.0014 | 0.0015 | 0.0013 | 0.0014 | 0.0014 | 30,390,787 |
| Mar 26, 2024 | 0.0014 | 0.0016 | 0.0014 | 0.0015 | 0.0015 | 10,600,777 |
| Mar 25, 2024 | 0.0014 | 0.0016 | 0.0013 | 0.0014 | 0.0014 | 14,388,130 |
| Mar 22, 2024 | 0.0016 | 0.0016 | 0.0014 | 0.0015 | 0.0015 | 1,572,216 |
| Mar 21, 2024 | 0.0014 | 0.0016 | 0.0014 | 0.0015 | 0.0015 | 8,030,930 |

| Date | | | | | | Volume |
|------|------|------|------|------|------|------|
| Mar 21, 2024 | 0.0014 | 0.0016 | 0.0014 | 0.0015 | 0.0015 | 2,232,230 |
| Mar 20, 2024 | 0.0014 | 0.0015 | 0.0014 | 0.0014 | 0.0014 | 4,395,073 |
| Mar 19, 2024 | 0.0014 | 0.0015 | 0.0014 | 0.0014 | 0.0014 | 2,185,905 |
| Mar 18, 2024 | 0.0015 | 0.0015 | 0.0014 | 0.0014 | 0.0014 | 4,167,032 |
| Mar 15, 2024 | 0.0016 | 0.0016 | 0.0013 | 0.0014 | 0.0014 | 7,027,346 |
| Mar 14, 2024 | 0.0016 | 0.0016 | 0.0015 | 0.0016 | 0.0016 | 5,067,622 |
| Mar 13, 2024 | 0.0015 | 0.0016 | 0.0014 | 0.0014 | 0.0014 | 8,322,926 |
| Mar 12, 2024 | 0.0014 | 0.0016 | 0.0013 | 0.0014 | 0.0014 | 11,821,073 |
| Mar 11, 2024 | 0.0014 | 0.0014 | 0.0013 | 0.0013 | 0.0013 | 4,472,913 |
| Mar 8, 2024 | 0.0014 | 0.0015 | 0.0013 | 0.0014 | 0.0014 | 5,211,723 |
| Mar 7, 2024 | 0.0013 | 0.0015 | 0.0013 | 0.0014 | 0.0014 | 10,105,751 |
| Mar 6, 2024 | 0.0014 | 0.0014 | 0.0013 | 0.0014 | 0.0014 | 5,974,118 |
| Mar 5, 2024 | 0.0016 | 0.0016 | 0.0012 | 0.0014 | 0.0014 | 61,376,280 |
| Mar 4, 2024 | 0.0016 | 0.0016 | 0.0013 | 0.0015 | 0.0015 | 11,246,764 |
| Mar 1, 2024 | 0.0015 | 0.0016 | 0.0013 | 0.0015 | 0.0015 | 16,327,307 |
| Feb 29, 2024 | 0.0014 | 0.0015 | 0.0012 | 0.0014 | 0.0014 | 48,912,503 |
| Feb 28, 2024 | 0.0015 | 0.0016 | 0.0014 | 0.0014 | 0.0014 | 1,561,309 |
| Feb 27, 2024 | 0.0016 | 0.0016 | 0.0014 | 0.0015 | 0.0015 | 6,048,854 |
| Feb 26, 2024 | 0.0015 | 0.0016 | 0.0014 | 0.0015 | 0.0015 | 6,288,243 |
| Feb 23, 2024 | 0.0014 | 0.0016 | 0.0014 | 0.0016 | 0.0016 | 26,971,518 |
| Feb 22, 2024 | 0.0015 | 0.0016 | 0.0014 | 0.0016 | 0.0016 | 3,407,880 |
| Feb 21, 2024 | 0.0014 | 0.0016 | 0.0014 | 0.0014 | 0.0014 | 4,899,842 |
| Feb 20, 2024 | 0.0015 | 0.0015 | 0.0014 | 0.0014 | 0.0014 | 5,422,771 |
| Feb 16, 2024 | 0.0014 | 0.0016 | 0.0014 | 0.0014 | 0.0014 | 5,556,379 |
| Feb 15, 2024 | 0.0014 | 0.0016 | 0.0014 | 0.0014 | 0.0014 | 4,337,871 |
| Feb 14, 2024 | 0.0014 | 0.0016 | 0.0014 | 0.0015 | 0.0015 | 7,924,565 |
| Feb 13, 2024 | 0.0014 | 0.0016 | 0.0014 | 0.0015 | 0.0015 | 5,705,154 |
| Feb 12, 2024 | 0.0014 | 0.0016 | 0.0014 | 0.0016 | 0.0016 | 7,215,023 |
| Feb 9, 2024 | 0.0014 | 0.0015 | 0.0014 | 0.0014 | 0.0014 | 3,091,562 |
| Feb 8, 2024 | 0.0014 | 0.0015 | 0.0014 | 0.0014 | 0.0014 | 25,133,702 |
| Feb 7, 2024 | 0.0014 | 0.0015 | 0.0014 | 0.0015 | 0.0015 | 3,858,118 |
| Feb 6, 2024 | 0.0016 | 0.0016 | 0.0014 | 0.0014 | 0.0014 | 6,753,894 |
| Feb 5, 2024 | 0.0014 | 0.0016 | 0.0014 | 0.0015 | 0.0015 | 7,028,445 |
| Feb 2, 2024 | 0.0015 | 0.0015 | 0.0014 | 0.0015 | 0.0015 | 11,130,504 |
| Feb 1, 2024 | 0.0019 | 0.0020 | 0.0015 | 0.0016 | 0.0016 | 20,602,256 |
| Jan 31, 2024 | 0.0019 | 0.0019 | 0.0018 | 0.0019 | 0.0019 | 1,867,819 |
| Jan 30, 2024 | 0.0018 | 0.0020 | 0.0018 | 0.0019 | 0.0019 | 7,823,982 |
| Jan 29, 2024 | 0.0020 | 0.0021 | 0.0018 | 0.0019 | 0.0019 | 7,030,615 |
| Jan 26, 2024 | 0.0019 | 0.0020 | 0.0018 | 0.0020 | 0.0020 | 13,134,376 |
| Jan 25, 2024 | 0.0021 | 0.0021 | 0.0017 | 0.0019 | 0.0019 | 6,553,655 |
| Jan 24, 2024 | 0.0019 | 0.0021 | 0.0017 | 0.0017 | 0.0017 | 12,652,185 |
| Jan 23, 2024 | 0.0018 | 0.0022 | 0.0018 | 0.0019 | 0.0019 | 11,051,971 |
| Jan 22, 2024 | 0.0015 | 0.0021 | 0.0015 | 0.0019 | 0.0019 | 21,888,196 |
| Jan 19, 2024 | 0.0015 | 0.0017 | 0.0015 | 0.0015 | 0.0015 | 6,985,741 |
| Jan 18, 2024 | 0.0015 | 0.0017 | 0.0014 | 0.0016 | 0.0016 | 15,256,956 |
| Jan 17, 2024 | 0.0014 | 0.0015 | 0.0014 | 0.0015 | 0.0015 | 7,290,013 |
| Jan 16, 2024 | 0.0014 | 0.0015 | 0.0013 | 0.0014 | 0.0014 | 43,315,214 |
| Jan 12, 2024 | 0.0016 | 0.0016 | 0.0013 | 0.0015 | 0.0015 | 54,991,538 |
| Jan 11, 2024 | 0.0016 | 0.0017 | 0.0014 | 0.0015 | 0.0015 | 20,109,114 |
| Jan 10, 2024 | 0.0014 | 0.0017 | 0.0014 | 0.0016 | 0.0016 | 5,457,323 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Jan 9, 2024 | 0.0015 | 0.0016 | 0.0014 | 0.0015 | 0.0015 | 39,763,380 |
| Jan 8, 2024 | 0.0015 | 0.0015 | 0.0012 | 0.0014 | 0.0014 | 80,875,093 |



| NCPL | NHMD | AGBA | BEGI | BITF | PHIL | IFXY | BETSF |
|---|---|---|---|---|---|---|---|
| Netcapital Inc. | Nate's Food Co. | AGBA Group Holding L... | BlackStar Enterprise G... | Bitfarms Ltd. | Philux Global Group Inc. | Infrax Systems, Inc. | Bit Brother Limited |
| **0.1308** +4.47% | **0.0003** -25.00% | **3.0699** +1.65% | **0.0023** 0.00% | **2.1800** 0.00% | **0.0003** +50.00% | **0.0005** -10.00% | **0.7000** -1.41% |

| Jan 2, 2024 | 0.0016 | 0.0019 | 0.0013 | 0.0016 | 0.0016 | 35,129,494 |



Copyright © 2024 Yahoo.
All rights reserved.

  

**POPULAR QUOTES**
Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT

**EXPLORE MORE**
Mortgages
Credit Cards
Sectors
Crypto Heatmap
Biden Economy
Financial News

**ABOUT**
Data Disclaimer
Help
Suggestions
Sitemap
What's New

# Exhibit "J"

**Markets**

About Blog OTCIQ          IQ

Market Activity

Corporate Services

OTC Link ATS

Market Data

Learn

About

Blog

Market Activity / Stock / NSAV / News / -

# NSAV
### Net Savings Link, Inc.

Common Stock

## 0.0106 ↑ 0.00038 3.72%

0.0104 / 0.0109 (1 x 1)

Real-Time Best Bid & Ask: 07:46am 05/31/2024
Delayed (15 Min) Trade Data: 12:00am 05/30/2024

| Overview | Quote | Company Profile | Security Details | News | Financials | Disclosure | Research |

**Pink** ✓ Verified Profile 04/2024

Pink Current Information

🛡 Transfer Agent Verified

### OTC DISCLOSURE & NEWS SERVICE

**NSAV Announces Intent to Acquire DiVinciPay Corp.**                    Press Release | 05/28/2024

**LONDON, UK / ACCESSWIRE / May 28, 2024 /** Net Savings Link, Inc. (OTC Pink:NSAV), a cryptocurrency, blockchain and digital asset technology company, announced today that it has signed a Letter of Intent (LOI) to acquire DiVinciPay Corp. https://www.divincipay.com, an innovator in digital payment technology. This strategic acquisition would signify a major expansion for NSAV, enhancing its capabilities within the digital finance ecosystem by integrating with DiVinciPay Corp.'s state-of-the-art decentralized payment solutions.



Highlights of the Proposed Transaction Include:

**Transaction Structure:** Subject to specific performance benchmarks pre-closing, Net Savings Link, Inc. will acquire 100% of DiVinciPay Corp., including all assets such as contracts, customers, proprietary code, and equipment. The existing management team at DiVinciPay will be retained to ensure continuity and expertise.

Applications include:

• DiVinciPay.com

• DiVinciGate,com (Cross Chain Gateway)



• DiVinciconnect.com (Domain Only)

• DiVinciChain.com (Domain Only)

• DiVinciAlert.com (Domain Only)

• DiVinciWallet.com (EVM - In BETA)

• DiVinciPayinvoice.com (in BETA)

• DiVinciCouncil.com (DAO)

• DiVinciHotel.com

• DiVinciEats.com

• DiVinciPayNetwork.com

• DiVinciRecords.com

• VerifyIRL.com

• Digitalstmarketwire.com (in BETA)

**Exclusivity Period:** DiVinciPay Corp. has agreed to a 90-day exclusivity period during which Net Savings Link, Inc. will perform comprehensive due diligence to ensure a seamless integration. Although a 90-day exclusivity period has been granted, it is the goal of the parties to close this acquisition within thirty-days (30) from the execution of the LOI.

**Future Collaborations:** The acquisition aims to leverage DiVinciPay Corp.'s advanced decentralized technologies in conjunction with Net Savings Link, Inc.'s broad centralized market reach, including its NSAVpay platform, to enhance customer value and expand market presence.

NSAV released the following statement, "We are thrilled to welcome DiVinciPay Corp. into our corporate family. When completed, this acquisition is perfectly aligned with our strategy to innovate and expand within the digital finance arena, and we are excited about the opportunities this partnership will create."

DiVinciPay Corp., added, "Our union with Net Savings Link, Inc. is a transformative step for our operations and reaffirms our commitment to advancing digital payment technologies. We look forward to combining our strengths and exploring new avenues together."

**About Net Savings Link, Inc.:** NSAV's vision is the establishment of a fully integrated technology company, which provides turnkey technological solutions to the cryptocurrency, blockchain and digital asset industries. The Company drives innovation in the digital currency space by developing advanced blockchain technologies, digital assets, and market solutions that bridge the gap between traditional business frameworks and the future of decentralized technology. Over time, the Company plans to provide a wide range of services such as software solutions, e-commerce, financial services, advisory services and information technology.

**About DiVinciPay Corp.:** DiVinciPay Corp. specializes in digital payment solutions designed to simplify transactions worldwide. Their innovative technology facilitates a secure and seamless digital payment experience, enhancing convenience for users globally. To learn more about DiVinciPay, visit, https://www.divincipay.com.

For further information please contact NSAV at info@nsavholdinginc.com

For further information please contact NSAVx.com at hello@nsavxmail.com

The NSAV corporate website can be accessed at https://www.netsavingslinkinc.com

The NSAV CEX website can be accessed at https://nsavx.com/

The AirdropX.co website can be accessed at https://www.airdropx.co/

The Swopx.io website can be accessed at httpsrw.swopx.io

The NSAV Stock information website can be accessed at https://www.nsavstock.com

The NSAVx Token website can be accessed at https://www.nsavxtoken.com/nsavx-token

The NSAVx Discord Server can be accessed at https://discord.com/invite/7Q2Vv5NmKd

The NSAV Twitter account can be accessed at https://twitter.com/nsav_tech

This press release contains certain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended and Section 21E of the Securities Exchange Act of 1934, which are intended to be covered by the safe harbors created thereby. Investors are cautioned that, all forward-looking statements involve risks and uncertainties, including without limitation, the ability of Net Savings Link, Inc. to accomplish its stated plan of business. Net Savings Link, Inc. believes that the assumptions underlying the forward-looking statements contained herein are reasonable, any of the assumptions could be inaccurate, and therefore, there can be no assurance that the forward-looking statements included in this press release will prove to be accurate. In light of the significant uncertainties inherent in the forward- looking statements included herein, the inclusion of such information should not be regarded as a representation by Net Savings Link, Inc. or any other person.

**Contact**

Net Savings Link, Inc.
info@nsavholdinginc.com

**Media Contact**

Organization: Net Savings Link Inc
Contact Person: James Tilton
Website: https://www.nsavholdinginc.com
Email: info@nsavholdinginc.com
Contact Number: +17185698815
Address: 26 Grosvenor Street, Mayfair
Address 2: W1K4QW
City: London
Country: United Kingdom

**SOURCE:** Net Savings Link Inc

View the original press release on accesswire.com



‹ Back to News Headlines

---

## Other Financial Information

Recent News & Disclosure Filings                                                    ›

Recent SEC Filings                                                                  ›



| | SYMBOL | LAST | CHANGE | BID | ASK | VOLUME | TIME |
|---|---|---|---|---|---|---|---|
| QUOTE | OTCM | 51.55 | 0.00 (0.00%) | 51.90 | 52.00 | 0 | 00:00 |

   

Contact

Careers

Market Hours

Glossary

© 2024 OTC Markets Group Inc.    Terms of Service    Linking Terms    Trademarks    Privacy Statement    Code of Conduct    Risk Warning    Supported Browsers    Limit the Use, Disclosure or Sale of My Personal Information



# Exhibit "K"



**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

WY Secretary of State
FILED: May 7 2024 8:01AM
Original ID: 2024-001453376

# Profit Corporation
# Articles of Incorporation

**I.** **The name of the profit corporation is:**
NSAVx.com

**II.** **The name and physical address of the registered agent of the profit corporation is:**
Buffalo Registered Agents LLC
412 N Main St Ste 100
Buffalo, WY 82834

**III.** **The mailing address of the profit corporation is:**
2374 Route 390
P.O. Box 609
Mountainehome, PA 18342

**IV.** **The principal office address of the profit corporation is:**
2374 Route 390
P.O. Box 609
Mountainehome, PA 18342

**V.** **The number, par value, and class of shares the profit corporation will have the authority to issue are:**

| | | | |
|---|---|---|---|
| Number of Common Shares: | 100,000,000 | Common Par Value: | $0.0000 |
| Number of Preferred Shares: | 0 | Preferred Par Value: | $0.0000 |

**VI.** **The name and address of each incorporator is as follows:**
James Tilton, Net Savings Link
2374 Route 390  P.O. Box 609  Mountainehome, PA 18342

| | | | |
|---|---|---|---|
| **Signature:** | *James Tilton* | Date: | **05/07/2024** |
| Print Name: | **James Tilton** | | |
| Title: | **CEO** | | |
| Email: | **hello@nsavxtoken.com** | | |
| Daytime Phone #: | **(718) 569-8815** | | |

![Wyoming Secretary of State logo]

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020

Ph. 307-777-7311

Secretary of State

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Business Corporation Act, (W.S. 17-16-101 through 17-16-1804) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Incorporation that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I affirm, under penalty of perjury, that I have received actual, express permission from each of the following incorporators to add them to this business filing: James Tilton, Net Savings Link

☑ I consent on behalf of the business entity to accept electronic service of process at the email address provided with Article IV, Principal Office Address, under the circumstances specified in W.S. 17-28-104(e).

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:** ☑ An Individual ☐ An Organization

## Filer Information:
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Incorporation.**

Signature: *James Tilton*                    Date: **05/07/2024**

Print Name: **James Tilton**

Title: **CEO**

Email: **hello@nsavxtoken.com**

Daytime Phone #: **(718) 569-8815**


## Consent to Appointment by Registered Agent

**Buffalo Registered Agents LLC**, whose registered office is located at **412 N Main St Ste 100, Buffalo, WY 82834**, voluntarily consented to serve as the registered agent for **NSAVx.com** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature: *James Tilton*                              Date: **05/07/2024**

Print Name:   **James Tilton**

Title:          **CEO**

Email:          **hello@nsavxtoken.com**

Daytime Phone #:   **(718) 569-8815**

# STATE OF WYOMING
## Office of the Secretary of State

I, CHUCK GRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF INCORPORATION

**NSAVx.com**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **7th** day of **May**, **2024** at **8:01 AM.**

Remainder intentionally left blank.

Secretary of State

Filed Date: 05/07/2024

Filed Online By:

James Tilton

on 05/07/2024

# Exhibit "L"



OTC**Markets**

About   Blog   OTCIQ          IQ

Market Activity

Corporate Services

OTC Link ATS

Market Data

Learn

About

Blog

Market Activity / Stock / NSAV / News / -

# NSAV
Net Savings Link,
Inc.

Common Stock

## 0.0106 ↑ 0.00038
3.72%

0.0104 / 0.0109 (1 x 1)

Real-Time Best Bid & Ask: 07:46am
05/31/2024
Delayed (15 Min) Trade Data:
12:00am 05/30/2024

Overview  Quote  Company   Security  News  Financials  Disclosure  Research
                 Profile   Details

**Pink** ✓

Pink
Current
Information

Verified
Profile
04/2024

Transfer
Agent
Verified

DAILY
ADVAN⊂

QX  IESF
QX  CVA
QX  TSC
QX  VNF
QX  NVL

## OTC DISCLOSURE & NEWS SERVICE

**NSAV Announces Formation of
NSAVx.com Wyoming and
Preliminary Results of
MyAirDropAlert Joint-Marketing
Campaign**

Press
Release |
05/10/2024

Net Savings Link, Inc. (OTC: NSAV), a cryptocurrency,
blockchain and digital asset technology company,
announced today the formation of NSAVx.com
https://nsavx.com/ as a wholly-owned subsidiary on May
7, 2024.

NSAVx.com has been incorporated in Wyoming (2024-
001453376) with 100,000,000 shares of common stock
authorized at zero par value. The purpose of this
incorporation is to hold both domestic and international
NSAVx.com exchange assets, with the potential for a
future spin-off as a special dividend to NSAV
shareholders.

NSAV also announced the preliminary results of its joint-
marketing campaign with MyAirDropAlert.com
https://www.myairdropalert.com/ (MADA), which
commenced on May 8. MADA boasts a membership base
of over 8,000,000 users. The campaign aims to onboard
these members to the NSAVx.com CEX exchange.

Since the launch of the email marketing campaign, the
NSAV has been sending 1,000,000 emails per day to
MADA members. As of this morning, over 2,000,000
emails have been sent, resulting in 641,000 opens,
263,000 clicks, and 71,863 new exchange signups. This
brings the total number of exchange users to 108,983.

Prior to this campaign, the exchange was experiencing just under 3,000 new sign-ups per day.

NSAV released the following statement, "We are pleased with the growth from the joint- marketing campaign with MADA. Our original goal of 400,000 new signups for the exchange in May is within reach.

The Company went on to state, We also see the new NSAVx.com corporation as the next step in monetizing our exchange assets, as we explore its potential spin-offs in the future."

For further information please contact NSAV at info@nsavholdinginc.com

The NSAV Centralized Cryptocurrency Exchange (CEX) website can be accessed at https://nsavx.com/

The AirdropX.co website can be accessed at https://www.airdropx.co/

The NSAVx Token website can be accessed at https://www.nsavxtoken.com/nsavx-token

The NSAVx Discord Server can be accessed at https://discord.com/invite/7Q2Vv5NmKd

The NSAV Twitter account can be accessed at https://twitter.com/nsav_tech

The NSAV corporate website can be accessed at http://nsavholdinginc.com

The NSAV Hong Kong OTC Crypto Trading Desk website can be accessed at

https://hkotc.co/

This press release contains certain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended and Section 21E of the Securities Exchange Act of 1934, which are intended to be covered by the safe harbors created thereby. Investors are cautioned that, all forward-looking statements involve risks and uncertainties, including without

limitation, the ability of Net Savings Link, Inc. to accomplish its stated plan of business. Net Savings Link, Inc. believes that the assumptions underlying the forward-looking statements contained herein are reasonable, any of the assumptions could be inaccurate, and therefore, there can be no assurance that the forward-looking statements included in this press release will prove to be accurate. In light of the significant uncertainties inherent in the forward-looking statements included herein, the inclusion of such information should not be regarded as a representation by Net Savings Link, Inc. or any other person.

Contact

Net Savings Link, Inc.

info@nsavholdinginc.com



‹ Back to News Headlines

## Other Financial Information

| Recent News & Disclosure Filings | › |
| --- | --- |
| Recent SEC Filings | › |



| QUOTE | SYMBOL | LAST | CHANGE | BID | ASK | VOLUME | TIME |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | OTCM | 51.55 | 0.00 (0.00%) | 51.90 | 52.00 | 0 | 00:00 |

Contact
Careers
Market Hours
Glossary

© 2024 OTC Markets Group Inc.    Terms of Service    Linking Terms    Trademarks    Privacy Statement    Code of Conduct    Risk Warning    Supported Browsers    Limit the Use, Disclosure or Sale of My Personal Information

# Exhibit "M"

# OTCMarkets

About   Blog   OTCIQ          IQ

Market Activity

Corporate Services

OTC Link ATS

Market Data

Learn

About

Blog

Market Activity / Stock / NSAV / News / -

## NSAV

Net Savings Link, Inc.

Common Stock

### 0.0051 ↑ 0.0001 2.00%

0.005 / 0.0053 (1 × 1)

Real-Time Best Bid & Ask: 12:41pm 06/14/2024
Delayed (15 Min) Trade Data: 12:28pm 06/14/2024

Overview   Quote   Company Profile   Security Details   News   Financials   Disclosure   Research

**Pink** ✓ Verified Profile 06/2024

Pink Current Information

🛡 Transfer Agent Verified

**OTC DISCLOSURE & NEWS SERVICE**

NSAV Announces Formation of NSAVx.com, Inc. in Puerto Rico and Application for Puerto Rico Money Transmitter License

Press Release | 06/06/2024

**LONDON, UK / ACCESSWIRE / June 6, 2024 /** Net Savings Link, Inc. (OTC PINK:NSAV), a leading Web3, blockchain and digital asset technology company, announced today the formation of NSAVx.com, Inc. in Puerto Rico and the submission of its application for a Puerto Rico Money Transmitter License (MTL).



According to the Nationwide Multistate Licensing System (NMLS), any company engaged in the money transmitting business in Puerto Rico must be licensed. A money transmitting business includes services or activities involving the receipt of payment orders, such as bank drafts, checks, personal money orders, or other means of money transmission or payment. This includes electronic transfers, wires,

telephone payments, or any medium used to transfer funds to a beneficiary, for which a service charge is paid.

Additionally, the MTL encompasses all money service businesses handling cryptocurrency or convertible virtual currency, such as Bitcoin, Bitcoin Cash, Ethereum, Litecoin, Cardano, Tether, and those operating Bitcoin Teller Machines (BTMs).

Recently, key NSAV executives attended the Consensus and DNA House conference in Austin, Texas. Kevin Simon, CEO of NSAV, was a special guest speaker, and NSAV sponsored the DNA House event. Productive meetings with the DNA.fund executive team led NSAV management to establish NSAVx.com, Inc. in Puerto Rico and apply for the Puerto Rico Money Transmitter License, solidifying future business dealings between the firms.

NSAV also announced today the expansion of the HMLA and EVEREST LP partnership listings for June 2024, including:

• The EVEREST Token

• The DIVPAY Token

• The GBUX Token

• The MADA Token

• The CUBED Token

• The WRIT Token

Each token will have a $100,000 ETH/Token pair for the initial pool.

Kevin Simon, CEO of NSAV, stated "Having the opportunity to meet with industry leaders such as Brock Pierce, Chris Miglino, Scott Walker, and Emil Bailey and hear their vision for the Web3 industry was a true eye-opener. DNA.fund is at the forefront of the Web3 space, and we are honored to work with their team of professionals. Establishing NSAVx.com, Inc. in Puerto Rico and applying for the MTL reinforces our commitment to being at the forefront of the growing Puerto Rico crypto community."

Ryan Nguyen, CEO of HMLA added "Rapid revenue recognition is one of our primary goals. Launching these LP partnerships will help us achieve our goal of retiring debt on our balance sheet and restoring equity reserves to our treasury."

For real-time updates, join both companies' Discord channels:

• NSAVx: https://discord.gg/rnwszGvAjD

• HMLA: https://discord.gg/DZUUfrYGcT

About Net Savings Link, Inc.: NSAV's vision is the establishment of a fully integrated technology company, which provides turnkey technological solutions to the Web3, blockchain and digital asset industries. The Company drives innovation in the digital currency space by developing advanced blockchain technologies, digital assets, and market solutions that bridge the gap between traditional business frameworks and the future of decentralized technology. Over time, the Company plans to provide a wide range of services such as software solutions, e-commerce, financial services, advisory services and information technology.

For further information please contact NSAV at info@nsavholdinginc.com

For further information please contact NSAVx.com at hello@nsavxmail.com

The NSAV corporate website can be accessed at https://www.netsavingslinkinc.com

The NSAV CEX website can be accessed at https://nsavx.com/

The AirdropX.co website can be accessed at https://www.airdropx.co/

The Swopx.io website can be accessed at https://www.swopx.io

The NSAV Stock information website can be accessed at https://www.nsavstock.com

The NSAVx Token website can be accessed at https://www.nsavxtoken.com/nsavx-token

The NSAVx Discord Server can be accessed at https://discord.com/invite/7Q2Vv5NmKd

The NSAV Twitter account can be accessed at https://twitter.com/nsav_tech

This press release contains certain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended and Section 21E of the Securities Exchange Act of 1934, which are intended to be covered by the safe harbors created thereby. Investors are cautioned that, all forward-looking statements involve risks and uncertainties, including without limitation, the ability of Net Savings Link, Inc. to accomplish its stated plan of business. Net Savings Link, Inc. believes that the assumptions underlying the forward-looking statements contained herein are reasonable, any of the assumptions could be inaccurate, and therefore, there can be no assurance that the forward-looking statements included in this press release will prove to be accurate. In light of the significant uncertainties inherent in the forward- looking statements included herein, the inclusion of such information should not be regarded as a representation by Net Savings Link, Inc. or any other person.

**Contact**

Net Savings Link, Inc.
info@nsavholdinginc.com

**Media Contact**

Organization: Net Savings Link Inc
Contact Person: James Tilton
Website: https://www.nsavholdinginc.com
Email: info@nsavholdinginc.com
Contact Number: +17185698815
Address: 26 Grosvenor Street, Mayfair
Address 2: W1K0QW
City: London
Country: United Kingdom

**SOURCE:** Net Savings Link Inc

View the original press release on accesswire.com



‹ Back to News Headlines

## Other Financial Information

Recent News & Disclosure Filings                    ›

Recent SEC Filings                                  ›

QUOTE

SYMBOL    LAST    CHANGE    BID    ASK    VOLUME    TIME
OTCM    50.30    0.23 (0.46%)    50.08    50.30    1319    11:54

Contact

Careers

Market Hours

Glossary

© 2024 OTC Markets Group Inc.    Terms of Service    Linking Terms    Trademarks    Privacy Statement    Code of Conduct    Risk Warning    Supported Browsers    Limit the Use, Disclosure or Sale of My Personal Information

# Exhibit "N"

# Current report Net Savings Link, Inc./de
## 8-K - Current report

SEC.report (https://sec.report/)   /   Net Savings Link, Inc. (/CIK/0001432176)

  /   Form Current report (/Document/0001002014-16-000694/)                            /   (Filer)

Published: 2016-06-17 12:51:10 (2016-06-17T12:51:10-0400)
Submitted: 2016-06-17
Filing Agent: LAW OFFICE OF CONRAD C. LYSIAK, P.S. (/CIK/0001002014)
Period Ending In: 2016-06-14

About Form Current report (/Form/Current report)

nsav8k-06142016.htm ⬏ (https://sec.report/Document/0001002014-16-000694/nsav8k-06142016.htm) NET SAVINGS LINK, INC.
FORM 8-K (06/14/2016)

Zoom In   Zoom Out

---

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION Washington, D.C. 20549**

_____

**FORM 8-K** **CURRENT REPORT Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Date of Report June 14, 2016**

# NET SAVINGS LINK, INC. *(Exact name of registrant as specified in its charter)*

**NEVADA** *(State or other jurisdiction of incorporation)*

**000-53346** *(Commission File No.)*

**P.O. Box 609 1076 Route 390 North Mountainhome, Pennsylvania  18342** Telephone: (570) 595- *(Address of principal executive offices and Zip Code)*

**(570) 595-2432** *(Registrant's telephone number, including area code)*

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

[   ] Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[   ] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[   ] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[   ] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**ITEM 1.01     ENTRY INTO A MATERIAL DEFINITIVE AGREEMENT.**

On January 26, 2016, we entered into an agreement with China Food and Beverage Company (hereinafter "CHIF") wherein it was agreed that our president, Steven Baritz, would transfer 5,000,000 restricted shares of Series A Preferred stock to CHIF or its nominee in consideration of: (1) CHIF paying certain fees to the Nevada Secretary of State;  (2) CHIF assuming and paying certain outstanding obligations to third parties on our behalf; and,  (3) CHIF on our behalf would fulfill certain outstanding obligations owed to KBM Worldwide (hereinafter "KBM" ).  The 5,000,000 Series A Preferred Shares being transferred from Steven Baritz constituted 62.69% of our voting control and therefore, CHIF, or its nominee would assume voting control of us.

**ITEM 5.01     CHANGES IN CONTROL OF THE REGISTRANT.**

On February 9, 2016, our former sold officer and director transferred 5,000,000 restricted shares of Series A Preferred stock to James Tilton.  Each Series A Preferred share has 1,000 votes and constituted 62.69% of our voting control and therefore, Mr. Tilton assumed control of us.

On February 12, 2016, our board of directors issued 25,000,000 restricted shares of our Series A Preferred Stock to James Tilton for funds paid by Mr. Tilton.  As a result of the foregoing issuance, Mr. Tilton owned a total of 30,000,000 restricted shares of our Series A Preferred Stock an controlled 90.90% of our voting power.

Mr. Tilton does not own any shares of our Common Stock.

**ITEM 5.02     DEPARTURE OF DIRECTORS OR CERTAIN OFFICERS; ELECTION OF DIRECTORS; APPOINTMENT OF CERTAIN OFFICERS; COMPENSATORY ARRANGEMENTS OF CERTAIN OFFICERS.**

On January 23, 2016, James Tilton was appointed to our board of directors.  Thereafter Steven Baritz resigned as a director.  On the same date, James Tilton was appointed by our board of directors to replace Steven Baritz as our president, principal executive officer, secretary, treasurer, principal financial officer and principal accounting officer.  At the time of Mr. Baritz's resignation as a director and when he was replaced as an officer, Mr. Baritz did not have any disagreements with us relating to our operations, policies or practices.

Mr. Tilton has more than twenty years of experience working with public companies.  Mr. Tilton has been the CEO and President of five publicly traded companies since 1995.  Mr. Tilton has negotiated numerous acquisitions for the public companies that he has headed up. These acquisitions spanned the globe and include the U.S., U.K. Belgium, France, Vietnam, and China.  Mr. Tilton also has extensive business and marketing experience in the Far East and through Metallic Building Company, a subsidiary of NCI Building Systems (NYSE: NCS (/Ticker/NCS)), markets pre-engineered building materials in China. Mr. Tilton assisted Star Brite, a division of Oceans Bio-Tech (NASDAQ: OBCI (/Ticker/OBCI)) in establishing a sales distribution system in China for its chemical products.  Since October 23, 1995, Mr. Tilton has been president, CEO, Secretary and a Director of China Food and Beverage Company (CHIF above), a former Chinese brewery.  Since July 29, 1998, Mr. Tilton has been the president, chief executive officer, and a director of Tianrong Internet Products and Services, Inc., ("TIPS"), an former Internet incubator. TIPS is currently traded on OTC Grey Market.  From November 2000 to December 19, 2014, Mr. Tilton was CFO, secretary, treasurer, and a director of Twistee Treat Corporation ("TSEE"), a former ice cream franchiser and president and CEO thereof from July 2002 to December 19, 2014. -2-

**Involvement in Certain Legal Proceedings**

During the past ten years, Mr. Tilton has not been the subject of the following events:

1. A petition under the Federal bankruptcy laws or any state insolvency law was filed by or against, or a receiver, fiscal agent or similar officer was appointed by a court for the business or property of such person, or any partnership in which he was a general partner at or within two years before the time of such filing, or any corporation or business association of which he was an executive officer at or within two years before the time of such filing;

2. Convicted in a criminal proceeding or is a named subject of a pending criminal proceeding (excluding traffic violations and other minor offenses);

3. The subject of any order, judgment, or decree, not subsequently reversed, suspended or vacated, of any court of competent jurisdiction, permanently or temporarily enjoining him from, or otherwise limiting, the following activities;

|      |      |
|------|------|
| i)   | Acting as a futures commission merchant, introducing broker, commodity trading advisor, commodity pool operator, floor broker, leverage transaction merchant, any other person regulated by the Commodity Futures Trading Commission, or an associated person of any of the foregoing, or as an investment adviser, underwriter, broker or dealer in securities, or as an affiliated person, director or employee of any investment company, bank, savings and loan association or insurance company, or engaging in or continuing any conduct or practice in connection with such activity; |
| ii)  | Engaging in any type of business practice; or |
| iii) | Engaging in any activity in connection with the purchase or sale of any security or commodity or in connection with any violation of Federal or State securities laws or Federal commodities laws; |

4. The subject of any order, judgment or decree, not subsequently reversed, suspended or vacated, of any Federal or State authority barring, suspending or otherwise limiting for more than 60 days the right of such person to engage in any activity described in paragraph 3.i in the preceding paragraph or to be associated with persons engaged in any such activity;

5. Was found by a court of competent jurisdiction in a civil action or by the Commission to have violated any Federal or State securities law, and the judgment in such civil action or finding by the Commission has not been subsequently reversed, suspended, or vacated;

6. Was found by a court of competent jurisdiction in a civil action or by the Commodity Futures Trading Commission to have violated any Federal commodities law, and the judgment in such civil action or finding by the Commodity Futures Trading Commission has not been subsequently reversed, suspended or vacated;

7. Was the subject of, or a party to, any Federal or State judicial or administrative order, judgment, decree, or finding, not subsequently reversed, suspended or vacated, relating to an alleged violation of:

|      |      |
|------|------|
| i)   | Any Federal or State securities or commodities law or regulation; or |
| ii)  | Any law or regulation respecting financial institutions or insurance companies including, but not limited to, a temporary or permanent injunction, order of disgorgement or restitution, civil money penalty or temporary or permanent cease-and-desist order, or removal or prohibition order, or |
| iii) | Any law or regulation prohibiting mail or wire fraud or fraud in connection with any business entity; or |

8.  Was the subject of, or a party to, any sanction or order, not subsequently reversed, suspended or vacated, of any self-regulatory organization (as defined in Section 3(a)(26) of the Exchange Act (15 U.S.C. 78c(a)(26))), any registered entity (as defined in Section 1(a)(29) of the Commodity Exchange Act (7 U.S.C. 1(a)(29))), or any equivalent exchange, association, entity or organization that has disciplinary authority over its members or persons associated with a member.

**Term of Office**

Our directors are appointed for a one-year term to hold office until the next annual general meeting of our stockholders or until removed from office in accordance with our Bylaws. Our officers are appointed by our board of directors and hold office until removed by the board.

**Employment Agreement**

We do not have an employment agreement with Mr. Tilton. None is anticipated at this time. Mr. Tilton will be compensated as determined by our board of directors.

## ITEM 5.03    AMENDMENTS TO ARTICLES OF INCORPORATION OR BYLAWS; CHANGE IN FISCAL YEAR.

On September 21, 2015, we amended our articles of incorporation and increased our authorized aggregate number of shares of stock to 3,000,000,000 common shares and 1,000,000,000 preferred shares.

On February 10, 2016, we amended our articles of incorporation and increased our authorized aggregate number of shares of stock to 10,000,000,000 common shares and 1,000,000,000 preferred shares.

## ITEM 5.07    SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS.

On September 8, 2014 certain common and preferred stockholders, owning approximately 67.46% of combined voting power of the common and preferred stock, approved by written consent in lieu of a stockholders' meeting, the proposal to increase our authorized shares of common stock from 1,000,000,000 shares with a par value of $0.001 per share to 3,000,000,000 shares with a par value of $0.001. On September 8, 2014, our board of directors unanimously approved the above proposal. A definitive information statement describing the foregoing was filed with the SEC on September 24, 2014 and is incorporated herein by reference.

On June 8, 2015 certain common and preferred stockholders, owning approximately 62.69% of combined voting power of the common and preferred stock, approved by written consent in lieu of a stockholders' meeting, the proposal to increase our authorized shares of common stock from 3,000,000,000 shares with a par value of $0.001 per share to 10,000,000,000 shares with a par value of $0.001. On July 8, 2015, our board of directors unanimously approved the above proposal. A definitive information statement describing the foregoing was filed with the SEC on September 11, 2015 and is incorporated herein by reference.

-4-

**ITEM 8.01     OTHER EVENTS.**

We are currently delinquent in our reporting obligations with the SEC. We are in the process of preparing the delinquent quarterly Form 10-Qs and a Form 10-K for the year ended November 30, 2015. We intend to diligently proceed with the preparation of the delinquent reports and will file them as soon as they are completed.

**ITEM 9.01     FINANCIAL STATEMENTS AND EXHIBITS.**

| Exhibit | Document Description |
|---------|---------------------|
| 3.1 | Amended Articles of Incorporation filed with Nevada Secretary of State on September 21, 2015. |
| 3.2 | Amended Articles of Incorporation filed with Nevada Secretary of State on February 10, 2016. |
| 10.1 | Binding Change of Control Agreement. |

*SIGNATURES*

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated this 14th day of June, 2016

                                       **NET SAVINGS LINK, INC.**

                            BY:                *JAMES TILTON*

                                           James Tilton
                                           President, Principal Executive Officer, Secretary, Treasurer, Principal Financial Officer, Principal Accounting Officer and sole Director

-5-

---

exh3-1.htm ⬏ (https://sec.report/Document/0001002014-16-000694/exh3-1.htm) AMENDED ARTICLES OF INCORPORATION FILED WITH NEVADA SECRETARY OF STATE ON SEPTEM

                                                [ Zoom In ] [ Zoom Out ]

Exhibit 3.1

               **BARBARA K. CEGAVSKE**
               **Secretary of State**
               **202 North Carson Street**
[SEAL]       **Carson City, Nevada 89701-4201**
               **(775) 684-5708**
               **Website:   www.nvsos.gov**

<table>
<tr><td rowspan="2"><b>Certificate of Amendment</b><br>(PURSUANT TO NRS 78.385 AND 78.390)</td></tr>
</table>

| Filed in the office of<br>BARBARA K. CEGAVSKE | Document Number<br>**20150417555-65** |
|---|---|
| Barbara K. Cegavske Secretary<br>of State State of Nevada | Filing Date and Time<br>**09/21/2015  4:26 PM** |
| | Entity Number<br>**E0121502007-7** |

USE BLACK INK ONLY – DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

**Certificate of Amendment to Articles of Incorporation For Nevada Profit Corporations (Pursuant to NRS 78.385 and 78.390 – After Issuance of Stock)**

1.  Name of corporation

NET SAVINGS LINK, INC.

2.  The articles have been amended as follows: (provide article numbers, if available)

ARTICLE IV:

The aggregate number of shares that the Corporation will have authority to issue is Four Billion (4,000,000,000) of which Three Billion (3,000,000,000) shares will be common stock, with a par value of $0.001 per share, and One Billion (1,000,000,000) shares will preferred stock, with a par value of $0.00001 per share.

3.  The vote by which the stockholders holding shares in the corporation entitling them to exercise at least a majority of the voting power, or such greater proportion of the voting power as may be required in the case of a vote by classes or series, or as may be required by the provisions of the articles of incorporation* have voted in favor of the amendment is:

5,000,000,000 – 62.69%

4.  Effective date and time of filing:  (optional)    Date:                    Time:

(must not be later than 90 days after the certificate is filed)

5.   Signatures:  (required)

**X  STEVEN BARITZ**

Signature of Officer    Steven Baritz, President

*If any proposed amendment would alter or change any preference or any relative or other right given to any class or series of outstanding shares, then the amendment must be approved by the vote, in additional to the affirmative vote otherwise required, of the holders of shares representing a majority of the voting power of each class or series affected by the amendment regardless to limitations or restrictions on the voting power thereof.

IMPORTANT:   Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.

*This form must be accompanied by appropriate fees.*                    Nevada Secretary of State Amend Profit-After Revised:    1-6-16

ADDITIONAL ARTICLES **NET SAVINGS LINK, INC.**

**Section 1.  Capital Stock**

The aggregate number of shares that the Corporation will have authority to issue is Four Billion (4,000,000,000) of which Three Billion (3,000,000,000) shares will be common stock, with a par value of $0.001 per share, and One Billion (1,000,000,000) shares will be preferred stock, with a par value of $0.00001 per share.

The Preferred Stock may be divided into and issued in series.  The Board of Directors of the Corporation is authorized to divide the authorized shares of Preferred Stock into one or more series, each of which shall be so designated as to distinguish the shares thereof from the shares of all other series and classes.  The Board of Directors of the Corporation is authorized, within any limitations prescribed by law and this Article, to fix and determine the designations, rights, qualifications, preferences, voting rights, limitations and terms of the shares of any series of Preferred Stock including but not limited to the following:

(a)     The rate of dividend, the time of payment of dividends, whether dividends are cumulative, and the date from which any dividends shall accrue;

(b)     Whether shares may be redeemed, and if so, the redemption price and the terms and conditions of redemption;

(c)     The amount payable upon shares in the event of voluntary or involuntary liquidation;

(d)     Sinking fund or other provisions, if any, for the redemption or purchase of shares;

(e)     The terms and conditions on which shares may be converted, if the shares of any series are issued with the privilege of conversion;

(f)     Voting powers, including but not limited to super voting rights and the right to have the preferred stock vote as a single class with the common shares on all matters submitted to shareholders; and,

(g)     Subject to the foregoing, such other terms, qualifications, privileges, limitations, options, restrictions, and special or relative rights and preferences, if any, of shares or such series as our Board of Directors may, at the time so acting, lawfully fix and determine under the laws of the State of Nevada.

In the event of our liquidation, holders of preferred stock will be entitled to received, before any payment or distribution on the common stock or any other class of stock junior to the preferred stock upon liquidation, a distribution per share in the amount of the liquidation preference, if any, fixed or determined in accordance with the terms of such preferred stock plus, if so provided in such terms, an amount per share equal to accumulated and unpaid dividends in respect of such preferred stock (whether or not earned or declared) to the date of such distribution.  Neither the sale, lease, or

exchange of all or substantially all of our property and assets, nor any consolidation or merger, shall be deemed to be a liquidation.

**Section 2.  Acquisition of Controlling Interest.**

The Corporation elects not to be governed by NRS 78.378 to NRS 78.3793, inclusive.

**Section 3.  Combinations with Interest Stockholders.**

The Corporation elects not to be governed by NRS 78.411 to 78.444, inclusive.

**Section 4.  Liability.**

To the fullest extent permitted by NRS 78, a director or officer of the Corporation will not be personally liable to the Corporation or its stockholders for damages for breach of fiduciary duty as a director or officer, provided that this article will not eliminate or limit the liability of a director or officer for:

(a)        acts or omissions which involve intentional misconduct, fraud or a knowing violation of law; or

(b)        the payment of distributions in violation of NRS 78.300, as amended.

Any amendment or repeal of this Section 4 will not adversely affect any right or protection of a director of the Corporation existing immediately prior to such amendment or repeal.

**Section 5.  Indemnification**

(a)        Right to Indemnification.  The Corporation will indemnify to the fullest extent permitted by law any person (the "Indemnitee") made or threatened to be made a party to any threatened, pending or completed action or proceeding, whether civil, criminal, administrative or investigative (whether or not by or in the right of the Corporation) by reason of the fact that he or she is or was a director of the Corporation or is or was serving as a director, officer, employee or agent of another entity at the request of the Corporation or any predecessor of the Corporation against judgments, fines, penalties, excise taxes, amounts paid in settlement and costs, charges and expenses (including attorneys' fees and disbursements) that he or she incurs in connection with such action or proceeding.

(b)        Inurement.  The right to indemnification will inure whether or not the claim asserted is based on matters that predate the adoption of this Section 5, will continue as to an Indemnitee who has ceased to hold the position by virtue of which he or she was entitled to indemnification, and will inure to the benefit of his or her heirs and personal representatives.

(c)        Non-exclusivity of Rights.  The right to indemnification and to the advancement of expenses conferred by this Section 5 are not exclusive of any other rights that an Indemnitee may have or acquire under any statue, bylaw, agreement, vote of stockholders or disinterested directors, the Certificate of Incorporation or otherwise.

(d)     Other Sources. The Corporation's obligation, if any, to indemnify or to advance expenses to any Indemnitee who was or is serving at the request as a director, officer employee or agent of another corporation, partnership, joint venture, trust, enterprise or other entity will be reduced by any amount such Indemnitee may collect as indemnification or advancement or expenses from such other entity.

(e)     Advancement of Expenses. The Corporation will, from time to time, reimburse or advance to any Indemnitee the funds necessary for payment of expenses, including attorneys' fees and disbursements, incurred in connection with defending any proceeding from which he or she is indemnified by the Corporation, in advance of the final disposition of such proceeding; provided that the Corporation has received the undertaking of such director or officer to repay any such amount so advanced if it is ultimately determined by a final unappealable judicial decision that the director or officer is not entitled to be indemnified for such expenses.

External Resources:

---

exh3-2.htm ⧉ (https://sec.report/Document/0001002014-16-000694/exh3-2.htm) AMENDED ARTICLES OF INCORPORATION FILED WITH NEVADA SECRETARY OF STATE ON FEBRUA

| Zoom In | Zoom Out |

---

Exhibit 3.2

[SEAL]

**BARBARA K. CEGAVSKE**
**Secretary of State**
**202 North Carson Street**
**Carson City, Nevada 89701-4201**
**(775) 684-5708**
Website:   www.nvsos.gov

## Certificate of Amendment
(PURSUANT TO NRS 78.385 AND 78.390)

| Filed in the office of | Document Number |
|---|---|
| BARBARA K. CEGAVSKE | **20160062072-16** |
| Barbara K. Cegavske Secretary of State State of Nevada | Filing Date and Time **02/10/2016  10:40 AM** |
| | Entity Number **E0121502007-7** |

USE BLACK INK ONLY – DO NOT HIGHLIGHT        ABOVE SPACE IS FOR OFFICE USE ONLY

**Certificate of Amendment to Articles of Incorporation For Nevada Profit Corporations (Pursuant to NRS 78.385 and 78.390 – After Issuance of Stock)**

1. Name of corporation

NET SAVINGS LINK, INC.

2. The articles have been amended as follows: (provide article numbers, if available)

ARTICLE IV:

The aggregate number of shares that the Corporation will have authority to issue is Eleven Billion (11,000,000,000) of which Ten Billion (10,000,000,000) shares will be common stock, with a par value of $0.001 per share and One Billion (1,000,000,000) shares will be preferred stock, with a par value of $0.00001 per share.

3.   The vote by which the stockholders holding shares in the corporation entitling them to exercise at least a majority of the voting power, or such greater proportion of the voting power as may be required in the case of a vote by classes or series, or as may be required by the provisions of the articles of incorporation* have voted in favor of the amendment is:

| 5,014,900,000 – 62.69% |
| --- |

4.   Effective date and time of filing:  (optional)     Date:                Time:

                                      (must not be later than 90 days after the certificate is filed)

5.   Signatures:  (required)

**X  JAMES TILTON**

Signature of Officer     James Tilton, President

*If any proposed amendment would alter or change any preference or any relative or other right given to any class or series of outstanding shares, then the amendment must be approved by the vote, in additional to the affirmative vote otherwise required, of the holders of shares representing a majority of the voting power of each class or series affected by the amendment regardless to limitations or restrictions on the voting power thereof.

IMPORTANT:   Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.

*This form must be accompanied by appropriate fees.*              Nevada Secretary of State Amend Profit-After Revised:   1-6-16

**ADDITIONAL ARTICLES NET SAVINGS LINK, INC.**

**Section 1.  Capital Stock**

The aggregate number of shares that the Corporation will have authority to issue is Eleven Billion (11,000,000,000) of which Ten Billion (10,000,000,000) shares will be common stock, with a par value of $0.001 per share, and One Billion (1,000,000,000) shares will be preferred stock, with a par value of $0.00001 per share.

The Preferred Stock may be divided into and issued in series.  The Board of Directors of the Corporation is authorized to divide the authorized shares of Preferred Stock into one or more series, each of which shall be so designated as to distinguish the shares thereof from the shares of all other series and classes.  The Board of Directors of the Corporation is authorized, within any limitations prescribed by law and this Article, to fix and determine the designations, rights, qualifications, preferences, voting rights, limitations and terms of the shares of any series of Preferred Stock including but not limited to the following:

(a)     The rate of dividend, the time of payment of dividends, whether dividends are cumulative, and the date from which any dividends shall accrue;

(b)     Whether shares may be redeemed, and if so, the redemption price and the terms and conditions of redemption;

(c)     The amount payable upon shares in the event of voluntary or involuntary liquidation;

(d)     Sinking fund or other provisions, if any, for the redemption or purchase of shares;

(e)     The terms and conditions on which shares may be converted, if the shares of any series are issued with the privilege of conversion;

(f)     Voting powers, including but not limited to super voting rights and the right to have the preferred stock vote as a single class with the common shares on all matters submitted to shareholders; and,

(g)     Subject to the foregoing, such other terms, qualifications, privileges, limitations, options, restrictions, and special or relative rights and preferences, if any, of shares or such series as our Board of Directors may, at the time so acting, lawfully fix and determine under the laws of the State of Nevada.

In the event of our liquidation, holders of preferred stock will be entitled to received, before any payment or distribution on the common stock or any other class of stock junior to the preferred stock upon liquidation, a distribution per share in the amount of the liquidation preference, if any, fixed or determined in accordance with the terms of such preferred stock plus, if so provided in such terms, an amount per share equal to accumulated and unpaid dividends in respect of such preferred stock (whether or not earned or declared) to the date of such distribution.  Neither the sale, lease, or

exchange of all or substantially all of our property and assets, nor any consolidation or merger, shall be deemed to be a liquidation.

**Section 2.  Acquisition of Controlling Interest.**

The Corporation elects not to be governed by NRS 78.378 to NRS 78.3793, inclusive.

**Section 3.  Combinations with Interest Stockholders.**

The Corporation elects not to be governed by NRS 78.411 to 78.444, inclusive.

**Section 4.  Liability.**

To the fullest extent permitted by NRS 78, a director or officer of the Corporation will not be personally liable to the Corporation or its stockholders for damages for breach of fiduciary duty as a director or officer, provided that this article will not eliminate or limit the liability of a director or officer for:

(a)        acts or omissions which involve intentional misconduct, fraud or a knowing violation of law; or

(b)        the payment of distributions in violation of NRS 78.300, as amended.

Any amendment or repeal of this Section 4 will not adversely affect any right or protection of a director of the Corporation existing immediately prior to such amendment or repeal.

**Section 5.  Indemnification**

(a)        Right to Indemnification.  The Corporation will indemnify to the fullest extent permitted by law any person (the "Indemnitee") made or threatened to be made a party to any threatened, pending or completed action or proceeding, whether civil, criminal, administrative or investigative (whether or not by or in the right of the Corporation) by reason of the fact that he or she is or was a director of the Corporation or is or was serving as a director, officer, employee or agent of another entity at the request of the Corporation or any predecessor of the Corporation against judgments, fines, penalties, excise taxes, amounts paid in settlement and costs, charges and expenses (including attorneys' fees and disbursements) that he or she incurs in connection with such action or proceeding.

(b)        Inurement.  The right to indemnification will inure whether or not the claim asserted is based on matters that predate the adoption of this Section 5, will continue as to an Indemnitee who has ceased to hold the position by virtue of which he or she was entitled to indemnification, and will inure to the benefit of his or her heirs and personal representatives.

(c)        Non-exclusivity of Rights.  The right to indemnification and to the advancement of expenses conferred by this Section 5 are not exclusive of any other rights that an Indemnitee may have or acquire under any statue, bylaw, agreement, vote of stockholders or disinterested directors, the Certificate of Incorporation or otherwise.

(d)      Other Sources. The Corporation's obligation, if any, to indemnify or to advance expenses to any Indemnitee who was or is serving at the request as a director, officer employee or agent of another corporation, partnership, joint venture, trust, enterprise or other entity will be reduced by any amount such Indemnitee may collect as indemnification or advancement or expenses from such other entity.

(e)      Advancement of Expenses. The Corporation will, from time to time, reimburse or advance to any Indemnitee the funds necessary for payment of expenses, including attorneys' fees and disbursements, incurred in connection with defending any proceeding from which he or she is indemnified by the Corporation, in advance of the final disposition of such proceeding; provided that the Corporation has received the undertaking of such director or officer to repay any such amount so advanced if it is ultimately determined by a final unappealable judicial decision that the director or officer is not entitled to be indemnified for such expenses.

External Resources:

---

exh10-1.htm [↗] (https://sec.report/Document/0001002014-16-000694/exh10-1.htm) BINDING CHANGE OF CONTROL AGREEMENT

[ Zoom In ] [ Zoom Out ]

---

Exhibit 10.1

# China Food and Beverage Company – Net Savings Link

### Binding Change of Control Agreement

This binding Change of Control Agreement supersedes all prior Agreements between the parties and is between the following entities:

China Food and Beverage Company (CHIF) James A. Tilton President 311 South State Street Suite 380 Salt Lake City, UT 84111

and

**Net Savings Link, Inc. (NSAV)** Steven Baritz Chief Executive Officer 4747-20 Nesconset Highway Port Jefferson, NY 11776 U.S.A.

Transaction Details:

CHIF, a Wilton Group affiliate, intends to facilitate the purchase by NSAV of Hartley SAS Ltd. "Hartley") and The Lifetime SIPP Company ("Lifetime") to NSAV in a change of control transaction as follows:

Step 1: Upon signing of this Agreement, CHIF will have the right to full due diligence on NSAV. Steven Baritz will assign 5.0 million Series A preferred shares to CHIF no later than 24 hours after CHIF or its affiliates pay the required fees to the Secretary of State of Nevada to activate the Company's 14C share increase (preferred A & B and common). Upon this change of control and fee payments, NSAV will pledge 3.0 billion shares irrevocably at the Transfer Agent to KBM Worldwide (KBM) for potential future conversions of their debentures, and Baritz will obtain indemnification from CHIF regarding NSAV on a go forward basis in order for this transaction to continue. Steven Baritz and Vikram Grover will each be issued three hundred eighty-seven million, five hundred thousand (387,500,000) Series B preferred shares and $50,000.00 in debentures paying 0% interest, convertible into 1.25% of the fully-diluted shares outstanding of the entity at any time for a period of 18 months from closing, and having an 18- month maturity (for clarity, $100,000.00 total amount of debentures). CHIF will name a representative to the positions of CEO and Chairman of the Board at the time of the transfer of control, and all of the above actions in Step 1 will be ratified by NSAV Board resolution.

Steven Baritz

January 27, 2016                                           James A. Tilton

Step 2: Definitive merger agreements for Hartley and Lifetime must be drawn up and executed on a best efforts basis no later than February 29, 2016.  Upon consummation of the merger transaction(s) contemplated by March 15, 2016, NSAV will issue to the counterparties consideration as follows:
- 1.0 billion common shares,
- 95.0 million Series A Preferred shares, and
- $5.0 million note convertible into 50.0 billion common shares.  This note shall convert upon completion of a reverse split, to be filed no later than June 30, 2016 via form 14C with the SEC.

NSAV is currently trading on OTC Markets in New York under the stock symbol NSAV (/Ticker/NSAV).  NSAV is a presently a fully-reporting company with the SEC and is currently one 10Q behind in its SEC filings.  NSAV represents that it is not a legal shell, as defined by the U.S. Securities and Exchange Commission (SEC) and was not a legal shell, as defined by the SEC at the time the above reference debentures were issued to KBM Worldwide.

CHIF agrees to provide, either directly or through its service providers, all the services necessary to obtain fully-reporting status with the U.S SEC.  These services include U.S. GAAP accounting, SEC approved audits, legal service for the filings of 10K's and 10Q's with the SEC, all FINRA filings, all OTC Markets filings, compliance, corporate services, transfer agent issues, investor relations and all other aspects of services for a public company.  NSAV's August 31, 2015 10Q will be prepared, completed and filed on a best efforts basis by February 15, 2016.  Further, NSAV's November 30, 2015 10K will be prepared, completed and filed with the SEC on a best efforts basis by March 14, 2016, which would require a 15-business-day extension to be filed with the SEC by February 29, 2016.

CHIF agrees to assume the estimated $40,000.00 of payables in NSAV and pay them off promptly.  CHIF will have the right and authority to negotiate with each of these creditors.

CHIF agrees to purchase or locate a non-affiliated investor to purchase the convertible debt held by KBM Worldwide for $180,000.00 cash.  This transaction will be papered with KBM and completed as follows:
1) $60,000.00 to be paid no later than 7 business days after the filing of the Company's form 10Q for the quarter ended August 31, 2015
2) $120,000.00 to be paid no later than 14 business days after the filing of the Company's form 10K for the fiscal year ended November 30, 2015.

It is further agreed that the Series A Preferred shares that Baritz will be transferring to CHIF will be returned to Baritz if the $ 60,000.00 tranche is not paid in accordance with the terms stated above and all fees and payables paid up to that point by CHIF will be non-refundable.

Further, if CHIF or said non-affiliated investor does not pay the $120,000.00 tranche to KBM Worldwide in accordance with the terms stated above then CHIF will return said Series A Preferred shares to Steven Baritz upon CHIF being reimbursed for all costs it incurred in this transaction up to that point, including the $60,000 cash paid to KBM.

Steven Baritz
James A. Tilton

January 27, 2016
Page 2

CHIF will have the right and authority to renegotiate any of the above referenced terms directly with KBM and will retain ownership of the above referenced Series A Preferred shares upon receiving an unconditional release from KBM regarding the above referenced KBM debentures. This clause is included solely with the intention of protecting all parties in the event of circumstances that may arise that are unforeseen and not under the control of any of the parties named in this agreement.

CHIF agrees and warrantees that the KBM debt will be paid off only by means of cash or cash equivalent (subject to the approval of KBM) and under no circumstances will the KBM debt be paid off by debt of NSAV (/Ticker/NSAV).

This Change of Control Agreement is binding on all parties.

CHIF represents that Wilton Group currently owns 100% of Hartley and Lifetime. If the Hartley and Lifetime mergers are not consummated by March 15,2016, CHIF will have 90 days to put businesses and/or assets of value equal to or greater than Hartley and Lifetime into NSAV under similar terms to this Agreement, or CHIF will return said Series A Preferred shares back to Steven Baritz by June 30, 2016. CHIF will return said Series A Preferred shares to Baritz upon being reimbursed for all costs it incurred in this transaction up to that point, including the $180,000. cash paid to KBM.

*This represents our Agreement in its entirety, subject to the laws of the State of New York, U.S.A., effective January 27, 2016.*


**JAMES A. TILTON**

**James A. Tilton**
**President**
**China Food and Beverage**
**Company**
**Date**           **1/29/2016**


**STEVEN BARITZ**

**Steven Baritz**
**Chief Executive Officer**
**Net Savings Link, Inc.**
**Date**           **1/29/2016**


January 27, 2016

Page 3


Additional Files

| File | Sequence | Description | Type | Size |
|------|----------|-------------|------|------|
| 0001002014-16-000694.txt (https://sec.report/Document/0001002014-16-000694/0001002014-16-000694.txt) | | Complete submission text file | | 135303 |

$NCS (/Ticker/NCS) $OBCI (/Ticker/OBCI) $NSAV (/Ticker/NSAV)

© 2021 SEC.report | Contact (https://sec.report/contact.php) | 🔴 (https://www.reddit.com/search/?q=site%3Asec.report) | 🐦 (https://twitter.com/EdgarInsider)

Data is automatically aggregated and provided "as is" without any representations or warranties, express or implied.

SEC.report is not affiliated with the U.S. S.E.C. or EDGAR System. Disclosure & Privacy Policy (https://sec.report/privacy_policy.php)

SEC CFR Title 17 of the Code of Federal Regulations. (https://ecfr.io/Title-17/)