



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

===============================

| | |
|---|---|
| **VIKRAM P. GROVER d/b/a "IX ADVISORS" a/k/a "IXA,"** : | |
| Plaintiff, : | |
| v. : | |
| **NET SAVINGS LINK, INC.**, a Colorado corporation and formerly organized as a Nevada corporation, **WILTON GROUP, LIMITED**, as registered in the Isle of Man, U.K., **WILTON UK (GROUP), LIMITED**, as registered in England and Wales, U.K., **CHINA FOOD AND BEVERAGE CO.**, a Colorado corporation, and **JAMES A. TILTON**, : | <u>Civil Action No. 1:21-cv-05054</u><br>**Honorable Mary M. Rowland** |
| Defendants. : | |
| **Pacific Stock Transfer, NSAVX.COM, Inc.**, a Wyoming corporation, and **John Doe Corp., NSAVX.COM**, a Puerto Rican Corporation, : | |
| Trustee-Defendants. : | |

===============================

### DEFENDANT'S MOTION TO VACATE ATTACHMENT ORDER AGAINST DEFENDANT JAMES A. TILTON ONLY

1. NOW COMES James Arthur Tilton, and I am the President, sole director, and majority shareholder of Net Savings Link, Inc. ("NSAV") and I am the President, a director, and a minority shareholder of China Food and Beverage Company ("CHIF").

1

2. I, the defendant, wish to request that the Honorable Court vacate the attachment order, entered on July 27, 2024, against defendant James A. Tilton only, for reasons that I will list below.

3. I have not had a judgement against myself personally in this case. At the oral hearing before the Honorable Court on June 26, 2024, the Honorable Judge Mary K. Rowland, stated that the ruling on plaintiff's request for summary judgment would take place probably by the end of September 2024. I vehemently dispute Plaintiff's counsel's claim that plaintiff has demonstrated a reasonable likelihood of success on the merits of his claims against myself individually.

4. At the oral hearing before the Honorable Court on June 26, 2024, the Honorable Judge Mary K. Rowland, stated that Plaintiff's emergency motion for preliminary injunction [162] and emergency motion for attachment and attachment by trustee process [163] were filed against the corporate defendants and not Mr. Tilton (myself) as an individual.

5. At 4:32 PM CDT, on June 26, 2024, I personally received via email, from this Honorable Court, relating to Document number 166, which stated the following;

"Docket' Text:

MINUTE entry before the Honorable Mary M. Rowland: Telephonic motion hearing held. Plaintiff and Mr. Tilton appeared telephonically. Corporate entities are not represented by

counsel. Mr. Tilton is reminded he cannot represent the corporate entities. Plaintiff's emergency motion for preliminary injunction [162] and emergency motion for attachment and attachment by trustee process [163] were filed against the corporate defendants and not Mr. Tilton as an individual. Because the corporate entities remain unrepresented, Plaintiff's motions are granted. Plaintiff is to send proposed orders to the court's proposed order mailbox for entry. Mailed notice. (dm, )"

Again, and for the reasons stated above, I kindly request that the Honorable Court vacates the attachment order, entered on July 27, 2024, against defendant James A. Tilton only.

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of June, 2024.

                                                                  *James Tilton*
                                                                  James A. Tilton