UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

===============================

| | |
|---|---|
| VIKRAM P. GROVER d/b/a "IX ADVISORS" a/k/a "IXA," : <br><br> Plaintiff, : <br><br> v. : <br><br> NET SAVINGS LINK, INC., a Colorado corporation and formerly organized as a Nevada corporation, WILTON GROUP, LIMITED, as registered in the Isle of Man, U.K., WILTON UK (GROUP), LIMITED, as registered in England and Wales, U.K., CHINA FOOD AND BEVERAGE CO., a Colorado corporation, and JAMES A. TILTON, : <br><br> Defendants. : <br><br> v. : <br><br> PACIFIC STOCK TRANSFER, NSAVX, INC., a Wyoming corporation, JOHN DOE CORP., a/k/a NSAVX.COM, a Puerto Rican corporation, and JOHN DOES 1-100, : <br><br> Trustee-Defendants. : | Civil Action No. 1:21-CV-05054 <br> Honorable Mary M. Rowland <br><br><br> **REQUEST FOR HEARING** |

===============================

**PLAINTIFF VIKRAM P. GROVER'S NOTICE OF REQUEST FOR HEARING**

PLEASE TAKE NOTICE that the Plaintiff, Vikram P. Grover d/b/a IX Advisors a/k/a IXA (hereinafter "Mr. Grover" or the "Plaintiff"), respectfully requests that this Honorable Court schedule a remote or telephonic hearing on his Emergency Motion to Appoint John Busacca as the Chief Restructuring Officer (hereinafter "CRO") (hereinafter the "Busacca CRO Motion") of

1

Defendant Net Savings Link, Inc. (hereinafter "NSAV"), on any of the following dates and/or times:

    a) morning or afternoon on July 31, 2024;

    b) morning on August 1, 2024;

    c) morning or afternoon on August 2, 2024;

    d) morning on August 5, 2024;

    e) morning or afternoon on August 6 2024;

    f) morning or afternoon on August 7, 2024; or

    g) on such time and date as may be convenient for this Honorable Court.

Dated: July 30, 2024                          Respectfully submitted,
                                               PLAINTIFF, Vikram P. Grover,

                                               By his Attorneys,

                                               */s/ Philip M. Giordano*
                                               Philip M. Giordano, Esq. (admitted *pro hac vice*)
                                               Giordano & Company, P.C.
                                               REED & GIORDANO, P.A.
                                               One McKinley Square, 6th Floor
                                               Boston, Massachusetts 02109-2724
                                               Telephone: (617) 723-7755
                                               Facsimile: (617) 723-7756
                                               Email: pgiordano@reedgiordano.com

## **CERTIFICATE OF SERVICE**

      I, Philip M. Giordano, do hereby certify that on the 30th day of July, 2024, I caused to be served a true and correct copy of Plaintiff Vikram P. Grover's Notice of Request for Hearing as to his Emergency Motion for Appointment of John Busacca as Chief Restructuring Officer for Defendant Net Savings Link, Inc., as filed by and through the District Court's electronic filing/ECF system and that such true copy is available for downloading and viewing by all counsel and parties of record.

Dated: July 30, 2024                                              */s/ Philip M. Giordano*
                                                                                Philip M. Giordano