# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Grover v. Net Savings Link, et. al.

Case Number: 1:2021-CV-5054

An appearance is hereby filed by the undersigned as attorney for:
Net Savings Link, Inc

Attorney name (type or print): Jawad I. Fitter

Firm: Fitter Law, LLC

Street address: 150 S. Wacker Drive, Suite 2400

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6331338
(See item 3 in instructions)

Telephone Number: 312-741-1073

Email Address:

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on: August 5, 2024

Attorney signature: S/ Jawad I. Fitter
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023