UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

===============================

| | : | |
|---|---|---|
| **VIKRAM P. GROVER d/b/a** | : | |
| "IX ADVISORS" a/k/a "IXA," | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **NET SAVINGS LINK, INC.,** a | : | |
| Colorado corporation and formerly | : | |
| organized as a Nevada corporation, | : | **Civil Action No. 1:21-CV-05054** |
| **WILTON GROUP, LIMITED,** as | : | **Honorable Mary M. Rowland** |
| registered in the Isle of Man, U.K., | : | |
| **WILTON UK (GROUP), LIMITED,** as | : | |
| registered in England and Wales, U.K., | : | |
| **CHINA FOOD AND BEVERAGE CO.,** | : | **REQUEST FOR CONTINUANCE** |
| a Colorado corporation, and | : | |
| **JAMES A. TILTON,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| v. | : | |
| **PACIFIC STOCK TRANSFER,** | : | |
| **NSAVX, INC.,** a Wyoming corporation, | : | |
| **JOHN DOE CORP.,** a/k/a | : | |
| **NSAVX.COM,** a Puerto Rican | : | |
| corporation, and **JOHN DOES 1-100,** | : | |
| | : | |
| **Trustee-Defendants.** | : | |
| | : | |

===============================

**DEFENDANT NET SAVINGS LINK, INC.'S
MOTION TO CONTINUE THE AUGUST 8, 2024, HEARING**

NOW COMES, the Defendant NET SAVINGS LINK, INC. ("NSAV") by and through its local counsel, Fitter Law, LLC, hired pursuant to ILND Local Rule 83.15, respectfully requesting this Honorable Court for leave to hire new lead counsel and to continue the hearing scheduled August 8, 2024, at 1:30 PM:

1. On or approximately June 15, 2023, NSAV's previous counsel withdrew from the case as its lead counsel. Since then, NSAV has been unable to retain new lead counsel.

2. On August 2, 2024, this Honorable Court set a "Hearing on Plaintiff's motion for appointment

of John Busacca as CRO for NSAV [177] to be held on 8/8/24 at 1:30 p.m," ("Hearing").

3. The Defendant's requests leave to finalize hiring of new lead counsel within thirty (30) days to pursue its right to effective and adequate representation prior to this Hearing.

4. Granting this motion will not result in undue delay, but will instead ensure that justice is served by allowing the Defendant's new counsel sufficient time to become fully acquainted with the case details and to prepare effectively for Hearing that will affect its ability to continue to operate.

5. This request is made in good faith and not for purposes of delay. It is imperative to the Defendant's right to a fair Hearing.

6. The undersigned local counsel respectfully requests this court for an Order continuing the hearing for 30 days.

WHEREFORE, Defendant, NET SAVINGS LINK, INC., respectfully moves this Honorable Court to continue this hearing for thirty (30) days and for leave to hire new lead counsel.

Dated: August 6, 2024

Respectfully submitted,
DEFENDANT Net Savings, Inc.,

By his Local Counsel,

By: /s/ Jawad I. Fitter
    Jawad I. Fitter
    *Local Counsel for Defendant*
    *Net Savings Link, Inc. pursuant to*
    *Local Rule 83.15*

Jawad I. Fitter, *Attorney No. 64150*
Fitter Law, LLC
150 S. Wacker Drive, Suite 2400
Chicago, IL 60606
Tel: (312) 741-1073
Email: Jawad@FitterLaw.com

## **CERTIFICATE OF SERVICE**

      I, Jawad I. Fitter, do hereby certify that on the 6th day of August, 2024, I caused to be served a true and correct copy of Defendant, Net Savings Link, Inc.'s, Motion to Continue the August 8, 2024 Hearing, as filed by and through the District Court's electronic filing/ECF system and that such true copy is available for downloading and viewing by all counsel and parties of record.


Dated: July 24, 2024                                      */s/ Jawad I. Fitter*
                                                                                 Jawad I. Fitter