**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| VIKRAM GROVER<br><br>        Plaintiff,<br>  v.<br><br>NET SAVINGS LINK, INC.<br>et al.<br>        Defendants.<br><br>WFD CAPITAL LLC<br>        Third Party Intervenor | Case No. 1:21-cv-05054 |

## ENTRY OF APPEARANCE

Kindly enter my appearance as attorney for WFD Capital LLC as proposed third party intervenor in the above-captioned matter. WFD Capital LLC will shortly file a motion seeking intervention, including for the hearing scheduled on August 8, 2024, on the basis that it also holds a $921,925 judgment (exclusive of fees, interest, and costs) against the Defendants here, Net Savings Link, Inc., and China Food and Beverage Company.

RESPECTFULLY SUBMITTED AND DATED this August 6, 2024.

          */s/ Andrew Roman Perrong*
          Andrew Roman Perrong, Esq.
          N.D. Ill Gen. Bar #333687
          Perrong Law LLC
          2657 Mount Carmel Avenue
          Glenside, Pennsylvania 19038
          Phone: 215-225-5529 (CALL-LAW)
          Facsimile: 888-329-0305
          a@perronglaw.com

          *Attorney for Proposed Third Party Intervenor,*
          *WFD Capital LLC*

**Certificate of Service**

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on August 6, 2024.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
N.D. Ill Gen. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Proposed Third Party Intervenor,*
*WFD Capital LLC*