**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Vikram P Grover

                                Plaintiff,

v.                                                             Case No.: 1:21−cv−05054

                                                                                 Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 8, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Hearing held on 8/8/24 on Webex. Plaintiff, counsel for Plaintiff, counsel for Defendant NSAV, and counsel for proposed intervenor WFD Capital LLC appeared via Webex. Defendant Tilton appeared telephonically. Counsel for Defendant NSAV stated he is working to obtain lead counsel. Counsel for Defendant NSAV shall obtain lead counsel by 8/15/24. WFD Capital LLC shall file any motion to intervene by 8/22/24. Defendant NSAV was admonished that it must IMMEDIATELY comply with the Court's prior orders dated 6/26/24 [167] [168]. By 8/14/24 at 4:00 CST, Defendant NSAV shall file a status report updating the Court on its compliance with the prior orders. Specifically, NSAV must "identify and describe, in complete detail, with all relevant information, writing and under oath, by an authorized officer of each such Defendant and Enjoined Defendant, the custodian, location amount, and all complete details, data and information, as to any and all shares of common stock and/or other classes of stock of each Defendant and Enjoined Defendant, as held from September 23, 2021 to the date of the Order, and deliver any and all documentation regarding, relating or supporting the same, by Defendant NSAV and as certified, under oath and by the pains and penalties of perjury, by the Chief Executive Officer of Defendant NSAV" and "identify and describe, in complete detail, with all relevant information, writing and under oath, by an authorized officer of each such Defendant and Enjoined Defendant, the custodian, location amount, and all complete details, data and information, as to any and all assets, monies, credits, rights, contracts and/or things, tangible and/or intangible, that have been removed, sold, encumbered, hypothecated, conveyed, transferred, assigned and/or moved, directly or indirectly, from the Defendants and the Defendant−Agents since the commencement of this litigation" [168] at 4. Defendant Tilton's motion to vacate [172] is denied for the reasons stated at the hearing. Defendant Tilton was advised that he is covered by the Court's orders [167] [168] as an officer of the Corporate Defendants, but not in his personal capacity. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.