**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Vikram P Grover

                Plaintiff,

v.                                                 Case No.: 1:21−cv−05054
                                                        Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 8, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: (Recreation of Dkt. [195] due to system error.) By 8/9/24, Plaintiff shall file on the docket a short status report indicating whether he complied with Local Rule 56.2 when filing his motion for summary judgment [152]. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.