# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Vikram P Grover

                          Plaintiff,

v.                                                         Case No.: 1:21−cv−05054

                                                                    Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 12, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed Plaintiff's status report [199]. In light of the fact that pro se defendant Tilton received LR 56.2 Notice on 8/9/24, the Court will allow Tilton to file a supplement to his summary judgment briefing, that already includes a sur−reply [154, 155 and 157] by 8/16/24. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.