UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

===============================

| | |
|---|---|
| VIKRAM P. GROVER d/b/a "IX ADVISORS" a/k/a "IXA," : : : Plaintiff, : : v. : : NET SAVINGS LINK, INC., a Colorado corporation and formerly organized as a Nevada corporation, WILTON GROUP, LIMITED, as registered in the Isle of Man, U.K., WILTON UK (GROUP), LIMITED, as registered in England and Wales, U.K., CHINA FOOD AND BEVERAGE CO., a Colorado corporation, and JAMES A. TILTON, : : : : : : : : : : : : : Defendants. : : v. : : PACIFIC STOCK TRANSFER, : NSAVX, INC., a Wyoming corporation, : JOHN DOE CORP., a/k/a : NSAVX.COM, a Puerto Rican : corporation, and JOHN DOES 1-100, : : Trustee-Defendants. : | Civil Action No. 1:21-CV-05054 Honorable Mary M. Rowland REQUEST FOR HEARING ON AUGUST 16, 2024 |

===============================

**AFFIDAVIT OF PHILIP M. GIORDANO, ESQ. IN SUPPORT OF
PLAINTIFF VIKRAM P. GROVER'S NOTICE OF NONCOMPLIANCE
OF DEFENDANT NET SAVINGS LINK, INC. (NSAV) WITH COURT
ORDERS AND REQUEST FOR SANCTIONS AND FINDINGS OF CONTEMPT**

I, Philip M. Giordano, Esq., being duly sworn, depose and state as follows:

1) I am an attorney, admitted *pro hac vice*, to the United States District Court for the Northern District of Illinois in the instant case. My Firm and I are counsel to the Plaintiff, Vikram P. Grover, in the instant case. I make this Affidavit based upon my knowledge and understanding,

1

and in support of Plaintiff Vikram Grover's Notice of Noncompliance by Defendant Net Savings Link, Inc. (NSAV) and Request for Sanctions (hereinafter the "Notice").

2) On August 8, 2024, I attended, on a remote basis, the hearing in which various Motions, as filed by the Plaintiff, were considered by the Court.

3) Thereafter and through the ECF electronic filing system, I received the Minute Entry, Dkt No. 196, dated August 8, 2024, in which, *inter alia*, "… NSAV was admonished that it must IMMEDIATELY comply with the Court's prior orders dated 6/26/24 [167] [168]. By 8/14/24 at 4:00 CST, Defendant NSAV shall file a status report updating the Court on its compliance with the prior orders…."

4) Prior to the filing of the Plaintiff's Notice and this Affidavit, I reviewed the Court's Docket through PACER.

5) As of the time and date of the filing of this Affidavit and the Plaintiff's Notice and as counsel to Mr. Grover, I have not received a status report from Defendant NSAV, its President, or from NSAV's counsel, as ordered by the Court on August 8th.

6) As of the time and date of the filing of this Affidavit and the Plaintiff's Notice and as counsel to Mr. Grover, I have not received any information or documents, as ordered by the Court on June 26th and on August 8th, from Defendant NSAV, its President, or from NSAV's counsel.

Signed under the pains and penalties of perjury, this 14th day of August 2024.

                                                */s/ Philip M. Giordano*

Dated: August 14, 2024                                    Philip M. Giordano

## **CERTIFICATE OF SERVICE**

       I, Philip M. Giordano, do hereby certify that on the 14th day of August, 2024, I caused to be served a true and correct copy of the Giordano Affidavit in Support of Plaintiff Vikram P. Grover's Notice of Noncompliance and Requests for Sanctions by Defendant Net Savings Link, Inc. (NSAV), with **Exhibits A-B**, and the Giordano Affidavit, as filed by and through the District Court's electronic filing/ECF system and that such true copy is available for downloading and viewing by all parties or counsel of record, and by emailing a true copy of the same to the following:

James A Tilton, *pro se*
c/o Net Savings Link, Inc.
1942 Broadway Street, Suite 314C
Boulder, CO 80302
Email: jamtilton@yahoo.com

Jawad I. Fitter, Esq. (Local Counsel Defendant NSAV)
Bar ID Number: 6331338
Fitter Law, LLC
150 S. Wacker Drive, Suite 2400
Chicago, IL 60606
Tel: 312-741-1073
Email: Jawad@FitterLaw.com

Andrew Roman Perrong, Esq. (for prospective *Intervenor*)
Perrong Law LLC
2657 Mt. Carmel Ave
Glenside, PA 19038
Tel: (215) 225-5529
Email: a@perronglaw.com

Jeffrey R. Tone, Esq. (Local Counsel for Plaintiff)
KATTEN & TEMPLE, LLP
The Rookery Building
209 South LaSalle Street, Suite 950
Chicago, Illinois 60604
Telephone: (312) 663-4400
Email: jtone@kattentemple.com

Dated: August 14, 2024                              */s/ Philip M. Giordano*
                                                                            Philip M. Giordano