# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Vikram P Grover

                    Plaintiff,

v.                                                     Case No.: 1:21−cv−05054

                                                                     Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 16, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Hearing held on 8/16/24 on Webex. Counsel for Plaintiff, Defendants Tilton and NSAV, and proposed intervenor WFD Capital LLC appeared. Counsel for Defendant NSAV shall communicate with Plaintiff';s counsel by 5:00 p.m. CST today to verify the accountant or auditor, Trey Whitfield, that is listed in NSAV's Amended Annual Report for the period ending December 31, 2023. [205] at 48. Defendant NSAV shall be in complete compliance with the Court's prior orders [167] [168] by 12:00 p.m. CST on 8/23/24. [193]. The court will set a briefing schedule on the pending motion to vacate default judgment [203] on a later date. Plaintiff's motion for entry of final judgment against corporate defendants [174] except for Defendant NSAV is denied without prejudice. Plaintiff may file a supplemental brief of no more than 10 pages to address whether a partial final judgment is appropriate under Seventh Circuit precedent. Defendant Tilton's supplement to his summary judgment briefing remains due today. [200]. WFD Capital LLC shall file any motion to intervene by 8/22/24. On 8/28/24, the parties shall file a joint status report on whether defendant NSAV is in compliance with the Court's prior orders. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.