IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **VIKRAM P. GROVER d/b/a "IX ADVISORS" a/k/a "IXA"** : <br> : <br> **Plaintiff** : <br> : <br> v. : <br> : <br> **NET SAVINGS LINK, INC.**, a Colorado corporation and formerly organized as a Nevada corporation, **WILTON GROUP, LIITED**, as registered in the Isle of Man, U.K., **WILTON UK (GROUP), LIMITED**, as registered in England and Walkes, U.K., **CHINA FOOD AND BEVERAGE CO.**, a Colorado corporation, and **JAMES A. TILTON** : <br> **Defendants** : | | No. 1:21-cv-05054 <br><br> Honorable Mary M. Rowland |

     **AND NOW**, this _____ day of _____, 2024, upon consideration of WFD CAPITAL LLC's Motion to Intervene, and any response thereto, and finding good cause exists, it is hereby **ORDERED** that the Motion is **GRANTED**.

     WFD Capital LLC is hereby permitted to intervene in this matter.

                                                                                  BY THE COURT:

                                                                                 Honorable Mary M. Rowland
                                                                                 United States District Judge