# **EXHIBIT 1**
# **Writ of Execution**

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**

Case# 2024-14008-2 Docketed at Montgomery County Prothonotary on 05/23/2024 12:59 PM, Fee = $28.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

WFD CAPITAL LLC

vs.

ACTIVE WORLD HOLDINGS INC

NO.  2024-14008

### **PRAECIPE FOR WRIT OF EXECUTION – MONEY JUDGMENTS**

To the Prothonotary:

      Issue writ of execution in the above matter,

(1)   Direct to the Sheriff of ERIE County, PA;

(2)   against ACTIVE WORLD HOLDINGS INC
      ALFONSO KNOLL, Defendant;

(3)   and against CHINA FOOD AND BEVERAGE COMPANY [502 WEST 7TH STREET SUITE 100, C/O REGISTERED AGENTS INC, ERIE, PA 16502, ]; NET SAVINGS LINK INC [502 WEST 7TH STREET SUITE 100, C/O REGISTERED AGENTS INC, ERIE, PA 16502, ],Garnishee;

(4)   And index this writ

      (a)   Against ACTIVE WORLD HOLDINGS INC; ALFONSO KNOLL,Defendant

      (b)   and against NET SAVINGS LINK INC;CHINA FOOD AND BEVERAGE COMPANY,Garnishee

     as a Lis Pendens against the real property of the defendant in the name of the garnishee as follows:
        **Specifically describe the property per attached property description.**

(5)   Amount Due: $ 921925.00
      Interest from  5/23/2024:  $ 0
        Total: $ 921925.00

ORIGINAL SIGNATURE  RETAINED BY THE FILING PARTY
Signature

ANDREW ROMAN PERRONG, ESQ.
Filing Party

333687
ID Number

PERRONG LAW LLC
Firm Name

2657 MT CARMEL AVE.
Address

GLENSIDE, PA 19038

215-225-5529
Phone

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**

Case# 2024-14008-2 Docketed at Montgomery County Prothonotary on 05/23/2024 12:59 PM, Fee = $28.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

WFD CAPITAL LLC

vs.

ACTIVE WORLD HOLDINGS INC

NO.  2024-14008

**WRIT OF EXECUTION**

Commonwealth of Pennsylvania, County of Montgomery

To the Sheriff of ERIE County, PA;
      To satisfy the judgment, interest and costs against ACTIVE WORLD HOLDINGS INC; ALFONSO KNOLL

(1)  You are directed to levy upon the property of the defendant(s) and to sell the defendant's interest therein;

(2)  You are also directed to attach the property of the defendant not levied upon in the possession of CHINA FOOD AND BEVERAGE COMPANY [502 WEST 7TH STREET SUITE 100, C/O REGISTERED AGENTS INC, ERIE, PA 16502, ]; NET SAVINGS LINK INC [502 WEST 7TH STREET SUITE 100, C/O REGISTERED AGENTS INC, ERIE, PA 16502, ], as garnishee,

(specific description of property)

and to notify the Garnishee(s) that

    (a)  an attachment has been issued;

    (b)  except as provided in paragraph (c), the garnishee(s) is/are enjoined from paying out any debt to or for the account of the defendant(s) and from delivering any property of the defendant(s) or otherwise disposing thereof;

    (c)  the attachment shall not include any funds in an account of the defendant(s) with a bank or other financial institution

        (i)  in which funds are deposited electronically on a recurring basis and are identified as being funds that upon deposit are exempt from execution, levy or attachment under Pennsylvania or federal law, or

        (ii) that total $300 or less. If multiple accounts are attached, a total of $300 in all accounts shall not be subject to levy and attachment as determined by the execution officer. The funds shall be set aside pursuant to the defendant's general exemption provided in 42PA.C.S § 8123

    (2)  if property of the defendant not levied upon and subject to attachment is found in the possession of anyone other than the named garnishee(s), you are directed to notify such other person that he or she has been added as a garnishee and is enjoined as above stated.

Case# 2024-14008-2 Docketed at Montgomery County Prothonotary on 05/23/2024 12:59 PM, Fee = $28.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

COSTS:

Prothonotary: $ <u>73</u>

Sheriff: $ <u>358</u>

Amount Due: $ <u>921925.00</u>

Interest: $ <u>0</u>

Total: $ <u>921925.00</u>
Plus costs as per endorsement hereon.



n. m-

—————————————————————
Prothonotary

<u>Hannah Fennell</u>

Date: 05/23/2024

Agent/Deputy

Case# 2024-14008-2 Docketed at Montgomery County Prothonotary on 05/23/2024 12:59 PM, Fee = $28.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## <u>MAJOR EXEMPTIONS UNDER PENNSYLVANIA AND FEDERAL LAW</u>

1. $300 statutory exemption

2. Bibles, school books, sewing machines, uniforms and equipment

3. Most wages and unemployment compensation

4. Social Security benefits

5. Certain retirement funds and accounts

6. Certain veteran and armed forces benefits

7. Certain insurance proceeds

8. Such other exemptions as my be provided by law

# IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

WFD CAPITAL LLC

vs.

ACTIVE WORLD HOLDINGS INC

NO. 2024-14008

## WRIT OF EXECUTION NOTICE

This paper is a Writ of Execution. It has been issued because there is a judgment against you. It may cause your property to be held or taken to pay the judgment. You may have legal rights to prevent your property from being taken. A lawyer can advise you more specifically on these rights. If you wish to exercise your rights, you must act promptly.

The law provides that certain property cannot be taken. Such property is said to be exempt. There is a debtor's exemption of $300.00. There are other exemptions which may be applicable to you. Attached is a summary of some of the major exemptions. You may have other exemptions or other rights.

If you have an exemption, you should first do the following promptly: (1) fill out the attached claim form and demand for a prompt hearing. (2) Deliver the form or mail it to the Sheriff's Office at the address noted.

You should come to the court ready to explain your exemption. If you do not come to the court and prove your exemption, you may lose some of your property.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELLIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
100 West Airy Street
PO Box 268
NORRISTOWN, PA 19404-0268
(610) 279-9660

Case# 2024-14008-2 Docketed at Montgomery County Prothonotary on 05/23/2024 12:59 PM, Fee = $28.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

WFD CAPITAL LLC

vs.

ACTIVE WORLD HOLDINGS INC

NO. 2024-14008

## CLAIM FOR EXEMPTION

To the Sheriff:

I, the above named defendant, claim exemption of property from levy or attachment:

   (1)  From my personal property in my possession which has been levied upon,
       (a)  I desire that my $300 statutory exemption be:

      ☐  (i)  set aside in kind (specific property to be set aside in kind) ;

      ☐  (ii)  paid in cash following the sale of the property levied upon; or

      (b)  I claim the following exemption (specify property and basis of exemption):

   2.From my property which is in the possession of a third party, I claim the following
      exemptions:

      (a)  my $300 statutory exemption:   ☐  in cash;   ☐  in kind (specify property):

      (b)  other (specific amount and basis of exemption)

Case# 2024-14008-2 Docketed at Montgomery County Prothonotary on 05/23/2024 12:59 PM, Fee = $28.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# CLAIM FOR EXEMPTION – Continued

I request a prompt hearing to determine the exemption.  Notice of the hearing should be given to me at

_____ (Address),

_____ (Telephone number).

I verify that the statements made in this Claim for Exemption are true and correct.  I understand that false statements herein are made subject to the penalties of 18 Pa. C. S. § 4904 relating to unsworn falsification to authorities.

Date: _____

_____
Signature of Defendant

THIS CLAIM TO BE FILED WITH

THE OFFICE OF THE SHERIFF OF MONTGOMERY COUNTY COURTHOUSE
PO BOX 311
NORRISTOWN, PENNSYLVANIA 19404-0311
610-278-3331

Case# 2024-14008-2 Docketed at Montgomery County Prothonotary on 05/23/2024 12:59 PM, Fee = $28.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.