# EXHIBIT 2
# Erie County Sheriff's Return of Service

Case# 2024-14008-23 Docketed at Montgomery County Prothonotary on 07/03/2024 10:54 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Andrew Roman Perrong, PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Phone: (215) 225-5529
A@PerrongLaw.com
Attorney for Judgment Creditor,
WFD Capital LLC

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY,

PENNSYLVANIA

Civil Division - Law

| | | |
|---|---|---|
| WFD CAPITAL LLC | : | No. 2024-14008 |
|     Plaintiff | : | |
| v. | : | |
| ACTIVE WORLD HOLDINGS INC., d/b/a ACTIVE WORLD CLUB, and ALFONSO KNOLL | : | |
|     Defendants | : | |
| NET SAVINGS LINK, INC., & CHINA FOOD AND BEVERAGE COMPANY | : | |
|     Garnishees | : | |

<u>**SHERIFF'S RETURN OF SERVICE FROM ERIE COUNTY**</u>

Plaintiff/Judgment Creditor WFD CAPITAL LLC, by and through the undersigned counsel, hereby files the attached Sheriff's Return of Service from Erie County, reflecting service of the indexed Writ of Execution and Interrogatories to Garnishees NET SAVINGS LINK, INC. and CHINA FOOD AND BEVERAGE COMPANY on May 29, 2024.

**Respectfully submitted this 3rd day of July, 2024:**

<u>/s/ Andrew Roman Perrong</u>
Andrew Roman Perrong, PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038

1

*Case# 2024-14008-23 Docketed at Montgomery County Prothonotary on 07/03/2024 10:54 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.*

Phone: 215-225-5529
Facsimile: 888-329-0305
a@perronglaw.com

Attorney for Judgment Creditor,
WFD CAPITAL LLC

2

# SHERIFF'S OFFICE OF ERIE COUNTY

**CHRIS CAMPANELLI**
*Sheriff*



**DOUGLAS A. KUBIAK**
*Chief Deputy*

**HEIDI THOMAS**
*Sergeant*

---

WFD CAPITAL LLC
vs.
ACTIVE WORLD HOLDINGS INC., ALFONSO KNOLL (et al.)

**Case Number**
2024-11292

## SHERIFF'S RETURN OF SERVICE

| | |
|---|---|
| 05/29/2024 | Time Stamped Instructions Filed TO SERVE 2 WRITS AND 3 INTERROGATORIES TO NET SAVINGS LINK INC. AND CHINA FOOD AND BEVERAGE COMPANY AT 502 W 7TH ST SUITE 100 ERIE, PA 16502. NO INSTRUCTIONS FILED TO LEVY AND POST. |
| 05/29/2024 | 11:40 AM - Deputy Andy Jackson, being duly sworn according to law, served two true and attested copies of the requested Writ of Execution and three true and attested copies of the Interrogatories by "personally" handing to a person representing themselves to be AMY PARINI/RECEPTIONIST, who accepted as "Adult Person in Charge" for the within named Garnishee, NET SAVINGS LINK, INC., at C/O REGISTERED AGENTS, INC., 502 W 7TH ST SUITE 100, ERIE, PA 16502 and attached as directed. |

*ANDY JACKSON, DEPUTY*

| | |
|---|---|
| 05/29/2024 | 11:40 AM - Deputy Andy Jackson, being duly sworn according to law, served two true and attested copies of the requested Writ of Execution and three true and attested copies of the Interrogatories by "personally" handing to a person representing themselves to be AMY PARINI/RECEPTIONIST, who accepted as "Adult Person in Charge" for the within named Garnishee, CHINA FOOD AND BEVERAGE COMPANY, at C/O REGISTERED AGENTS, INC., 502 W 7TH ST SUITE 100, ERIE, PA 16502 and attached as directed. |

*ANDY JACKSON, DEPUTY*

| | |
|---|---|
| 05/30/2024 | 03:00 PM - Sheriff CHRIS CAMPANELLI, being duly sworn according to law, states he sent by First Class Mail a true and attested copy of the requested Writ of Execution and Claim for Exemption form to the within named Defendant, to wit: ACTIVE WORLD HOLDINGS INC., ALFONSO KNOLL at 1```, ERIE, PA 16502. |

SHERIFF COST: $267.00

SO ANSWERS,

*CHRIS CAMPANELLI, SHERIFF*

May 29, 2024