# **EXHIBIT 3**
# **Answers to Interrogatories by NSAV**



IN THE COURT OF COMMON PLEAS OF
MONTGOMERY COUNTY, PENNSYLVANIA
Civil Division – Law

| | |
|---|---|
| WFD CAPITAL LLC<br><br>Plaintiff<br><br>v.<br><br>ACTIVE WORLD HOLDINGS INC.<br>D/B/A ACTIVE WORLD CLUB<br>AND ALFONSO KNOLL<br><br>Defendants | Case No. 2024-14008<br><br><br>2024-14008-0025  7/5/2024 8:52 AM  # 14482690<br>Rcpt#Z4798883  Fee:$0.00  Answer to Interrogatories By<br>Main (Public)<br>MontCo Prothonotary |

## **INTERROGATORIES TO GARNISHEE:**

To: Net Savings Link, Inc.
c/o Registered Agents, Inc.
502 West 7th Street, Suite 100
Erie, PA 16502
(Garnishee)

You are required to file answers to the following interrogatories within twenty (20) days after service upon you. Failure to do so may result in in judgment against you:

1. At the time you were served or at any subsequent time did you owe the defendant(s) any money or were you liable to the defendant(s) on any negotiable or other written instrument, or did the defendant(s) claim that you owed the defendant(s) any money or were liable to the defendant(s) for any reason?

Yes, Garnishee confesses that it owes Defendant, Active World Holdings Inc., a two and one half million dollar ($2,500,000) one year, secured, convertible promissory note, bearing an interest rate of 8% per annum.

2. At the time you were served or at any subsequent time was there in your possession, custody or control or in the joint possession, custody or control of yourself and one or more other persons any property of any nature owned solely or in part by the defendant(s)?
No.

3. At the time you were served or at any subsequent time did you hold legal title to

1



any property of any nature owned solely or in part by the defendant(s) or in which the defendant(s) held or claimed any interest?
No.

4. At the time you were served or at any subsequent time did you hold as fiduciary any property in which the defendant(s) had an interest?
No.

5. At any time before or after you were served did the defendant(s) transfer or deliver any property to you or to any person or place pursuant to your direction or consent and if so, what was the consideration therefore?
No.

6. At any time after you were served did you pay, transfer or deliver any money or property to the defendant(s) or to any person or place pursuant to the defendant's direction or otherwise discharge any claim of the defendant(s) against you?
No.

7. If you are a bank or other financial institution, at the time you were served or at any subsequent time did the defendant(s) have funds on deposit in an account in which funds are deposited electronically on a recurring basis and which are identified as being funds that upon deposit are exempt from execution, levy or attachment under Pennsylvania or Federal law? If so, identify each account and state the amount of funds in each account, and the entity electronically depositing those funds on a recurring basis.
No.

8. If you are a bank or other financial institution, at the time you were served or at any subsequent time did the defendant(s) have funds on deposit in an account in which the funds on deposit, not including any otherwise exempt funds, did not exceed the amount of the general monetary exemption under 42 Pa.C.S. § 8123? If so, identify each account.
No.

Dated: June 28, 2024

*James Tilton*
James Tilton

2



IN THE COURT OF COMMON PLEAS OF
MONTGOMERY COUNTY, PENNSYLVANIA
Civil Division – Law

| | |
|---|---|
| WFD CAPITAL LLC<br><br>Plaintiff<br><br>v.<br><br>ACTIVE WORLD HOLDINGS INC.<br>D/B/A ACTIVE WORLD CLUB<br>AND ALFONSO KNOLL<br><br>Defendants | Case No. 2024-14008<br><br> 2024-14008-0025  7/3/2024 8:52 AM  # 14482690<br>Rcpt#Z4798883  Fee:$0.00  Answer to Interrogatories By<br>Main (Public)<br>MontCo Prothonotary |

## INTERROGATORIES TO GARNISHEE:

To: Net Savings Link, Inc.
c/o Registered Agents, Inc.
502 West 7th Street, Suite 100
Erie, PA 16502
(Garnishee)

You are required to file answers to the following interrogatories within twenty (20) days after service upon you. Failure to do so may result in in judgment against you:

1. At the time you were served or at any subsequent time did you owe the defendant(s) any money or were you liable to the defendant(s) on any negotiable or other written instrument, or did the defendant(s) claim that you owed the defendant(s) any money or were liable to the defendant(s) for any reason?

Yes, Garnishee confesses that it owes Defendant, Active World Holdings Inc., a two and one half million dollar ($2,500,000) one year, secured, convertible promissory note, bearing an interest rate of 8% per annum.

2. At the time you were served or at any subsequent time was there in your possession, custody or control or in the joint possession, custody or control of yourself and one or more other persons any property of any nature owned solely or in part by the defendant(s)?
No.

3. At the time you were served or at any subsequent time did you hold legal title to

1



any property of any nature owned solely or in part by the defendant(s) or in which the defendant(s) held or claimed any interest?
No.

4. At the time you were served or at any subsequent time did you hold as fiduciary any property in which the defendant(s) had an interest?
No.

5. At any time before or after you were served did the defendant(s) transfer or deliver any property to you or to any person or place pursuant to your direction or consent and if so, what was the consideration therefore?
No.

6. At any time after you were served did you pay, transfer or deliver any money or property to the defendant(s) or to any person or place pursuant to the defendant's direction or otherwise discharge any claim of the defendant(s) against you?
No.

7. If you are a bank or other financial institution, at the time you were served or at any subsequent time did the defendant(s) have funds on deposit in an account in which funds are deposited electronically on a recurring basis and which are identified as being funds that upon deposit are exempt from execution, levy or attachment under Pennsylvania or Federal law? If so, identify each account and state the amount of funds in each account, and the entity electronically depositing those funds on a recurring basis.
No.

8. If you are a bank or other financial institution, at the time you were served or at any subsequent time did the defendant(s) have funds on deposit in an account in which the funds on deposit, not including any otherwise exempt funds, did not exceed the amount of the general monetary exemption under 42 Pa.C.S. § 8123? If so, identify each account.
No.

Dated: June 28, 2024

*James Tilton*
James Tilton