# EXHIBIT 5
# Certified WFD Capital Judgment vs. NSAV and Certified PA Docket Entries

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

WFD CAPITAL LLC

vs.

ACTIVE WORLD HOLDINGS INC

NO. 2024-14008

NOTICE IS GIVEN THAT THE ATTACHED DOCUMENT IN THE ABOVE CAPTIONED MATTER HAS BEEN ENTERED.

*n. m-*
PROTHONOTARY

IF YOU HAVE ANY QUESTIONS CONCERNING THE ABOVE, PLEASE CONTACT:

ORIGINAL SIGNATURE RETAINED BY THE FILING PARTY
Signature

ANDREW ROMAN PERRONG, ESQ.
Filing Party

333687
ID Number

PERRONG LAW LLC
Firm Name

2657 MT CARMEL AVE.

Address

GLENSIDE, PA 19038

215-225-5529
Phone

CERTIFIED FROM THE RECORDS OF THE PROTHONOTARY, COURT OF COMMON PLEAS, MONTGOMERY COUNT, PA.
NOAH MARLIER, PROTHONOTARY
DATE: 8/19/24
CLERK

Case# 2024-14008-27 Docketed at Montgomery County Prothonotary on 07/07/2024 10:10 PM, Fee = $21.75. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY,

PENNSYLVANIA

Civil Division - Law

| | |
|---|---|
| WFD CAPITAL LLC<br>　　　　　Plaintiff<br>　　v.<br>ACTIVE WORLD HOLDINGS, INC., d/b/a ACTIVE WORLD CLUB, & ALFONSO KNOLL<br>　　　　　Defendants<br>NET SAVINGS LINK INC AND CHINA FOOD AND BEVERAGE COMPANY<br>　　　　　Garnishees | No. 2024-14008 |

**PRAECIPE TO ENTER JUDGMENT AGAINST GARNISHEES,
NET SAVINGS LINK, INC. AND CHINA FOOD AND BEVERAGE COMPANY**

TO THE PROTHONOTARY:

The Garnishee NET SAVINGS LINK, INC. answered the Writ of Execution and Interrogatories stating that Garnishee owes Defendant Active World Holdings Inc. a $2,500.000 one year convertible secured promissory note bearing an interest rate of 8% per annum (see the attached Answers to Interrogatories in Attachment provided by the Garnishee).

The Garnishee CHINA FOOD AND BEVERAGE COMPANY answered the Writ of Execution and Interrogatories stating that Garnishee owes Defendant Active World Holdings Inc. a $1,000,000 one year convertible secured promissory note bearing an interest rate of 8% per annum (see the attached Answers to Interrogatories in Attachment provided by the Garnishee).

At this time, pursuant to PA Rules of Civil Procedure 3146(b) and 3148(a), please enter judgment in favor of Plaintiff WFD CAPITAL LLC, and against the Garnishees:

1

NET SAVINGS LINK, INC. in the amount of **$921,925.00** (the full judgment amount which does not exceed the amount which the Garnishee Net Savings Link, Inc. has admitted to owing to the Defendant Active World Holdings Inc.), as well as for the specific property rights of the Defendant Active World Holdings Inc. in the possession of the Garnishee, to wit: all of the Defendant's rights to convert its Promissory Note owed by Garnishee into equity in NET SAVINGS LINK, INC., to the extent necessary to satisfy the judgment, plus any applicable interest and costs, including any to be taxed at a later date.

CHINA FOOD AND BEVERAGE COMPANY in the amount of **$921,925.00** (the full judgment amount which does not exceed the amount which the Garnishee China Food and Beverage Company has admitted to owing to the Defendant Active World Holdings Inc.), as well as for the specific property rights of the Defendant Active World Holdings Inc. in the possession of the Garnishee, to wit: all of the Defendant's rights to convert its Promissory Note owed by Garnishee into equity in CHINA FOOD AND BEVERAGE COMPANY, to the extent necessary to satisfy the judgment, plus any applicable interest and costs, including any to be taxed at a later date.

**Respectfully submitted this 7th day of July, 2024:**

/s/ Andrew Roman Perrong
Andrew Roman Perrong, PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Phone: 215-225-5529
Facsimile: 888-329-0305
a@perronglaw.com

Attorney for Judgment Creditor,
WFD CAPITAL LLC

IN THE COURT OF COMMON PLEAS OF
MONTGOMERY COUNTY, PENNSYLVANIA
Civil Division – Law

WFD CAPITAL LLC

      Plaintiff

v.

ACTIVE WORLD HOLDINGS INC.
D/B/A ACTIVE WORLD CLUB
AND ALFONSO KNOLL

      Defendants

Case No. 2024-14008



2024-14008-0025  7/5/2024 8:52 AM  # 14482690
Rcpt#Z4798883  Fee:$0.00  Answer to Interrogatories By
Main (Public)
MontCo Prothonotary

## INTERROGATORIES TO GARNISHEE:

To: Net Savings Link, Inc.
c/o Registered Agents, Inc.
502 West 7th Street, Suite 100
Erie, PA 16502
(Garnishee)

You are required to file answers to the following interrogatories within twenty (20) days after service upon you. Failure to do so may result in in judgment against you:

1. At the time you were served or at any subsequent time did you owe the defendant(s) any money or were you liable to the defendant(s) on any negotiable or other written instrument, or did the defendant(s) claim that you owed the defendant(s) any money or were liable to the defendant(s) for any reason?

Yes, Garnishee confesses that it owes Defendant, Active World Holdings Inc., a two and one half million dollar ($2,500,000) one year, secured, convertible promissory note, bearing an interest rate of 8% per annum.

2. At the time you were served or at any subsequent time was there in your possession, custody or control or in the joint possession, custody or control of yourself and one or more other persons any property of any nature owned solely or in part by the defendant(s)?
No.

3. At the time you were served or at any subsequent time did you hold legal title to

1



any property of any nature owned solely or in part by the defendant(s) or in which the defendant(s) held or claimed any interest?
No.

4. At the time you were served or at any subsequent time did you hold as fiduciary any property in which the defendant(s) had an interest?
No.

5. At any time before or after you were served did the defendant(s) transfer or deliver any property to you or to any person or place pursuant to your direction or consent and if so, what was the consideration therefore?
No.

6. At any time after you were served did you pay, transfer or deliver any money or property to the defendant(s) or to any person or place pursuant to the defendant's direction or otherwise discharge any claim of the defendant(s) against you?
No.

7. If you are a bank or other financial institution, at the time you were served or at any subsequent time did the defendant(s) have funds on deposit in an account in which funds are deposited electronically on a recurring basis and which are identified as being funds that upon deposit are exempt from execution, levy or attachment under Pennsylvania or Federal law? If so, identify each account and state the amount of funds in each account, and the entity electronically depositing those funds on a recurring basis.
No.

8. If you are a bank or other financial institution, at the time you were served or at any subsequent time did the defendant(s) have funds on deposit in an account in which the funds on deposit, not including any otherwise exempt funds, did not exceed the amount of the general monetary exemption under 42 Pa.C.S. § 8123? If so, identify each account.
No.

Dated: June 28, 2024

*James Tilton*
James Tilton

2

IN THE COURT OF COMMON PLEAS OF
MONTGOMERY COUNTY, PENNSYLVANIA
Civil Division – Law

| | |
|---|---|
| WFD CAPITAL LLC<br><br>Plaintiff<br><br>v.<br><br>ACTIVE WORLD HOLDINGS INC.<br>D/B/A ACTIVE WORLD CLUB<br>AND ALFONSO KNOLL<br><br>Defendants | Case No. 2024-14008 |



2024-14008-0025  7/3/2024 8:52 AM  # 14482690
Rcpt#Z4798883  Fee:$0.00  Answer to Interrogatories By
Main (Public)
MontCo Prothonotary

## INTERROGATORIES TO GARNISHEE:

To: Net Savings Link, Inc.
c/o Registered Agents, Inc.
502 West 7th Street, Suite 100
Erie, PA 16502
(Garnishee)

You are required to file answers to the following interrogatories within twenty (20) days after service upon you. Failure to do so may result in in judgment against you:

1. At the time you were served or at any subsequent time did you owe the defendant(s) any money or were you liable to the defendant(s) on any negotiable or other written instrument, or did the defendant(s) claim that you owed the defendant(s) any money or were liable to the defendant(s) for any reason?

Yes, Garnishee confesses that it owes Defendant, Active World Holdings Inc., a two and one half million dollar ($2,500,000) one year, secured, convertible promissory note, bearing an interest rate of 8% per annum.

2. At the time you were served or at any subsequent time was there in your possession, custody or control or in the joint possession, custody or control of yourself and one or more other persons any property of any nature owned solely or in part by the defendant(s)?
No.

3. At the time you were served or at any subsequent time did you hold legal title to

1



any property of any nature owned solely or in part by the defendant(s) or in which the defendant(s) held or claimed any interest?
No.

4. At the time you were served or at any subsequent time did you hold as fiduciary any property in which the defendant(s) had an interest?
No.

5. At any time before or after you were served did the defendant(s) transfer or deliver any property to you or to any person or place pursuant to your direction or consent and if so, what was the consideration therefore?
No.

6. At any time after you were served did you pay, transfer or deliver any money or property to the defendant(s) or to any person or place pursuant to the defendant's direction or otherwise discharge any claim of the defendant(s) against you?
No.

7. If you are a bank or other financial institution, at the time you were served or at any subsequent time did the defendant(s) have funds on deposit in an account in which funds are deposited electronically on a recurring basis and which are identified as being funds that upon deposit are exempt from execution, levy or attachment under Pennsylvania or Federal law? If so, identify each account and state the amount of funds in each account, and the entity electronically depositing those funds on a recurring basis.
No.

8. If you are a bank or other financial institution, at the time you were served or at any subsequent time did the defendant(s) have funds on deposit in an account in which the funds on deposit, not including any otherwise exempt funds, did not exceed the amount of the general monetary exemption under 42 Pa.C.S. § 8123? If so, identify each account.
No.

Dated: June 28, 2024

*James Tilton*
James Tilton

2

IN THE COURT OF COMMON PLEAS OF
MONTGOMERY COUNTY, PENNSYLVANIA
Civil Division – Law

WFD CAPITAL LLC

    Plaintiff

v.

ACTIVE WORLD HOLDINGS INC.
D/B/A ACTIVE WORLD CLUB
AND ALFONSO KNOLL

    Defendants

Case No. 2024-14008



2024-14008-0026  7/3/2024 8:58 AM  # 14482691
Rcpt#Z4798896  Fee:$0.00  Answer to interrogatories By
Main (Public)
MontCo Prothonotary

## INTERROGATORIES TO GARNISHEE:

To: China Food and Beverage Company
c/o Registered Agents, Inc.
502 West 7th Street, Suite 100
Erie, PA 16502
(Garnishee)

You are required to file answers to the following interrogatories within twenty (20) days after service upon you. Failure to do so may result in in judgment against you:

1. At the time you were served or at any subsequent time did you owe the defendant(s) any money or were you liable to the defendant(s) on any negotiable or other written instrument, or did the defendant(s) claim that you owed the defendant(s) any money or were liable to the defendant(s) for any reason?

Yes, Garnishee confesses that it owes Defendant Active World Holdings, Inc a one million U.S. dollar ($1,000,000.00) one year, secured, convertible promissory note, bearing an interest rate of 8% per annum.

2. At the time you were served or at any subsequent time was there in your possession, custody or control or in the joint possession, custody or control of yourself and one or more other persons any property of any nature owned solely or in part by the defendant(s)?
No.

3. At the time you were served or at any subsequent time did you hold legal title to

1

Case# 2024-14008-27 Docketed at Montgomery County Prothonotary on 07/07/2024 10:10 PM, Fee = $21.75. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

any property of any nature owned solely or in part by the defendant(s) or in which the defendant(s) held or claimed any interest?
No.

4. At the time you were served or at any subsequent time did you hold as fiduciary any property in which the defendant(s) had an interest?
No.

5. At any time before or after you were served did the defendant(s) transfer or deliver any property to you or to any person or place pursuant to your direction or consent and if so, what was the consideration therefore?
No.

6. At any time after you were served did you pay, transfer or deliver any money or property to the defendant(s) or to any person or place pursuant to the defendant's direction or otherwise discharge any claim of the defendant(s) against you?
No.

7. If you are a bank or other financial institution, at the time you were served or at any subsequent time did the defendant(s) have funds on deposit in an account in which funds are deposited electronically on a recurring basis and which are identified as being funds that upon deposit are exempt from execution, levy or attachment under Pennsylvania or Federal law? If so, identify each account and state the amount of funds in each account, and the entity electronically depositing those funds on a recurring basis.
No.

8. If you are a bank or other financial institution, at the time you were served or at any subsequent time did the defendant(s) have funds on deposit in an account in which the funds on deposit, not including any otherwise exempt funds, did not exceed the amount of the general monetary exemption under 42 Pa.C.S. § 8123? If so, identify each account.
No.

Dated: June 29, 2024

*James Tilton*
James Tilton

2

| Case #2024-14008 | |
|---|---|
| Case Number | 2024-14008 |
| Commencement Date | 5/23/2024 |
| Last Filing Date | 8/9/2024 |
| Days Open | 88 |
| Case Type | Certification from US District Court |
| PFA Number | |
| Caption Plaintiff | WFD CAPITAL LLC |
| Caption Defendant | ACTIVE WORLD HOLDINGS INC |
| Lis Pendens Indicator | No |
| Status | 4 - OPEN |
| Judge | |
| Remarks | $921925.00. NOTICE 236 SENT ON 5-23-2024 |
| Sealed | No |
| Interpreter Needed | |

Judgment certified in the amount of $ **921,925.00**
In favor of Plaintiff(s) **WFD Capital LLC**

And against Defendant(s) **Net savings link Inc**

Date **8/19/24**

## Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence | Status |
|---|---|---|---|---|---|---|
| WFD CAPITAL LLC | 2657 MOUNT CARMEL AVE GLENSIDE, PA 19038 UNITED STATES | UNITED STATES | PERRONG, ANDREW ROMAN | Yes | 1 | |

## Defendants

| Name | Address | Country | Counsel | Notify | Sequence | Status |
|---|---|---|---|---|---|---|
| ACTIVE WORLD HOLDINGS INC (ACTIVE WORLD CLUB) | 124 HUNTZINGER RD WERNERSVILLE, PA 19565 UNITED STATES | UNITED STATES | | Yes | 1 | |
| CHINA FOOD AND BEVERAGE COMPANY | 2374 ROUTE 390 N MOUNTAINHOME, PA 18342 UNITED STATES | UNITED STATES | | Yes | 2 | |
| KNOLL, ALFONSO | 124 HUNTZINGER RD WERNERSVILLE, PA 19565 UNITED STATES | UNITED STATES | | Yes | 3 | |
| NET SAVINGS LINK INC | 2374 ROUTE 390 N MOUNTAINHOME, PA 18342 UNITED STATES | UNITED STATES | | Yes | 4 | |
| NSAVX COM (NSAVX.COM; NSAVX.COM INC) | 2374 ROUTE 390 N MOUNTAINHOME, PA 18342 UNITED STATES | UNITED STATES | | Yes | 5 | |

## Garnishees

| Name | Address | Country | Counsel | Notify | Status |
|---|---|---|---|---|---|
| NET SAVINGS LINK INC | 502 WEST 7TH STREET SUITE 100 C/O REGISTERED AGENTS INC ERIE, PA 16502 UNITED STATES | UNITED STATES | | Yes | |
| NSAVX COM (NSAVX.COM; NSAVX.COM INC) | 2374 ROUTE 390 N MOUNTAINHOME, PA 18342 UNITED STATES | UNITED STATES | | Yes | |
| DOWIE, GLENDA | 107 FURNACE ST ROBESONIA, PA 19551 UNITED STATES | UNITED STATES | | Yes | |
| STRIDE BANK NA | 324 W BROADWAY AVE ENID, OK 73701 UNITED STATES | UNITED STATES | | Yes | |

| Name | Address | Country | Counsel | Notify | Status |
|---|---|---|---|---|---|
| THE BANCORP BANK NA | 548 N TROOPER ROAD NORRISTOWN, PA 19403 UNITED STATES | UNITED STATES | | Yes | |
| CHIME FINANCIAL INC | 600 NORTH 2ND STREET, SUITE 400 HARRISBURG, PA 17101 UNITED STATES | UNITED STATES | | Yes | |
| BIGFOOTMARKETINGAI LLC | 124 HUNTZINGER RD. WERNERSVILLE, PA 19565 UNITED STATES | UNITED STATES | | Yes | |
| KNOLL, JENNIFER | 124 HUNTZINGER RD WERNERSVILLE, PA 19565 UNITED STATES | UNITED STATES | | Yes | |
| KNOLL, VERONIKA | 124 HUNTZINGER RD WERNERSVILLE, PA 19565 UNITED STATES | UNITED STATES | | Yes | |
| AUREX TRADING AND RECOVERY INC | 124 HUNTZINGER RD WERNERSVILLE, PA 19565 UNITED STATES | UNITED STATES | | Yes | |
| BLOCK INC (CASHAPP) | 600 NORTH SECOND STREET, SUITE 401 C/O: CT CORPORATION SYSTEM HARRISBURG, PA 17101 UNITED STATES | UNITED STATES | | Yes | |
| PAYPAL INC | 600 NORTH SECOND STREET, SUITE 401 C/O: CT CORPORATION SYSTEM HARRISBURG, PA 17101 UNITED STATES | UNITED STATES | | Yes | |
| ROBINHOOD MARKETS INC | 600 NORTH SECOND STREET C/O: INCORPORATING SERVICES, LTD. HARRISBURG, PA 17101 UNITED STATES | UNITED STATES | | Yes | |
| COINBASE INC | 2595 INTERSTATE DRIVE, SUITE 103 C/O: CORPORATION SERVICE COMPANY HARRISBURG, PA 17110 UNITED STATES | UNITED STATES | | Yes | |
| BAM TRADING SERVICES INC (BINANCE; BINANCE.US) | 2595 INTERSTATE DRIVE, SUITE 103 C/O: CORPORATION SERVICE COMPANY HARRISBURG, PA 17110 UNITED STATES | UNITED STATES | | Yes | |
| CHINA FOOD AND BEVERAGE COMPANY | 502 WEST 7TH STREET SUITE 100 C/O REGISTERED AGENTS INC ERIE, PA 16502 UNITED STATES | UNITED STATES | | Yes | |
| SECURITIZE MARKETS LLC (SECURITIZE; PACIFIC STOCK TRANSFER COMPANY) | C/O INCORPORATING SERVICES, LTD 600 NORTH SECOND STREET HARRISBURG, PA 17101 UNITED STATES | UNITED STATES | | Yes | |

| Name | Address | Country | Counsel | Notify | Status |
|---|---|---|---|---|---|
| WELLS FARGO BANK NA | 43 E MAIN STREET<br>NORRISTOWN, PA 19401<br>UNITED STATES | UNITED STATES | SCHWARTZ, BENJAMIN D | Yes | |

## Docket Entries

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 0 | E | 5/23/2024 | Certification from US District Court | $921925.00. NOTICE 236 SENT ON 5-23-2024 | No | 14428527 |
| 1 | E | 5/23/2024 | Affidavit of Validity | | No | 14428538 |
| 2 | E | 5/23/2024 | Praec-Writ of Execution Money Judgment w/ Garnishee | AGAINST ACTIVE WORLD HOLDINGS INC; ALFONSO KNOLL AND CHINA FOOD AND BEVERAGE COMPANY; NET SAVINGS LINK INC | No | 14428573 |
| 3 | E | 5/23/2024 | Interrogatories To | CHINA FOOD AND BEVERAGE COMPANY | No | 14428637 |
| 4 | E | 5/23/2024 | Interrogatories To | NET SAVINGS LINK INC | No | 14428644 |
| 5 | E | 5/30/2024 | Praec-Writ of Execution Money Judgment w/ Garnishee | AGAINST ACTIVE WORLD HOLDINGS INC; ALFONSO KNOLL AND BAM TRADING SERVICES INC; BLOCK INC; COINBASE INC; PAYPAL INC; ROBINHOOD MARKETS INC | No | 14436505 |
| 6 | E | 5/30/2024 | Interrogatories To | BAM TRADING SERVICES INC | No | 14436675 |
| 7 | E | 5/30/2024 | Interrogatories To | COINBASE INC | No | 14436679 |
| 8 | E | 5/30/2024 | Interrogatories To | PAYPAL INC | No | 14436680 |
| 9 | E | 5/30/2024 | Interrogatories To | BLOCK INC | No | 14436681 |
| 10 | E | 5/30/2024 | Interrogatories To | ROBINHOOD MARKETS INC | No | 14436682 |
| 11 | | 6/10/2024 | Answer to Interrogatories By | BLOCK INC | No | 14450251 |
| 12 | E | 6/13/2024 | Praec-Writ of Execution Money Judgment w/ Garnishee | AGAINST ACTIVE WORLD HOLDINGS INC; ALFONSO KNOLL AND AUREX TRADING AND RECOVERY INC; BIGFOOTMARKETINGAI LLC; CHIME FINANCIAL INC; GLENDA DOWIE; JENNIFER KNOLL; VERONIKA KNOLL; STRIDE BANK NA; THE BANCORP BANK NA | No | 14454639 |
| 13 | E | 6/13/2024 | Interrogatories To | STRIDE BANK NA | No | 14455845 |
| 14 | E | 6/13/2024 | Interrogatories To | THE BANCORP BANK NA | No | 14455846 |
| 15 | E | 6/13/2024 | Interrogatories To | CHIME FINANCIAL INC | No | 14455847 |
| 16 | E | 6/24/2024 | Answer to Interrogatories By | ROBINHOOD MARKETS INC WITH SERVICE ON 06/24/2024 | No | 14468344 |
| 17 | E | 6/24/2024 | Interrogatories To | AUREX TRADING AND RECOVERY INC | No | 14468432 |
| 18 | E | 6/24/2024 | Interrogatories To | BIGFOOTMARKETINGAI LLC | No | 14468436 |
| 19 | E | 6/24/2024 | Interrogatories To | JENNIFER KNOLL | No | 14468438 |
| 20 | E | 6/24/2024 | Interrogatories To | VERONIKA KNOLL | No | 14468441 |
| 21 | E | 6/24/2024 | Interrogatories To | GLENDA DOWIE | No | 14468443 |
| 22 | | 6/28/2024 | Answer to Interrogatories By | COINBASE INC | No | 14475077 |
| 23 | E | 7/3/2024 | Affidavit/Certificate of Service of | WRIT OF EXECUTION AND INTERROGATORIES ON 05/29/2024 TO NET SAVINGS LINK INC | No | 14481232 |
| 24 | E | 7/3/2024 | Affidavit/Certificate of Service of | WRIT OF EXECUTION AND INTERROGATORIES ON 05/29/2024 TO CHINA FOOD AND BEVERAGE COMPANY | No | 14481242 |
| 25 | | 7/3/2024 | Answer to Interrogatories By | NET SAVINGS LINK INC | No | 14482690 |
| 26 | | 7/3/2024 | Answer to Interrogatories By | CHINA FOOD AND BEVERAGE COMPANY | No | 14482691 |
| 27 | E | 7/7/2024 | Judgment Against Garnishee Entered in Favor of | WFD CAPITAL LLC & AGAINST NET SAVINGS LINK INC; CHINA FOOD AND BEVERAGE COMPANY IN AMOUNT OF $921,925.00. NOTICE 236 SENT ON 7-7-2024 | No | 14483694 |

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 28 | E | 7/8/2024 | Praec-Writ of Execution Money Judgment w/ Garnishee | AGAINST ACTIVE WORLD HOLDINGS INC; CHINA FOOD AND BEVERAGE COMPANY; ALFONSO KNOLL; NET SAVINGS LINK INC AND NSAVX COM | No | 14484805 |
| 29 | E | 7/8/2024 | Praec-Writ of Execution Money Judgment w/ Garnishee | AGAINST ACTIVE WORLD HOLDINGS INC; CHINA FOOD AND BEVERAGE COMPANY; ALFONSO KNOLL; NET SAVINGS LINK INC AND SECURITIZE MARKETS LLC | No | 14485071 |
| 30 | E | 7/8/2024 | Interrogatories To | NSAVX COM | No | 14485091 |
| 31 | E | 7/8/2024 | Interrogatories To | SECURITIZE MARKETS LLC | No | 14485350 |
| 32 | E | 7/18/2024 | Affidavit/Certificate of Service of | INDEXED WRIT OF EXECUTION AND INTERROGATORIES TO GARNISHEE ON 06/03/2024 TO BAM TRADING SERVICES INC., D/B/A BINANCE.US, D/B/A BINANCE SHERIFFS RETURN FROM DAUPHIN COUNTY | No | 14500141 |
| 33 | E | 7/18/2024 | Affidavit/Certificate of Service of | 10 DAY DEFAULT NOTICE ON 07/18/2024 TO BAM TRADING SERVICES INC | No | 14500893 |
| 34 | E | 7/21/2024 | Default Judgment Entered in Favor of If by Sec Leg | WFD CAPITAL LLC AND AGAINST BINANCE; BINANCE.US; BAM TRADING SERVICES INC FOR WANT OF AN ANSWER. NOTICE 236 SENT ON 7-21-2024 | No | 14503040 |
| 35 | E | 7/23/2024 | Answer to Interrogatories By | AUREX TRADING AND RECOVERY INC WITH SERVICE ON 07/23/2024 | No | 14506868 |
| 36 | E | 7/23/2024 | Answer to Interrogatories By | JENNIFER KNOLL WITH SERVICE ON 07/23/2024 | No | 14506870 |
| 37 | E | 7/23/2024 | Answer to Interrogatories By | VERONIKA KNOLL WITH SERVICE ON 07/23/2024 | No | 14506872 |
| 38 | E | 7/23/2024 | Answer to Interrogatories By | BIGFOOTMARKETINGAI LLC WITH SERVICE ON 07/23/2024 | No | 14506873 |
| 39 | | 7/30/2024 | Answer to Interrogatories By | NSAVX COM | No | 14516233 |
| 40 | E | 7/31/2024 | Judgment Against Garnishee Entered in Favor of | WFD CAPITAL LLC & AGAINST NSAVX COM; NSAVX.COM; NSAVX.COM INC IN AMOUNT OF $921,925.00. NOTICE 236 SENT ON 7-31-2024 | No | 14516548 |
| 41 | | 7/31/2024 | Praec-Writ of Execution Money Judgment w/ Garnishee | | No | 14517101 |
| 42 | | 7/31/2024 | Interrogatories To | WELLS FARGO BANK NA | No | 14517102 |
| 43 | E | 8/1/2024 | Entry of Appearance | OF BENJAMIN D. SCHWARTZ FOR WELLS FARGO BANK, N.A. | No | 14519427 |
| 44 | | 8/6/2024 | (Internal Use Only) Served | WELLS FARGO BANK NA ON 8/2/24 | No | 14523315 |
| 45 | E | 8/9/2024 | Answer to Interrogatories By | WELLS FARGO BANK NA | No | 14531008 |

## Judgments

| For | Against | Date | Amount |
|---|---|---|---|
| WFD CAPITAL LLC | ACTIVE WORLD HOLDINGS INC | 5/23/2024 | 921925.00 |
| WFD CAPITAL LLC | KNOLL, ALFONSO | 5/23/2024 | 921925.00 |
| WFD CAPITAL LLC | ACTIVE WORLD HOLDINGS INC | 5/23/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | KNOLL, ALFONSO | 5/23/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | NET SAVINGS LINK INC | 5/23/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | CHINA FOOD AND BEVERAGE COMPANY | 5/23/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | BLOCK INC | 5/30/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | PAYPAL INC | 5/30/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | ROBINHOOD MARKETS INC | 5/30/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | BAM TRADING SERVICES INC | 5/30/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | KNOLL, ALFONSO | 5/30/2024 | WRIT/EXEC |

| For | Against | Date | Amount |
|---|---|---|---|
| WFD CAPITAL LLC | ACTIVE WORLD HOLDINGS INC | 5/30/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | COINBASE INC | 5/30/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | CHIME FINANCIAL INC | 6/12/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | DOWIE, GLENDA | 6/12/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | STRIDE BANK NA | 6/12/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | KNOLL, JENNIFER | 6/12/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | THE BANCORP BANK NA | 6/12/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | AUREX TRADING AND RECOVERY INC | 6/12/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | KNOLL, ALFONSO | 6/12/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | KNOLL, VERONIKA | 6/12/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | BIGFOOTMARKETINGAI LLC | 6/12/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | ACTIVE WORLD HOLDINGS INC | 6/12/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | NET SAVINGS LINK INC | 7/7/2024 | 921925.00 |
| WFD CAPITAL LLC | CHINA FOOD AND BEVERAGE COMPANY | 7/7/2024 | 921925.00 |
| WFD CAPITAL LLC | CHINA FOOD AND BEVERAGE COMPANY | 7/8/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | NET SAVINGS LINK INC | 7/8/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | NSAVX COM | 7/8/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | ACTIVE WORLD HOLDINGS INC | 7/8/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | KNOLL, ALFONSO | 7/8/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | SECURITIZE MARKETS LLC | 7/8/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | BINANCE | 7/21/2024 | SEC/LEG |
| WFD CAPITAL LLC | BINANCE.US | 7/21/2024 | SEC/LEG |
| WFD CAPITAL LLC | BAM TRADING SERVICES INC | 7/21/2024 | SEC/LEG |
| WFD CAPITAL LLC | NSAVX COM | 7/31/2024 | 921925 |
| WFD CAPITAL LLC | NSAVX.COM | 7/31/2024 | 921925 |
| WFD CAPITAL LLC | NSAVX.COM INC | 7/31/2024 | 921925 |
| WFD CAPITAL LLC | NSAVX COM | 7/31/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | NSAVX.COM | 7/31/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | NSAVX.COM INC | 7/31/2024 | WRIT/EXEC |
| WFD CAPITAL LLC | WELLS FARGO BANK NA | 7/31/2024 | WRIT/EXEC |

## Voided Dockets

| Filing Date | Description | Void Date | Cashier | Void Reason |
|---|---|---|---|---|
| 6/12/2024 | Rejected Answer to Interrogatories By | 6/12/2024 | Laniya Short | all pleading through the mail must have wet signatures.|please make sure that you have a seld-addressed stamped enevelope for your request |
| 6/21/2024 | Rejected Answer to Interrogatories By | 6/21/2024 | Barry Silver | All pleadings need a wet ink pen siganture (please include a signed verification) |