UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Vikram P Grover

                     Plaintiff,

v.                                                           Case No.: 1:21−cv−05054
                                                               Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 28, 2024:

       MINUTE entry before the Honorable Mary M. Rowland: WFD Capital LLC has filed its motion to intervene [209]. WFD is permitted to join the status hearing set for 9/4/24. The Court will consider whether briefing is warranted at this time. Counsel will receive an email with a link to join the video conference prior to the hearing. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 650−479−3207 and the call−in ID is 1801732451. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.