## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

===============================

|  |  |
|---|---|
| VIKRAM P. GROVER d/b/a<br>  "IX ADVISORS" a/k/a "IXA," | : |
|  | : |
|  | : |
| **Plaintiff,** | : |
|  | : |
| **v.** | : |
|  | : |
| NET SAVINGS LINK, INC., a<br>  Colorado corporation and formerly<br>  organized as a Nevada corporation,<br>WILTON GROUP, LIMITED, as<br>  registered in the Isle of Man, U.K.,<br>WILTON UK (GROUP), LIMITED, as<br>  registered in England and Wales, U.K.,<br>CHINA FOOD AND BEVERAGE CO.,<br>  a Colorado corporation, and<br>JAMES A. TILTON, | : |

**Civil Action No. 1:21-cv-05054**
**Honorable Mary M. Rowland**

**Defendants.**

===============================

## PLAINTIFF VIKRAM P. GROVER'S 7th STATUS REPORT[1]

The Plaintiff, Vikram P. Grover, (hereinafter "Mr. Grover" or the "Plaintiff"), as ordered

by the Honorable U.S. District Court for the Northern District of Illinois in its Minute Entry, dated

August 16, 2024 (hereinafter the August 16th Order"), respectfully submit their Joint Status Report.

For the Court's convenience, a copy of the August 16th Order is attached, restated and incorporated

by reference herein as **Exhibit A**. The Plaintiff states that the Defendant is not in compliance with

this Court's prior Orders and that sanctions and an his Motion to appoint John Busacca as Chief

---

[1] The Plaintiff submits this Status Report only on behalf of Mr. Grover.  The Defendant's counsel has made insertions to a prior version of the [Proposed] Joint Status Report, but never responded nor signed off on the final set of changes proposed by Mr. Grover's attorney. As a result, The Defendant's prior insertion are kept in this Status Report, and are bracketed and in bold.

Restructuring Officer (CRO) should be granted, with sanctions and penalties by this Court. Defendant NSAV disagrees with the Plaintiff's position. **[Defendant contests that it is not in compliance, having specifically made Defendant's accountant available to Plaintiff on August 23, 2024. After Plaintiff requested a continuance to August 26, 2024, Plaintiff failed to participate in a scheduled zoom call with Defendant specifically delineated for the purpose of clarifying any compliance inquiries.]**

In support hereof, the Plaintiff states that on June 26, 2024, this Court entered an Order for a writ of attachment, dated June 26, 2024 (hereinafter the "Attachment Order") Dkt. No. 167, and the Order for a preliminary injunction and equitable relief, dated June 26, 2024 Dkt. No. 168 (hereinafter the "Injunction Order" and. collectively as the "June 26th Orders" or the "Orders"). Thereafter, on August 8, 2024, this Court ordered Defendant NSAV, by and through its President, Defendant Tilton, to comply with the June 26th Orders. As memorialized by the Minute Entry (hereinafter the "August 8th Order"), this Court held as follows:

> "… NSAV was admonished that it must *IMMEDIATELY comply* with the Court's prior orders dated 6/26/24 [167] [168]. By *8/14/24 at 4:00 CST*, Defendant NSAV *shall file a status report updating the Court on its compliance with the prior orders*. Specifically, NSAV must "identify and describe, in complete detail, with all relevant information, writing and under oath, by an authorized officer of each such Defendant and Enjoined Defendant, the custodian, location amount, and all complete details, data and information, as to any and all shares of common stock and/or other classes of stock of each Defendant and Enjoined Defendant, as held from September 23, 2021 to the date of the Order, and deliver any and all documentation regarding, relating or supporting the same, by Defendant NSAV and as certified, under oath and by the pains and penalties of perjury, by the Chief Executive Officer of Defendant NSAV" and "identify and describe, in complete detail, with all relevant information, writing and under oath, by an authorized officer of each such Defendant and Enjoined Defendant, the custodian, location amount, and all complete details, data and information, as to any and all assets, monies, credits, rights, contracts and/or things, tangible and/or intangible, that have been removed, sold, encumbered, hypothecated, conveyed, transferred, assigned and/or moved, directly or indirectly, from the Defendants and the Defendant−Agents since the commencement of this litigation…"

Minute Entry, Dkt No. 196, dated August 8, 2024 (emphasis added). For the Court's convenience, a copy of the August 8th Order is attached, restated and incorporated by reference herein as **Exhibit B**.

After multiple filings by the Plaintiff demonstrating noncompliance by NSAV, on August 16, 2024, this Court entered an Order that "Defendant NSAV shall be in complete compliance with the Court's prior orders [167] [168] *by 12:00 p.m. CST on 8/23/24*." **Exhibit A** (emphasis added). The Plaintiff states that NSAV did not comply, and has produced virtually none of the requested information and documents by the deadline or thereafter.

**[Defendants proffer that corporate financials were disclosed on August 21, 2024, specifically quarterly profitability reports delineating corporate governance and activity in the interim. On August 23, 2024, Plaintiff requested accounting work product, stock ledgers, and additional bank statements beyond those clarified in the June 2024 order. Defendant proffered it would provide in a timely manner, which was the specific purpose for the August 26, 2024 zoom call. Plaintiff proffered on August 28, 2024 it would not be participating in further compliance calls, and Defendant intends to proffer supplemental disclosures on or before August 30, 2024.]**

As partial compliance, on August 20 and 21, 2024, the Defendant, through counsel, produced six (6) months of statements from Citizens' Bank and a document purporting to be the "wallet" of NSAVx.com. The Defendant produced none of the documents previously referenced in its Amended Annual Report, ending December 31, 2023, or its Quarterly Report for the quarter ending on March 31, 2024, as described in the Plaintiff's Supplemental Notice of Noncompliance, dated August 15, 2024 (Dkt. No. 205). For the Court's convenience, *see* Plaintiff's Supplemental Notice of Noncompliance is attached, restated and incorporated by reference herein as **Exhibit C**.

3

In response to the assertions of NSAV, the Plaintiff states that such denials are expressly contrary to the Court's prior Orders. As cited above, there is no dispute that NSAV has failed to "identify and describe, in complete detail, with all relevant information,…" or "the custodian, location amount, and all complete details, data and information, as to any and all shares of common stock and/or other classes of stock of each Defendant and Enjoined Defendant, as held from September 23, 2021 to the date of the Order…." *See* **Exhibit B**. Moreover, the Defendant has utterly failed to identify "the custodian, location amount, and all complete details, data and information, as to any and all assets, monies, credits, rights, contracts and/or things, tangible and/or intangible, that have been removed, sold, encumbered, hypothecated, conveyed, transferred, assigned and/or moved, directly or indirectly, from the Defendants and the Defendant−Agents since the commencement of this litigation…." *Id.* Furthermore, on Saturday, August 20th – long after the deadline of 12:00 p.m. (CT) on August 19th – NSAV's counsel emailed and acknowledged that he did not have the additional required documents, which still have not been produced. *See* Email of Mason Cole, Esq. to Philip M. Giordano, Esq., dated August 20, 2024, as attached, restated and incorporated by reference herein as **Exhibit D**. Believing stalling and obstruction will work, the Defendant continues to play games with this Court's Orders.

On August 19, 2024, Defendant NSAV filed its most recent quarterly report, for the quarter ending June 30, 2024, which was certified by Defendant James Tilton, and represented to the general public and its investors that it had **over $11.6 billion in gross revenues for the second quarter of 2024**!! *See* NSAV Quarterly Report for the quarter ending June 30, 2024, is attached hereto as **Exhibit E.** Furthermore, on August 27, 2024, NSAV announced a partnership with the Zeus chain of companies, to combine the Zeus tokenized securities into OTC listing. *See* NSAV Press Release, dated August 27, 2024, as attached, restated and incorporated by reference herein

4

as **Exhibit F**. Nothing related to such purported $11.6 billion in revenues or a Zeus partnership agreement has been produced.

In short, the Defendant NSAV is not in compliance and continues to thumb its nose at this Court's Orders. **[Defendant denies Plaintiff's proffer regarding lack of compliance and will be submitting supplemental disclosures and a formal Response on or before August 30, 2024.]**


Dated: August 28, 2024

Respectfully submitted,
PLAINTIFF, Vikram P. Grover,

By his Attorneys,


  _/s/ Philip M. Giordano_____
Philip M. Giordano, Esq. (admitted *pro hac vice*)
Giordano & Company, P.C.
REED & GIORDANO, P.A.
One McKinley Square, 6th Floor
Boston, Massachusetts 02109-2724
Telephone: (617) 723-7755
Facsimile: (617) 723-7756
Email:  pgiordano@reedgiordano.com

## CERTIFICATE OF SERVICE

I, Philip M. Giordano, do hereby certify that on this 28th day of August, 2024, I caused to be served a true and correct copy of the Plaintiff's 7th Status Report, with **Exhibits A-F** thereto, as filed by and through the District Court's electronic filing/ECF system and that such true copy is available for downloading and viewing by all parties or counsel of record, and by emailing a true copy of the same to the following:

Mason Cole, Esq. (Counsel to NSAV and Tilton)
Cole Sadkin, LLC
1652 W. Belmont Avenue, Suite 1, Chicago, IL 60657
Telephone: (312) 548-8610
Email: mcole@colesadkin.com

Jawad I. Fitter, Esq. (Local Counsel Defendant NSAV)
Bar ID Number: 6331338
Fitter Law, LLC
150 S. Wacker Drive, Suite 2400
Chicago, IL 60606
Tel: 312-741-1073
Email: Jawad@FitterLaw.com

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mt. Carmel Ave
Glenside, PA 19038
Tel: (215) 225-5529
Email: a@perronglaw.com

Jeffrey R. Tone, Esq.
KATTEN & TEMPLE, LLP
The Rookery Building
209 South LaSalle Street, Suite 950
Chicago, Illinois 60604
Telephone: (312) 663-4400
Email: jtone@kattentemple.com


Dated: August 28, 2024                    _/s/ Philip M. Giordano_____
                                          Philip M. Giordano

# Exhibit "A"

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Vikram P Grover

|  | Plaintiff, | |
|---|---|---|
| v. | | Case No.: 1:21−cv−05054 |
| | | Honorable Mary M. Rowland |

Net Savings Link, Inc., et al.

|  | Defendant. | |
|---|---|---|

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 16, 2024:

     MINUTE entry before the Honorable Mary M. Rowland: Hearing held on 8/16/24 on Webex. Counsel for Plaintiff, Defendants Tilton and NSAV, and proposed intervenor WFD Capital LLC appeared. Counsel for Defendant NSAV shall communicate with Plaintiff';s counsel by 5:00 p.m. CST today to verify the accountant or auditor, Trey Whitfield, that is listed in NSAV's Amended Annual Report for the period ending December 31, 2023. [205] at 48. Defendant NSAV shall be in complete compliance with the Court's prior orders [167] [168] by 12:00 p.m. CST on 8/23/24. [193]. The court will set a briefing schedule on the pending motion to vacate default judgment [203] on a later date. Plaintiff's motion for entry of final judgment against corporate defendants [174] except for Defendant NSAV is denied without prejudice. Plaintiff may file a supplemental brief of no more than 10 pages to address whether a partial final judgment is appropriate under Seventh Circuit precedent. Defendant Tilton's supplement to his summary judgment briefing remains due today. [200]. WFD Capital LLC shall file any motion to intervene by 8/22/24. On 8/28/24, the parties shall file a joint status report on whether defendant NSAV is in compliance with the Court's prior orders. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# Exhibit "B"

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Vikram P Grover

                Plaintiff,

v.                                Case No.: 1:21−cv−05054
                                Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 8, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Hearing held on 8/8/24 on Webex. Plaintiff, counsel for Plaintiff, counsel for Defendant NSAV, and counsel for proposed intervenor WFD Capital LLC appeared via Webex. Defendant Tilton appeared telephonically. Counsel for Defendant NSAV stated he is working to obtain lead counsel. Counsel for Defendant NSAV shall obtain lead counsel by 8/15/24. WFD Capital LLC shall file any motion to intervene by 8/22/24.Defendant NSAV was admonished that it must IMMEDIATELY comply with the Court's prior orders dated 6/26/24 [167] [168]. By 8/14/24 at 4:00 CST, Defendant NSAV shall file a status report updating the Court on its compliance with the prior orders. Specifically, NSAV must "identify and describe, in complete detail, with all relevant information, writing and under oath, by an authorized officer of each such Defendant and Enjoined Defendant, the custodian, location amount, and all complete details, data and information, as to any and all shares of common stock and/or other classes of stock of each Defendant and Enjoined Defendant, as held from September 23, 2021 to the date of the Order, and deliver any and all documentation regarding, relating or supporting the same, by Defendant NSAV and as certified, under oath and by the pains and penalties of perjury, by the Chief Executive Officer of Defendant NSAV" and "identify and describe, in complete detail, with all relevant information, writing and under oath, by an authorized officer of each such Defendant and Enjoined Defendant, the custodian, location amount, and all complete details, data and information, as to any and all assets, monies, credits, rights, contracts and/or things, tangible and/or intangible, that have been removed, sold, encumbered, hypothecated, conveyed, transferred, assigned and/or moved, directly or indirectly, from the Defendants and the Defendant−Agents since the commencement of this litigation" [168] at 4. Defendant Tilton&#039;s motion to vacate [172] is denied for the reasons stated at the hearing. Defendant Tilton was advised that he is covered by the Court's orders [167] [168] as an officer of the Corporate Defendants, but not in his personal capacity. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

Exhibit "C"

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

```
================================
VIKRAM P. GROVER d/b/a              :
  "IX ADVISORS" a/k/a "IXA,"        :
                                    :
        Plaintiff,                  :
                                    :
  v.                                :
                                    :
NET SAVINGS LINK, INC., a           :
  Colorado corporation and formerly :
  organized as a Nevada corporation,:
WILTON GROUP, LIMITED, as           :
  registered in the Isle of Man, U.K.,:
WILTON UK (GROUP), LIMITED, as      :
  registered in England and Wales, U.K.,:
CHINA FOOD AND BEVERAGE CO.,        :
  a Colorado corporation, and       :
JAMES A. TILTON,                    :
                                    :
        Defendants.                 :
                                    :
  v.                                :
PACIFIC STOCK TRANSFER,             :
NSAVX, INC., a Wyoming corporation, :
JOHN DOE CORP., a/k/a               :
NSAVX.COM, a Puerto Rican           :
corporation, and JOHN DOES 1-100,   :
                                    :
        Trustee-Defendants.         :
================================
```

Civil Action No. 1:21-CV-05054
**Honorable Mary M. Rowland**

**REQUEST FOR HEARING
ON AUGUST 16, 2024**

### PLAINTIFF VIKRAM P. GROVER'S SUPPLEMENTAL NOTICE
### OF NONCOMPLIANCE OF DEFENDANTS NET SAVINGS LINK,
### INC. (NSAV) AND JAMES TILTON WITH COURT ORDERS AND
### FURTHER REQUEST FOR SANCTIONS AND FINDINGS OF CONTEMPT

PLEASE TAKE FURTHER NOTICE that the Plaintiff, Vikram P. Grover d/b/a IX

Advisors a/k/a IXA (hereinafter "Mr. Grover" or the "Plaintiff"), respectfully supplements his prior

Notice that the Defendant, Net Savings Link, Inc (hereinafter "NSAV"), its President, Defendant

James Tilton (hereinafter "Tilton"), and NSAV's counsel, have failed and refused to comply with

the Orders of this Honorable Court, from the bench at the virtual hearing on August 8, 2024, and have failed to comply with the Order for a writ of attachment, dated June 26, 2024 (hereinafter the "Attachment Order") Dkt. No. 167, and the Order for a preliminary injunction and equitable relief, dated June 26, 2024 Dkt. No. 168 (hereinafter the "Injunction Order" and. collectively as the "June 26th Orders" or the "Orders"). The Plaintiff requests that this Supplemental Notice be considered by the Court at the August 16th hearing on Mr. Grover's pending Motion to Appoint John Busacca Chief Restructuring Officer (CRO), with the powers of a receiver.

A) **The June 26th and August 8th Orders**

In support hereof, the Plaintiff states that on August 8, 2024, this Court ordered Defendant NSAV, by and through its President, Defendant Tilton, to comply with the June 26th Orders. As memorialized by the Minute Entry (hereinafter the "August 8th Order"), this Court held as follows:

> "… NSAV was admonished that it must *IMMEDIATELY comply* with the Court's prior orders dated 6/26/24 [167] [168]. By *8/14/24 at 4:00 CST*, Defendant NSAV *shall file a status report updating the Court on its compliance with the prior orders*. Specifically, NSAV must "identify and describe, in complete detail, with all relevant information, writing and under oath, by an authorized officer of each such Defendant and Enjoined Defendant, the custodian, location amount, and all complete details, data and information, as to any and all shares of common stock and/or other classes of stock of each Defendant and Enjoined Defendant, as held from September 23, 2021 to the date of the Order, and deliver any and all documentation regarding, relating or supporting the same, by Defendant NSAV and as certified, under oath and by the pains and penalties of perjury, by the Chief Executive Officer of Defendant NSAV" and "identify and describe, in complete detail, with all relevant information, writing and under oath, by an authorized officer of each such Defendant and Enjoined Defendant, the custodian, location amount, and all complete details, data and information, as to any and all assets, monies, credits, rights, contracts and/or things, tangible and/or intangible, that have been removed, sold, encumbered, hypothecated, conveyed, transferred, assigned and/or moved, directly or indirectly, from the Defendants and the Defendant−Agents since the commencement of this litigation…"

Minute Entry, Dkt No. 196, dated August 8, 2024 (emphasis added). For the Court's convenience, a copy of the August 8th Order is attached restated and incorporated by reference as **Exhibit A.**

**B)** **The Defendants Frivolous and Bad Faith "Production" on August 15, 2024**

At approximately 2:52 p.m. today (August 15, 2024) and less than twenty-four (24) hours before the continuation of the August 8th hearing, Defendants NSAV and Tilton, by and through their new attorney, Mason Cole, Esq., emailed the documents and information that supposedly were in compliance with the Court's June 26th Order and August 8th Order. *See* Email of Mason Cole, Esq. to Philip M. Giordano, Esq., dated August 15, 2024, as attached, restated and incorporated by reference as **Exhibit B**. Counsel for the Defendants attached the alleged "production" by NSAV and Tilton.

The four (4) documents produced by the Defendants are as follows:

1) NSAV's Amended Annual Report, entitled "*Disclosure Statement Pursuant to the Pink Basic Disclosure Guidelines - Net Savings Link, Inc*.," for the period ending December 31, 2023 – *which is a public document and readily accessible* by the general public, including the Plaintiff and his counsel. **Ironically, the Plaintiff previously filed a copy of NSAV's December 31, 2023 Amended Annual Report, as one of the documents in support of the Plaintiff's Motions for a Preliminary Injunction and Equitable Relief, which forms the basis of this Court's June 26th Order**!! *See* NSAV Amended Annual Report, for the period ending December 31, 2023, as attached, restated and incorporated by reference as **Exhibit C**, *and compare* Affidavit of Philip M. Giordano, Esq. in Support of Plaintiff's Motion for a Preliminary Injunction, **Exhibit B**, dated June 21, 2024, pp. 35 to 69, Dkt. No. 162-3.

2) NSAV's Quarterly Report, for the period ending March 31, 2024 – *which is a public document and readily accessible by the general public*, including the Plaintiff and

his counsel. **Once again, the Plaintiff previously filed a copy of NSAV's March 31, 2024 Quarterly Report, as one of the documents in support of the Plaintiff's Motions for a Preliminary Injunction and Equitable Relief, which forms the basis of this Court's June 26th Order**!! *See* NSAV Quarterly Report, for the period ending March 31, 2024, as attached, restated and incorporated by reference as **Exhibit D**, *and compare* Affidavit of Philip M. Giordano, Esq. in Support of Plaintiff's Motion for a Preliminary Injunction, **Exhibit H**, dated June 21, 2024, pp. 97 to 128, Dkt. No. 162-3.

3)  Defendant NSAV's three (3) page "Certified Statement Redarding" [sic] June 26, 2024 Court Orders, Documents 167 and 168," as "certified" by Defendant James Tilton. *See* NSAV Certified Statement "Redarding" [sic] June 26, 2024 Court Orders, Documents 167 and 168, as attached, restated and incorporated by reference as **Exhibit E**.

    and

4)  Correspondence, one (1) page and signed by Defendant James Tilton, entitled "NSAV-Grover Document of Defendant's Shareholdings in NSAV," dated August 14, 2024. *See* Correspondence, one (1) page and signed by Defendant James Tilton, entitled "NSAV-Grover Document of Defendant's Shareholdings in NSAV," dated August 14, 2024, as attached, restated and incorporated by reference as **Exhibit F**.

In short, the entire (late) production of Defendants NSAV and Tilton consists of two (2) public filings of NSAV – previously filed with the Court by the Plaintiff in support of the June 26th Orders – and two (2) letters signed by Tilton, without nothing more. The Defendants' contemptuous conduct cannot be in dispute.

Furthermore, As of the time and date of the Plaintiff's filings, the Defendants did not, and had not, filed a status report, as ordered by the Court on August 8th. *See* August 8th Minute Entry (**Exhibit A**); *see also* Email of Mason Cole, Esq. (**Exhibit B**).

**B)** **Defendants' Own Public Filings Demonstrate Their Contemptuous Conduct**

Simply stated, the Defendants' submission is contemptuous of this Court's June 26th Order and August 8th Order. A cursory review of just the NSAV Amended Annual Report, for the period ending December 31, 2023, and the NSAV Quarterly Report, for March 31, 2024 demonstrates how Tilton and NSAV are thumbing their collective noses at this Court and its Orders.

**1)** **December 31st 2023 Amended Annual Report – Details**

For example, the December 31st 2023 Amended Annual Report reveals the following:

| Amended Annual Report of 12/31/23 | December 31, 2023 Amended Annual Report's Description of Assets / Documents | Production Status |
|---|---|---|
| Exhibit C, p.2 | On February 28, 2021, the Company entered into a definitive share purchase agreement with Virtuabroker Ltd., a company incorporated under the laws of England, to acquire 10% of the shares of Virtuabroker Ltd., in exchange for a cash payment of sixty thousand and sixty U.S. Dollars ($60,060.00). | No Documents |
| Exhibit C, p.2 | On March 6, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 25% stake in SBCDF Investment, Inc. The purchase price for the acquisition was 500 million restricted Series Preferred B shares. The Company retains an option to purchase an additional 25% under the same terms. On April 9, 2021, the Company notified TG Private Equity Inc. that it will exercise said option. | No Documents |
| Exhibit C, p.2 | On April 6, 2021, the Company entered into a definitive share purchase agreement with Eminaich LLC., a Wyoming limited liability company, to acquire a 20% stake in a startup ridesharing platform, Rydehails LLC, a Wyoming limited liability company. The purchase price for the acquisition was 31,928,481 restricted Series B Preferred Shares. The Company retains an option to purchase an additional | No Documents |

|  |  |  |
|---|---|---|
|  | 10% stake in Rydehails LLC for two million U.S. Dollars ($2,000,000.00). |  |
| Exhibit C, pp.2-3 | On August 5, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 40% stake in Super Chain Capital Ltd., a company incorporated under the laws of Hong Kong. Super Chain Capital Ltd. owns and operates the premium OTC cryptocurrency trading desk, www.HKOTC.co , which is also based in Hong Kong. The purchase price for the acquisition was thirty thousand U.S. Dollars ($30,000.00) in cash and eight million U.S. Dollars ($8,000,000.00) of restricted Series B Preferred Shares. | No Documents |
| Exhibit C, p.3 | On October 21, 2021, the Company entered into a Letter of Intent (L.O.I.) to acquire a 51% stake in Bwang Group Limited, a company incorporated under the laws of Hong Kong. Bwang Group Limited owns and operates leading cryptocurrency exchange BW.com, www.BW.com . Due to a confidentiality agreement, additional terms were not disclosed. | No Documents |
| Exhibit C, p.3 | On December 31, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 5% stake in Singapore based Technicorum Holdings www.technicorum.com , with an option for an additional stake. Technicorum is a global investment and compliance company. According to Technicorum, their post-money valuation is $120 million. Technicorum is a consortium specializing in digital assets, with expertise in ICO's, IEO's and IDO's, and over the past year, into DeFi and NFT's, as well as recently, GameFi, SocialFi, and the Metaverse. | No Documents |
| Exhibit C, p.3 | On January 17, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 50% stake in Vagabond Technology Solutions, LLC. NSAV and Vagabond will together further develop and Market Vagabond's already rapidly growing blockchain protocol https://vagabondapp.io/ . The purchase price for the acquisition was one million U.S. Dollars ($1,000,000.00) of restricted Series B Preferred Shares. | No Documents |
| Exhibit C, p.3 | On January 27, 2022, the Company entered into a definitive agreement with an affiliated party, TG | No Documents |

| | | |
|---|---|---|
| | Private Equity Inc., to acquire a 10% stake in Metaverse Network LLC. (MNC) https://metaversenetwork.llc/ . MNC's main asset is its ownership of leading cryptocurrency exchange, BQEX Ltd. https://bqex.ltd/ BQEX Exchange has over 4 million registered users. The purchase price for the acquisition was one hundred thousand U.S. Dollars ($100,000.00) in cash, twenty-five million U.S. Dollars ($25,000,000.00) of restricted Series B Preferred Shares and two hundred thousand U.S. Dollars ($200,000.00) of unrestricted common stock. | |
| Exhibit C, p.3 | MNC's additional holdings include VAEX, a Centralized Cryptocurrency Exchange (CEX) regulated in Dubai. https://vaex.tech/en_US/. VAEX is one of the few Centralized Crypto Exchanges that connects Centralized with Decentralized Wallets. Hive Codes Incorporation https://hive.codes/ , the world's first blockchain home mining device able to mine multiple tokens. Jinbao NFT, based on Jackie Chan's, "The Little Big Soldier" https://jinbaonft.com/ . The Awallet WEB3 Wallet platform, which has the capability to allow blockchain users to manage more than 100 different cryptocurrencies from their mobile device securely and efficiently. | No Documents |
| Exhibit C, p.3 | On February 25, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 50% stake in crypto mining company, HIVE Strategy LLC. The purchase price for the acquisition was forty thousand U.S. Dollars ($40,000.00) in cash and Five million U.S. Dollars ($5,000,000.00) of restricted Series B Preferred Shares. | No Documents |
| Exhibit C, p.3 | On October 14, 2022, the Company entered into an Agreement with Active World Holdings, Inc. (AWH) to issue preferred shares in exchange for 100% interest in AWC Exchange Inc., thereby owning 100% of www.awcexchange.com. In addition to the preferred shares, the Company agreed to pay AWH two hundred and fifty thousand U.S. Dollars ($250,000.00) and a consulting agreement for fifty thousand U.S. Dollars ($50,000.00) per month | No Documents |
| Exhibit C, p.3 | On December 20, 2022, the Company completed the acquisition of the Centralized Cryptocurrency Incubator Exchange, www.awcexchange.com , from Active World Holdings, Inc., for two million five | No Documents |

| | | |
|---|---|---|
| | hundred thousand U.S. Dollars ($2,500,000.00) payable in the form or two convertible promissory notes. | |
| Exhibit C, p.3 | On March 3, 2023, the Company and AWH amended the 21 December 2022 Acquisition Agreement. The Company and AWH will form a joint venture to develop and operate the AWC exchange. The Company will invest two hundred and fifty thousand U.S. Dollars ($250,000) into the joint venture, in the form of a promissory note and the 21 December 2022 promissory notes in the amount of two million five hundred thousand U.S. Dollars ($2,500,000.00) are cancelled. | No Documents |
| Exhibit C, p.4 | On November 30, 2023, the Company and AWH amended and effectively cancelled the March 3, 2023 Joint Venture Agreement and reverted back to the December 20, 2022 Amended Acquisition Agreement, whereby the Company purchased from AWH 100% of www.awcexchange.com, which was rebranded www.nsavx.com. The purchase price was two million five hundred thousand U.S. Dollars ($2,500,000.00), payable in the form of a one-year, Convertible Secured Promissory Note, bearing an interest rate of 8% per annum. | No Documents |
| Exhibit C, p.4 | On July 21, 2023, the Company entered into a definitive share purchase agreement with Valiant Eagle, Inc., to acquire 40% of the shares of the state-of-the-art NFT Marketplace, FUNGY, for five hundred thousand U.S. Dollars, ($500,000.00), payable in the form of a one year promissory note, bearing an interest rate of 8% per annum. On January 8, 2024, the Company and Valiant Eagle, Inc. mutually agreed to rescind the July 21, 2023 agreement and cancel the promissory note. | No Documents |
| Exhibit C, p.23 | **NET SAVINGS LINK, INC.** **Statement of Income and Retained Earnings (Deficit) For the Twelve Months Ended December 31, 2023** Revenue $ 24,398,463 | No Documents |
| Exhibit C, p.23 | **NET SAVINGS LINK, INC.** **Statement of Income and Retained Earnings (Deficit) For the Twelve Months Ended December 31, 2023** Officer (Tilton) Compensation $ 1,520,100 | No Documents |

| Exhibit C, p.24 | **NET SAVINGS LINK, INC.**<br>**Financial Statements Balance Sheet**<br>**For the Periods Ended December 31, 2023**<br><br>Accounts Receivable   $191,388 | No Documents |
|---|---|---|
| Exhibit C, p.24 | **NET SAVINGS LINK, INC.**<br>**Financial Statements Balance Sheet**<br>**For the Periods Ended December 31, 2023**<br><br>Total Current Assets   $1,195,413 | No Documents |
| Exhibit C, p.24 | **NET SAVINGS LINK, INC.**<br>**Financial Statements Balance Sheet**<br>**For the Periods Ended December 31, 2023**<br><br>**Noncurrent Assets**<br><br>Investment in Subsidiary   $410,000<br>Fixed Asset Investment   $119,560<br>Intangible Asset   $5,000,000<br>Investment: DEX Exchange   $15,080,000<br>Investment: Trading Desk   $8,000,000<br>Investment: Cryptocurrency   $30,440,000<br>Investment: Blockchain   $12,415,000<br>Investment: Protocol   $1,000,000<br>Investment: Awallet   $8,350,000<br>Investment: AWC   $2,500,000<br>Investment: Super Chain   $30,000<br>Capital Inv: FUNGY   $500,000<br>Goodwill   $2,070,000<br><br>**Total Other Assets**   $85,914,560 | No Documents |
| Exhibit C, p.24 | **NET SAVINGS LINK, INC.**<br>**Financial Statements Balance Sheet**<br>**For the Periods Ended December 31, 2023**<br><br>**Intangible Assets**<br>Cryptocurrency Holdings   $24,398,463 | No Documents |
| Exhibit C, p.24 | **NET SAVINGS LINK, INC.**<br>**Financial Statements Balance Sheet**<br>**For the Periods Ended December 31, 2023**<br><br>**Total Assets   $111,508,436** | No Documents |
| Exhibit C, p.26 | **NET SAVINGS LINK, INC.**<br>**Statement of Cash Flows For the Twelve Months**<br>**Ended December 31, 2023** | No Documents |

| | | |
|---|---|---|
| | Notes Payable     $ 540,736 <br> Stock Issuances     $ 202,762 <br> Paid in Capital     $ (32,926) <br><br> **Net Cash from**       **$ 710,572** <br> **Financing Activities** | |
| Exhibit C, pp.28-29 | The Company accrued wages for its current President and CEO at a rate of $120,000 per year, along with other employees of the Company. As of March 31, 2023 and December 31, 2021, the Company owed a total of $7,252,016 and $7,222,016 respectively, to the current and predecessor President and CEO of the Company for back due wages <br><br> During February 2016, the President and CEO of the Company purchased 25,000,000 shares of preferred stock series A for cash of $250. | No Documents |
| Exhibit C, p.29 | On 21 July 2017, the company received 1 billion shares at par from Hemp Beer Inc, a private corporation registered in Colorado, in exchange for the use of the company's IP for the Hemp Beer brand. This has been recognized as a wholly owned subsidiary in the fiscal statements. | No Documents |
| Exhibit C, p.29 | Since February 2021 Company entered into various agreements with TG Private Equity Inc referred to below: <br><br> Note 7 On 6 March 2021, Digital Blockchain Token Company Acquisition Agreement between TG Private Equity & the Company. <br><br> Note 9 On 5 August 2021 the Company entered into a Digital OTC Agreement with TG Private Equity Inc. TG Private Equity Inc. <br><br> Note 8 On 5 November 2021 the Company entered into a DEX Agreement with TG Private Equity Inc. <br><br> Note 7 On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Inc. <br><br> Note 8 On 1 December 2021 the Company entered into a DEX2 Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create | No Documents |

| | | |
|---|---|---|
| | an NSAV DEX running on Binance chain. The Company agreed to issue $8,000,000 of the Company's preferred B Shares. | |
| | Note 12 On 17 January 2022, the Company entered into a Digital Blockchain Token agreement with TG Private Equity Inc. | |
| | Note 13 On 17 January 2022, the Company entered into a Blockchain Protocol Venture agreement with TG Private Equity Inc. | |
| | Note 11 On 5 February 2022, the Company entered into a BQEX Digital Exchange Agreement with TG Private Equity Inc. | |
| | Note 11 On 25 February 2022, the Company entered into a Digital Blockchain Mining agreement with TG Private Equity Inc. | |
| | Note 12 On 26 February 2022, the Company entered into a Jinbao Digital Blockchain NFT agreement with TG Private Equity Inc. | |
| | Note 12 On 26 April 2022, the Company entered into a Digital Blockchain Mobile Mining Agreement with TG Private Equity Inc. | |
| | Note 14 On 18 April 2022, the Company entered into a Digital Wallet and Acoin distribution agreement with TG Private Equity Inc. | |
| Exhibit C, p.32 | On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Limited. TG Private Equity Limited agreed to facilitate the creation of an NSAV Native Token called NSBC, run on the OKEX chain. The Company agreed to pay USD 70,000 and issue $7,000,000 worth of the Company's preferred B Shares. This payment entitled the Company to own 50% of the founder's token pool, which constituted 5% of the total pool available. This realized to be 50,000,000 tokens. As of the 31 December 2021 these tokens were valued at $0.10 given at value of $5,000,000. This has been treated as intangible asset in the financial statements as crypto assets do not meet the | No Documents |

| | | |
|---|---|---|
| | definition of cash or cash equivalents; financial instruments or financial assets. Although crypto assets may be held for sale in the ordinary course the business, they are not tangible assets and therefore may the definition of inventory. Intangible assets are defined as an asset that has no physical substance and crypto assets would generally meet the definition of intangible assets. | |
| Exhibit C, p.32 | On 6 March 2021, the Company entered into a Digital Blockchain Token Company Acquisition Agreement between TG Private Equity Inc & the Company to create a "Token Company" called SBCDF Investment Inc. TG Private Equity Inc will issue a token in the third quarter of 2021. The Company realized a goodwill on the issuance of $17,450,000. | No Documents |
| Exhibit C, p.32 | On 6 May 2022, TG Private Equity Inc cancelled and returned 500,000,000 Series B convertible preferred stock back to the Company. The goodwill on the creation of the SBCDF Investment token has been reversed. | No Documents |
| Exhibit C, p.32 | On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Inc. TG Private Equity Inc agreed to facilitate the creation of an NSAV Native Token called NSBC, run on the OKEX chain. The Company realized goodwill of $2,070,000. | No Documents |
| Exhibit C, p.33 | On 5 November 2021 the Company entered into a DEX Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on OKEX chain. The Company agreed to issue $7,000,000 of the Company's preferred B Shares and $80,000 cash. | No Documents |
| Exhibit C, p.33 | On 1 December 2021 the Company entered into a DEX2 Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on Binance chain. The Company agreed to issue $8,000,000 of the Company's preferred B Shares. | No Documents |
| Exhibit C, p.33 | On 5 August 2021 the Company entered into a Digital OTC Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of an OTC Cryptocurrency Trading Desk for the Company. The Company agreed to issue $8,000,000 worth of Company's preferred B Shares and $30,000 cash as consideration. | No Documents |

| Exhibit C, p.33 | On 5 February 2022, the Company entered into a BQEX Digital Exchange Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in BQEX cryptocurrency exchange. The Company agreed to pay $100,000 cash and issue $25,000,000 worth of the Company's preferred B shares as consideration. The Company also agreed to pay $200,000 worth of its common stock and agreed to pay $50,000 by 28 April 2022 and a further $50,000 by 29 May 2022. | No Documents |
|---|---|---|
| Exhibit C, p.33 | On 25 February 2022, the Company entered into a Digital Blockchain Mining agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in the HIVE Cryptocurrency Mining project. The Company agreed to pay $40,000 cash and issue $5,000,000 worth of the Company's preferred B Shares as consideration. | No Documents |
| Exhibit C, p.34 | On 17 January 2022, the Company entered into a Digital Blockchain Token agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of a blockchain NFT Token named MNC. The Company agreed to pay $35,000 cash and issue $7,000,000 worth of its Preferred B shares.<br><br>On 26 February 2022, the Company entered into a Jinbao Digital Blockchain NFT agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of a Jinbao blockchain NFT Token. The Company agreed to pay $100,000 cash and issue $1,000,000 worth of its Preferred B shares. The Company will also issue $200,000 worth of its common stock shares.<br><br>On 26 April 2022, the Company entered into a Digital Blockchain Mobile Mining Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in the Hive Digital Blockchain Mobile Mining Project. The Company agreed to pay $80,000 cash and issue $4,000,000 worth of the Company's preferred B shares as consideration. | No Documents |
| Exhibit C, p.34 | On 17 January 2022, the Company entered into a Blockchain Protocol Venture agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a Joint Venture with VAGABOND protocol. | No Documents |

| | The Company agreed to pay and issue $1,000,000 worth of its Preferred B shares. | |
|---|---|---|
| Exhibit C, p.34 | On 18 April 2022, the Company entered into a Digital Wallet and Acoin distribution agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in Awallet. The Company agreed to pay $130,000 cash and agreed to issue $8,000,000 worth of the Company's preferred B shares as consideration. Along with this the Company agreed to issue $200,000 worth of the Company's common stock and pay $20,000 cash by 1 July 2022. | No Documents |
| Exhibit C, p.34 | On 14 October 2022, the Company entered into an Agreement with Active World Holdings, Inc. (Alfonso Knoll's company) to issue preferred shares in exchange for 100% interest in AWC Exchange Inc.

This Agreement was subsequently amended in the Acquisition Agreement dated 21 December 2022, where by a Promissory Note was entered into for $2,500,000.

On 3 March 2023, the Company and AWH (Alfonso Knoll's company) amended the 21 December 2022 Acquisition Agreement. The Company and AWH (Alfonso Knoll's company) will form a joint venture to develop and operate the AWC exchange. The Company will invest $250,000 into the joint venture, in the form of a promissory note and the 21 December 2022 promissory notes in the amount of $2.5 million are cancelled.

On November 30, 2023, the Company and AWH (Alfonso Knoll's company) amended and effectively cancelled the March 3, 2023 Joint Venture Agreement and reverted back to the December 20, 2022 Amended Acquisition Agreement, whereby the Company purchased from AWH 100% of www.awcexchange.com, which was rebranded www.nsavx.com. The purchase price was two million five hundred thousand U.S. Dollars ($2,500,000.00), payable in the form of a one-year, Convertible Secured Promissory Note, bearing an interest rate of 8% per annum. | No Documents |
| Exhibit C, p.35 | On July 21, 2023, the Company entered into a definitive share purchase agreement with Valiant | No Documents |

| | Eagle, Inc., to acquire 40% of the shares of the state-of-the-art NFT Marketplace, FUNGY, for five hundred thousand U.S. Dollars, ($500,000.00), payable in the form of a one year promissory note, bearing an interest rate of 8% per annum.<br><br>On January 8, 2024, the Company and Valiant Eagle, Inc. mutually agreed to rescind the July 21, 2023 agreement and cancel the promissory note. | |

**2)**     <u>March 31st 2024 Quarterly Report – Details</u>

Similarly, the March 31st 2024 Quarterly Report reveals the following:

| Quarterly Report of 3/31/24 | March 31, 2024 Quarterly Report's Description of Assets / Documents | Production Status |
|---|---|---|
| Exhibit D, p.12 | **Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")**<br><br>Net Savings Link's vision is the establishment of a fully integrated technology company that provides turnkey technological solutions to the cryptocurrency, blockchain and digital asset industries. Over time, the Company plans to provide a wide range of services such as software solutions, e-commerce, advisory services, financial services and information technology. | No Documents |
| Exhibit D, p.12 | **Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")**<br><br>The Company has and will continue to invest in companies in the cryptocurrency, blockchain and digital asset sectors. | No Documents |
| Exhibit D, p.12 | **Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")**<br><br>On August 9, 2021, the Company launched a centralized cryptocurrency platform, NSAV Exchange. The company plans to commence operations as soon as the legal, regulatory and compliance issues are completed. | No Documents |

| Exhibit D, p.12 | **Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")**<br><br>The Company owns the NSAV Premium OTC Cryptocurrency Trading Desk https://nsavholdinginc.com/otc-desk/ . | No Documents |
| --- | --- | --- |
| Exhibit D, p.12 | **Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")**<br><br>The Company holds a 40% stake in Super Chain Capital Ltd., a company incorporated under the laws of Hong Kong. Super Chain Capital Ltd. owns and operates the premium OTC cryptocurrency trading desk, https://hkotc.co/ , which is also based in Hong Kong. | No Documents |
| Exhibit D, p.12 | **Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")**<br><br>The Company owns the NSAV Decentralized Cryptocurrency Exchange, NSAVDEX 1 https://nsavdex.org/#/home running on Okex Chain. | No Documents |
| Exhibit D, p.12 | **Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")**<br><br>On December 6, 2021, the Company launched its NSAVDEX Native Token, the NSBC, which is currently trading on the VAEX Centralized Crypto Exchange (CEX) https://www.vaex.tech/en_US/trade/NSBC_USDT . | No Documents |
| Exhibit D, p.12 | **Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")**<br><br>The Company owns the NSAV Decentralized Cryptocurrency Exchange, NSAVDEX 2 https://nsavdex.io/ running on Binance Smart Chain. | No Documents |
| Exhibit D, p.12 | **Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")** | No Documents |

| | On March 4, 2022, the Company launched its NSAV NFT Marketplace, https://nsavnft.com/ , a 50/50 joint venture with Vagabond. | |
|---|---|---|
| Exhibit D, p.12 | **Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")**<br><br>On March 24, 2022, the Company announced the launch of HIVE, the first blockchain home mining device that can mine multiple tokens. | No Documents |
| Exhibit D, p.12 | **Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")**<br><br>On April 7, 2022, the Company announced the launch of the BLACK HIVE blockchain home mining device, PoF (Proof of Flow). The new BLACK HIVE'S Proof of Flow model of mining has replaced the PoW (Proof of Work) and PoS (Proof of Stake) and makes this new generation device more ECO friendly and power consumption friendly. | No Documents |
| Exhibit D, p.12 | **Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")**<br><br>On April 26, 2022, the Company, in partnership with Metaverse Network LLC., launched the HIVE MULTIMINE App, whereby users can now mine cryptocurrency on their smartphone, without the need for a traditional mining device. The HIVE MULTIMINE App is now available to download in the Apple Store and on Google Play. | No Documents |
| Exhibit D, p.13 | **Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")**<br><br>On July 28, 2023, the Company announced the launch of TruSAF https://trusaf.net/ . TruSAF aims to solve a largescale problem across all industries – security of digital assets, legal documents and sensitive medical information. TruSAF encompasses three main components; CryptoSAF, DocuSAF and MedSAF. | No Documents |

| Exhibit D, p.13 | **List any subsidiaries, parent company, or affiliated companies.**<br><br>The Company owns 95% of the shares of Tiger Brands, Inc., formerly Tiger Hemp Brands, Inc., a Colorado<br>corporation. Tiger Brands, Inc. can be reached via email at info@nsavholdinginc.com . | No Documents |
|---|---|---|
| Exhibit D, p.13 | **List any subsidiaries, parent company, or affiliated companies.**<br><br>The Company owns 70% of the shares of Shanghai Hua Si Tai Medical Consultation Company Limited, which owns and operates Shanghai based Vital Strategic Research Institute (VSRI). VSRI is a medical research firm with a long history of expertise in design, clinical trials and global research. VSRI has collaborated with pharmaceutical giants such as Pfizer and Bristol-Myers Squibb. | No Documents |
| Exhibit D, p.13 | **List any subsidiaries, parent company, or affiliated companies.**<br><br>Shanghai Hua Si Tai Medical Consultation Company Limited is located at Suite 16D, 455 Jiangning Road, Shanghai, 200041, China.<br><br>Jane Zheng (the wife of James Tilton), formerly Vice President of the Company, overseas the Company's interest in Shanghai Hua Si Tai Medical Consultation Company Limited. | No Documents |
| Exhibit D, p.20 | **NET SAVINGS LINK, INC.**<br>**Statement of Income and**<br>**Retained Earnings (Deficit)**<br>**For the Three Months Ended**<br>**March 31, 2024**<br><br>Revenue $ 204,800,262 | No Documents |
| Exhibit D, p.20 | **NET SAVINGS LINK, INC.**<br>**Statement of Income and**<br>**Retained Earnings (Deficit)**<br>**For the Three Months Ended**<br>**March 31, 2024**<br><br>**Operating Expenses**<br>Officer Compensation $ 630,000 | No Documents |

| | | |
|---|---|---|
| Exhibit D, p.20 | **NET SAVINGS LINK, INC.**<br>**Statement of Income and**<br>**Retained Earnings (Deficit)**<br>**For the Three Months Ended**<br>**March 31, 2024**<br><br>**OPERATING GAIN (LOSS)** $ 204,163,332 | No Documents |
| Exhibit D, p.20 | **NET SAVINGS LINK, INC.**<br>**Statement of Income and**<br>**Retained Earnings (Deficit)**<br>**For the Three Months Ended**<br>**March 31, 2024**<br><br>**NET GAIN (LOSS)** $ 204,084,155 | No Documents |
| Exhibit D, p.21 | **NET SAVINGS LINK, INC.**<br>**Financial Statements**<br>**Balance Sheet**<br>**For the Periods Ended March 31, 2024**<br><br>**Total Current Assets** $1,195,451 | No Documents |
| Exhibit D, p.21 | **NET SAVINGS LINK, INC.**<br>**Financial Statements**<br>**Balance Sheet**<br>**For the Periods Ended March 31, 2024**<br><br>**Noncurrent Assets**<br><br>Investment in Subsidiary $410,000<br>Fixed Asset Investment $119,560<br>Intangible Asset $5,000,000<br>Investment: DEX Exchange $15,080,000<br>Investment: Trading Desk $8,000,000<br>Investment: Cryptocurrency $30,440,000<br>Investment: Blockchain $12,415,000<br>Investment: Protocol $1,000,000<br>Investment: Awallet $8,350,000<br>Investment: AWC $2,500,000<br>Investment: Super Chain $30,000<br>Capital Inv: FUNGY 0<br>Goodwill $2,070,000<br><br>**Total Other Assets** $85,414,560 | No Documents |
| Exhibit D, p.21 | **NET SAVINGS LINK, INC.**<br>**Financial Statements**<br>**Balance Sheet** | No Documents |

| | **For the Periods Ended March 31, 2024**<br><br>**Intangible Assets**<br>Cryptocurrency Holdings $229,198,725 | |
|---|---|---|
| Exhibit D, p.21 | **NET SAVINGS LINK, INC.**<br>**Financial Statements**<br>**Balance Sheet**<br>**For the Periods Ended March 31, 2024**<br><br>**Total Assets** $315,808,737 | No Documents |
| Exhibit D, p.23 | **NET SAVINGS LINK, INC.**<br>**Statement of Cash Flows**<br>**For the Three Months Ended**<br>**March 31, 2024**<br><br>**OPERATING ACTIVITIES**<br>**Net Income (Loss)** $ 204,084,155 | No Documents |
| Exhibit D, p.23 | **NET SAVINGS LINK, INC.**<br>**Statement of Cash Flows**<br>**For the Three Months Ended**<br>**March 31, 2024**<br><br>**Net Cash Provided by Operating Activities**<br>$204,700,340 | No Documents |
| Exhibit D, p.23 | **NET SAVINGS LINK, INC.**<br>**Statement of Cash Flows**<br>**For the Three Months Ended**<br>**March 31, 2024**<br><br>**Investing Activities**<br>**Asset Acquisition / Divestment** $ 500,000 | No Documents |
| Exhibit D, p.32 | **18. Cryptocurrency Holdings**<br><br>In Q4 2023, the Company received various cryptocurrency assets in exchange for services rendered. The revenue was recorded accordingly, and the cryptocurrency assets were recorded as Intangible Assets. | No Documents |
| Exhibit D, p.32 | **18. Cryptocurrency Holdings**<br><br>During the first quarter of 2024, the company received tokens as a method of payment for services during representing $204,800,262.44, representative of a basket of 37 ERC-20, BEP-20 TRC-20, SOL and Polygon tokens. These tokens were booked as | No Documents |

| | | |
|---|---|---|
| | revenue to the company. The services performed to generate this revenue included, Smart Contract development, NSAVx Exchange listing Fees, Liquidity Pool (LP) management, DaPP design, development and deployment and Airdrop management. | |
| Exhibit D, p.33 | **20. Quarterly Revenue Variance**<br><br>In Q4 2023, the Company began generating revenue through various activities, including, but not limited to, Smart Contract development, NSAVx Exchange listing Fees, Liquidity Pool (LP) management, DaPP design, development and deployment and Airdrop management. Fees for these services were paid via cryptocurrency, which has been recorded as revenue and intangible assets. In Q1 2024, the Company generated additional revenue through performing more of the services previously outlined, and the Company expects these revenues to continue. The additional revenues are not affecting the Company's cash position at this time, as the revenue is received in the form of cryptocurrencies. | No Documents |

The Plaintiff states that Defendants NSAV and Tilton have utterly failed to comply with the Court's June 26th and August 8th Orders, and have had the nerve to merely produce <u>two (2) letters of Tilton</u>, plus the **Plaintiff's own documents, filed in support of the June 26th Injunction Order**, as their supposed "*bona fide*" production in compliance with the Court's Orders. They failed to timely file a status report, and have demonstrated contemptuous conduct.

Therefore, Mr. Grover requests sanctions, civil penalties of $10,000.00 / day upon Defendant NSAV, its President and its attorneys for their sanctionable, bad faith and frivolous conduct, in violations of the Orders. Mr. Grover also requests that the Court grant his pending Motion to Appoint John Busacca as Chief Restructuring Officer (CRO), with the powers of a receiver for the restructuring of NSAV.

The Plaintiff requests that the Defendants' violations and sanctions be considered on August 16th.

Dated: August 15, 2024    Respectfully submitted,
            PLAINTIFF, Vikram P. Grover,

            By his Attorneys,


            */s/ Philip M. Giordano*
            Philip M. Giordano, Esq. (admitted *pro hac vice*)
            Giordano & Company, P.C.
            REED & GIORDANO, P.A.
            One McKinley Square, 6th Floor
            Boston, Massachusetts 02109-2724
            Telephone: (617) 723-7755
            Facsimile: (617) 723-7756
            Email: pgiordano@reedgiordano.com

**CERTIFICATE OF SERVICE**

      I, Philip M. Giordano, do hereby certify that on the 15th day of August, 2024, I caused to be served a true and correct copy of Plaintiff Vikram P. Grover's Supplemental Notice of Noncompliance and Requests for Sanctions by Defendant Net Savings Link, Inc. (NSAV), with **Exhibits**, and the Giordano Affidavit, as filed by and through the District Court's electronic filing/ECF system and that such true copy is available for downloading and viewing by all parties or counsel of record, and by emailing a true copy of the same to the following:

James A Tilton, *pro se*
c/o Net Savings Link, Inc.
1942 Broadway Street, Suite 314C
Boulder, CO 80302
Email: jamtilton@yahoo.com

Jawad I. Fitter, Esq. (Local Counsel Defendant NSAV)
Bar ID Number: 6331338
Fitter Law, LLC
150 S. Wacker Drive, Suite 2400
Chicago, IL 60606
Tel: 312-741-1073
Email: Jawad@FitterLaw.com

Andrew Roman Perrong, Esq. (for prospective *Intervenor*)
Perrong Law LLC
2657 Mt. Carmel Ave
Glenside, PA 19038
Tel: (215) 225-5529
Email: a@perronglaw.com

Mason Cole, Esq. (Counsel to NSAV and Tilton)
Cole Sadkin, LLC
1652 W. Belmont Avenue, Suite 1, Chicago, IL 60657
Telephone: (312) 548-8610
Email: mcole@colesadkin.com

Jeffrey R. Tone, Esq. (Local Counsel for Plaintiff)
KATTEN & TEMPLE, LLP
The Rookery Building
209 South LaSalle Street, Suite 950
Chicago, Illinois 60604
Telephone: (312) 663-4400
Email: jtone@kattentemple.com

Dated: August 15, 2024                */s/ Philip M. Giordano*
                                       Philip M. Giordano

# Exhibit "A"

Case: 1:21-cv-05054 Document #: 215 Filed: 08/28/24 Page 37 of 152 PageID #:2888
Case: 1:21-cv-05054 Document #: 205 Filed: 08/15/24 Page 25 of 105 PageID #:2548
Case: 1:21-cv-05054 Document #: 193 Filed: 08/08/24 Page 1 of 2 PageID #:2436

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Vikram P Grover

                    Plaintiff,

v.                                     Case No.: 1:21−cv−05054

                                     Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 8, 2024:

     MINUTE entry before the Honorable Mary M. Rowland: Hearing held on 8/8/24 on Webex. Plaintiff, counsel for Plaintiff, counsel for Defendant NSAV, and counsel for proposed intervenor WFD Capital LLC appeared via Webex. Defendant Tilton appeared telephonically. Counsel for Defendant NSAV stated he is working to obtain lead counsel. Counsel for Defendant NSAV shall obtain lead counsel by 8/15/24. WFD Capital LLC shall file any motion to intervene by 8/22/24.Defendant NSAV was admonished that it must IMMEDIATELY comply with the Court's prior orders dated 6/26/24 [167] [168]. By 8/14/24 at 4:00 CST, Defendant NSAV shall file a status report updating the Court on its compliance with the prior orders. Specifically, NSAV must "identify and describe, in complete detail, with all relevant information, writing and under oath, by an authorized officer of each such Defendant and Enjoined Defendant, the custodian, location amount, and all complete details, data and information, as to any and all shares of common stock and/or other classes of stock of each Defendant and Enjoined Defendant, as held from September 23, 2021 to the date of the Order, and deliver any and all documentation regarding, relating or supporting the same, by Defendant NSAV and as certified, under oath and by the pains and penalties of perjury, by the Chief Executive Officer of Defendant NSAV" and "identify and describe, in complete detail, with all relevant information, writing and under oath, by an authorized officer of each such Defendant and Enjoined Defendant, the custodian, location amount, and all complete details, data and information, as to any and all assets, monies, credits, rights, contracts and/or things, tangible and/or intangible, that have been removed, sold, encumbered, hypothecated, conveyed, transferred, assigned and/or moved, directly or indirectly, from the Defendants and the Defendant−Agents since the commencement of this litigation" [168] at 4. Defendant Tilton&#039;s motion to vacate [172] is denied for the reasons stated at the hearing. Defendant Tilton was advised that he is covered by the Court's orders [167] [168] as an officer of the Corporate Defendants, but not in his personal capacity. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

# Exhibit "B"

| | |
|---|---|
| **From:** | Mason Cole |
| **To:** | Phil Giordano |
| **Cc:** | Rebeccach; Jawad Fitter |
| **Subject:** | Re: Declined: P. Giordano phone call re/ Net Savings JSR @ Thu Aug 15, 2024 9:20am - 9:40am (CDT) (mason.s.cole@gmail.com) |
| **Date:** | Thursday, August 15, 2024 2:52:44 PM |
| **Attachments:** | NSAV OTC Markets December 31, 2023 Annual Report.pdf |
| | Signed Tilton Letter 19 to Illinois Court August 14, 2024.pdf |
| | Signed NSAV-Grover Document of Defendant"s Shareholdings in NSAV August 15, 2024.pdf |
| | NSAV OTC Markets March 31, 2024 Quarterly Report (1).pdf |

Paul,

In response to the judicial obligation to disclose NetSav corporate records and financials, my client(s) have provided the attached.  Will be calling you momentarily to determine if you believe we are compliant (I appreciate you will not have had an opportunity to review.  My preference would be to submit a Joint Status Report after the hearing tomorrow (Friday), but I appreciate we need to tender today (Thursday).  Working on that draft to send to you momentarily as well.

On Thu, Aug 15, 2024 at 9:06 AM pgiordano@reedgiordano.com (Google Calendar) <calendar-notification@google.com> wrote:

> **pgiordano@ redgiordano.com has declined this invitation.**
>
> ---
>
> **When**
> Thursday Aug 15, 2024 · 9:20am – 9:40am (Central Time - Chicago)
>
> **Guests**
> mason.s.cole@gmail.com - organizer
> pgiordano@reedgiordano.com
>
> **View all guest info**
>
> ---
>
> Invitation from Google Calendar
>
> You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".
>
> Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

--
Sincerely,

Mason Cole
Cole Sadkin, LLC
www.colesadkin.com

Office: (312) 548-8610
1652 W. Belmont Avenue, Suite 1, Chicago, IL 60657
244 Fifth Avenue, Suite M297, New York, NY 10001

********************************************************************************************************

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

_____

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
********************************************************************************************************

Please visit www.colesadkin.com for more information about our Firm.
**Stay Connected:**
www.linkedin.com/company/cole-sadkin-llc
www.facebook.com/colesadkin
www.yelp.com/biz/cole-sadkin-llc-chicago
www.twitter.com/colesadkin1

# Exhibit "C"

## Disclosure Statement Pursuant to the Pink Basic Disclosure Guidelines

## Net Savings Link, Inc.

2374 Route 390, P.O. Box 609, Mountainhome, PA 18342
Phone: (718) 569-8815
Website: http://nsavholdinginc.com
Email: info@nsavholdinginc.com
SIC Code: 737

# Amended Annual Report

**For the period ending** December 31, 2023 **(the "Reporting Period")**

## Outstanding Shares

The number of shares outstanding of our Common Stock was:

6,556,972,533 as of December 31, 2023

6,354,310,867   as of December 31, 2022

## Shell Status

Indicate by check mark whether the company is a shell company (as defined in Rule 405 of the Securities Act of 1933, Rule 12b-2 of the Exchange Act of 1934 and Rule 15c2-11 of the Exchange Act of 1934):

Yes: ☐          No: ☒

Indicate by check mark whether the company's shell status has changed since the previous reporting period:

Yes: ☐          No: ☒

## Change in Control

Indicate by check mark whether a Change in Control[4] of the company has occurred during this reporting period:

---

[4] "Change in Control" shall mean any events resulting in:

(i) Any "person" (as such term is used in Sections 13(d) and 14(d) of the Exchange Act) becoming the "beneficial owner" (as defined in Rule 13d-3 of the Exchange Act), directly or indirectly, of securities of the Company representing fifty percent (50%) or more of the total voting power represented by the Company's then outstanding voting securities;
(ii) The consummation of the sale or disposition by the Company of all or substantially all of the Company's assets;

Yes: ☐          No: ☒

## 1)      Name and address(es) of the issuer and its predecessors (if any)

In answering this item, provide the current name of the issuer and names used by predecessor entities, along with the dates of the name changes.

The Company was incorporated under the laws of the State of Nevada as Calibert Explorations, Ltd. on February 21, 2007. On November 11, 2010, the Company changed its name to its current name, Net Savings Link, Inc.

Current State and Date of Incorporation or Registration: Colorado, Converted on February 28, 2017.

Standing in this jurisdiction: (e.g. active, default, inactive): Active and in Good Standing.

Prior Incorporation Information for the issuer and any predecessors during the past five years: None.

Describe any trading suspension or halt orders issued by the SEC or FINRA concerning the issuer or its predecessors since inception:

None.

List any stock split, dividend, recapitalization, merger, acquisition, spin-off, or reorganization either currently anticipated or that occurred within the past 12 months:

On February 28, 2021, the Company entered into a definitive share purchase agreement with Virtuabroker Ltd., a company incorporated under the laws of England, to acquire 10% of the shares of Virtuabroker Ltd., in exchange for a cash payment of sixty thousand and sixty U.S. Dollars ($60,060.00).

On March 6, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 25% stake in SBCDF Investment, Inc. The purchase price for the acquisition was 500 million restricted Series Preferred B shares. The Company retains an option to purchase an additional 25% under the same terms. On April 9, 2021, the Company notified TG Private Equity Inc. that it will exercise said option.

On April 6, 2021, the Company entered into a definitive share purchase agreement with Eminaich LLC., a Wyoming limited liability company, to acquire a 20% stake in a startup ridesharing platform, Rydehails LLC, a Wyoming limited liability company. The purchase price for the acquisition was 31,928,481 restricted Series B Preferred Shares. The Company retains an option to purchase an additional 10% stake in Rydehails LLC for two million U.S. Dollars ($2,000,000.00).

On August 5, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 40% stake in Super Chain Capital Ltd., a company incorporated under the laws of Hong Kong, Super Chain Capital Ltd. owns and operates the premium OTC cryptocurrency trading desk, www.HKOTC.co , which is also based in

---

(iii) A change in the composition of the Board occurring within a two (2)-year period, as a result of which fewer than a majority of the directors are directors immediately prior to such change; or

(iv) The consummation of a merger or consolidation of the Company with any other corporation, other than a merger or consolidation which would result in the voting securities of the Company outstanding immediately prior thereto continuing to represent (either by remaining outstanding or by being converted into voting securities of the surviving entity or its parent) at least fifty percent (50%) of the total voting power represented by the voting securities of the Company or such surviving entity or its parent outstanding immediately after such merger or consolidation.

Hong Kong. The purchase price for the acquisition was thirty thousand U.S. Dollars ($30,000.00) in cash and eight million U.S. Dollars ($8,000,000.00) of restricted Series B Preferred Shares.

On October 21, 2021, the Company entered into a Letter of Intent (L.O.I.) to acquire a 51% stake in Bwang Group Limited, a company incorporated under the laws of Hong Kong. Bwang Group Limited owns and operates leading cryptocurrency exchange BW.com, www.BW.com . Due to a confidentiality agreement, additional terms were not disclosed.

On December 31, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 5% stake in Singapore based Technicorum Holdings www.technicorum.com , with an option for an additional stake. Technicorum is a global investment and compliance company. According to Technicorum, their post-money valuation is $120 million. Technicorum is a consortium specializing in digital assets, with expertise in ICO's, IEO's and IDO's, and over the past year, into DeFi and NFT's, as well as recently, GameFi, SocialFi, and the Metaverse.

On January 17, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 50% stake in Vagabond Technology Solutions, LLC, NSAV and Vagabond will together further develop and Market Vagabond's already rapidly growing blockchain protocol https://vagabondapp.io/ . The purchase price for the acquisition was one million U.S. Dollars ($1,000,000.00) of restricted Series B Preferred Shares.

On January 27, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 10% stake in Metaverse Network LLC. (MNC) https://metaversenetwork.llc/ . MNC's main asset is its ownership of leading cryptocurrency exchange, BQEX Ltd. https://bqex.ltd/ BQEX Exchange has over 4 million registered users. The purchase price for the acquisition was one hundred thousand U.S. Dollars ($100,000.00) in cash, twenty-five million U.S. Dollars ($25,000,000.00) of restricted Series B Preferred Shares and two hundred thousand U.S. Dollars ($200,000.00) of unrestricted common stock.

MNC's additional holdings include VAEX, a Centralized Cryptocurrency Exchange (CEX) regulated in Dubai. https://vaex.tech/en_US/. VAEX is one of the few Centralized Crypto Exchanges that connects Centralized with Decentralized Wallets. Hive Codes Incorporation https://hive.codes/ , the world's first blockchain home mining device able to mine multiple tokens. Jinbao NFT, based on Jackie Chan's, "The Little Big Soldier" https://jinbaonft.com/ . The Awallet WEB3 Wallet platform, which has the capability to allow blockchain users to manage more than 100 different cryptocurrencies from their mobile device securely and efficiently.

On February 25, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 50% stake in crypto mining company, HIVE Strategy LLC. The purchase price for the acquisition was forty thousand U.S. Dollars ($40,000.00) in cash and Five million U.S. Dollars ($5,000,000.00) of restricted Series B Preferred Shares.

On October 14, 2022, the Company entered into an Agreement with Active World Holdings, Inc. (AWH) to issue preferred shares in exchange for 100% interest in AWC Exchange Inc., thereby owning 100% of www.awcexchange.com. In addition to the preferred shares, the Company agreed to pay AWH two hundred and fifty thousand U.S. Dollars ($250,000.00) and a consulting agreement for fifty thousand U.S. Dollars ($50,000.00) per month

On December 20, 2022, the Company completed the acquisition of the Centralized Cryptocurrency Incubator Exchange, www.awcexchange.com , from Active World Holdings, Inc., for two million five hundred thousand U.S. Dollars ($2,500,000.00) payable in the form or two convertible promissory notes.

On March 3, 2023, the Company and AWH amended the 21 December 2022 Acquisition Agreement. The Company and AWH will form a joint venture to develop and operate the AWC exchange. The Company will invest two hundred and fifty thousand U.S. Dollars ($250,000) into the joint venture, in the form of a promissory note and the 21 December 2022 promissory notes in the amount of two million five hundred thousand U.S. Dollars ($2,500,000.00) are cancelled.

On November 30, 2023, the Company and AWH amended and effectively cancelled the March 3, 2023 Joint Venture Agreement and reverted back to the December 20, 2022 Amended Acquisition Agreement, whereby the Company purchased from AWH 100% of www.awcexchange.com, which was rebranded www.nsavx.com. The purchase price was two million five hundred thousand U.S. Dollars ($2,500,000.00), payable in the form of a one-year, Convertible Secured Promissory Note, bearing an interest rate of 8% per annum.

On July 21, 2023, the Company entered into a definitive share purchase agreement with Valiant Eagle, Inc., to acquire 40% of the shares of the state-of-the-art NFT Marketplace, FUNGY, for five hundred thousand U.S. Dollars, ($500,000.00), payable in the form of a one year promissory note, bearing an interest rate of 8% per annum.

On January 8, 2024, the Company and Valiant Eagle, Inc. mutually agreed to rescind the July 21, 2023 agreement and cancel the promissory note.

Address of the issuer's principal executive office:

2374 Route 390, P.O. Box 609, Mountainhome, PA 18342

Address of the issuer's principal place of business:
X *Check if principal executive office and principal place of business are the same address:*

_____

Has the issuer or any of its predecessors been in bankruptcy, receivership, or any similar proceeding in the past five years?

No: ☒        Yes: ☐   If Yes, provide additional details below:

_____

2)        **Security Information**

***Transfer Agent***

Name:    Pacific Stock Transfer Co.
Phone:   (800)-785-7782
Email:   info@pacificstocktransfer.com
Address: 6725 Via Austi Parkway, Suite 300, Las Vegas, NV 89119

***Publicly Quoted or Traded Securities:***

*The goal of this section is to provide a clear understanding of the share information for its publicly quoted or traded equity securities. Use the fields below to provide the information, as applicable, for all outstanding classes of securities that are publicly traded/quoted.*

| | | |
|---|---|---|
| Trading symbol: | NSAV | |
| Exact title and class of securities outstanding: | Common Stock | |
| CUSIP: | 64112L203 | |
| Par or stated value: | $0.001 | |
| Total shares authorized: | 6,655,000,000 | as of date: December 31, 2023 |
| Total shares outstanding: | 6,556,972,533 | as of date: December 31, 2023 |
| Total number of shareholders of record: | 335 | as of date: December 31, 2023 |

*Please provide the above-referenced information for all other publicly quoted or traded securities of the issuer.*

N.A.

### **Other classes of authorized or outstanding equity securities that do not have a trading symbol:**

*The goal of this section is to provide a clear understanding of the share information for its other classes of authorized or outstanding equity securities (e.g., preferred shares that do not have a trading symbol). Use the fields below to provide the information, as applicable, for all other authorized or outstanding equity securities.*

| | | |
|---|---|---|
| Exact title and class of the security: | Class A Preferred | |
| Par or stated value: | $0.00001 | |
| Total shares authorized: | 70,000,000 | as of date: December 31, 2023 |
| Total shares outstanding: | 70,000,000 | as of date: December 31, 2023 |
| Total number of shareholders of record: | 2 | as of date: December 31, 2023 |

| | | |
|---|---|---|
| Exact title and class of the security: | Class B Preferred | |
| Par or stated value: | $0.00001 | |
| Total shares authorized: | 1,275,000,000 | as of date: December 31, 2023 |
| Total shares outstanding (if applicable): | 1,270,587,868 | as of date: December 31, 2023 |
| Total number of shareholders of record (if applicable): 17 | | as of date: December 31, 2023 |

*Please provide the above-referenced information for all other classes of authorized or outstanding equity securities.*

N.A.

_**Security Description:**_

_The goal of this section is to provide a clear understanding of the material rights and privileges of the securities issued by the company. Please provide the below information for each class of the company's equity securities, as applicable:_

1. **For common equity, describe any dividend, voting and preemption rights.**

(1) Dividend Rate. The holders of Common Stock shall be entitled to receive dividends when, as, and if declared by the board of directors out of assets legally available therefor.

(2) Voting Rights. Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Common Stock shall be entitled to one vote for each share. No holder of shares of Common Stock shall have the right to cumulate votes.

(3) Liquidation Rights. In the event of liquidation, dissolution, or winding up of the affairs of the corporation, whether voluntary or involuntary, subject to the prior rights of the holders of Series A Preferred Stock and Series B Preferred Stock, if any, the holders of shares of the Common Stock can share ratably in the corporation's assets, and shall share equally and ratably in the corporation's assets available for distribution after giving effect to any liquidation preference of any shares of the Series A Preferred Stock or Series B Preferred Stock. A merger, conversion, exchange, or consolidation of the corporation with or into any other person or sale or transfer of all or any part of the assets of the corporation (which shall not in fact result in the liquidation of the corporation and the distribution of assets to stockholders) shall not be deemed to be a voluntary or involuntary liquidation, dissolution or winding up of the affairs of the corporation.

(4) No Conversion, Redemption, or Preemptive Rights. The holders of Common Stock shall not have any conversion, redemption, or preemptive rights.

(5) Consideration for Shares. The Common Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

2. **For preferred stock, describe the dividend, voting, conversion, and liquidation rights as well as redemption or sinking fund provisions.**

**Series A Preferred Stock**

(1) Voting Rights.  Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Series A Preferred Stock shall be entitled to 1,000 votes for each share held by them.

(2) Consideration for Shares. The shares of the Series A Preferred Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

**Series B Preferred Stock**

(1) Voting Rights. Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Series B Preferred Stock shall be entitled to one vote for each share held by them.

(2) Conversion Rights. The holders of shares of the corporation's Series B Preferred Stock shall have the right to convert each share of Series B Preferred Stock held by them to one share of the corporation's Common Stock.

(3) Consideration for Shares. The shares of the Series B Preferred Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

3. **Describe any other material rights of common or preferred stockholders.**

None.

4. **Describe any material modifications to rights of holders of the company's securities that have occurred over the reporting period covered by this report.**

None.

## 3) Issuance History

*The goal of this section is to provide disclosure with respect to each event that resulted in any changes to the total shares outstanding of any class of the issuer's securities **in the past two completed fiscal years and any subsequent interim period**.*

Disclosure under this item shall include, in chronological order, all offerings and issuances of securities, including debt convertible into equity securities, whether private or public, and all shares, or any other securities or options to acquire such securities, issued for services. Using the tabular format below, please describe these events.

**A. Changes to the Number of Outstanding Shares for the two most recently completed fiscal years and any subsequent period.**

Indicate by check mark whether there were any changes to the number of outstanding shares within the past two completed fiscal years:

No: ☐          Yes: X   (If yes, you must complete the table below)

| Shares Outstanding Opening Balance:<br><br>Date: January 1, 2021<br><br>Common: 5,843,636,893<br>Preferred A: 30,000,000<br>Preferred B: 0 | | | *Right-click the rows below and select "Insert" to add rows as needed. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date of Transaction | Transaction type (e.g., new issuance, cancellation, shares returned to treasury) | Number of Shares Issued (or cancelled) | Class of Securities | Value of shares issued ($/per share) at Issuance | Were the shares issued at a discount to market price at the time of issuance? (Yes/No) | Individual/ Entity Shares were issued to.<br><br>***You must disclose the control person(s) for any entities listed. | Reason for share issuance (e.g. for cash or debt conversion) - OR- Nature of Services Provided | Restricted or Unrestricted as of this filing. | Exemption or Registration Type. |
| September 18, 2023 | New Issuance | 19,161,666 | Common Stock | $0.0014 | Yes | Quick Capital, LLC, Eilon Natan, Managing Partner | Debt Conversion | Restricted | 4 (2) Exemption |
| August 17, 2023 | New Issuance | 50,000,000 | Common Stock | $0.0017 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricted | 4 (2) Exemption |
| August 15, 2023 | New Issuance | 10,000,000 | Preferred A | $0.00001 | N.A. | James A. Tilton | Cash | Restricted | 4 (2) Exemption |
| August 8, 2023 | New Issuance | 23,500,000 | Common Stock | $0.0023 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricted | 4 (2) Exemption |
| August 3, 2023 | New Issuance | 25,000,000 | Common Stock | $0.0035 | Yes | 1800 Diagonal Lending, LLC, Curt Kramer, President | Cash | Restricted | 4 (2) Exemption |
| August 3, 2023 | New Issuance | 40,000,000 | Common Stock | $0.0035 | Yes | S1800 Diagonal Lending, LLC, Curt Kramer, President | Debt Conversion | Restricted | 4 (2) Exemption |

| July 27, 2023 | New Issuance | 20,000,000 | Common Stock | $0.0047 | Yes | Quick Capital, LLC, Eilon Natan, Managing Partner | Debt Conversion | Restricted | 4 (2) Exemption |
| July 17, 2023 | New Issuance | 25,000,000 | Common Stock | $0.0034 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricted | 4 (2) Exemption |
| August 31, 2022 | New Issuance | 295,495,129 | Common Stock | $0.0115 | No | SRAX, Inc., Randy Clark, COO | Consulting Services | Restricted | 4 (2) Exemption |
| July 28,2022 | New Issuance | 100,000,000 | Common Stock | $0.0061 | Yes | May Davis Partners Acquisition Company, LLC, Owen May, President | Investment Banking Services | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 300,000,000 | Preferred B | $0.02 | No | Cheuk Wing Kong | Acquisition | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 50,000,000 | Preferred B | $0.02 | No | Kong Cheer Limited, On Lee Yu, Director | Acquisition | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 20,000,000 | Common Stock | $0.02 | No | Stephen J. Posner | Consulting Services | Restricted | 4 (2) Exemption |
| April 22, 2022 | New Issuance | 1,824,817 | Preferred B | $0.0137 | No | Ajay Athwal | Consulting Services | Restricted | 4 (2) Exemption |
| April 14, 2022 | New Issuance | 33,333,334 | Preferred B | $0.02 | No | Veronica Raquel Welch | Acquisition | Restricted | 4 (2) Exemption |
| April 14, 2022 | New Issuance | 266,666,666 | Preferred B | $0.02 | No | SYNERGY Resources Inc., Cho Wing Lam, CEO | Acquisition | Restricted | 4 (2) Exemption |
| April 6, 2022 | Cancellation | 500,000,000 | Preferred B | N.A. | N.A. | T.G. Private Equity Inc., Yeung Tze | N.A. | N.A. | N.A. |

| | | | | | | Ling, Director | | | |
|---|---|---|---|---|---|---|---|---|---|
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 60,000,000 | Preferred B | $0.02 | No | Kim Ching Chan | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 46,583,340 | Preferred B | $0.02 | No | Zheng Li | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 46,583,340 | Preferred B | $0.02 | No | Siu Ming Je | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 266,643,977 | Preferred B | $0.02 | No | SYNERGY Resources Inc., Cho Wing Lam, CEO | Acquisition | Restricted | 4 (2) Exemption |
| December 9, 2021 | New Issuance | 1,000,000 | Preferred B | $0.0268 | Yes | Arin, LLC, Adam Ringer, Manager | Cash | Restricted | 4 (2) Exemption |
| November 9, 2021 | New Issuance | 4,000,000 | Common Stock | $0.0484 | Yes | Jeremy Christianson | Dividend | Restricted | 4 (2) Exemption |
| November 5, 2021 | New Issuance | 20,000,000 | Common Stock | $0.0479 | Yes | Jeremy Christianson | Cash | Restricted | 4 (2) Exemption |
| October 1, 2021 | New Issuance | 2,666,666 | Common Stock | $0.0268 | Yes | Jeremy Christianson | Cash | Restricted | 4 (2) Exemption |
| September 15, 2021 | New Issuance | 1,161,389 | Common Stock | $0.03.02 | No | MARBLETOWN ADVISORS LLC, Jasahn | Loan Commitment Fee | Restricted | 4 (2) Exemption |

| | | | | | | Sommerville, Manager | | | |
|---|---|---|---|---|---|---|---|---|---|
| September 15, 2021 | New Issuance | 1,161,389 | Common Stock | $0.03.02 | No | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan Commitment Fee | Restricted | 4 (2) Exemption |
| June 25, 2021 | New Issuance | 6,985,583 | Preferred B | $0.0086 | No | Kong Sheng Lim | Consulting Services | Restricted | 4 (2) Exemption |
| June 25, 2021 | New Issuance | 2,314,813 | Preferred B | $0.0072 | No | Tsz Chun Ma | Consulting Services | Restricted | 4 (2) Exemption |
| June 25, 2021 | New Issuance | 35,859,572 | Preferred B | $0.0119 | No | Yuen Wong | Consulting Services | Restricted | 4 (2) Exemption |
| June 17, 2021 | New Issuance | 34,722,222 | Preferred B | $0.0144 | No | Man Kin Lau | Consulting Services | Restricted | 4 (2) Exemption |
| May 7, 2021 | New Issuance | 31,928,481 | Preferred B | $0.0313 | No | Eminaich LLC., Tobayi Howton, Managing Member | Acquisition | Restricted | 4 (2) Exemption |
| April 8, 2021 | New Issuance | 2,888,867 | Common Stock | $0.0217 | No | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan Commitment Fee | Restricted | 4 (2) Exemption |
| April 5, 2021 | New Issuance | 6,937,427 | Common Stock | $0.0062 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricted | 4 (2) Exemption |
| March 10, 2021 | New Issuance | 5,952,380 | Preferred B | $0.0297 | No | SBC Investor Relations, Inc., Lowell Holden, Director | Consulting Services | Restricted | 4 (2) Exemption |
| March 6, 2021 | New Issuance | 500,000,000 | Preferred B | $0.0349 | No | TG Private Equity Inc., Yeung Tze | Acquisition | Restricted | 4 (2) Exemption |

| | | | | | | Ling, Director | | | |
|---|---|---|---|---|---|---|---|---|---|
| February 2, 2021 | New Issuance | 30,000,000 | Preferred B | $0.00001 | N.A. | TG Private Equity Inc., Yeung Tze Ling, Director | Merger and Acquisition Services | Restricted | 4 (2) Exemption |
| February 2, 2021 | New Issuance | 56,363,107 | Common Stock | $0.0046 | No | Jake Noch | Dispute Settlement | Restricted | 4 (2) Exemption |

| Shares Outstanding on Date of This Report: | |
|---|---|
| Ending Balance: Date: December 31, 2023 Common: 6,556,972,533 Preferred A: 70,000,000 Preferred B: 1,270,587,868 | |

**Example:** A company with a fiscal year end of December 31st 2023, in addressing this item for its Annual Report, would include any events that resulted in changes to any class of its outstanding shares from the period beginning on January 1, 2022 through December 31, 2023 pursuant to the tabular format above.

***Control persons for any entities in the table above must be disclosed in the table or in a footnote here.**

Use the space below to provide any additional details, including footnotes to the table above:

_____

## B. Promissory and Convertible Notes

Indicate by check mark whether there are any outstanding promissory, convertible notes, convertible debentures, or any other debt instruments that may be converted into a class of the issuer's equity securities:

No:      Yes: X   (If yes, you must complete the table below)

| Date of Note Issuance | Outstanding Balance ($) | Principal Amount at Issuance ($) | Interest Accrued ($) | Maturity Date | Conversion Terms (e.g. pricing mechanism for determining conversion of instrument to shares) | Name of Noteholder. *** You must disclose the control person(s) for any entities listed. | Reason for Issuance (e.g. Loan, Services, etc.) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| November 30, 2023 | 2,516,986 | 2,500,000 | 16,986 | November 29, 2024 | 90% of market price. | Active World Holdings, Inc<br><br>Alfonso Knoll, CEO | Acquisition |
| August 16, 2023 | 31,351 | 30,000.00 | 1,351 | August 16, 2024 | 50% of market price. | 1800 Diagonal Lending, LLC, Curt Kramer, President | Loan |
| August 7, 2023 | 20,960 | 20,000.00 | 960 | August 7, 2024 | 50% of market price. | 1800 Diagonal Lending, LLC, Curt Kramer, President | Loan |
| July 21, 2023 | 517,863 | 500,000.00 | 17,863 | July 21, 2024 | 100% of Market price. | Valiant Eagle, Inc.<br><br>Xavier Mitchell, Chief Executive Officer | Acquisition |
| January 12, 2022 | 11,574 | 10,000.00 | 1,574 | January 12, 2023 | 50% of market price. | Leo's New Company LLC, Miguel Santana, Managing Member | Loan |
| September 23, 2021 | 68,178 | 62,500.00 | 5,678 | September 23, 2022 | 50% of market price. | Arin, LLC, Adam Ringer, Manager | Loan |
| September 15, 2021 | 23,228 | 23,228.00 | 0 | March 15, 2022 | 50% of market price. | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan |
| September 15, 2021 | 25,551 | 23,228.00 | 2,323 | March 15, 2022 | 50% of market price. | Marbletown Advisors, LLC, Jasahn Sommerville, Manager | Loan |
| July 28, 2021 | 59,710 | 50,000.00 | 9,710 | July 28, 2022 | 50% of market price. | Leo's New Company LLC, Miguel Santana, Managing Member | Loan |
| April 9, 2021 | 18,601 | 43,333.00 | 0 | October 9, 2021 | 50% of market price. | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan |

| October 9, 2017 | 601,907 | 400,000 | 201,907 | October 9, 2018 | $0.001 per share | Danyi Zhang | Acquisition |

***Control persons for any entities in the table above must be disclosed in the table or in a footnote here.***

Use the space below to provide any additional details, including footnotes to the table above:

## 4)     Issuer's Business, Products and Services

The purpose of this section is to provide a clear description of the issuer's current operations.
Ensure that these descriptions are updated on the Company's Profile on www.OTCMarkets.com.

A.  Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")

Net Savings Link's vision is the establishment of a fully integrated technology company that provides turnkey technological solutions to the cryptocurrency, blockchain and digital asset industries. Over time, the Company plans to provide a wide range of services such as software solutions, e-commerce, advisory services, financial services and information technology.

The Company has and will continue to invest in companies in the cryptocurrency, blockchain and digital asset sectors.

On August 9, 2021, the Company launched a centralized cryptocurrency platform, NSAV Exchange. The company plans to commence operations as soon as the legal, regulatory and compliance issues are completed.

The Company owns the NSAV Premium OTC Cryptocurrency Trading Desk https://nsavholdinginc.com/otc-desk/.

The Company holds a 40% stake in Super Chain Capital Ltd., a company incorporated under the laws of Hong Kong. Super Chain Capital Ltd. owns and operates the premium OTC cryptocurrency trading desk, https://hkotc.co/ , which is also based in Hong Kong.

The Company owns the NSAV Decentralized Cryptocurrency Exchange, NSAVDEX 1 https://nsavdex.org/#/home running on Okex Chain.

On December 6, 2021, the Company launched its NSAVDEX Native Token, the NSBC, which is currently trading on the VAEX Centralized Crypto Exchange (CEX) https://www.vaex.tech/en_US/trade/NSBC_USDT.

The Company owns the NSAV Decentralized Cryptocurrency Exchange, NSAVDEX 2 https://nsavdex.io/ running on Binance Smart Chain.

On March 4, 2022, the Company launched its NSAV NFT Marketplace, https://nsavnft.com/, a 50/50 joint venture with Vagabond.

On March 24, 2022, the Company announced the launch of HIVE, the first blockchain home mining device that can mine multiple tokens.

On April 26, 2022, the Company, in partnership with Metaverse Network LLC., launched the HIVE MULTIMINE App, whereby users can now mine cryptocurrency on their smartphone, without the need for a traditional mining device. The HIVE MULTIMINE App is now available to download in the Apple Store and on Google Play.

On July 28, 2023, the Company announced the launch of TruSAF https://trusaf.net/ . TruSAF aims to solve a large-scale problem across all industries – security of digital assets, legal documents and sensitive medical information. TruSAF encompasses three main components; CryptoSAF, DocuSAF and MedSAF.

B.  List any subsidiaries, parent company, or affiliated companies.

N The Company owns 95% of the shares of Tiger Brands, Inc., formerly Tiger Hemp Brands, Inc., a Colorado corporation. Tiger Brands, Inc. can be reached via email at info@nsavholdinginc.com .

The officers of Tiger Brands, Inc. are as follows;

James A. Tilton, Sole officer and director.

The Company owns 70% of the shares of Shanghai Hua Si Tai Medical Consultation Company Limited, which owns and operates Shanghai based Vital Strategic Research Institute (VSRI). VSRI is a medical research firm with a long history of expertise in design, clinical trials and global research. VSRI has collaborated with pharmaceutical giants such as Pfizer and Bristol-Myers Squibb.

Shanghai Hua Si Tai Medical Consultation Company Limited is located at Suite 16D, 455 Jiangning Road, Shanghai, 200041, China.

Jane Zheng, formerly Vice President of the Company, overseas the Company's interest in Shanghai Hua Si Tai Medical Consultation Company Limited.

C.  Describe the issuers' principal products or services.

The Information Technology and Software Solutions for the cryptocurrency, blockchain and digital asset industries. The Company, through its Shanghai based subsidiary, Shanghai Hua Si Tai Medical Consultation Company Limited, provides clinical research to industry leaders such as Eli Lilly and the Medtronic Foundation.

The primary markets for our products and services are the U.S.A., Europe and P.R. China.

5)  **Issuer's Facilities**

*The goal of this section is to provide investors with a clear understanding of all assets, properties or facilities owned, used or leased by the issuer and the extent in which the facilities are utilized.*

In responding to this item, please clearly describe the assets, properties or facilities of the issuer. Describe the location of office space, data centers, principal plants, and other property of the issuer and describe the condition of the properties.

Specify if the assets, properties, or facilities are owned or leased and the terms of their leases. If the issuer does not have complete ownership or control of the property, describe the limitations on the ownership.

The Company maintains an office at 26 Grosvenor Street, Mayfair, London, United Kingdom W1K 4QW. There is no rent/mortgage paid for this space. The Company has no ownership of the property.

**6) All Officers, Directors, and Control Persons of the Company**

Using the table below, please provide information, as of the period end date of this report, regarding all officers and directors of the company, or any person that performs a similar function, regardless of the number of shares they own.

In addition, list all individuals or entities controlling 5% or more of any class of the issuer's securities.
If any insiders listed are corporate shareholders or entities, provide the name and address of the person(s) beneficially owning or controlling such corporate shareholders, or the name and contact information (City, State) of an individual representing the corporation or entity. Include Company Insiders who own any outstanding units or shares of any class of any equity security of the issuer.

*The goal of this section is to provide investors with a clear understanding of the identity of all the persons or entities that are involved in managing, controlling or advising the operations, business development and disclosure of the issuer, as well as the identity of any significant or beneficial owners.*

| Names of All Officers, Directors, and Control Persons | Affiliation with Company (e.g. Officer Title /Director/Owner of 5% or more) | Residential Address (City / State Only) | Number of shares owned | Share type/class | Ownership Percentage of Class Outstanding | Names of control person(s) if a corporate entity |
|---|---|---|---|---|---|---|
| James A. Tilton | Officer and Director | New York, N.Y. | 40,000,000 | Preferred A | 57% | N.A. |
| TG Private Equity Inc. | Beneficial Shareholder | Tortola, BVI | 30,000,000 | Preferred A | 43% | Yeung Tze Ling, Director |
| Min Kin Lau | Director | Hong Kong | 34,722,222 | Preferred B | 2.7% | N.A. |
| Tsz Chun Ma | Officer | Hong Kong | 2,314,813 | Preferred B | 0.018% | N.A. |
| Kong Sheng Lim | Officer | Selangor Darul Ehsan, Malaysia | 6,985,583 | Preferred B | 0.05% | N.A. |
| SYNERGY Resources Inc | Beneficial Shareholder | Mahe, Seychelles | 533,310,643 | Preferred B | 42% | Cho Wing Lam, CEO |
| Cheuk Wing Kong | Beneficial Shareholder | Hong Kong | 300,000,000 | Preferred B | 24% | N.A. |

| Ming Yuet Lam | Beneficial Shareholder | Hong Kong | 79,999,998 | Preferred B | 6% | N.A. |
|---|---|---|---|---|---|---|

Confirm that the information in this table matches your public company profile on www.OTCMarkets.com. If any updates are needed to your public company profile, log in to www.OTCIQ.com to update your company profile.

**7)      Legal/Disciplinary History**

A.  Identify and provide a brief explanation as to whether any of the persons or entities listed above in Section 6 have, <u>in the past 10 years</u>:

1.  Been the subject of an indictment or conviction in a criminal proceeding or plea agreement or named as a defendant in a pending criminal proceeding (excluding minor traffic violations);

<u>None.</u>

2.  Been the subject of the entry of an order, judgment, or decree, not subsequently reversed, suspended or vacated, by a court of competent jurisdiction that permanently or temporarily enjoined, barred, suspended or otherwise limited such person's involvement in any type of business, securities, commodities, financial- or investment-related, insurance or banking activities;

<u>None.</u>

3.  Been the subject of a finding, disciplinary order or judgment by a court of competent jurisdiction (in a civil action), the Securities and Exchange Commission, the Commodity Futures Trading Commission, a state securities regulator of a violation of federal or state securities or commodities law, or a foreign regulatory body or court, which finding or judgment has not been reversed, suspended, or vacated;

<u>None.</u>

4.  Named as a defendant or a respondent in a regulatory complaint or proceeding that could result in a "yes" answer to part 3 above; or

<u>None.</u>

5.  Been the subject of an order by a self-regulatory organization that permanently or temporarily barred, suspended, or otherwise limited such person's involvement in any type of business or securities activities.

<u>None.</u>

6.  Been the subject of a U.S Postal Service false representation order, or a temporary restraining order, or preliminary injunction with respect to conduct alleged to have violated the false representation statute that applies to U.S mail.

<u>None.</u>

B. Describe briefly any material pending legal proceedings, other than ordinary routine litigation incidental to the business, to which the issuer or any of its subsidiaries is a party to or of which any of their property is the subject. Include the name of the court or agency in which the proceedings are pending, the date instituted, the principal parties thereto, a description of the factual basis alleged to underlie the proceeding and the relief sought. Include similar information as to any such proceedings known to be contemplated by governmental authorities.

On December 2, 2021, Vikram P. Grover, an alleged former employee and consultant of the Company, filed a lawsuit against the Company in the United States District Court, Northern District of Illinois. Mr. Grover alleges lost wages, compensation, damages and accrued interest. The Company denies the allegations. None of the Company's current officers and directors were involved in the alleged hiring of Mr. Grover. On December 5, 2023, the same court entered a judgment in Mr. Grover's favor for the amount of $57,903,750.00. The Company will seek to have the judgement vacated. The Company and Mr. Grover are presently in settlement negotiations through various third parties.

On August 31, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys, filed a lawsuit against the Company in the United States District Court of Connecticut. Stone Law was seeking the sum of $81,409.00, for legal services.The Company denies these claims.

On September 21, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys, filed a lawsuit against the Company in the Supreme Court of the State of New York, County of New York. Stone Law was seeking the sum of $41,042.50 for legal services. The Company denies these claims.

## 8) Third Party Service Providers

Provide the name, address, telephone number and email address of each of the following outside providers. You may add additional space as needed.
Confirm that the information in this table matches your public company profile on www.OTCMarkets.com. If any updates are needed to your public company profile, update your company profile.
Securities Counsel (must include Counsel preparing Attorney Letters).

| | |
|---|---|
| Name: | Vic Devlaeminck PC |
| Address 1: | 10013 N.E. Hazel Dell Avenue, Suite 317 |
| Address 2: | Vancouver, WA 98685 |
| Phone: | (503) 806-3533 |
| Email: | vic@vicdevlaeminck.com |

| | |
|---|---|
| Name: | Allen C. Tucci |
| Address 1: | 1717 Arch Street, Suite 3500 |
| Address 2: | Philadelphia, PA 19103-2739 |
| Phone: | (215) 246-3192 |
| Email: | atucci@archerlaw.com |

Accountant or Auditor

| | |
|---|---|
| Name: | Trey Whitfield |
| Firm: | TWC Consulting, LLC. |
| Address 1: | 209 Caroline Lee Dr. |
| Address 2: | Smyrna, TN 37167 |
| Phone: | (423) 329-3361 |
| Email: | trey@twclimited.com |

Investor Relations

Name:            _____
Firm:            _____
Address 1:       _____
Address 2:       _____
Phone:           _____
Email:           _____

*All other means of Investor Communication:*

X (Twitter):        https://twitter.com/nsav_tech
Discord:            _____
LinkedIn            _____
Facebook:           _____
[Other ]            _____

<u>Other Service Providers</u>
Provide the name of any other service provider(s) that **that assisted, advised, prepared, or provided information with respect to this disclosure statement**. This includes counsel, broker-dealer(s), advisor(s), consultant(s) or any entity/individual that provided assistance or services to the issuer during the reporting period.

Name:                _____
Firm:                _____
Nature of Services:  _____
Address 1:           _____
Address 2:           _____
Phone:               _____
Email:               _____


**9)      Disclosure & Financial Information**


A.  This Disclosure Statement was prepared by (name of individual):

      Name:                    James A. Tilton
      Title:                   President
      Relationship to Issuer:  President



B.  The following financial statements were prepared in accordance with:

      ☐ IFRS
      X U.S. GAAP


C.  The following financial statements were prepared by (name of individual):

      Name:                    Trey Whitfield
      Title:                   Accountant
      Relationship to Issuer:  None

Describe the qualifications of the person or persons who prepared the financial statements:[5] Accountant

Provide the following qualifying financial statements:

- o Audit letter, if audited;
- o Balance Sheet;
- o Statement of Income;
- o Statement of Cash Flows;
- o Statement of Retained Earnings (Statement of Changes in Stockholders' Equity)
- o Financial Notes

**Financial Statement Requirements**:
- Financial statements must be published together with this disclosure statement as one document.
- Financial statements must be "machine readable". Do not publish images/scans of financial statements.
- Financial statements must be presented with comparative financials against the prior FYE or period, as applicable.
- Financial statements must be prepared in accordance with U.S. GAAP or International Financial Reporting Standards (IFRS) but are not required to be audited.

## 10) Issuer Certification

*Principal Executive Officer:*

The issuer shall include certifications by the chief executive officer and chief financial officer of the issuer (or any other persons with different titles but having the same responsibilities) in each Quarterly Report or Annual Report.

The certifications shall follow the format below:

I, James A. Tilton certify that:

1. I have reviewed this Disclosure Statement for Net Savings Link, Inc.;

2. Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

---

[5] The financial statements requested pursuant to this item must be prepared in accordance with US GAAP or IFRS and by persons with sufficient financial skills.

3. Based on my knowledge, the financial statements, and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

May 2 2024

/s/ James A. Tilton , President


*Principal Financial Officer:*

I, James A. Tilton certify that:

1. I have reviewed this Disclosure Statement for Net Savings Link, Inc.;

2. Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

3. Based on my knowledge, the financial statements, and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

May 2 2024

/s/ James A. Tilton, Chief Financial Officer

**NET SAVINGS LINK, INC.**
**Statement of Income and**
**Retained Earnings (Deficit)**
**For the Twelve Months Ended**
**December 31, 2023**
**Unaudited**

|  | Dec 31, 2023 | Dec 31, 2022 |
|---|---|---|
| **Revenue** | $ 24,398,463 | $ - |
| **OPERATING EXPENSES** |  |  |
| Officer Compensation | $ 1,520,100 | $ 120,000 |
| General and administrative | $ 158,870 | $ 9,692,562 |
| Legal Judgment Expenses | $ 58,022,178 | $ - |
| Total Operating Expenses | $ 59,701,148 | $ 9,812,562 |
| OPERATING GAIN (LOSS) | $(35,302,685) | $ (9,812,562) |
| OTHER INCOME (EXPENSE) |  |  |
| Consultancy Income | $ - | $ 691,516 |
| Other Income (Expense) | $ 7,891 | $ - |
| Interest Income (Expense) | $ (86,598) | $ (56,055) |
| Total Other Income (Expense) | $ (78,707) | $ 635,461 |
| **NET GAIN (LOSS)** | **$(35,381,392)** | **$ (9,177,101)** |

**NET SAVINGS LINK, INC.**
**Financial Statements**
**Balance Sheet**
**For the Periods Ended December 31, 2023 & December 31, 2022**
**Unaudited**

|  | Dec 31, 2023 | Dec 31, 2022 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash on Hand, in Bank | 25 | 596 |
| Accounts Receivable | 191,388 | 173,888 |
| Share Issuance Receivable | 4,000 | 4,000 |
| Equity Interest | 1,000,000 | 1,000,000 |
| **Total Current Assets** | **1,195,413** | **1,178,484** |
| | | |
| **Noncurrent Assets** | | |
| Investment in Subsidiary | 410,000 | 410,000 |
| Fixed Asset Investment | 119,560 | 119,560 |
| Intangible Asset | 5,000,000 | 5,000,000 |
| Investment: DEX Exchange | 15,080,000 | 15,080,000 |
| Investment: Trading Desk | 8,000,000 | 8,000,000 |
| Investment: Cryptocurrency | 30,440,000 | 30,440,000 |
| Investment: Blockchain | 12,415,000 | 12,415,000 |
| Investment: Protocol | 1,000,000 | 1,000,000 |
| Investment: Awallet | 8,350,000 | 8,350,000 |
| Investment: AWC | 2,500,000 | 2,500,000 |
| Investment: Super Chain Capital | 30,000 | 30,000 |
| Investment: FUNGY | 500,000 | |
| Goodwill | 2,070,000 | 2,070,000 |
| **Total Other Assets** | **85,914,560** | **85,414,560** |
| | | |
| **Intangible Assets** | | |
| Cryptocurrency Holdings | 24,398,463 | 0 |
| **Total Intangible Assets** | **24,398,463** | **0** |
| | | |
| **Total Assets** | **111,508,436** | **86,593,044** |

**NET SAVINGS LINK, INC.**
**Financial Statements**
**Balance Sheet**
**For the Periods Ended December 31, 2023 & December 31, 2022**
**Unaudited**

|  | Dec 31, 2023 | Dec 31, 2022 |
|---|---|---|
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **LIABILITIES** | | |
| **Current Liabilities** | | |
| Accounts Payable | 178,625 | 178,287 |
| Accrued Interest | 276,852 | 236,188 |
| Accrued Wages | 8,745,049 | 7,222,016 |
| Note Payable - Pacific Stock Transfer | 10,320 | 0 |
| Note Payable - FUNGY | 500,000 | 0 |
| Contingent Liability - Stone Lawsuit(s) | 118,428 | 0 |
| Contingent Liability - Grover Lawsuit | 57,903,750 | 0 |
| **Total Current Liabilities** | **67,733,024** | **7,636,491** |
| **Long-Term Liabilities** | | |
| Note Payable - Related Party | 70,566 | 70,566 |
| Investment Payable | 25,000 | 25,000 |
| Forgivable Loan | 2,000 | 2,000 |
| Non-convertible Notes Payable | 400,000 | 400,000 |
| TG Private Equity | 59,330,000 | 59,330,000 |
| Convertible Note: Power Up Lending Group | 0 | 65,000 |
| Convertible Note: Leo's New Company | 60,000 | 60,000 |
| Convertible Note: Marbletown Advisors | 23,228 | 23,228 |
| Convertible Note: Arin, LLC | 62,500 | 62,500 |
| Convertible Note: Quick Capital, LLC | 41,829 | 66,561 |
| Convertible Note: 1800 Diagonal Lending, LLC | 50,000 | 0 |
| Note Payable: Active World Holdings | 2,500,000 | 2,500,000 |
| Common Stock: Commitment Share | 0 | -70,148 |
| **Total Long-Term Liabilities** | **62,565,123** | **62,534,707** |
| **Total Liabilities** | **130,298,147** | **70,171,198** |
| **STOCKHOLDERS' EQUITY** | | |
| Preferred, Series A Stock, $0.00001 par value, 225,000,000 shares authorized, 70,000,000 issued and outstanding at 12/31/23. | 700 | 600 |
| Preferred, Series B Stock, $0.00001 par value, 1,275,000,000 shares authorized, 1,270,587,868 issued and outstanding at 12/31/23. | 12,706 | 12,706 |
| Common Stock, $0.001 par value, 6,655,000,000 shares authorized, 6,556,972,533 issued and outstanding at 12/31/23. | 6,556,973 | 6,354,311 |
| Additional Paid-in-Capital | -3,268,455 | -3,268,455 |
| Additional Paid-in-Capital - Series B | 25,219,016 | 25,219,016 |
| Additional Paid-in-Capital - Common | 3,763,773 | 3,796,699 |
| Accumulated Deficit | -51,074,423 | -15,693,031 |
| **Total Stockholders' Equity** | **-18,789,711** | **16,421,846** |
| **Total Liabilities and Stockholders' Equity** | **111,508,436** | **86,593,044** |

**NET SAVINGS LINK, INC.**
**Statement of Cash Flows**
**For the Twelve Months Ended**
**December 31, 2023**
**Unaudited**

| | Dec 31, 2023 | Dec 31, 2022 |
|---|---|---|
| **OPERATING ACTIVITIES** | | |
| **Net Income (Loss)** | $ (35,381,392) | $ (9,177,101) |
| Adjustments to reconcile net Income (Loss) to net cash provided by operations. | | |
| Cash from Consultancy Services | $ - | $ - |
| Decrease (Increase) in Accounts Receivable | $ (17,500) | $ (173,888) |
| Increase (Decrease) in Accounts Payable | $ 338 | $ 89,558 |
| Increase (Decrease) in Accrued Liabilities | $ - | $ 64,280 |
| Increase (Decrease) in Accrued Interest | $ 40,664 | $ - |
| Increase (Decrease) in Accrued Wages | $ 1,523,033 | $ - |
| Increase (Decrease) in Contingent Liabilities | $ 58,022,178 | $ 4,749,000 |
| **Total Adjustments** | **$ 59,568,713** | **$ 4,728,950** |
| **Net Cash Provided by Operating Activities** | **$ 24,187,320** | **$ (4,448,151)** |
| **Investing Activities** | | |
| Asset Acquisition / Divestment | $ (500,000) | $ 2,500,000 |
| Cryptocurrency Holdings | $ (24,398,463) | $ - |
| **Net Cash Provided by Investment Activities** | **$ (24,898,463)** | **$ 2,500,000** |
| **Financing Activities** | | |
| Notes Payable | $ 540,736 | $ (2,500,000) |
| Stock Issuances | $ 202,762 | $ 4,212,194 |
| Paid in Capital | $ (32,926) | $ - |
| **Net Cash from Financing Activities** | **$ 710,572** | **$ 1,712,194** |
| **Net Cash Increase for Period** | **$ (571)** | **$ (235,957)** |
| **Cash at Beginning of Period** | **$ 596** | **$ 236,553** |
| **Cash at End of Period** | **$ 25** | **$ 596** |

**NET SAVINGS LINK, INC.**
**Statement of Stockholders' Equity**
**December 31, 2023**
**Unaudited**

| | Common Stock | | Preferred Stock | | Paid-In | Accum. | Total Stockholders' |
| | Shares | Amount | Shares | Amount | Capital | Earning | Equity |
|---|---|---|---|---|---|---|---|
| December 31, 2019 | 5,643,636,893 | 5,643,637 | 30,000,000 | 300 | (3,629,717) | (2,829,470) | (815,250) |
| Stock Issuances - 12/31/20 | 200,000,000 | 200,000 | | | (190,000) | | 10,000 |
| Net Income (Loss) - 12/31/20 | | | | | | (172,973) | (172,973) |
| December 31, 2020 | 5,843,636,893 | 5,843,637 | 30,000,000 | 300 | (3,819,717) | (3,002,443) | (978,223) |
| Stock Issuances | 95,178,845 | 95,179 | 648,763,051 | 6,488 | 20,201,797 | | 20,303,464 |
| Net Income (Loss) - 12/31/21 | | | | | | (3,513,487) | (3,513,487) |
| December 31, 2021 | 5,938,815,738 | 5,938,816 | 678,763,051 | 6,788 | 16,382,080 | (6,515,930) | 15,811,754 |
| Stock Issuances | 415,495,129 | 415,495 | 651,824,817 | 6,518 | 9,365,181 | | 9,787,194 |
| Net Income (Loss) - 12/31/22 | | | | | | (9,177,101) | (9,177,101) |
| December 31, 2022 | 6,354,310,867 | 6,354,311 | 1,330,587,868 | 13,306 | 25,747,261 | (15,693,031) | 16,421,847 |
| Stock Issuances | 202,661,666 | 202,662 | 10,000,000 | 100 | (32,926) | | 169,835 |
| Net Income (Loss) - 12/31/23 | | | | | | (35,381,392) | (35,381,392) |
| | 6,556,972,533 | 6,556,973 | 1,340,587,868 | 13,406 | 25,714,335 | (51,074,423) | (18,789,710) |

**NET SAVINGS LINK, INC.**
Notes to the Accounts December 31, 2023

## 1. Nature of Operations and Continuance of Business

The unaudited interim financial statements included herein have been prepared by Net Savings Link, Inc. ("NSL" or the "Company") in accordance with accounting principles generally accepted in the United States of America and the rules of the Securities and Exchange Commission. We suggest that these interim financial statements be read in conjunction with the unaudited financial statements and notes for the period ended 30 June, 2023. We believe that all adjustments, consisting of normal recurring adjustments, necessary for a fair presentation of financial position and the results of operations for the interim periods presented have been reflected herein and that the disclosures made are adequate to make the information not misleading. The results of operations for interim periods are not necessarily indicative of the results to be expected for the full year. Notes to the financial statements which would substantially duplicate the disclosure contained in the audited financial statements for the most recent fiscal year.

## 2. Going Concern

NSL's financial statements are prepared using Generally Accepted Accounting Principles applicable to a going concern that contemplates the realization of assets and liquidation of liabilities in the normal course of business. However, NSL has generated minimal revenue and accumulated significant losses since inception. As of September 30, 2023, the company has accumulated a deficit of $16,756,499. All of these items raise substantial doubt about its ability to continue as a going concern. Management's plans with respect to alleviating the adverse financial conditions that caused management to express substantial doubt about the NSL's ability to continue as a going concern are as follows:

In order to fund the start-up of operations during the period ended March 31, 2022, management plans to enter into several financing transactions and try to raise funds. The continuation of the Company as a going concern is dependent upon its ability to generating profitable operations that produce positive cash flows. If the Company is not successful, it may be forced to raise additional debt or equity financing.

There can be no assurance that the Company will be able to achieve its business plans, raise any more required capital or secure the financing necessary to achieve its current operating plan. The ability of the Company to continue as a going concern is dependent upon its ability to successfully accomplish the plan described in the preceding paragraph and eventually attain profitable operations. The accompanying financial statements do not include any adjustments that might be necessary if the Company is unable to continue as a going concern.

## 3. Related Party Transactions

The Company accrued wages for its current President and CEO at a rate of $120,000 per year, along with other employees of the Company. As of March 31, 2023 and December 31, 2021, the Company owed a total of $7,252,016 and $7,222,016 respectively, to the current and predecessor President and CEO of the Company for back due wages.

Upon his taking over of the Company in January 2016, the Company began accruing $1,000 per month for office rental and supplies from its President and CEO.

During February 2016, the President and CEO of the Company purchased 25,000,000 shares of preferred stock series A for cash of $250.

On 21 July 2017, the company received 1 billion shares at par from Hemp Beer Inc, a private corporation registered in Colorado, in exchange for the use of the company's IP for the Hemp Beer brand. This has been recognized as a wholly owned subsidiary in the fiscal statements.

On 2 February 2021, the Company entered into a consulting agreement with TG Private Equity for the engagement of independent contractor services. The Company agreed to issue 30,000,000 (thirty million) shares of the Company's restricted Series A Preferred Stock in compensation to TG Private Equity.

Since February 2021 Company entered into various agreements with TG Private Equity Inc referred to below:

Note 7      On 6 March 2021, Digital Blockchain Token Company Acquisition Agreement between TG Private Equity & the Company.

Note 9      On 5 August 2021 the Company entered into a Digital OTC Agreement with TG Private Equity Inc. TG Private Equity Inc.

Note 8      On 5 November 2021 the Company entered into a DEX Agreement with TG Private Equity Inc.

Note 7      On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Inc.

Note 8      On 1 December 2021 the Company entered into a DEX2 Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on Binance chain. The Company agreed to issue $8,000,000 of the Company's preferred B Shares.

Note 12      On 17 January 2022, the Company entered into a Digital Blockchain Token agreement with TG Private Equity Inc.

Note 13      On 17 January 2022, the Company entered into a Blockchain Protocol Venture agreement with TG Private Equity Inc.

Note 11      On 5 February 2022, the Company entered into a BQEX Digital Exchange Agreement with TG Private Equity Inc.

Note 11      On 25 February 2022, the Company entered into a Digital Blockchain Mining agreement with TG Private Equity Inc.

Note 12      On 26 February 2022, the Company entered into a Jinbao Digital Blockchain NFT agreement with TG Private Equity Inc.

Note 12      On 26 April 2022, the Company entered into a Digital Blockchain Mobile Mining Agreement with TG Private Equity Inc.

Note 14      On 18 April 2022, the Company entered into a Digital Wallet and Acoin distribution agreement with TG Private Equity Inc.

4. **Stockholders' Equity**

During February 2021, 30,000,000 Series A preferred shares were issued at $0.00001.

During March 2021, 56,363,107 Ordinary shares were issued at $0.0046 for settlement to Jake Noch.

During April 2021, 2,888,867 Ordinary shares were issued at $0.001 in settlement for a commitment to Quick Capital LLC.

During April 2021, a holder of 6,937,427 common stock shares elected to convert these shares at a conversion price of $0.0062.

On 7 May 2021, 31,928,481 Series B convertible preferred stock were issued at $0.03132 per share for a cost basis of $1,000,000.

On 17 June 2021, 34,722,222 Series B convertible preferred stock were issued at $0.014400 per share at a cost basis of $500,000.

On 25 June 2021, 5,952,380 Series B convertible preferred stock were issued at $0.033600 per share at a cost basis of $200,000.

On 25 June 2021, 500,000,000 Series B convertible preferred stock were issued at $0.034900 per share at a cost basis of $17,450,000.

On 25 June 2021, 35,859,572 Series B convertible preferred stock were issued at $0.0119514 per share at a cost basis of $428,571.

On 25 June 2021, 2,314,813 Series B convertible preferred stock were issued at $0.0072000 per share at a cost basis of $16,667.

On 25 June 2021, 6,985,583 Series B convertible preferred stock were issued at $0.0086584 per share at a cost basis of $60,484.

On 15 September 2021 1,161,389 Ordinary Shares were issued at $0.0302 in settlement for a commitment to Quick Capital LLC.

On 15 September 2021 1,161,389 Ordinary Shares were issued at $0.0302 in settlement for a commitment to Marbletown Advisors LLC.

On 1 October 2021, 2,666,666 Ordinary Shares were issued at $0.015 at a cost basis of $40,000 to Jeremy Christianson.

On 1 October 2021, 4,000,000 Ordinary Shares were issued at $0.001 at a cost basis of $400 to Jeremy Christianson.

On 29 October 2021, 20,000,000 Ordinary Shares were issued at $0.015 at a cost basis of $300,000 to Jeremy Christianson.

On 9 December 2021, 1,000,000 Series B convertible preferred stock were issued at $0.001 at a cost basis of $1,000 to Arin LLC.

On 1 April 2022, 79,999,998 Series B convertible preferred stock were issued at $0.02 at a cost basis of $533,333 to Ming Yuet Lam.

On 1 April 2022, 60,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $1,200,000 to Kim Chang Chan.

On 1 April 2022, 46,583,340 Series B convertible preferred stock were issued at $0.02 at a cost basis of $931,667 to Zheng Li.

On 1 April 2022, 46,722,685 Series B convertible preferred stock were issued at $0.02 at a cost basis of $935,454 to Siu Ming Je.

On 1 April 2022, 266,643,977 Series B convertible preferred stock were issued at $0.02 at a cost basis of $5,332,880 to Synergy Resources Inc.

On 6 May 2022, TG Private Equity Inc. cancelled and returned 500,000,000 Series B convertible preferred stock.

On 14 April 2022, 33,333,334 Series B convertible preferred stock were issued at $0.02 at a cost basis of $666,667 to Veronica Raquel Welch.

On 14 April 2022, 266,666,666 Series B convertible preferred stock were issued at $0.02 at a cost basis of $5,333,333 to Synergy Resources Inc,.

On 22 April 2022, 1,824,817 Series B convertible preferred stock were issued at $0.0137 at a cost basis of $25,000 to Ajay Athwal.

On 31 May 2022, 300,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $6,000,000 to Cheuk Wing Kong.

On 31 May 2022, 50,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $1,000,000 to Kong Cheer Ltd.

On 6 May 2022, 295,495,129 Common stock were issued at $0.0115 at a cost basis of $3,398,194 to SRAX Inc.

On 27 May 2022, 20,000,000 Common stock were issued at $0.0102 at a cost basis of $204,000 to Stephen Posner.

On 28 July 2022, 100,000,000 Common stock were issued at $0.0061 at a cost basis of $610,000 to May Davis Partners Acquisition Company LLC.

On 31 August 2022, 295,495,129 Common stock were issued at $0.0115 at a cost basis of $3,398,193.98 to SRAX, Inc.

On 17 July 2023, 25,000,000 Common stock were issued at $0.0034 at a cost basis of $85,000 to Power Up Lending Group, Ltd.

On 27 July 2023, 20,000,000 Common stock were issued at $0.0047 at a cost basis of $94,000 to Quick Capital, LLC.

On 3 August 2023, 40,000,000 Common stock were issued at $0.0035 at a cost basis of $140,000 to Power Up Lending Group, Ltd.

On 3 August 2023, 25,000,000 Common stock were issued at $0.0035 at a cost basis of $87,500 to 1800 Diagonal Lending, LLC.

On 8 August 2023, 23,500,000 Common stock were issued at $0.0023 at a cost basis of $54,050 to Power Up Lending Group, Ltd.

On 15 August 2023, 10,000,000 Series A preferred shares were issued at $0.00001 at a cost basis of $100 to James A. Tilton.

On 17 August 2023, 50,000,000 Common stock were issued at $0.0017 at a cost basis of $85,000 to Power Up Lending Group, Ltd.

On 18 September 2023, 19,161,666 Common stock were issued at $0.0014 at a cost basis of $26,826.33 to Quick Capital, LLC.


**5.  Intangible Asset**

On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Limited. TG Private Equity Limited agreed to facilitate the creation of an NSAV Native Token called NSBC, run on the OKEX chain. The Company agreed to pay USD 70,000 and issue $7,000,000 worth of the Company's preferred B Shares. This payment entitled the Company to own 50% of the founder's token pool, which constituted 5% of the total pool available. This realized to be 50,000,000 tokens. As of the 31 December 2021 these tokens were valued at $0.10 given at value of $5,000,000.

This has been treated as intangible asset in the financial statements as crypto assets do not meet the definition of cash or cash equivalents; financial instruments or financial assets. Although crypto assets may be held for sale in the ordinary course the business, they are not tangible assets and therefore may the definition of inventory. Intangible assets are defined as an asset that has no physical substance and crypto assets would generally meet the definition of intangible assets.


**6.  Goodwill**

On 6 March 2021, the Company entered into a Digital Blockchain Token Company Acquisition Agreement between TG Private Equity Inc & the Company to create a "Token Company" called SBCDF Investment Inc. TG Private Equity Inc will issue a token in the third quarter of 2021. The Company realized a goodwill on the issuance of $17,450,000.

On 6 May 2022, TG Private Equity Inc cancelled and returned 500,000,000 Series B convertible preferred stock back to the Company. The goodwill on the creation of the SBCDF Investment token has been reversed.

On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Inc. TG Private Equity Inc agreed to facilitate the creation of an NSAV Native Token called NSBC, run on the OKEX chain. The Company realized goodwill of $2,070,000.

### 7. DEX Exchange

On 5 November 2021 the Company entered into a DEX Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on OKEX chain. The Company agreed to issue $7,000,000 of the Company's preferred B Shares and $80,000 cash.

On 1 December 2021 the Company entered into a DEX2 Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on Binance chain. The Company agreed to issue $8,000,000 of the Company's preferred B Shares.

### 8. OTC Trading Desk

On 5 August 2021 the Company entered into a Digital OTC Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of an OTC Cryptocurrency Trading Desk for the Company. The Company agreed to issue $8,000,000 worth of Company's preferred B Shares and $30,000 cash as consideration.

### 9. Legal Litigation

On December 2, 2021, Vikram P. Grover, an alleged former employee and consultant of the Company, filed a lawsuit against the Company in the United States District Court, Northern District of Illinois. Mr. Grover alleges lost wages, compensation, damages and accrued interest. The Company denies the allegations. None of the Company's current officers and directors were involved in the alleged hiring of Mr. Grover. On December 5, 2023, the same court entered a judgment in Mr. Grover's favor for the amount of $57,903,750.00. The Company will seek to have the judgement vacated.

The Company and Mr. Grover are presently in settlement negotiations through various third parties.

### 10. Cryptocurrency

On 5 February 2022, the Company entered into a BQEX Digital Exchange Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in BQEX cryptocurrency exchange. The Company agreed to pay $100,000 cash and issue $25,000,000 worth of the Company's preferred B shares as consideration. The Company also agreed to pay $200,000 worth of its common stock and agreed to pay $50,000 by 28 April 2022 and a further $50,000 by 29 May 2022.

On 25 February 2022, the Company entered into a Digital Blockchain Mining agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in the HIVE Cryptocurrency Mining project. The Company agreed to pay $40,000 cash and issue $5,000,000 worth of the Company's preferred B Shares as consideration.

### 11. Blockchain

On 17 January 2022, the Company entered into a Digital Blockchain Token agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of a blockchain NFT Token named MNC. The Company agreed to pay $35,000 cash and issue $7,000,000 worth of its Preferred B shares.

On 26 February 2022, the Company entered into a Jinbao Digital Blockchain NFT agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of a Jinbao blockchain NFT Token. The Company agreed to pay $100,000 cash and issue $1,000,000 worth of its Preferred B shares. The Company will also issue $200,000 worth of its common stock shares.

On 26 April 2022, the Company entered into a Digital Blockchain Mobile Mining Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in the Hive Digital Blockchain Mobile Mining Project. The Company agreed to pay $80,000 cash and issue $4,000,000 worth of the Company's preferred B shares as consideration.

## 12. Protocol

On 17 January 2022, the Company entered into a Blockchain Protocol Venture agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a Joint Venture with VAGABOND protocol. The Company agreed to pay and issue $1,000,000 worth of its Preferred B shares.

## 13. Awallet

On 18 April 2022, the Company entered into a Digital Wallet and Acoin distribution agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in Awallet. The Company agreed to pay $130,000 cash and agreed to issue $8,000,000 worth of the Company's preferred B shares as consideration. Along with this the Company agreed to issue $200,000 worth of the Company's common stock and pay $20,000 cash by 1 July 2022.

## 14. Active World Club

On 14 October 2022, the Company entered into an Agreement with Active World Holdings, Inc. to issue preferred shares in exchange for 100% interest in AWC Exchange Inc.

This Agreement was subsequently amended in the Acquisition Agreement dated 21 December 2022, where by a Promissory Note was entered into for $2,500,000.

On 3 March 2023, the Company and AWH amended the 21 December 2022 Acquisition Agreement. The Company and AWH will form a joint venture to develop and operate the AWC exchange. The Company will invest $250,000 into the joint venture, in the form of a promissory note and the 21 December 2022 promissory notes in the amount of $2.5 million are cancelled.

On November 30, 2023, the Company and AWH amended and effectively cancelled the March 3, 2023 Joint Venture Agreement and reverted back to the December 20, 2022 Amended Acquisition Agreement, whereby the Company purchased from AWH 100% of www.awcexchange.com, which was rebranded www.nsavx.com. The purchase price was two million five hundred thousand U.S. Dollars ($2,500,000.00), payable in the form of a one-year, Convertible Secured Promissory Note, bearing an interest rate of 8% per annum.

### 15. FUNGY

On July 21, 2023, the Company entered into a definitive share purchase agreement with Valiant Eagle, Inc., to acquire 40% of the shares of the state-of-the-art NFT Marketplace, FUNGY, for five hundred thousand U.S. Dollars, ($500,000.00), payable in the form of a one year promissory note, bearing an interest rate of 8% per annum.

On January 8, 2024, the Company and Valiant Eagle, Inc. mutually agreed to rescind the July 21, 2023 agreement and cancel the promissory note.

### 16. Edward Stone Lawsuit #1

On August 31, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys. filed a lawsuit against the Company in the United States District Court of Connecticut. Stone Law was seeking the sum of $81,409.00. for legal services. The Company denies these claims.

### 17. Edward Stone Lawsuit #2

On September 21, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys. filed a lawsuit against the Company in the Supreme Court of the State of New York, County of New York. Stone Law was seeking the sum of $41,042.50 for legal services. The Company denies these claims.

### 18. Cryptocurrency Holdings

In Q4 2023, the Company received various cryptocurrency assets in exchange for services rendered. The revenue was recorded accordingly, and the cryptocurrency assets were recorded as Intangible Assets.

### 19. Financial Statement Revisions

On May 2, 2024, the Company revised the presentation of the Annual 2023 financial statements. Changes were made to show Annual 2023 compared to Annual 2022, rather than Q4 2023 to Q3 2023. In addition, the Statement of Shareholder's Equity (SSE) was revised to included Preferred Shares, the lack of which was resulting in an incorrect ending balance on the SSE.

# Exhibit "D"

## Disclosure Statement Pursuant to the Pink Basic Disclosure Guidelines

## Net Savings Link, Inc.

2374 Route 390, P.O. Box 609, Mountainhome, PA 18342
Phone: (718) 569-8815
Website: http://nsavholdinginc.com
Email: info@nsavholdinginc.com
SIC Code: 737

# Quarterly Report

**For the period ending** March 31, 2024 **(the "Reporting Period")**

## Outstanding Shares

The number of shares outstanding of our Common Stock was:

7,001,652,800 as of March 31, 2024

6,556,972,533   as of December 31, 2023

## Shell Status

Indicate by check mark whether the company is a shell company (as defined in Rule 405 of the Securities Act of 1933, Rule 12b-2 of the Exchange Act of 1934 and Rule 15c2-11 of the Exchange Act of 1934):

Yes: ☐          No: ☒

Indicate by check mark whether the company's shell status has changed since the previous reporting period:

Yes: ☐          No: ☒

## Change in Control

Indicate by check mark whether a Change in Control[4] of the company has occurred during this reporting period:

Yes: ☐          No: ☒

---

[4] "Change in Control" shall mean any events resulting in:

(i) Any "person" (as such term is used in Sections 13(d) and 14(d) of the Exchange Act) becoming the "beneficial owner" (as defined in Rule 13d-3 of the Exchange Act), directly or indirectly, of securities of the Company representing fifty percent (50%) or more of the total voting power represented by the Company's then outstanding voting securities;
(ii) The consummation of the sale or disposition by the Company of all or substantially all of the Company's assets;
(iii) A change in the composition of the Board occurring within a two (2)-year period, as a result of which fewer than a majority of the directors are directors immediately prior to such change; or
(iv) The consummation of a merger or consolidation of the Company with any other corporation, other than a merger or consolidation which would result in the voting securities of the Company outstanding immediately prior thereto continuing to represent (either by remaining outstanding or by being converted into voting securities of the surviving entity or its parent) at least fifty percent (50%) of the total voting power represented by the voting securities of the Company or such surviving entity or its parent outstanding immediately after such merger or consolidation.

**1)      Name and address(es) of the issuer and its predecessors (if any)**

In answering this item, provide the current name of the issuer and names used by predecessor entities, along with the dates of the name changes.

The Company was incorporated under the laws of the State of Nevada as Calibert Explorations, Ltd. on February 21, 2007. On November 11, 2010, the Company changed its name to its current name, Net Savings Link, Inc.


Current State and Date of Incorporation or Registration:  Colorado, Converted on February 28, 2017.


Standing in this jurisdiction: (e.g. active, default, inactive): Active and in Good Standing.


Prior Incorporation Information for the issuer and any predecessors during the past five years: None.


Describe any trading suspension or halt orders issued by the SEC or FINRA concerning the issuer or its predecessors since inception:

None.

List any stock split, dividend, recapitalization, merger, acquisition, spin-off, or reorganization either currently anticipated or that occurred within the past 12 months:

On On February 28, 2021, the Company entered into a definitive share purchase agreement with Virtuabroker Ltd., a company incorporated under the laws of England, to acquire 10% of the shares of Virtuabroker Ltd., in exchange for a cash payment of sixty thousand and sixty U.S. Dollars ($60,060.00).

On March 6, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 25% stake in SBCDF Investment, Inc. The purchase price for the acquisition was 500 million restricted Series Preferred B shares. The Company retains an option to purchase an additional 25% under the same terms. On April 9, 2021, the Company notified TG Private Equity Inc. that it will exercise said option.

On April 6, 2021, the Company entered into a definitive share purchase agreement with Eminaich LLC., a Wyoming limited liability company, to acquire a 20% stake in a startup ridesharing platform, Rydehails LLC, a Wyoming limited liability company. The purchase price for the acquisition was 31,928,481 restricted Series B Preferred Shares. The Company retains an option to purchase an additional 10% stake in Rydehails LLC for two million U.S. Dollars ($2,000,000.00).

On August 5, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 40% stake in Super Chain Capital Ltd., a company incorporated under the laws of Hong Kong. Super Chain Capital Ltd. owns and operates the premium OTC cryptocurrency trading desk, www.HKOTC.co , which is also based in


Hong Kong. The purchase price for the acquisition was thirty thousand U.S. Dollars ($30,000.00) in cash and eight million U.S. Dollars ($8,000,000.00) of restricted Series B Preferred Shares.

On October 21, 2021, the Company entered into a Letter of Intent (L.O.I.) to acquire a 51% stake in Bwang Group Limited, a company incorporated under the laws of Hong Kong. Bwang Group Limited owns and operates leading

cryptocurrency exchange BW.com, www.BW.com . Due to a confidentiality agreement, additional terms were not disclosed.

On December 31, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 5% stake in Singapore based Technicorum Holdings www.technicorum.com , with an option for an additional stake. Technicorum is a global investment and compliance company. According to Technicorum, their post-money valuation is $120 million. Technicorum is a consortium specializing in digital assets, with expertise in ICO's, IEO's and IDO's, and over the past year, into DeFi and NFT's, as well as recently, GameFi, SocialFi, and the Metaverse.

On January 17, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 50% stake in Vagabond Technology Solutions, LLC. NSAV and Vagabond will together further develop and Market Vagabond's already rapidly growing blockchain protocol https://vagabondapp.io/ . The purchase price for the acquisition was one million U.S. Dollars ($1,000,000.00) of restricted Series B Preferred Shares.

On January 27, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 10% stake in Metaverse Network LLC. (MNC) https://metaversenetwork.llc/ . MNC's main asset is its ownership of leading cryptocurrency exchange, BQEX U.S. https://bqex.ltd/ BQEX Exchange has over 4 million registered users. The purchase price for the acquisition was one hundred thousand U.S. Dollars ($100,000.00) in cash, twenty-five million U.S. Dollars ($25,000,000.00) of restricted Series B Preferred Shares and two hundred thousand U.S. Dollars ($200,000.00) of unrestricted common stock.

MNC's additional holdings include VAEX, a Centralized Cryptocurrency Exchange (CEX) regulated in Dubai. https://vaex.tech/en_US/. VAEX is one of the few Centralized Crypto Exchanges that connects Centralized with Decentralized Wallets. Hive Codes Incorporation https://hive.codes/ , the world's first blockchain home mining device able to mine multiple tokens. Jinbao NFT, based on Jackie Chan's, "The Little Big Soldier" https://jinbaonft.com/ . The Awallet WEB3 Wallet platform, which has the capability to allow blockchain users to manage more than 100 different cryptocurrencies from their mobile device securely and efficiently.

On February 25, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 50% stake in crypto mining company, HIVE Strategy LLC. The purchase price for the acquisition was forty thousand U.S. Dollars ($40,000.00) in cash and Five million U.S. Dollars ($5,000,000.00) of restricted Series B Preferred Shares.

On October 14,  2022, the Company entered into an Agreement with Active World Holdings, Inc. (AWH) to issue preferred shares in exchange for 100% interest in AWC Exchange Inc., thereby owning 100% of www.awcexchange.com. In addition to the preferred shares, the Company agreed to pay AWH two hundred and fifty thousand U.S. Dollars ($250,000.00) and a consulting agreement for fifty thousand U.S. Dollars ($50,000.00) per month

On December 20, 2022, the Company completed the acquisition of the Centralized Cryptocurrency Incubator Exchange, www.awcexchange.com , from Active World Holdings, Inc., for two million five hundred thousand U.S. Dollars ($2,500,000.00) payable in the form or two convertible promissory notes.

On March 3, 2023, the Company and AWH amended the 21 December 2022 Acquisition Agreement. The Company and AWH will form a joint venture to develop and operate the AWC exchange. The Company will invest two hundred and fifty thousand U.S. Dollars ($250,000) into the joint venture, in the form of a promissory note and the 21 December 2022 promissory notes in the amount of two million five hundred thousand U.S. Dollars ($2,500,000.00) are cancelled.

On November 30, 2023, the Company and AWH amended and effectively cancelled the March 3, 2023 Joint Venture Agreement and reverted back to the December 20, 2022 Amended Acquisition Agreement, whereby the Company purchased from AWH 100% of www.awcexchange.com, which was rebranded www.nsavx.com. The purchase price was two million five hundred thousand U.S. Dollars ($2,500,000.00), payable in the form of a one-year, Convertible Secured Promissory Note, bearing an interest rate of 8% per annum.

On July 21, 2023, the Company entered into a definitive share purchase agreement with Valiant Eagle, Inc., to acquire 40% of the shares of the state-of-the-art NFT Marketplace, FUNGY, for five hundred thousand U.S. Dollars, ($500,000.00), payable in the form of a one year promissory note, bearing an interest rate of 8% per annum.

On January 8, 2024, the Company and Valiant Eagle, Inc. mutually agreed to rescind the July 21, 2023 agreement and cancel the promissory note.

Address of the issuer's principal executive office:

2374 Route 390, P.O. Box 609, Mountainhome, PA 18342

Address of the issuer's principal place of business:
X *Check if principal executive office and principal place of business are the same address:*

_____

Has the issuer or any of its predecessors been in bankruptcy, receivership, or any similar proceeding in the past five years?

No: ☒          Yes: ☐    If Yes, provide additional details below:

_____

**2)      Security Information**

***Transfer Agent***

Name:     Pacific Stock Transfer Co.
Phone:    (800)-785-7782
Email:    info@pacificstocktransfer.com
Address:  6725 Via Austi Parkway, Suite 300, Las Vegas, NV 89119

***Publicly Quoted or Traded Securities:***

*The goal of this section is to provide a clear understanding of the share information for its publicly quoted or traded equity securities. Use the fields below to provide the information, as applicable, for all outstanding classes of securities that are publicly traded/quoted.*

| | | |
|---|---|---|
| Trading symbol: | NSAV | |
| Exact title and class of securities outstanding: | Common Stock | |
| CUSIP: | 64112L203 | |
| Par or stated value: | $0.001 | |
| Total shares authorized: | 7,155,000,000 | as of date: March 31, 2024 |
| Total shares outstanding: | 7,001,652,800 | as of date: March 31, 2024 |
| Total number of shareholders of record: | 335 | as of date: March 31, 2024 |

*Please provide the above-referenced information for all other publicly quoted or traded securities of the issuer.*

  N.A.

***Other classes of authorized or outstanding equity securities that do not have a trading symbol:***

*The goal of this section is to provide a clear understanding of the share information for its other classes of authorized or outstanding equity securities (e.g., preferred shares that do not have a trading symbol). Use the fields below to provide the information, as applicable, for all other authorized or outstanding equity securities.*

| | | |
|---|---|---|
| Exact title and class of the security: | Class A Preferred | |
| Par or stated value: | $0.00001 | |
| Total shares authorized: | 70,000,000 | as of date: March 31, 2024 |
| Total shares outstanding: | 70,000,000 | as of date: March 31, 2024 |
| Total number of shareholders of record: | 2 | as of date: March 31, 2024 |

| | | |
|---|---|---|
| Exact title and class of the security: | Class B Preferred | |
| Par or stated value: | $0.00001 | |
| Total shares authorized: | 1,275,000,000 | as of date: March 31, 2024 |
| Total shares outstanding (if applicable): | 1,270,587,868 | as of date: March 31, 2024 |
| Total number of shareholders of record (if applicable): 17 | | as of date: March 31, 2024 |

*Please provide the above-referenced information for all other classes of authorized or outstanding equity securities.*
  N.A.

***Security Description:***

*The goal of this section is to provide a clear understanding of the material rights and privileges of the securities issued by the company. Please provide the below information for each class of the company's equity securities, as applicable:*

1. **For common equity, describe any dividend, voting and preemption rights.**

  (1) Dividend Rate. The holders of Common Stock shall be entitled to receive dividends when, as, and if declared by the board of directors out of assets legally available therefor.

(2) Voting Rights. Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Common Stock shall be entitled to one vote for each share. No holder of shares of Common Stock shall have the right to cumulate votes.

(3) Liquidation Rights. In the event of liquidation, dissolution, or winding up of the affairs of the corporation, whether voluntary or involuntary, subject to the prior rights of the holders of Series A Preferred Stock and Series B Preferred Stock, if any, the holders of shares of the Common Stock can share ratably in the corporation's assets, and shall share equally and ratably in the corporation's assets available for distribution after giving effect to any liquidation preference of any shares of the Series A Preferred Stock or Series B Preferred Stock. A merger, conversion, exchange, or consolidation of the corporation with or into any other person or sale or transfer of all or any part of the assets of the corporation (which shall not in fact result in the liquidation of the corporation and the

distribution of assets to stockholders) shall not be deemed to be a voluntary or involuntary liquidation, dissolution or winding up of the affairs of the corporation.

(4) No Conversion, Redemption, or Preemptive Rights. The holders of Common Stock shall not have any conversion, redemption, or preemptive rights.

(5) Consideration for Shares. The Common Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

2. **For preferred stock, describe the dividend, voting, conversion, and liquidation rights as well as redemption or sinking fund provisions.**

**Series A Preferred Stock**

(1) Voting Rights.  Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Series A Preferred Stock shall be entitled to 1,000 votes for each share held by them.

(2) Consideration for Shares. The shares of the Series A Preferred Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

Series B Preferred Stock

(1) Voting Rights. Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Series B Preferred Stock shall be entitled to one vote for each share held by them.

(2) Conversion Rights. The holders of shares of the corporation's Series B Preferred Stock shall have the right to convert each share of Series B Preferred Stock held by them to one share of the corporation's Common Stock.

(3) Consideration for Shares. The shares of the Series B Preferred Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

3. **Describe any other material rights of common or preferred stockholders.**

None.

4. **Describe any material modifications to rights of holders of the company's securities that have occurred over the reporting period covered by this report.**

None.

3)      **Issuance History**

*The goal of this section is to provide disclosure with respect to each event that resulted in any changes to the total shares outstanding of any class of the issuer's securities **in the past two completed fiscal years and any subsequent interim period**.*

Disclosure under this item shall include, in chronological order, all offerings and issuances of securities, including debt convertible into equity securities, whether private or public, and all shares, or any other securities or options to acquire such securities, issued for services. Using the tabular format below, please describe these events.

**A. Changes to the Number of Outstanding Shares for the two most recently completed fiscal years and any subsequent period.**

Indicate by check mark whether there were any changes to the number of outstanding shares within the past two completed fiscal years:
No: ☐       Yes: X   (If yes, you must complete the table below)

| Shares Outstanding <u>Opening Balance:</u><br><br>Date: <u>January 1, 2022</u><br><br>Common: <u>5,938,815,738</u><br>Preferred A: <u>60,000,000</u><br> <u>Preferred B: 618,763,051</u> | *Right-click the rows below and select "Insert" to add rows as needed.* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Date of Transaction** | **Transaction type (e.g., new issuance, cancellation, shares returned to treasury)** | **Number of Shares Issued (or cancelled)** | **Class of Securities** | **Value of shares issued ($/per share) at Issuance** | **Were the shares issued at a discount to market price at the time of issuance? (Yes/No)** | **Individual/ Entity Shares were issued to.<br>***You must disclose the control person(s) for any entities listed.** | **Reason for share issuance (e.g. for cash or debt conversion)  - OR- Nature of Services Provided** | **Restricted or Unrestricted as of this filing.** | **Exemption or Registration Type.** |
| <u>March 21, 2024</u> | New Issuance | <u>19,548,1 50</u> | <u>Commo n Stock</u> | <u>$0.001 4</u> | <u>Yes</u> | <u>Leo's New Company LLC, Miguel Santana, Managing Member</u> | <u>Debt Conversion</u> | <u>Restricte d</u> | <u>4 (2) Exemptio n</u> |
| <u>March 18, 2024</u> | New Issuance | <u>80,132,1 17</u> | <u>Commo n Stock</u> | <u>$0.001 4</u> | <u>Yes</u> | <u>Marbletown Advisors LLC, Jasahn Sommerville, Manager</u> | <u>Debt Conversion</u> | <u>Restricte d</u> | <u>4 (2) Exemptio n</u> |
| <u>January 31, 2024</u> | New Issuance | <u>200,000, 000</u> | <u>Commo n Stock</u> | <u>$0.001 9</u> | <u>Yes</u> | <u>Danyi Zhang</u> | <u>Debt Conversion</u> | <u>Restricte d</u> | <u>4 (2) Exemptio n</u> |

| January 9, 2024 | New Issuance | 35,000,000 | Common Stock | $0.0015 | Yes | Arin, LLC, Adam Ringer, Manager | Debt Conversion | Restricted | 4 (2) Exemption |
| January 9, 2024 | New Issuance | 110,000,000 | Common Stock | $0.0023 | Yes | Arin, LLC, Adam Ringer, Manager | Debt Conversion | Restricted | 4 (2) Exemption |
| September 18, 2023 | New Issuance | 19,161,666 | Common Stock | $0.0014 | Yes | Quick Capital, LLC, Eilon Natan, Managing Partner | Debt Conversion | Restricted | 4 (2) Exemption |
| August 17, 2023 | New Issuance | 50,000,000 | Common Stock | $0.0017 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricted | 4 (2) Exemption |
| August 15, 2023 | New Issuance | 10,000,000 | Preferred A | $0.00001 | N.A. | James A. Tilton | Cash | Restricted | 4 (2) Exemption |
| August 8, 2023 | New Issuance | 23,500,000 | Common Stock | $0.0023 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricted | 4 (2) Exemption |
| August 3, 2023 | New Issuance | 25,000,000 | Common Stock | $0.0035 | Yes | 1800 Diagonal Lending, LLC, Curt Kramer, President | Cash | Restricted | 4 (2) Exemption |
| August 3, 2023 | New Issuance | 40,000,000 | Common Stock | $0.0035 | Yes | S1800 Diagonal Lending, LLC, Curt Kramer, President | Debt Conversion | Restricted | 4 (2) Exemption |
| July 27, 2023 | New Issuance | 20,000,000 | Common Stock | $0.0047 | Yes | Quick Capital, LLC, Eilon Natan, Managing Partner | Debt Conversion | Restricted | 4 (2) Exemption |

| July 17, 2023 | New Issuance | 25,000,000 | Common Stock | $0.0034 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricted | 4 (2) Exemption |
|---|---|---|---|---|---|---|---|---|---|
| August 31, 2022 | New Issuance | 295,495,129 | Common Stock | $0.0115 | No | SRAX, Inc., Randy Clark, COO | Consulting Services | Restricted | 4 (2) Exemption |
| July 28,2022 | New Issuance | 100,000,000 | Common Stock | $0.0061 | Yes | May Davis Partners Acquisition Company, LLC, Owen May, President | Investment Banking Services | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 300,000,000 | Preferred B | $0.02 | No | Cheuk Wing Kong | Acquisition | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 50,000,000 | Preferred B | $0.02 | No | Kong Cheer Limited, On Lee Yu, Director | Acquisition | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 20,000,000 | Common Stock | $0.02 | No | Stephen J. Posner | Consulting Services | Restricted | 4 (2) Exemption |
| April 22, 2022 | New Issuance | 1,824,817 | Preferred B | $0.0137 | No | Ajay Athwal | Consulting Services | Restricted | 4 (2) Exemption |
| April 14, 2022 | New Issuance | 33,333,334 | Preferred B | $0.02 | No | Veronica Raquel Welch | Acquisition | Restricted | 4 (2) Exemption |
| April 14, 2022 | New Issuance | 266,666,666 | Preferred B | $0.02 | No | SYNERGY Resources Inc., Cho Wing Lam, CEO | Acquisition | Restricted | 4 (2) Exemption |
| April 6, 2022 | Cancellation | 500,000,000 | Preferred B | N.A. | N.A. | T.G. Private Equity Inc., Yeung Tze Ling, Director | N.A. | N.A. | N.A. |

| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 60,000,000 | Preferred B | $0.02 | No | Kim Ching Chan | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 46,583,340 | Preferred B | $0.02 | No | Zheng Li | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 46,583,340 | Preferred B | $0.02 | No | Siu Ming Je | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 266,643,977 | Preferred B | $0.02 | No | SYNERGY Resources Inc., Cho Wing Lam, CEO | Acquisition | Restricted | 4 (2) Exemption |

Shares Outstanding on Date of This Report:

Ending Balance:

Date:   March  31,  2024
Common: 7,001,652,800

Preferred A: 70,000,000

Preferred B: 1,270,587,868

*Example:* A company with a fiscal year end of December 31st 2023, in addressing this item for its Annual Report, would include any events that resulted in changes to any class of its outstanding shares from the period beginning on January 1, 2022 through December 31, 2023 pursuant to the tabular format above.

***Control persons for any entities in the table above must be disclosed in the table or in a footnote here.**

Use the space below to provide any additional details, including footnotes to the table above:

——

**B. Promissory and Convertible Notes**

Indicate by check mark whether there are any outstanding promissory, convertible notes, convertible debentures, or any other debt instruments that may be converted into a class of the issuer's equity securities :

No:      Yes: X   (If yes, you must complete the table below)

| Date of Note Issuance | Outstanding Balance ($) | Principal Amount at Issuance ($) | Interest Accrued ($) | Maturity Date | Conversion Terms (e.g. pricing mechanism for determining conversion of instrument to shares) | Name of Noteholder. *** You must disclose the control person(s) for any entities listed. | Reason for Issuance (e.g. Loan, Services, etc.) |
|---|---|---|---|---|---|---|---|
| January 5, 2024 | 51,178 | 50,000.00 | 1,178 | January 5, 2025 | 50% of market price. | Arin Fund, LLC, Adam Ringer, Manager | Loan |
| November 30, 2023 | 2,566,849 | 2,500,000 | 66,849 | November 29, 2024 | 90% of market price. | Active World Holdings, Inc  Alfonso Knoll, CEO | Acquisition |
| August 16, 2023 | 32,249 | 30,000.00 | 2,249 | August 16, 2024 | 50% of market price. | 1800 Diagonal Lending, LLC, Curt Kramer, President | Loan |
| August 7, 2023 | 21,558 | 20,000.00 | 1,558 | August 7, 2024 | 50% of market price. | 1800 Diagonal Lending, LLC, Curt Kramer, President | Loan |
| September 23, 2021 | 0 | 62,500.00 | 1,537 | September 23, 2022 | 50% of market price. | Arin, LLC, Adam Ringer, Manager | Loan |
| September 15, 2021 | 23,228 | 23,228.00 | 0 | March 15, 2022 | 50% of market price. | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan |
| July 28, 2021 | 60,707 | 50,000.00 | 10,707 | July 28, 2022 | 50% of market price. | Leo's New Company LLC, Miguel Santana, Managing Member | Loan |
| April 9, 2021 | 18,601 | 43,333.00 | 0 | October 9, 2021 | 50% of market price. | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan |
| October 9, 2017 | 407,255 | 400,000 | 207,255 | October 9, 2018 | $0.001 per share. | Danyi Zhang | Acquisition |

***Control persons for any entities in the table above must be disclosed in the table or in a footnote here.*

Use the space below to provide any additional details, including footnotes to the table above:

____

### 4) Issuer's Business, Products and Services

The purpose of this section is to provide a clear description of the issuer's current operations.
Ensure that these descriptions are updated on the Company's Profile on www.OTCMarkets.com.

A.  Summarize the issuer's business operations (If the issuer does not have current operations, state "no operations")

Net Savings Link's vision is the establishment of a fully integrated technology company that provides turnkey technological solutions to the cryptocurrency, blockchain and digital asset industries. Over time, the Company plans to provide a wide range of services such as software solutions, e-commerce, advisory services, financial services and information technology.

The Company has and will continue to invest in companies in the cryptocurrency, blockchain and digital asset sectors.

On August 9, 2021, the Company launched a centralized cryptocurrency platform, NSAV Exchange. The company plans to commence operations as soon as the legal, regulatory and compliance issues are completed.

The Company owns the NSAV Premium OTC Cryptocurrency Trading Desk https://nsavholdinginc.com/otc-desk/ .

The Company holds a 40% stake in Super Chain Capital Ltd., a company incorporated under the laws of Hong Kong. Super Chain Capital Ltd. owns and operates the premium OTC cryptocurrency trading desk, https://hkotc.co/ , which is also based in Hong Kong.

The Company owns the NSAV Decentralized Cryptocurrency Exchange, NSAVDEX 1 https://nsavdex.org/#/home running on Okex Chain.

On December 6, 2021, the Company launched its NSAVDEX Native Token, the NSBC, which is currently trading on the VAEX Centralized Crypto Exchange (CEX)
https://www.vaex.tech/en_US/trade/NSBC_USDT .

The Company owns the NSAV Decentralized Cryptocurrency Exchange, NSAVDEX 2 https://nsavdex.io/ running on Binance Smart Chain.

On March 4, 2022, the Company launched its NSAV NFT Marketplace, https://nsavnft.com/ , a 50/50 joint venture with Vagabond.

On March 24, 2022, the Company announced the launch of HIVE, the first blockchain home mining device that can mine multiple tokens.

On April 7, 2022, the Company announced the launch of the BLACK HIVE blockchain home mining device, PoF (Proof of Flow). The new BLACK HIVE'S Proof of Flow model of mining has replaced the PoW (Proof of Work) and PoS (Proof of Stake) and makes this new generation device more ECO friendly and power consumption friendly.

On April 26, 2022, the Company, in partnership with Metaverse Network LLC., launched the HIVE MULTIMINE App, whereby users can now mine cryptocurrency on their smartphone, without the need for a traditional mining device. The HIVE MULTIMINE App is now available to download in the Apple Store and on Google Play.

On July 28, 2023, the Company announced the launch of TruSAF https://trusaf.net/ . TruSAF aims to solve a large-scale problem across all industries – security of digital assets, legal documents and sensitive medical information. TruSAF encompasses three main components; CryptoSAF, DocuSAF and MedSAF.

B. List any subsidiaries, parent company, or affiliated companies.

The Company owns 95% of the shares of Tiger Brands, Inc., formerly Tiger Hemp Brands, Inc., a Colorado corporation. Tiger Brands, Inc. can be reached via email at info@nsavholdinginc.com .

The officers of Tiger Brands, Inc. are as follows;

James A. Tilton, Sole officer and director.

The Company owns 70% of the shares of Shanghai Hua Si Tai Medical Consultation Company Limited, which owns and operates Shanghai based Vital Strategic Research Institute (VSRI). VSRI is a medical research firm with a long history of expertise in design, clinical trials and global research. VSRI has collaborated with pharmaceutical giants such as Pfizer and Bristol-Myers Squibb.

Shanghai Hua Si Tai Medical Consultation Company Limited is located at Suite 16D, 455 Jiangning Road, Shanghai, 200041, China.

Jane Zheng, formerly Vice President of the Company, overseas the Company's interest in Shanghai Hua Si Tai Medical Consultation Company Limited.

C. Describe the issuers' principal products or services.

The Information Technology and Software Solutions for the cryptocurrency, blockchain and digital asset industries. The Company, through its Shanghai based subsidiary, Shanghai Hua Si Tai Medical Consultation Company Limited, provides clinical research to industry leaders such as Eli Lilly and the Medtronic Foundation.

The primary markets for our products and services are the U.S.A., Europe and P.R. China.

5) **Issuer's Facilities**

*The goal of this section is to provide investors with a clear understanding of all assets, properties or facilities owned, used or leased by the issuer and the extent in which the facilities are utilized.*

In responding to this item, please clearly describe the assets, properties or facilities of the issuer. Describe the location of office space, data centers, principal plants, and other property of the issuer and describe the condition of the properties.

Specify if the assets, properties, or facilities are owned or leased and the terms of their leases. If the issuer does not have complete ownership or control of the property, describe the limitations on the ownership.

<u>The Company maintains an office at 26 Grosvenor Street, Mayfair, London, United Kingdom W1K 4QW. There is no rent/mortgage paid for this space. The Company has no ownership of the property.</u>

**6) All Officers, Directors, and Control Persons of the Company**

Using the table below, please provide information, as of the period end date of this report, regarding all officers and directors of the company, or any person that performs a similar function, regardless of the number of shares they own.

In addition, list all individuals or entities controlling 5% or more of any class of the issuer's securities.
If any insiders listed are corporate shareholders or entities, provide the name and address of the person(s) beneficially owning or controlling such corporate shareholders, or the name and contact information (City, State) of an individual representing the corporation or entity. Include Company Insiders who own any outstanding units or shares of any class of any equity security of the issuer.

*The goal of this section is to provide investors with a clear understanding of the identity of all the persons or entities that are involved in managing, controlling or advising the operations, business development and disclosure of the issuer, as well as the identity of any significant or beneficial owners.*

| Names of All Officers, Directors, and Control Persons | Affiliation with Company (e.g. Officer Title /Director/Owner of 5% or more) | Residential Address (City / State Only) | Number of shares owned | Share type/class | Ownership Percentage of Class Outstanding | Names of control person(s) if a corporate entity |
|---|---|---|---|---|---|---|
| James A. Tilton | Officer and Director | New York, N.Y. | 40,000,000 | Preferred A | 57% | N.A. |
| TG Private Equity Inc. | Beneficial Shareholder | Tortola, BVI | 30,000,000 | Preferred A | 43% | Yeung Tze Ling, Director |
| Min Kin Lau | Director | Hong Kong | 34,722,222 | Preferred B | 2.7% | N.A. |
| Tsz Chun Ma | Officer | Hong Kong | 2,314,813 | Preferred B | 0.018% | N.A. |
| Kong Sheng Lim | Officer | Selangor Darul Ehsan, Malaysia | 6,985,583 | Preferred B | 0.05% | N.A. |

| SYNERGY Resources Inc | Beneficial Shareholder | Mahe, Seychelles | 533,310,643 | Preferred B | 42% | Cho Wing Lam, CEO |
| Cheuk Wing Kong | Beneficial Shareholder | Hong Kong | 300,000,000 | Preferred B | 24% | N.A. |
| Ming Yuet Lam | Beneficial Shareholder | Hong Kong | 79,999,998 | Preferred B | 6% | N.A. |

Confirm that the information in this table matches your public company profile on www.OTCMarkets.com. If any updates are needed to your public company profile, log in to www.OTCIQ.com to update your company profile.

**7)      Legal/Disciplinary History**

A.   Identify and provide a brief explanation as to whether any of the persons or entities listed above in Section 6 have, <u>in the past 10 years</u>:

   1.   Been the subject of an indictment or conviction in a criminal proceeding or plea agreement or named as a defendant in a pending criminal proceeding (excluding minor traffic violations);

   <u>None.</u>

   2.   Been the subject of the entry of an order, judgment, or decree, not subsequently reversed, suspended or vacated, by a court of competent jurisdiction that permanently or temporarily enjoined, barred, suspended or otherwise limited such person's involvement in any type of business, securities, commodities, financial- or investment-related, insurance or banking activities;

   <u>None.</u>

   3.   Been the subject of a finding, disciplinary order or judgment by a court of competent jurisdiction (in a civil action), the Securities and Exchange Commission, the Commodity Futures Trading Commission, a state securities regulator of a violation of federal or state securities or commodities law, or a foreign regulatory body or court, which finding or judgment has not been reversed, suspended, or vacated;

   <u>None.</u>

   4.   Named as a defendant or a respondent in a regulatory complaint or proceeding that could result in a "yes" answer to part 3 above; or

   <u>None.</u>

   5.   Been the subject of an order by a self-regulatory organization that permanently or temporarily barred, suspended, or otherwise limited such person's involvement in any type of business or securities activities.

   <u>None.</u>

   6.   Been the subject of a U.S Postal Service false representation order, or a temporary restraining order, or preliminary injunction with respect to conduct alleged to have violated the false representation statute that applies to U.S mail.

<u>None.</u>

B.   Describe briefly any material pending legal proceedings, other than ordinary routine litigation incidental to the business, to which the issuer or any of its subsidiaries is a party to or of which any of their property is the subject. Include the name of the court or agency in which the proceedings are pending, the date instituted, the principal parties thereto, a description of the factual basis alleged to underlie the proceeding and the relief sought. Include similar information as to any such proceedings known to be contemplated by governmental authorities.

<u>On December 2, 2021, Vikram P. Grover, an alleged former employee and consultant of the Company, filed a lawsuit against the Company in the United States District Court, Northern District of Illinois. Mr. Grover alleges lost wages, compensation, damages and accrued interest. The Company denies the allegations. None of the Company's current officers and directors were involved in the alleged hiring of Mr. Grover. On December 5, 2023, the same court entered a judgment in Mr. Grover's favor for the amount of $57,903,750.00. The Company will seek to have the judgement vacated. The Company and Mr. Grover are presently in settlement negotiations through various third parties.</u>

<u>On August 31, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys. filed a lawsuit against the Company in the United States District Court of Connecticut. Stone Law was seeking the sum of $81,409.00. for legal services. The Company denies these claims.</u>

<u>On September 21, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys. filed a lawsuit against the Company in the Supreme Court of the State of New York, County of New York. Stone Law was seeking the sum of $41,042.50 for legal services. The Company denies these claims.</u>

8)   **Third Party Service Providers**

Provide the name, address, telephone number and email address of each of the following outside providers. You may add additional space as needed.
Confirm that the information in this table matches your public company profile on www.OTCMarkets.com. If any updates are needed to your public company profile, update your company profile.
<u>Securities Counsel (must include Counsel preparing Attorney Letters).</u>

Name:           Vic Devlaeminck PC
Address 1:      10013 N.E. Hazel Dell Avenue, Suite 317
Address 2:      Vancouver, WA 98685
Phone:          (503) 806-3533
Email:          vic@vicdevlaeminck.com


Name:            Allen C. Tucci
Address 1:      1717 Arch Street, Suite 3500
Address 2:      Philadelphia, PA 19103-2739
Phone:          (215) 246-3192

Email:            atucci@archerlaw.com

<u>Accountant or Auditor</u>

Name:            Trey Whitfield
Firm:             TWC Consulting, LLC.
Address 1:     209 Caroline Lee Dr.
Address 2:     Smyrna, TN 37167
Phone:         (423) 329-3361
Email:           trey@twclimited.com

<u>Investor Relations</u>

Name:           _____
Firm:            _____
Address 1:    _____
Address 2:    _____
Phone:        _____
Email:         _____

*All other means of Investor Communication:*

X (Twitter):    https://twitter.com/nsav_tech
Discord:      _____
LinkedIn     _____
Facebook:    _____
[Other ]      _____

<u>Other Service Providers</u>
Provide the name of any other service provider(s) that **that assisted, advised, prepared, or provided information with respect to this disclosure statement.** This includes counsel, broker-dealer(s), advisor(s), consultant(s) or any entity/individual that provided assistance or services to the issuer during the reporting period.

Name:           _____
Firm:            _____
Nature of Services: _____
Address 1:    _____
Address 2:    _____
Phone:        _____
Email:         _____

**9)     Disclosure & Financial Information**

A.  This Disclosure Statement was prepared by (name of individual):

Name:                        James A. Tilton
Title:                       President
Relationship to Issuer:      President


B.  The following financial statements were prepared in accordance with:

☐ IFRS
X U.S. GAAP


C.  The following financial statements were prepared by (name of individual):

Name:                        Trey Whitfield
Title:                       Accountant
Relationship to Issuer:      None
Describe the qualifications of the person or persons who prepared the financial statements:[5] Accountant


Provide the following qualifying financial statements:

o   Audit letter, if audited;
o   Balance Sheet;
o   Statement of Income;
o   Statement of Cash Flows;
o   Statement of Retained Earnings (Statement of Changes in Stockholders' Equity)
o   Financial Notes


**Financial Statement Requirements**:
•   Financial statements must be published together with this disclosure statement as one document.
•   Financial statements must be "machine readable". Do not publish images/scans of financial statements.
•   Financial statements must be presented with comparative financials against the prior FYE or period, as applicable.
•   Financial statements must be prepared in accordance with U.S. GAAP or International Financial Reporting Standards (IFRS) but are not required to be audited.

---

[5] The financial statements requested pursuant to this item must be prepared in accordance with US GAAP or IFRS and by persons with sufficient financial skills.

**10) Issuer Certification**

*Principal Executive Officer:*

The issuer shall include certifications by the chief executive officer and chief financial officer of the issuer (or any other persons with different titles but having the same responsibilities) in each Quarterly Report or Annual Report.

The certifications shall follow the format below:

I, James A. Tilton certify that:

1. I have reviewed this Disclosure Statement for Net Savings Link, Inc.;

2. Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

3. Based on my knowledge, the financial statements, and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

May 17, 2024

/s/ James A. Tilton , President


*Principal Financial Officer:*

I, James A. Tilton certify that:

1. I have reviewed this Disclosure Statement for Net Savings Link, Inc.;

2. Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

3. Based on my knowledge, the financial statements, and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

May 17, 2024

/s/ James A. Tilton, Chief Financial Officer

**NET SAVINGS LINK, INC.**
**Statement of Income and**
**Retained Earnings (Deficit)**
**For the Three Months Ended**
**March 31, 2024 and March 31, 2023**
**Unaudited**

|  | Mar 31, 2024 | Mar 31, 2023 |
|---|---|---|
| **Revenue** | $ 204,800,262 | $           - |
|  |  |  |
| **OPERATING EXPENSES** |  |  |
| Officer Compensation | $      630,000 | $      30,000 |
| General and administrative | $          4,430 | $      77,394 |
| Legal Expenses | $          2,500 | $           - |
| Legal Judgment Expenses | $              - | $           - |
| Total Operating Expenses | $      636,930 | $    107,394 |
|  |  |  |
| OPERATING GAIN (LOSS) | $ 204,163,332 | $  (107,394) |
|  |  |  |
| OTHER INCOME (EXPENSE) |  |  |
| Consultancy Income | $              - | $           - |
| Other Income (Expense) | $              - | $           - |
| Interest Income (Expense) | $      (79,177) | $      (6,063) |
| Total Other Income (Expense) | $      (79,177) | $      (6,063) |
|  |  |  |
| **NET GAIN (LOSS)** | **$ 204,084,155** | **$  (113,457)** |

**NET SAVINGS LINK, INC.**
**Financial Statements**
**Balance Sheet**
**For the Periods Ended March 31, 2024 & March 31, 2023**
**Unaudited**

| | Mar 31, 2024 | Mar 31, 2023 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash on Hand, in Bank | 63 | 10 |
| Accounts Receivable | 191,388 | 173,888 |
| Share Issuance Receivable | 4,000 | 4,000 |
| Equity Interest | 1,000,000 | 1,000,000 |
| **Total Current Assets** | **1,195,451** | **1,177,898** |
| | | |
| **Noncurrent Assets** | | |
| Investment in Subsidiary | 410,000 | 410,000 |
| Fixed Asset Investment | 119,560 | 119,560 |
| Intangible Asset | 5,000,000 | 5,000,000 |
| Investment: DEX Exchange | 15,080,000 | 15,080,000 |
| Investment: Trading Desk | 8,000,000 | 8,000,000 |
| Investment: Cryptocurrency | 30,440,000 | 30,440,000 |
| Investment: Blockchain | 12,415,000 | 12,415,000 |
| Investment: Protocol | 1,000,000 | 1,000,000 |
| Investment: Awallet | 8,350,000 | 8,350,000 |
| Investment: AWC | 2,500,000 | 250,000 |
| Investment: Super Chain Capital | 30,000 | 30,000 |
| Investment: FUNGY | 0 | 0 |
| Goodwill | 2,070,000 | 2,070,000 |
| **Total Other Assets** | **85,414,560** | **83,164,560** |
| | | |
| **Intangible Assets** | | |
| Cryptocurrency Holdings | 229,198,725 | 0 |
| **Total Intangible Assets** | **229,198,725** | **0** |
| | | |
| **Total Assets** | **315,808,737** | **84,342,458** |

**NET SAVINGS LINK, INC.**
Financial Statements
Balance Sheet
For the Periods Ended March 31, 2024 & March 31, 2023
Unaudited

| | Mar 31, 2024 | Mar 31, 2023 |
|---|---|---|
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| | | |
| **LIABILITIES** | | |
| | | |
| **Current Liabilities** | | |
| Accounts Payable | 179,132 | 178,287 |
| Accrued Interest | 309,849 | 242,251 |
| Accrued Wages | 9,327,730 | 7,252,016 |
| Note Payable - Pacific Stock Transfer | 10,320 | 6,660 |
| Note Payable - Pacific Stock Transfer #2 | 3,780 | 0 |
| Note Payable - FUNGY | 0 | 0 |
| Contingent Liability - Stone Lawsuit(s) | 118,428 | 0 |
| Contingent Liability - Grover Lawsuit | 57,903,750 | 0 |
| **Total Current Liabilities** | **67,852,990** | **7,679,214** |
| | | |
| **Long-Term Liabilities** | | |
| Note Payable - Related Party | 70,566 | 70,566 |
| Investment Payable | 25,000 | 25,000 |
| Forgivable Loan | 2,000 | 2,000 |
| Non-convertible Notes Payable | 200,000 | 400,000 |
| TG Private Equity | 59,330,000 | 59,330,000 |
| Convertible Note: Power Up Lending Group | 0 | 65,000 |
| Convertible Note: Leo's New Company | 50,000 | 60,000 |
| Convertible Note: Marbletown Advisors | 0 | 23,228 |
| Convertible Note: Arin, LLC | 50,000 | 62,500 |
| Convertible Note: Quick Capital, LLC | 41,829 | 66,561 |
| Convertible Note: 1800 Diagonal Lending, LLC | 50,000 | 0 |
| Note Payable: Active World Holdings | 2,500,000 | 250,000 |
| Common Stock: Commitment Share | 0 | 0 |
| **Total Long-Term Liabilities** | **62,319,395** | **60,354,855** |
| | | |
| **Total Liabilities** | **130,172,385** | **68,034,069** |
| | | |
| **STOCKHOLDERS' EQUITY** | | |
| Preferred, Series A Stock, $0.00001 par value, 70,000,000 shares authorized, 70,000,000 issued and outstanding at 03/31/24. | 700 | 600 |
| Preferred, Series B Stock, $0.00001 par value, 1,275,000,000 shares authorized, 1,270,587,868 issued and outstanding at 03/31/24. | 12,706 | 12,706 |
| Common Stock, $0.001 par value, 7,155,000,000 shares authorized, 7,001,652,800 issued and outstanding at 03/31/24. | 7,001,653 | 6,354,311 |
| Additional Paid-in-Capital | -3,268,455 | -3,268,455 |
| Additional Paid-in-Capital - Series B | 25,219,016 | 25,219,016 |
| Additional Paid-in-Capital - Common | 3,661,001 | 3,796,699 |
| Accumulated Deficit | 153,009,732 | -15,806,488 |
| **Total Stockholders' Equity** | **185,636,352** | **16,308,389** |
| | | |
| **Total Liabilities and Stockholders' Equity** | **315,808,737** | **84,342,458** |

**NET SAVINGS LINK, INC.**
**Statement of Cash Flows**
**For the Three Months Ended**
**March 31, 2024 and March 31, 2023**
**Unaudited**

|  | Mar 31, 2024 | Mar 31, 2023 |
|---|---|---|
| **OPERATING ACTIVITIES** | | |
| **Net Income (Loss)** | $ 204,084,155 | $ (113,457) |
| Adjustments to reconcile net Income (Loss) to net cash provided by operations. | | |
| Cash from Consultancy Services | $ - | $ - |
| Decrease (Increase) in Accounts Receivable | $ - | $ - |
| Increase (Decrease) in Accounts Payable | $ 507 | $ - |
| Increase (Decrease) in Accrued Liabilities | $ - | $ - |
| Increase (Decrease) in Accrued Interest | $ 32,997 | $ 6,063 |
| Increase (Decrease) in Accrued Wages | $ 582,681 | $ 30,000 |
| Increase (Decrease) in Contingent Liabilities | $ - | $ - |
| **Total Adjustments** | **$ 616,185** | **$ 36,063** |
| **Net Cash Provided by Operating Activities** | **$ 204,700,340** | **$ (77,394)** |
| **Investing Activities** | | |
| Asset Acquisition / Divestment | $ 500,000 | $ 2,250,000 |
| Cryptocurrency Holdings | $ (204,800,262) | $ - |
| **Net Cash Provided by Investment Activities** | **$ (204,300,262)** | **$ 2,250,000** |
| **Financing Activities** | | |
| Notes Payable | $ (741,948) | $ (2,173,192) |
| Stock Issuances | $ 444,680 | $ - |
| Paid in Capital | $ (102,772) | $ - |
| **Net Cash from Financing Activities** | **$ (400,040)** | **$ (2,173,192)** |
| **Net Cash Increase for Period** | $ 38 | $ (586) |
| **Cash at Beginning of Period** | **$ 25** | **$ 596** |
| **Cash at End of Period** | $ 63 | $ 10 |

**NET SAVINGS LINK, INC.**
**Statement of Stockholders' Equity**
**March 31, 2024**
**Unaudited**

| | Common Stock | | Preferred Stock | | Paid-In | Accum. | Total Stockholders' |
| | Shares | Amount | Shares | Amount | Capital | Earning | Equity |
|---|---|---|---|---|---|---|---|
| December 31, 2019 | 5,643,636,893 | 5,643,637 | 30,000,000 | 300 | (3,629,717) | (2,829,470) | (815,250) |
| Stock Issuances – 12/31/20 | 200,000,000 | 200,000 | | | (190,000) | | 10,000 |
| Net Income (Loss) - 12/31/20 | | | | | | (172,973) | (172,973) |
| December 31, 2020 | 5,843,636,893 | 5,843,637 | 30,000,000 | 300 | (3,819,717) | (3,002,443) | (978,223) |
| Stock Issuances | 95,178,845 | 95,179 | 648,763,051 | 6,488 | 20,201,797 | | 20,303,464 |
| Net Income (Loss) - 12/31/21 | | | | | | (3,513,487) | (3,513,487) |
| December 31, 2021 | 5,938,815,738 | 5,938,816 | 678,763,051 | 6,788 | 16,382,080 | (6,515,930) | 15,811,754 |
| Stock Issuances | 415,495,129 | 415,495 | 651,824,817 | 6,518 | 9,365,180 | | 9,787,193 |
| Net Income (Loss) - 12/31/22 | | | | | | (9,177,101) | (9,177,101) |
| December 31, 2022 | 6,354,310,867 | 6,354,311 | 1,330,587,868 | 13,306 | 25,747,260 | (15,693,031) | 16,421,846 |
| Stock Issuances | 202,661,666 | 202,662 | 10,000,000 | 100 | -32,926 | | 169,836 |
| Net Income (Loss) - 12/31/23 | | | | | | (35,381,392) | (35,381,392) |
| | 6,556,972,533 | 6,556,973 | 1,340,587,868 | 13,406 | 25,714,334 | (51,074,423) | (18,789,710) |
| Stock Issuances | 444,680,267 | 444,680 | | | -102,772 | | 341,908 |
| Net Income (Loss) - 03/31/24 | | | | | | 204,084,155 | 204,084,155 |
| | 7,001,652,800 | 7,001,653 | 1,340,587,868 | 13,406 | 25,611,562 | 153,009,732 | 185,636,353 |

**NET SAVINGS LINK, INC.**
Notes to the Accounts March 31, 2024

### 1.  Nature of Operations and Continuance of Business

The unaudited interim financial statements included herein have been prepared by Net Savings Link, Inc. ("NSL" or the "Company") in accordance with accounting principles generally accepted in the United States of America and the rules of the Securities and Exchange Commission. We suggest that these interim financial statements be read in conjunction with the unaudited financial statements and notes for the period ended 30 June, 2023. We believe that all adjustments, consisting of normal recurring adjustments, necessary for a fair presentation of financial position and the results of operations for the interim periods presented have been reflected herein and that the disclosures made are adequate to make the information not misleading. The results of operations for interim periods are not necessarily indicative of the results to be expected for the full year. Notes to the financial statements which would substantially duplicate the disclosure contained in the audited financial statements for the most recent fiscal year.

### 2.  Going Concern

NSL's financial statements are prepared using Generally Accepted Accounting Principles applicable to a going concern that contemplates the realization of assets and liquidation of liabilities in the normal course of business. However, NSL has generated minimal revenue and accumulated significant losses since inception. As of September 30, 2023, the company has accumulated a deficit of $16,756,499. All of these items raise substantial doubt about its ability to continue as a going concern. Management's plans with respect to alleviating the adverse financial conditions that caused management to express substantial doubt about the NSL's ability to continue as a going concern are as follows:

In order to fund the start-up of operations during the period ended March 31, 2022, management plans to enter into several financing transactions and try to raise funds. The continuation of the Company as a going concern is dependent upon its ability to generating profitable operations that produce positive cash flows. If the Company is not successful, it may be forced to raise additional debt or equity financing.

There can be no assurance that the Company will be able to achieve its business plans, raise any more required capital or secure the financing necessary to achieve its current operating plan. The ability of the Company to continue as a going concern is dependent upon its ability to successfully accomplish the plan described in the preceding paragraph and eventually attain profitable operations. The accompanying financial statements do not include any adjustments that might be necessary if the Company is unable to continue as a going concern.

### 3.  Related Party Transactions

The Company accrued wages for its current President and CEO at a rate of $120,000 per year, along with other employees of the Company. As of March 31, 2023 and December 31, 2021, the Company owed a total of $7,252,016 and $7,222,016 respectively, to the current and predecessor President and CEO of the Company for back due wages.

Upon his taking over of the Company in January 2016, the Company began accruing $1,000 per month for office rental and supplies from its President and CEO.

During February 2016, the President and CEO of the Company purchased 25,000,000 shares of preferred stock series A for cash of $250.

On 21 July 2017, the company received 1 billion shares at par from Hemp Beer Inc, a private corporation registered in Colorado, in exchange for the use of the company's IP for the Hemp Beer brand. This has been recognized as a wholly owned subsidiary in the fiscal statements.

On 2 February 2021, the Company entered into a consulting agreement with TG Private Equity for the engagement of independent contractor services. The Company agreed to issue 30,000,000 (thirty million) shares of the Company's restricted Series A Preferred Stock in compensation to TG Private Equity.

Since February 2021 Company entered into various agreements with TG Private Equity Inc referred to below:

Note 7     On 6 March 2021, Digital Blockchain Token Company Acquisition Agreement between TG Private Equity & the Company.

Note 9     On 5 August 2021 the Company entered into a Digital OTC Agreement with TG Private Equity Inc. TG Private Equity Inc.

Note 8     On 5 November 2021 the Company entered into a DEX Agreement with TG Private Equity Inc.

Note 7     On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Inc.

Note 8     On 1 December 2021 the Company entered into a DEX2 Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on Binance chain. The Company agreed to issue $8,000,000 of the Company's preferred B Shares.

Note 12     On 17 January 2022, the Company entered into a Digital Blockchain Token agreement with TG Private Equity Inc.

Note 13     On 17 January 2022, the Company entered into a Blockchain Protocol Venture agreement with TG Private Equity Inc.

Note 11     On 5 February 2022, the Company entered into a BQEX Digital Exchange Agreement with TG Private Equity Inc.

Note 11     On 25 February 2022, the Company entered into a Digital Blockchain Mining agreement with TG Private Equity Inc.

Note 12     On 26 February 2022, the Company entered into a Jinbao Digital Blockchain NFT agreement with TG Private Equity Inc.

Note 12     On 26 April 2022, the Company entered into a Digital Blockchain Mobile Mining Agreement with TG Private Equity Inc.

Note 14     On 18 April 2022, the Company entered into a Digital Wallet and Acoin distribution agreement with TG Private Equity Inc.

## 4. Stockholders' Equity

During February 2021, 30,000,000 Series A preferred shares were issued at $0.00001.

During March 2021, 56,363,107 Ordinary shares were issued at $0.0046 for settlement to Jake Noch.

During April 2021, 2,888,867 Ordinary shares were issued at $0.001 in settlement for a commitment to Quick Capital LLC.

During April 2021, a holder of 6,937,427 common stock shares elected to convert these shares at a conversion price of $0.0062.

On 7 May 2021, 31,928,481 Series B convertible preferred stock were issued at $0.03132 per share for a cost basis of $1,000,000.

On 17 June 2021, 34,722,222 Series B convertible preferred stock were issued at $0.014400 per share at a cost basis of $500,000.

On 25 June 2021, 5,952,380 Series B convertible preferred stock were issued at $0.033600 per share at a cost basis of $200,000.

On 25 June 2021, 500,000,000 Series B convertible preferred stock were issued at $0.034900 per share at a cost basis of $17,450,000.

On 25 June 2021, 35,859,572 Series B convertible preferred stock were issued at $0.0119514 per share at a cost basis of $428,571.

On 25 June 2021, 2,314,813 Series B convertible preferred stock were issued at $0.0072000 per share at a cost basis of $16,667.

On 25 June 2021, 6,985,583 Series B convertible preferred stock were issued at $0.0086584 per share at a cost basis of $60,484.

On 15 September 2021 1,161,389 Ordinary Shares were issued at $0.0302 in settlement for a commitment to Quick Capital LLC.

On 15 September 2021 1,161,389 Ordinary Shares were issued at $0.0302 in settlement for a commitment to Marbletown Advisors LLC.

On 1 October 2021, 2,666,666 Ordinary Shares were issued at $0.015 at a cost basis of $40,000 to Jeremy Christianson.

On 1 October 2021, 4,000,000 Ordinary Shares were issued at $0.001 at a cost basis of $400 to Jeremy Christianson.

On 29 October 2021, 20,000,000 Ordinary Shares were issued at $0.015 at a cost basis of $300,000 to Jeremy Christianson.

On 9 December 2021, 1,000,000 Series B convertible preferred stock were issued at $0.001 at a cost basis of $1,000 to Arin LLC.

On 1 April 2022, 79,999,998 Series B convertible preferred stock were issued at $0.02 at a cost basis of $533,333 to Ming Yuet Lam.

On 1 April 2022, 60,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $1,200,000 to Kim Chang Chan.

On 1 April 2022, 46,583,340 Series B convertible preferred stock were issued at $0.02 at a cost basis of $931,667 to Zheng Li.

On 1 April 2022, 46,722,685 Series B convertible preferred stock were issued at $0.02 at a cost basis of $935,454 to Siu Ming Je.

On 1 April 2022, 266,643,977 Series B convertible preferred stock were issued at $0.02 at a cost basis of $5,332,880 to Synergy Resources Inc.

On 6 May 2022, TG Private Equity Inc. cancelled and returned 500,000,000 Series B convertible preferred stock.

On 14 April 2022, 33,333,334 Series B convertible preferred stock were issued at $0.02 at a cost basis of $666,667 to Veronica Raquel Welch.

On 14 April 2022, 266,666,666 Series B convertible preferred stock were issued at $0.02 at a cost basis of $5,333,333 to Synergy Resources Inc,.

On 22 April 2022, 1,824,817 Series B convertible preferred stock were issued at $0.0137 at a cost basis of $25,000 to Ajay Athwal.

On 31 May 2022, 300,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $6,000,000 to Cheuk Wing Kong.

On 31 May 2022, 50,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $1,000,000 to Kong Cheer Ltd.

On 6 May 2022, 295,495,129 Common stock were issued at $0.0115 at a cost basis of $3,398,194 to SRAX Inc.

On 27 May 2022, 20,000,000 Common stock were issued at $0.0102 at a cost basis of $204,000 to Stephen Posner.

On 28 July 2022, 100,000,000 Common stock were issued at $0.0061 at a cost basis of $610,000 to May Davis Partners Acquisition Company LLC.

On 31 August 2022, 295,495,129 Common stock were issued at $0.0115 at a cost basis of $3,398,193.98 to SRAX, Inc.

On 17 July 2023, 25,000,000 Common stock were issued at $0.0034 at a cost basis of $85,000 to Power Up Lending Group, Ltd.

On 27 July 2023, 20,000,000 Common stock were issued at $0.0047 at a cost basis of $94,000 to Quick Capital, LLC.

On 3 August 2023, 40,000,000 Common stock were issued at $0.0035 at a cost basis of $140,000 to Power Up Lending Group, Ltd.

On 3 August 2023, 25,000,000 Common stock were issued at $0.0035 at a cost basis of $87,500 to 1800 Diagonal Lending, LLC.

On 8 August 2023, 23,500,000 Common stock were issued at $0.0023 at a cost basis of $54,050 to Power Up Lending Group, Ltd.

On 15 August 2023, 10,000,000 Series A preferred shares were issued at $0.00001 at a cost basis of $100 to James A. Tilton.

On 17 August 2023, 50,000,000 Common stock were issued at $0.0017 at a cost basis of $85,000 to Power Up Lending Group, Ltd.

On 18 September 2023, 19,161,666 Common stock were issued at $0.0014 at a cost basis of $26,826.33 to Quick Capital, LLC.

On 19 December 2023, 110,000,000 Common stock were issued at $0.00055 at a cost basis of $60,500 to Arin, LLC.

On 9 January 2024, 35,000,000 Common stock were issued at $0.00066 at a cost basis of $23,100 to Arin, LLC.

On 31 January 2024, 200,000,000 Common stock were issued at $0.0010 at a cost basis of $200,000 to Danyi Zhang.

On 18 March 2024, 80,132,117 Common stock were issued at $0.0006 at a cost basis of $48,079.27to Marbletown Advisors, LLC.

On 21 March 2024, 19,548,150 Common stock were issued at $0.0006 at a cost basis of $11,728.89 to Leo's New Company.


**5.  Intangible Asset**

On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Limited. TG Private Equity Limited agreed to facilitate the creation of an NSAV Native Token called NSBC, run on the OKEX chain. The Company agreed to pay USD 70,000 and issue $7,000,000 worth of the Company's preferred B Shares. This payment entitled the Company to own 50% of the founder's token pool, which constituted 5% of the total pool available. This realized to be 50,000,000 tokens. As of the 31 December 2021 these tokens were valued at $0.10 given at value of $5,000,000.

This has been treated as intangible asset in the financial statements as crypto assets do not meet the definition of cash or cash equivalents; financial instruments or financial assets. Although crypto assets may be held for sale in the ordinary course the business, they are not tangible assets and therefore may the definition of inventory. Intangible assets are defined as an asset that has no physical substance and crypto assets would generally meet the definition of intangible assets.

### 6. Goodwill

On 6 March 2021, the Company entered into a Digital Blockchain Token Company Acquisition Agreement between TG Private Equity Inc & the Company to create a "Token Company" called SBCDF Investment Inc. TG Private Equity Inc will issue a token in the third quarter of 2021. The Company realized a goodwill on the issuance of $17,450,000.

On 6 May 2022, TG Private Equity Inc cancelled and returned 500,000,000 Series B convertible preferred stock back to the Company. The goodwill on the creation of the SBCDF Investment token has been reversed.

On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Inc. TG Private Equity Inc agreed to facilitate the creation of an NSAV Native Token called NSBC, run on the OKEX chain. The Company realized goodwill of $2,070,000.

### 7. DEX Exchange

On 5 November 2021 the Company entered into a DEX Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on OKEX chain. The Company agreed to issue $7,000,000 of the Company's preferred B Shares and $80,000 cash.

On 1 December 2021 the Company entered into a DEX2 Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on Binance chain. The Company agreed to issue $8,000,000 of the Company's preferred B Shares.

### 8. OTC Trading Desk

On 5 August 2021 the Company entered into a Digital OTC Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of an OTC Cryptocurrency Trading Desk for the Company. The Company agreed to issue $8,000,000 worth of Company's preferred B Shares and $30,000 cash as consideration.

### 9. Legal Litigation

On December 2, 2021, Vikram P. Grover, an alleged former employee and consultant of the Company, filed a lawsuit against the Company in the United States District Court, Northern District of Illinois. Mr. Grover alleges lost wages, compensation, damages and accrued interest. The Company denies the allegations. None of the Company's current officers and directors were involved in the alleged hiring of Mr. Grover. On December 5, 2023, the same court entered a judgment in Mr. Grover's favor for the amount of $57,903,750.00. The Company will seek to have the judgement vacated.

The Company and Mr. Grover are presently in settlement negotiations through various third parties.

### 10. Cryptocurrency

On 5 February 2022, the Company entered into a BQEX Digital Exchange Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in BQEX cryptocurrency exchange. The Company agreed to pay

$100,000 cash and issue $25,000,000 worth of the Company's preferred B shares as consideration. The Company also agreed to pay $200,000 worth of its common stock and agreed to pay $50,000 by 28 April 2022 and a further $50,000 by 29 May 2022.

On 25 February 2022, the Company entered into a Digital Blockchain Mining agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in the HIVE Cryptocurrency Mining project. The Company agreed to pay $40,000 cash and issue $5,000,000 worth of the Company's preferred B Shares as consideration.

### 11. Blockchain

On 17 January 2022, the Company entered into a Digital Blockchain Token agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of a blockchain NFT Token named MNC. The Company agreed to pay $35,000 cash and issue $7,000,000 worth of its Preferred B shares.

On 26 February 2022, the Company entered into a Jinbao Digital Blockchain NFT agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of a Jinbao blockchain NFT Token. The Company agreed to pay $100,000 cash and issue $1,000,000 worth of its Preferred B shares. The Company will also issue $200,000 worth of its common stock shares.

On 26 April 2022, the Company entered into a Digital Blockchain Mobile Mining Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in the Hive Digital Blockchain Mobile Mining Project. The Company agreed to pay $80,000 cash and issue $4,000,000 worth of the Company's preferred B shares as consideration.

### 12. Protocol

On 17 January 2022, the Company entered into a Blockchain Protocol Venture agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a Joint Venture with VAGABOND protocol. The Company agreed to pay and issue $1,000,000 worth of its Preferred B shares.

### 13. Awallet

On 18 April 2022, the Company entered into a Digital Wallet and Acoin distribution agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in Awallet. The Company agreed to pay $130,000 cash and agreed to issue $8,000,000 worth of the Company's preferred B shares as consideration. Along with this the Company agreed to issue $200,000 worth of the Company's common stock and pay $20,000 cash by 1 July 2022.

### 14. Active World Club

On 14 October 2022, the Company entered into an Agreement with Active World Holdings, Inc. to issue preferred shares in exchange for 100% interest in AWC Exchange Inc.

This Agreement was subsequently amended in the Acquisition Agreement dated 21 December 2022, where by a Promissory Note was entered into for $2,500,000.

On 3 March 2023, the Company and AWH amended the 21 December 2022 Acquisition Agreement. The Company and AWH will form a joint venture to develop and operate the AWC exchange. The Company will invest $250,000 into the joint venture, in the form of a promissory note and the 21 December 2022 promissory notes in the amount of $2.5 million are cancelled.

On November 30, 2023, the Company and AWH amended and effectively cancelled the March 3, 2023 Joint Venture Agreement and reverted back to the December 20, 2022 Amended Acquisition Agreement, whereby the Company purchased from AWH 100% of www.awcexchange.com, which was rebranded www.nsavx.com. The purchase price was two million five hundred thousand U.S. Dollars ($2,500,000.00), payable in the form of a one-year, Convertible Secured Promissory Note, bearing an interest rate of 8% per annum.


### 15. FUNGY

On July 21, 2023, the Company entered into a definitive share purchase agreement with Valiant Eagle, Inc., to acquire 40% of the shares of the state-of-the-art NFT Marketplace, FUNGY, for five hundred thousand U.S. Dollars, ($500,000.00), payable in the form of a one year promissory note, bearing an interest rate of 8% per annum.

On January 8, 2024, the Company and Valiant Eagle, Inc. mutually agreed to rescind the July 21, 2023 agreement and cancel the promissory note.


### 16. Edward Stone Lawsuit #1

On August 31, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys. filed a lawsuit against the Company in the United States District Court of Connecticut. Stone Law was seeking the sum of $81,409.00. for legal services. The Company denies these claims.


### 17. Edward Stone Lawsuit #2

On September 21, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys. filed a lawsuit against the Company in the Supreme Court of the State of New York, County of New York. Stone Law was seeking the sum of $41,042.50 for legal services. The Company denies these claims.


### 18. Cryptocurrency Holdings

In Q4 2023, the Company received various cryptocurrency assets in exchange for services rendered. The revenue was recorded accordingly, and the cryptocurrency assets were recorded as Intangible Assets.

During the first quarter of 2024, the company received tokens as a method of payment for services during representing $204,800,262.44, representative of a basket of 37 ERC-20, BEP-20 TRC-20, SOL and Polygon tokens. These tokens were booked as revenue to the company. The services performed to generate this revenue included, Smart Contract development, NSAVx Exchange listing Fees, Liquidity Pool (LP) management, DaPP design, development and deployment and Airdrop management.


### 19. Financial Statement Revisions

On May 2, 2024, the Company revised the presentation of the Annual 2023 financial statements. Changes were made to show Annual 2023 compared to Annual 2022, rather than Q4 2023 to Q3 2023. In addition, the Statement of Shareholder's Equity (SSE) was revised to included Preferred Shares, the lack of which was resulting in an incorrect ending balance on the SSE.

## 20. Quarterly Revenue Variance

In Q4 2023, the Company began generating revenue through various activities, including, but not limited to, Smart Contract development, NSAVx Exchange listing Fees, Liquidity Pool (LP) management, DaPP design, development and deployment and Airdrop management. Fees for these services were paid via cryptocurrency, which has been recorded as revenue and intangible assets. In Q1 2024, the Company generated additional revenue through performing more of the services previously outlined, and the Company expects these revenues to continue. The additional revenues are not affecting the Company's cash position at this time, as the revenue is received in the form of cryptocurrencies.

# Exhibit "E"

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| VIKRAM P. GROVER d/b/a<br>"IX ADVISORS" a/k/a "IXA,"<br><br>     Plaintiff,<br><br>     v.<br><br>NET SAVINGS LINK, INC., a<br>Colorado corporation and formerly<br>organized as a Nevada corporation,<br>WILTON GROUP, LIMITED, as<br>registered in the Isle of Man, U.K.,<br>WILTON UK (GROUP), LIMITED, as<br>registered in England and Wales, U.K.,<br>CHINA FOOD AND BEVERAGE CO.,<br>a Colorado corporation, and<br>JAMES A. TILTON,<br><br>     Defendants.<br><br>Pacific Stock Transfer,<br>NSAVX.COM, Inc., a Wyoming<br>corporation, and John Doe Corp.,<br>NSAVX.COM, a Puerto Rican<br>Corporation,<br><br>     Trustee-Defendants. | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | **Civil Action No. 1:21-cv-05054**<br>**Honorable Mary M. Rowland** |

**DEFENDANT NSAV'S CERTIFIED STATEMENT REDARDING JUNE 26, 2024
COURT ORDERS, DOCUMENTS 167 AND 168**

1. NOW COMES James Arthur Tilton, and I am the President, sole director, and majority

   shareholder of Net Savings Link, Inc. ("NSAV") and I am the President, a director, and a

   minority shareholder of China Food and Beverage Company ("CHIF").

1

# Exhibit "D"

| From: | Mason Cole |
|-------|-----------|
| To: | Phil Giordano |
| Subject: | awaiting financials to review before tendering |
| Date: | Saturday, August 24, 2024 7:14:04 PM |

Phil,

I have not been able to receive and review the requested Net Sav financials in advance of our scheduled Monday (8/26) 12pm zoom call. I am available on Wednesday (8/28) from 1-4pm as an alternative. My preference would be to push back to allow me to review before disclosing, and then allow you to review before our meeting. Can you confirm your updated availability? I am fine keeping the meeting without the disclosed financials but wanted to alert you beforehand. Please let me know if you have any comments or questions. Looking forward to hearing from you. Have a great week.

--
Sincerely,

Mason Cole
Cole Sadkin, LLC
www.colesadkin.com
Office: (312) 548-8610
1652 W. Belmont Avenue, Suite 1, Chicago, IL 60657
244 Fifth Avenue, Suite M297, New York, NY 10001

***********************************************************************************************************

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

_____


This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
***********************************************************************************************************

Please visit www.colesadkin.com for more information about our Firm.
**Stay Connected:**
www.linkedin.com/company/cole-sadkin-llc
www.facebook.com/colesadkin
www.yelp.com/biz/cole-sadkin-llc-chicago
www.twitter.com/colesadkin1

Exhibit "E"

## Disclosure Statement Pursuant to the Pink Basic Disclosure Guidelines

### Net Savings Link, Inc.

2374 Route 390, P.O. Box 609, Mountainhome, PA 18342
Phone: (718) 569-8815
Website: http://nsavholdinginc.com
Email: info@nsavholdinginc.com
SIC Code: 737

# Quarterly Report

For the period ending June 30, 2024 (the "Reporting Period")

### Outstanding Shares

The number of shares outstanding of our Common Stock was:

7,119,162,276 as of June 30, 2024

6,556,972,533   as of December 31, 2023

### Shell Status

Indicate by check mark whether the company is a shell company (as defined in Rule 405 of the Securities Act of 1933, Rule 12b-2 of the Exchange Act of 1934 and Rule 15c2-11 of the Exchange Act of 1934):

Yes: ☐         No: ☒

Indicate by check mark whether the company's shell status has changed since the previous reporting period:

Yes: ☐         No: ☒

### Change in Control

Indicate by check mark whether a Change in Control[14] of the company has occurred during this reporting period:

---

[14] "Change in Control" shall mean any events resulting in:

(i) Any "person" (as such term is used in Sections 13(d) and 14(d) of the Exchange Act) becoming the "beneficial owner" (as defined in Rule 13d-3 of the Exchange Act) directly or indirectly, of securities of the Company representing fifty percent (50%) or more of the total voting power represented by the Company's then outstanding voting securities;
(ii) The consummation of the sale or disposition by the Company of all or substantially all of the Company's assets;
(iii) A change in the composition of the Board occurring within a two (2)-year period, as a result of which fewer than a majority of the directors are directors immediately prior to such change; or
(iv) The consummation of a merger or consolidation of the Company with any other corporation, other than a merger or consolidation which would result in the voting securities of the Company outstanding immediately prior thereto continuing to represent (either by remaining outstanding or by being converted into voting securities of the surviving entity or its parent) at least fifty percent (50%) of the total voting power represented by the voting securities of the Company or such surviving entity or its parent outstanding immediately after such merger or consolidation.

Yes: ☐     No: ☒

## 1)   Name and address(es) of the issuer and its predecessors (if any)

In answering this item, provide the current name of the issuer and names used by predecessor entities, along with the dates of the name changes.

The Company was incorporated under the laws of the State of Nevada as Calibert Explorations, Ltd. on February 21, 2007. On November 11, 2010, the Company changed its name to its current name, Net Savings Link, Inc.

Current State and Date of Incorporation or Registration:  Colorado, Converted on February 28, 2017.

Standing in this jurisdiction: (e.g. active, default, inactive): Active and in Good Standing.

Prior Incorporation Information for the issuer and any predecessors during the past five years: None.

Describe any trading suspension or halt orders issued by the SEC or FINRA concerning the issuer or its predecessors since inception:

None.

List any stock split, dividend, recapitalization, merger, acquisition, spin-off, or reorganization either currently anticipated or that occurred within the past 12 months:

On On February 28, 2021, the Company entered into a definitive share purchase agreement with Virtuabroker Ltd., a company incorporated under the laws of England, to acquire 10% of the shares of Virtuabroker Ltd., in exchange for a cash payment of sixty thousand and sixty U.S. Dollars ($60,060.00).

On March 6, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 25% stake in SBCDF Investment, Inc. The purchase price for the acquisition was 500 million restricted Series Preferred B shares. The Company retains an option to purchase an additional 25% under the same terms. On April 9, 2021, the Company notified TG Private Equity Inc. that it will exercise said option.

On April 6, 2021, the Company entered into a definitive share purchase agreement with Eminaich LLC., a Wyoming limited liability company, to acquire a 20% stake in a startup ridesharing platform, Rydehails LLC, a Wyoming limited liability company. The purchase price for the acquisition was 31,928,481 restricted Series B Preferred Shares. The Company retains an option to purchase an additional 10% stake in Rydehails LLC for two million U.S. Dollars ($2,000,000.00).

On August 5, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 40% stake in Super Chain Capital Ltd., a company incorporated under the laws of Hong Kong. Super Chain Capital Ltd. owns and operates the premium OTC cryptocurrency trading desk, www.HKOTC.co , which is also based in

Hong Kong. The purchase price for the acquisition was thirty thousand U.S. Dollars ($30,000.00) in cash and eight million U.S. Dollars ($8,000,000.00) of restricted Series B Preferred Shares.

On October 21, 2021, the Company entered into a Letter of Intent (L.O.I.) to acquire a 51% stake in Bwang Group Limited, a company incorporated under the laws of Hong Kong. Bwang Group Limited owns and operates leading

cryptocurrency exchange BW.com, www.BW.com . Due to a confidentiality agreement, additional terms were not disclosed.

On December 31, 2021, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 5% stake in Singapore based Technicorum Holdings www.technicorum.com , with an option for an additional stake. Technicorum is a global investment and compliance company. According to Technicorum, their post-money valuation is $120 million. Technicorum is a consortium specializing in digital assets, with expertise in ICO's, IEO's and IDO's, and over the past year, into DeFi and NFT's, as well as recently, GameFi, SocialFi, and the Metaverse.

On January 17, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 50% stake in Vagabond Technology Solutions, LLC. NSAV and Vagabond will together further develop and Market Vagabond's already rapidly growing blockchain protocol https://vagabondapp.io/ . The purchase price for the acquisition was one million U.S. Dollars ($1,000,000.00) of restricted Series B Preferred Shares.

On January 27, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 10% stake in Metaverse Network LLC. (MNC) https://metaversenetwork.llc/ . MNC's main asset is its ownership of leading cryptocurrency exchange, BQEX Ltd. https://bqex.ltd/ BQEX Exchange has over 4 million registered users. The purchase price for the acquisition was one hundred thousand U.S. Dollars ($100,000.00) in cash, twenty-five million U.S. Dollars ($25,000,000.00) of restricted Series B Preferred Shares and two hundred thousand U.S. Dollars ($200,000.00) of unrestricted common stock.

MNC's additional holdings include VAEX, a Centralized Cryptocurrency Exchange (CEX) regulated in Dubai. https://vaex.tech/en_US/. VAEX is one of the few Centralized Crypto Exchanges that connects Centralized with Decentralized Wallets. Hive Codes Incorporation https://hive.codes/ , the world's first blockchain home mining device able to mine multiple tokens. Jinbao NFT, based on Jackie Chan's, "The Little Big Soldier" https://jinbaonft.com/ . The Awallet WEB3 Wallet platform, which has the capability to allow blockchain users to manage more than 100 different cryptocurrencies from their mobile device securely and efficiently.

On February 25, 2022, the Company entered into a definitive agreement with an affiliated party, TG Private Equity Inc., to acquire a 50% stake in crypto mining company, HIVE Strategy LLC. The purchase price for the acquisition was forty thousand U.S. Dollars ($40,000.00) in cash and Five million U.S. Dollars ($5,000,000.00) of restricted Series B Preferred Shares.

On October 14, 2022, the Company entered into an Agreement with Active World Holdings, Inc. (AWH) to issue preferred shares in exchange for 100% interest in AWC Exchange Inc., thereby owning 100% of www.awcexchange.com. In addition to the preferred shares, the Company agreed to pay AWH two hundred and fifty thousand U.S. Dollars ($250,000.00) and a consulting agreement for fifty thousand U.S. Dollars ($50,000.00) per month

On December 20, 2022, the Company completed the acquisition of the Centralized Cryptocurrency Incubator Exchange, www.awcexchange.com , from Active World Holdings, Inc., for two million five hundred thousand U.S. Dollars ($2,500,000.00) payable in the form or two convertible promissory notes.

On March 3, 2023, the Company and AWH amended the 21 December 2022 Acquisition Agreement. The Company and AWH will form a joint venture to develop and operate the AWC exchange. The Company will invest two hundred and fifty thousand U.S. Dollars ($250,000) into the joint venture, in the form of a promissory note and the 21 December 2022 promissory notes in the amount of two million five hundred thousand U.S. Dollars ($2,500,000.00) are cancelled.

On November 30, 2023, the Company and AWH amended and effectively cancelled the March 3, 2023 Joint Venture Agreement and reverted back to the December 20, 2022 Amended Acquisition Agreement, whereby the Company

purchased from AWH 100% of www.awcexchange.com, which was rebranded www.nsavx.com. The purchase price was two million five hundred thousand U.S. Dollars ($2,500,000.00), payable in the form of a one-year, Convertible Secured Promissory Note, bearing an interest rate of 8% per annum.

On July 21, 2023, the Company entered into a definitive share purchase agreement with Valiant Eagle, Inc., to acquire 40% of the shares of the state-of-the-art NFT Marketplace, FUNGY, for five hundred thousand U.S. Dollars, ($500,000.00), payable in the form of a one year promissory note, bearing an interest rate of 8% per annum.

On January 8, 2024, the Company and Valiant Eagle, Inc. mutually agreed to rescind the July 21, 2023 agreement and cancel the promissory note.

Address of the issuer's principal executive office:

2374 Route 390, P.O. Box 609, Mountainhome, PA 18342

Address of the issuer's principal place of business:
X Check if principal executive office and principal place of business are the same address.

Has the issuer or any of its predecessors been in bankruptcy, receivership, or any similar proceeding in the past five years?

No. [X]          Yes: ☐   If Yes, provide additional details below

2)      **Security Information**

**_Transfer Agent_**

Name:      Pacific Stock Transfer Co.
Phone:     (800)-785-7782
Email:      info@pacificstocktransfer.com
Address:  6725 Via Austi Parkway, Suite 300, Las Vegas, NV 89119

**_Publicly Quoted or Traded Securities:_**

_The goal of this section is to provide a clear understanding of the share information for its publicly quoted or traded equity securities. Use the fields below to provide the information, as applicable, for all outstanding classes of securities that are publicly traded/quoted._

Trading symbol:                                                          NSAV
Exact title and class of securities outstanding:          Common Stock
CUSIP:                                                                      64112L203

| | | |
|---|---|---|
| Par or stated value: | $0.001 | |
| Total shares authorized: | 7,155,000,000 | as of date: June 30, 2024 |
| Total shares outstanding: | 7,119,162,276 | as of date: June 30, 2024 |
| Total number of shareholders of record: | 335 | as of date: June 30, 2024 |

*Please provide the above-referenced information for all other publicly quoted or traded securities of the issuer.*

 N.A.

### Other classes of authorized or outstanding equity securities that do not have a trading symbol:

*The goal of this section is to provide a clear understanding of the share information for its other classes of authorized or outstanding equity securities (e.g., preferred shares that do not have a trading symbol). Use the fields below to provide the information, as applicable, for all other authorized or outstanding equity securities.*

| | | |
|---|---|---|
| Exact title and class of the security: | Class A Preferred | |
| Par or stated value: | $0.00001 | |
| Total shares authorized: | 70,000,000 | as of date: June 30, 2024 |
| Total shares outstanding: | 70,000,000 | as of date: June 30, 2024 |
| Total number of shareholders of record: 2 | | as of date: June 30, 2024 |

| | | |
|---|---|---|
| Exact title and class of the security: | Class B Preferred | |
| Par or stated value: | $0.00001 | |
| Total shares authorized: | 1,300,000,000 | as of date: June 30, 2024 |
| Total shares outstanding (if applicable): 1,287,587,868 | | as of date: June 30, 2024 |
| Total number of shareholders of record (if applicable): 19 | | as of date: June 30, 2024 |

*Please provide the above-referenced information for all other classes of authorized or outstanding equity securities.*
 N.A.

### Security Description:

*The goal of this section is to provide a clear understanding of the material rights and privileges of the securities issued by the company. Please provide the below information for each class of the company's equity securities, as applicable:*

1. **For common equity, describe any dividend, voting and preemption rights.**

 (1) Dividend Rate. The holders of Common Stock shall be entitled to receive dividends when, as, and if declared by the board of directors out of assets legally available therefor.

(2) Voting Rights. Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Common Stock shall be entitled to one vote for each share. No holder of shares of Common Stock shall have the right to cumulate votes.

(3) Liquidation Rights. In the event of liquidation, dissolution, or winding up of the affairs of the corporation, whether voluntary or involuntary, subject to the prior rights of the holders of Series A Preferred Stock and Series B Preferred Stock, if any, the holders of shares of the Common Stock can share ratably in the corporation's assets, and shall share equally and ratably in the corporation's assets available for distribution after giving effect to any liquidation preference of any shares of the Series A Preferred Stock or Series B Preferred Stock. A merger, conversion, exchange, or consolidation of the corporation with or into any other person or sale or transfer of all or any part of the assets of the corporation (which shall not in fact result in the liquidation of the corporation and the distribution of assets to stockholders) shall not be deemed to be a voluntary or involuntary liquidation, dissolution or winding up of the affairs of the corporation.

(4) No Conversion, Redemption, or Preemptive Rights. The holders of Common Stock shall not have any conversion, redemption, or preemptive rights.

(5) Consideration for Shares. The Common Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

2. **For preferred stock, describe the dividend, voting, conversion, and liquidation rights as well as redemption or sinking fund provisions.**

**Series A Preferred Stock**

(1) Voting Rights. Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Series A Preferred Stock shall be entitled to 1,000 votes for each share held by them.

(2) Consideration for Shares. The shares of the Series A Preferred Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

Series B Preferred Stock

(1) Voting Rights. Except as otherwise provided by the CRS, the holders of the issued and outstanding shares of the Series B Preferred Stock shall be entitled to one vote for each share held by them.

(2) Conversion Rights. The holders of shares of the corporation's Series B Preferred Stock shall have the right to convert each share of Series B Preferred Stock held by them to one share of the corporation's Common Stock.

(3) Consideration for Shares. The shares of the Series B Preferred Stock authorized by this article shall be issued for such consideration as shall be fixed, from time to time, by the board of directors.

3. **Describe any other material rights of common or preferred stockholders.**

None.

4. **Describe any material modifications to rights of holders of the company's securities that have occurred over the reporting period covered by this report.**

None.

## 3) Issuance History

*The goal of this section is to provide disclosure with respect to each event that resulted in any changes to the total shares outstanding of any class of the issuer's securities **in the past two completed fiscal years and any subsequent interim period**.*

Disclosure under this item shall include, in chronological order, all offerings and issuances of securities, including debt convertible into equity securities, whether private or public, and all shares, or any other securities or options to acquire such securities, issued for services. Using the tabular format below, please describe these events.

### A. Changes to the Number of Outstanding Shares for the two most recently completed fiscal years and any subsequent period.

Indicate by check mark whether there were any changes to the number of outstanding shares within the past two completed fiscal years:

No: ☐          Yes: X   (If yes, you must complete the table below)

Shares Outstanding Opening Balance:

Date: January 1, 2022

Common: 5,938,815,738
Preferred A: 60,000,000
Preferred B: 618,763,051

*Right-click the rows below and select "Insert" to add rows as needed.

| Date of Transaction | Transaction type (e.g., new Issuance, cancellation, shares returned to treasury) | Number of Shares Issued (or cancelled) | Class of Securities | Value of shares issued ($/per share) at Issuance | Were the shares issued at a discount to market price at the time of issuance? (Yes/No) | Individual/ Entity Shares were issued to. ***You must disclose the control person(s) for any entities listed. | Reason for share issuance (e.g. for cash or debt conversion) -OR- Nature of Services Provided | Restricted or Unrestricted as of this filing. | Exemption or Registration Type. |
|---|---|---|---|---|---|---|---|---|---|
| May 31, 2024 | New Issuance | 6,800,000 | Preferred B | $0.0106 | No | Rachel J. Schulman | Legal Fees | Restricted | 4 (2) Exemption |
| May 31, 2024 | New Issuance | 10,200,000 | Preferred B | $0.0106 | No | Edward S. Stone | Legal Fees | Restricted | 4 (2) Exemption |

| May 17, 2024 | New Issuance | 5,200,000 | Common Stock | $0.0182 | No | Rachel J. Schulman | Legal Fees | Restricted | 4 (2) Exemption |
| May 17, 2024 | New Issuance | 7,800,000 | Common Stock | $0.0182 | No | Edward S. Stone | Legal Fees | Restricted | 4 (2) Exemption |
| April 17, 2024 | New Issuance | 10,000,000 | Common Stock | $0.0022 | Yes | Aziz Latrache | Cash | Restricted | 4 (2) Exemption |
| April 5, 2024 | New Issuance | 94,509,476 | Common Stock | $0.0014 | Yes | Leo's New Company LLC, Miguel Santana, Managing Member | Debt Conversion | Restricted | 4 (2) Exemption |
| March 21, 2024 | New Issuance | 19,548,150 | Common Stock | $0.0014 | Yes | Leo's New Company LLC, Miguel Santana, Managing Member | Debt Conversion | Restricted | 4 (2) Exemption |
| March 18, 2024 | New Issuance | 80,132,117 | Common Stock | $0.0014 | Yes | Marbletown Advisors LLC, Jasahn Sommerville, Manager | Debt Conversion | Restricted | 4 (2) Exemption |
| January 31, 2024 | New Issuance | 200,000,000 | Common Stock | $0.0019 | Yes | Danyi Zhang | Debt Conversion | Restricted | 4 (2) Exemption |
| January 9, 2024 | New Issuance | 35,000,000 | Common Stock | $0.0015 | Yes | Arin, LLC, Adam Ringer, Manager | Debt Conversion | Restricted | 4 (2) Exemption |
| January 9, 2024 | New Issuance | 110,000,000 | Common Stock | $0.0023 | Yes | Arin, LLC, Adam Ringer, Manager | Debt Conversion | Restricted | 4 (2) Exemption |
| September 18, 2023 | New Issuance | 19,161,666 | Common Stock | $0.0014 | Yes | Quick Capital, LLC, Eilon Natan, Managing Partner | Debt Conversion | Restricted | 4 (2) Exemption |

| August 17, 2023 | New Issuance | 50,000,0 00 | Commo n Stock | $0.00 17 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricte d | 4 (2) Exemptio n |
|---|---|---|---|---|---|---|---|---|---|
| August 15, 2023 | New Issuance | 10,000,0 00 | Preferre d A | $0.00 001 | N.A. | James A. Tilton | Cash | Restricte d | 4 (2) Exemptio n |
| August 8, 2023 | New Issuance | 23,500,0 00 | Commo n Stock | $0.00 23 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricte d | 4 (2) Exemptio n |
| August 3, 2023 | New Issuance | 25,000,0 00 | Commo n Stock | $0.00 35 | Yes | 1800 Diagonal Lending, LLC, Curt Kramer, President | Cash | Restricte d | 4 (2) Exemptio n |
| August 3, 2023 | New Issuance | 40,000,0 00 | Commo n Stock | $0.00 35 | Yes | S1800 Diagonal Lending, LLC, Curt Kramer, President | Debt Conversion | Restricte d | 4 (2) Exemptio n |
| July 27, 2023 | New Issuance | 20,000,0 00 | Commo n Stock | $0.00 47 | Yes | Quick Capital, LLC, Eilon Natan, Managing Partner | Debt Conversion | Restricte d | 4 (2) Exemptio n |
| July 17, 2023 | New Issuance | 25,000,0 00 | Commo n Stock | $0.00 34 | Yes | Power Up Lending Group, Ltd., Curt Kramer, President | Debt Conversion | Restricte d | 4 (2) Exemptio n |
| August 31, 2022 | New Issuance | 295,495, 129 | Commo n Stock | $0.01 15 | No | SRAX, Inc., Randy Clark, COO | Consulting Services | Restricte d | 4 (2) Exemptio n |
| July 28,2022 | New Issuance | 100,000, 000 | Commo n Stock | $0.00 61 | Yes | May Davis Partners Acquisition Company, LLC, Owen | Investment Banking Services | Restricte d | 4 (2) Exemptio n |

| | | | | | | May, President | | | |
|---|---|---|---|---|---|---|---|---|---|
| May 31, 2022 | New Issuance | 300,000,000 | Preferred B | $0.02 | No | Cheuk Wing Kong | Acquisition | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 50,000,000 | Preferred B | $0.02 | No | Kong Cheer Limited, On Lee Yu, Director | Acquisition | Restricted | 4 (2) Exemption |
| May 31, 2022 | New Issuance | 20,000,000 | Common Stock | $0.02 | No | Stephen J. Posner | Consulting Services | Restricted | 4 (2) Exemption |
| April 22, 2022 | New Issuance | 1,824,817 | Preferred B | $0.0137 | No | Ajay Athwal | Consulting Services | Restricted | 4 (2) Exemption |
| April 14, 2022 | New Issuance | 33,333,334 | Preferred B | $0.02 | No | Veronica Raquel Welch | Acquisition | Restricted | 4 (2) Exemption |
| April 14, 2022 | New Issuance | 266,666,666 | Preferred B | $0.02 | No | SYNERGY Resources Inc., Cho Wing Lam, CEO | Acquisition | Restricted | 4 (2) Exemption |
| April 6, 2022 | Cancellation | 500,000,000 | Preferred B | N.A. | N.A. | T.G. Private Equity Inc., Yeung Tze Ling, Director | N.A. | N.A. | N.A. |
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 26,666,666 | Preferred B | $0.02 | No | Ming Yuet Lam | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 60,000,000 | Preferred B | $0.02 | No | Kim Ching Chan | Acquisition | Restricted | 4 (2) Exemption |

| April 1, 2022 | New Issuance | 46,583,340 | Preferred B | $0.02 | No | Zheng Li | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 46,583,340 | Preferred B | $0.02 | No | Siu Ming Je | Acquisition | Restricted | 4 (2) Exemption |
| April 1, 2022 | New Issuance | 266,643,977 | Preferred B | $0.02 | No | SYNERGY Resources Inc., Cho Wing Lam, CEO | Acquisition | Restricted | 4 (2) Exemption |

| Shares Outstanding on Date of This Report: | |
| Ending Balance: | |
| Date: June 30, 2024 | |
| Common: 7,119,162,276 | |
| Preferred A: 70,000,000 | |
| Preferred B: 1,287,587,868 | |

*Example:* A company with a fiscal year end of December 31st 2023, in addressing this item for its Annual Report, would include any events that resulted in changes to any class of its outstanding shares from the period beginning on January 1, 2022 through December 31, 2023 pursuant to the tabular format above.

***Control persons for any entities in the table above must be disclosed in the table or in a footnote here.**

Use the space below to provide any additional details, including footnotes to the table above:

## B. Promissory and Convertible Notes

Indicate by check mark whether there are any outstanding promissory, convertible notes, convertible debentures, or any other debt instruments that may be converted into a class of the issuer's equity securities:

No:      Yes: X   (If yes, you must complete the table below)

| Date of Note Issuance | Outstanding Balance ($) | Principal Amount at Issuance ($) | Interest Accrued ($) | Maturity Date | Conversion Terms (e.g. pricing mechanism for determining conversion of instrument to shares) | Name of Noteholder. *** You must disclose the control person(s) for any entities listed. | Reason for Issuance (e.g. Loan, Services, etc.) |
|---|---|---|---|---|---|---|---|
| January 5, 2024 | 52,425 | 50,000.00 | 2,425 | January 5, 2025 | 50% of market price. | Arin Fund, LLC, Adam Ringer, Manager | Loan |

| August 16, 2023 | 33,146 | 30,000.00 | 3,146 | August 16, 2024 | 50% of market price. | 1800 Diagonal Lending, LLC, Curt Kramer, President | Loan |
| August 7, 2023 | 22,157 | 20,000.00 | 2,157 | August 7, 2024 | 50% of market price. | 1800 Diagonal Lending, LLC, Curt Kramer, President | Loan |
| September 15, 2021 | 23,228 | 23,228.00 | 0 | March 15, 2022 | 50% of market price. | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan |
| April 9, 2021 | 18,601 | 43,333.00 | 0 | October 9, 2021 | 50% of market price. | Quick Capital, LLC, Eilon Natan, Managing Partner | Loan |
| October 9, 2017 | 411,244 | 200,000 | 211,244 | October 9, 2018 | $0.001 per share. | Danyi Zhang | Acquisition |

***Control persons for any entities in the table above must be disclosed in the table or in a footnote here.

Use the space below to provide any additional details, including footnotes to the table above:

**4)    Issuer's Business, Products and Services**

The purpose of this section is to provide a clear description of the issuer's current operations.
Ensure that these descriptions are updated on the Company's Profile on www.OTCMarkets.com

A.   Summarize the issuer's business operations (if the issuer does not have current operations, state "no operations")

Net Savings Link's vision is the establishment of a fully integrated technology company that provides turnkey technological solutions to the cryptocurrency, blockchain and digital asset industries. Over time, the Company plans to provide a wide range of services such as software solutions, e-commerce, advisory services, financial services and information technology.

The Company has and will continue to invest in companies in the cryptocurrency, blockchain and digital asset sectors.

On August 9, 2021, the Company launched a centralized cryptocurrency platform, NSAV Exchange. The company plans to commence operations as soon as the legal, regulatory and compliance issues are completed.

The Company owns the NSAV Premium OTC Cryptocurrency Trading Desk https://nsavholdinginc.com/otc-desk/

The Company holds a 40% stake in Super Chain Capital Ltd., a company incorporated under the laws of Hong Kong. Super Chain Capital Ltd. owns and operates the premium OTC cryptocurrency trading desk, https://hkotc.co/ , which is also based in Hong Kong.

The Company owns the NSAV Decentralized Cryptocurrency Exchange, NSAVDEX 1 https://nsavdex.org/#/home running on Okex Chain.

On December 6, 2021, the Company launched its NSAVDEX Native Token, the NSBC, which is currently trading on the VAEX Centralized Crypto Exchange (CEX) https://www.vaex.tech/en_US/trade/NSBC_USDT .

The Company owns the NSAV Decentralized Cryptocurrency Exchange, NSAVDEX 2 https://nsavdex.io/ running on Binance Smart Chain.

On March 4, 2022, the Company launched its NSAV NFT Marketplace, https://nsavnft.com/ , a 50/50 joint venture with Vagabond.

On March 24, 2022, the Company announced the launch of HIVE, the first blockchain home mining device that can mine multiple tokens.

On April 7, 2022, the Company announced the launch of the BLACK HIVE blockchain home mining device, PoF (Proof of Flow). The new BLACK HIVE'S Proof of Flow model of mining has replaced the PoW (Proof of Work) and PoS (Proof of Stake) and makes this new generation device more ECO friendly and power consumption friendly.

On April 26, 2022, the Company, in partnership with Metaverse Network LLC., launched the HIVE MULTIMINE App, whereby users can now mine cryptocurrency on their smartphone, without the need for a traditional mining device. The HIVE MULTIMINE App is now available to download in the Apple Store and on Google Play.

On July 28, 2023, the Company announced the launch of TruSAF https://trusaf.net/ . TruSAF aims to solve a large-scale problem across all industries -- security of digital assets, legal documents and sensitive medical information. TruSAF encompasses three main components; CryptoSAF, DocuSAF and MedSAF.

On June 4,2024, the Company signed a strategic Autonomous Revenue Platform (ARP) partnership with WRIT Media Group, Inc. (OTC: WRIT). Under the ARP agreement, NSAVx.com, Inc. https://nsavx.com/ will provide technology development, WEB3 integration, and CEX Vault services for WRIT Media Group, Inc. The first projects developed under this partnership will be Wallstmarketwire.com and Digitalstmarketwire.com. Both ARP platforms aim to disrupt the traditional media industry by revolutionizing B2C and B2B press distribution.

On June 24, 2024, the Company, announced today the completion of a Revenue Sharing Agreement (RSA) with Staynex Group PTE, Ltd. https://x.com/staynexcom , a Web3 travel platform.

B. List any subsidiaries, parent company, or affiliated companies.

The Company owns 95% of the shares of Tiger Brands, Inc., formerly Tiger Hemp Brands, Inc., a Colorado corporation. Tiger Brands, Inc. can be reached via email at info@nsavholdinginc.com .

The officers of Tiger Brands, Inc. are as follows;

James A. Tilton, Sole officer and director.

The Company owns 70% of the shares of Shanghai Hua Si Tai Medical Consultation Company Limited, which owns and operates Shanghai based Vital Strategic Research Institute (VSRI). VSRI is a medical research firm with a long history of expertise in design, clinical trials and global research. VSRI has collaborated with pharmaceutical giants such as Pfizer and Bristol-Myers Squibb.

Shanghai Hua Si Tai Medical Consultation Company Limited is located at Suite 16D, 455 Jiangning Road, Shanghai, 200041, China.

Jane Zheng, formerly Vice President of the Company, overseas the Company's interest in Shanghai Hua Si Tai Medical Consultation Company Limited.

C.  Describe the issuers' principal products or services.

The Information Technology and Software Solutions for the cryptocurrency, blockchain and digital asset industries. The Company, through its Shanghai based subsidiary, Shanghai Hua Si Tai Medical Consultation Company Limited, provides clinical research to industry leaders such as Eli Lilly and the Medtronic Foundation.

The primary markets for our products and services are the U.S.A., Europe and P.R. China.

## 5)  Issuer's Facilities

*The goal of this section is to provide investors with a clear understanding of all assets, properties or facilities owned, used or leased by the issuer and the extent in which the facilities are utilized.*

In responding to this item, please clearly describe the assets, properties or facilities of the issuer. Describe the location of office space, data centers, principal plants, and other property of the issuer and describe the condition of the properties.

Specify if the assets, properties, or facilities are owned or leased and the terms of their leases. If the issuer does not have complete ownership or control of the property, describe the limitations on the ownership.

The Company maintains an office at 26 Grosvenor Street, Mayfair, London, United Kingdom W1K 4QW. There is no rent/mortgage paid for this space. The Company has no ownership of the property.

## 6)  All Officers, Directors, and Control Persons of the Company

Using the table below, please provide information, as of the period end date of this report, regarding all officers and directors of the company, or any person that performs a similar function, regardless of the number of shares they own.

In addition, list all individuals or entities controlling 5% or more of any class of the issuer's securities. If any insiders listed are corporate shareholders or entities, provide the name and address of the person(s) beneficially owning or controlling such corporate shareholders, or the name and contact information (City, State) of an individual representing the corporation or entity. Include Company Insiders who own any outstanding units or shares of any class of any equity security of the issuer.

*The goal of this section is to provide investors with a clear understanding of the identity of all the persons or entities that are involved in managing, controlling or advising the operations, business development and disclosure of the issuer, as well as the identity of any significant or beneficial owners.*

| Names of All Officers, Directors, and Control Persons | Affiliation with Company (e.g. Officer Title /Director/Owner of 5% or more) | Residential Address (City / State Only) | Number of shares owned | Share type/class | Ownership Percentage of Class Outstanding | Names of control person(s) if a corporate entity |
|---|---|---|---|---|---|---|
| James A. Tilton | Officer and Director | New York, N.Y. | 40,000,000 | Preferred A | 57% | N.A. |
| TG Private Equity Inc. | Beneficial Shareholder | Tortola, BVI | 30,000,000 | Preferred A | 43% | Yeung Tze Ling, Director |
| SYNERGY Resources Inc | Beneficial Shareholder | Mahe, Seychelles | 533,310,643 | Preferred B | 41% | Cho Wing Lam, CEO |
| Cheuk Wing Kong | Beneficial Shareholder | Hong Kong | 300,000,000 | Preferred B | 23% | N.A. |
| Ming Yuet Lam | Beneficial Shareholder | Hong Kong | 79,999,998 | Preferred B | 5% | N.A. |

Confirm that the information in this table matches your public company profile on www.OTCMarkets.com. If any updates are needed to your public company profile, log in to www.OTCIQ.com to update your company profile.

7)   **Legal/Disciplinary History**

A.   Identify and provide a brief explanation as to whether any of the persons or entities listed above in Section 6 have, in the past 10 years:

   1.   Been the subject of an indictment or conviction in a criminal proceeding or plea agreement or named as a defendant in a pending criminal proceeding (excluding minor traffic violations);

None.

   2.   Been the subject of the entry of an order, judgment, or decree, not subsequently reversed, suspended or vacated, by a court of competent jurisdiction that permanently or temporarily enjoined, barred, suspended or otherwise limited such person's involvement in any type of business, securities, commodities, financial- or investment-related, insurance or banking activities;

None

   3.   Been the subject of a finding, disciplinary order or judgment by a court of competent jurisdiction (in a civil action), the Securities and Exchange Commission, the Commodity Futures Trading Commission, a state securities regulator of a violation of federal or state securities or commodities law, or a foreign regulatory body or court, which finding or judgment has not been reversed, suspended, or vacated;

None

   4.   Named as a defendant or a respondent in a regulatory complaint or proceeding that could result in a "yes" answer to part 3 above; or

None

5.  Been the subject of an order by a self-regulatory organization that permanently or temporarily barred, suspended, or otherwise limited such person's involvement in any type of business or securities activities.

None.

6.  Been the subject of a U.S Postal Service false representation order, or a temporary restraining order, or preliminary injunction with respect to conduct alleged to have violated the false representation statute that applies to U.S mail.

None.

B.  Describe briefly any material pending legal proceedings, other than ordinary routine litigation incidental to the business, to which the issuer or any of its subsidiaries is a party to or of which any of their property is the subject. Include the name of the court or agency in which the proceedings are pending, the date instituted, the principal parties thereto, a description of the factual basis alleged to underlie the proceeding and the relief sought. Include similar information as to any such proceedings known to be contemplated by governmental authorities.

On December 2, 2021, Vikram P. Grover, an alleged former employee and consultant of the Company, filed a lawsuit against the Company in the United States District Court, Northern District of Illinois. Mr. Grover alleges lost wages, compensation, damages and accrued interest. The Company denies the allegations. None of the Company's current officers and directors were involved in the alleged hiring of Mr. Grover. On December 5, 2023, the same court entered a judgment in Mr. Grover's favor for the amount of $57,903,750.00. The Company will seek to have the judgement vacated. The Company and Mr. Grover are presently in settlement negotiations through various third parties.

On August 31, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys. filed a lawsuit against the Company in the United States District Court of Connecticut. Stone Law was seeking the sum of $81,409.00. for legal services. The Company denies these claims.

On September 21, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys. filed a lawsuit against the Company in the Supreme Court of the State of New York, County of New York. Stone Law was seeking the sum of $41,042.50 for legal services. The Company denies these claims.

On May 16, 2024, the Company signed a settlement agreement with Stone Law, which terminated both lawsuits. In order to settle both lawsuits, the Company issued 13 million shares of its common stock and 17 million shares of its Class B Preferred stock.

## 8)     Third Party Service Providers

Provide the name, address, telephone number and email address of each of the following outside providers. You may add additional space as needed.

Confirm that the information in this table matches your public company profile on www.OTCMarkets.com. If any updates are needed to your public company profile, update your company profile.
Securities Counsel (must include Counsel preparing Attorney Letters).

| | |
|---|---|
| Name: | Vic Deviaeminck PC |
| Address 1: | 10013 N.E. Hazel Dell Avenue, Suite 317 |
| Address 2: | Vancouver, WA 98685 |
| Phone: | (503) 806-3533 |
| Email: | vic@vicdeviaeminck.com |

| | |
|---|---|
| Name: | Allen C. Tucci |
| Address 1: | 1717 Arch Street, Suite 3500 |
| Address 2: | Philadelphia, PA 19103-2739 |
| Phone: | (215) 246-3192 |
| Email: | atucci@archerlaw.com |

Accountant or Auditor

| | |
|---|---|
| Name: | Trey Whitfield |
| Firm: | TWC Consulting, LLC. |
| Address 1: | 209 Caroline Lee Dr. |
| Address 2: | Smyrna, TN 37167 |
| Phone: | (423) 329-3361 |
| Email: | trey@twclimited.com |

Investor Relations

| | |
|---|---|
| Name: | |
| Firm: | |
| Address 1: | |
| Address 2: | |
| Phone: | |
| Email: | |

All other means of Investor Communication:

| | |
|---|---|
| X (Twitter): | https://twitter.com/nsav_tech |
| Discord: | |
| LinkedIn | |
| Facebook: | |
| [Other ] | |

Other Service Providers
Provide the name of any other service provider(s) that **that assisted, advised, prepared, or provided information with respect to this disclosure statement**. This includes counsel, broker-dealer(s), advisor(s), consultant(s) or any entity/individual that provided assistance or services to the issuer during the reporting period.

Name:
Firm:
Nature of Services:
Address 1:
Address 2:
Phone:
Email:

**9)    Disclosure & Financial Information**

A.  This Disclosure Statement was prepared by (name of individual):

Name:                         James A. Tilton
Title:                          President
Relationship to Issuer:      President

B.  The following financial statements were prepared in accordance with:

☐ IFRS
X U.S. GAAP

C.  The following financial statements were prepared by (name of individual):

Name:                         Trey Whitfield
Title:                          Accountant
Relationship to Issuer:      None
Describe the qualifications of the person or persons who prepared the financial statements:[45] Accountant

Provide the following qualifying financial statements:

- o    Audit letter, if audited;
- o    Balance Sheet;
- o    Statement of Income;
- o    Statement of Cash Flows;
- o    Statement of Retained Earnings (Statement of Changes in Stockholders' Equity)

---

[45] The financial statements requested pursuant to this item must be prepared in accordance with US GAAP or IFRS and by persons with sufficient financial skills.

OTC Markets Group Inc.
Disclosure Guidelines on the OTC Markets US December 16, 20--

o   Financial Notes

### Financial Statement Requirements:
- Financial statements must be published together with this disclosure statement as one document.
- Financial statements must be "machine readable". Do not publish images/scans of financial statements.
- Financial statements must be presented with comparative financials against the prior FYE or period, as applicable.
- Financial statements must be prepared in accordance with U.S. GAAP or International Financial Reporting Standards (IFRS) but are not required to be audited.

### 10) Issuer Certification

*Principal Executive Officer:*

The issuer shall include certifications by the chief executive officer and chief financial officer of the issuer (or any other persons with different titles but having the same responsibilities) in each Quarterly Report or Annual Report.

The certifications shall follow the format below:

I, James A. Tilton certify that:

1. I have reviewed this Disclosure Statement for Net Savings Link, Inc.;

2. Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

3. Based on my knowledge, the financial statements, and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

August 19, 2024

/s/ James A. Tilton , President

*Principal Financial Officer:*

I, James A. Tilton certify that:

1. I have reviewed this Disclosure Statement for Net Savings Link, Inc.;

2. Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

3. Based on my knowledge, the financial statements, and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

August 19, 2024

/s/ James A. Tilton, Chief Financial Officer

**NET SAVINGS LINK, INC.**
**Statement of Income and**
**Retained Earnings (Deficit)**
**For the Three Months Ended**
**June 30, 2024 and June 30, 2023**
**Unaudited**

|  | | Jun 30, 2024 | | Jun 30, 2023 |
|---|---|---|---|---|
| **Revenue** | $ | 11,694,622,474 | $ | - |
|  | | | | |
| **OPERATING EXPENSES** | | | | |
| Officer Compensation | $ | (570,000) | $ | 30,000 |
| General and administrative | $ | 20,566 | $ | 77,394 |
| Legal Expenses | $ | - | $ | - |
| Legal Judgment Expenses | $ | 546,000 | $ | - |
| **Total Operating Expenses** | $ | (3,434) | $ | 107,394 |
|  | | | | |
| **OPERATING GAIN (LOSS)** | $ | 11,694,625,909 | $ | (107,394) |
|  | | | | |
| OTHER INCOME (EXPENSE) | | | | |
| Consultancy Income | $ | - | $ | - |
| Other Income (Expense) | $ | (165,629,455) | $ | - |
| Interest Income (Expense) | $ | (57,366) | $ | (6,258) |
| Total Other Income (Expense) | $ | (165,686,821) | $ | (6,258) |
|  | | | | |
| **NET GAIN (LOSS)** | $ | 11,528,939,088 | $ | (113,652) |

**NET SAVINGS LINK, INC.**
**Financial Statements**
**Balance Sheet**
**For the Periods Ended June 30, 2024 & June 30, 2023**
**Unaudited**

|  | Jun 30, 2024 | Jun 30, 2023 |
|---|---|---|
| **ASSETS** | | |
| | | |
| **Current Assets** | | |
| Cash on Hand, in Bank | 43 | 1 |
| Accounts Receivable | 191,388 | 173,888 |
| Share Issuance Receivable | 4,000 | 4,000 |
| Equity Interest | 1,000,000 | 1,000,000 |
| **Total Current Assets** | 1,195,431 | 1,177,889 |
| | | |
| **Noncurrent Assets** | | |
| Investment in Subsidiary | 410,000 | 410,000 |
| Fixed Asset Investment | 119,560 | 119,560 |
| Intangible Asset | 5,000,000 | 5,000,000 |
| Investment: DEX Exchange | 15,080,000 | 15,080,000 |
| Investment: Trading Desk | 8,000,000 | 8,000,000 |
| Investment: Cryptocurrency | 30,440,000 | 30,440,000 |
| Investment: Blockchain | 12,415,000 | 12,415,000 |
| Investment: Protocol | 1,000,000 | 1,000,000 |
| Investment: Awallet | 8,350,000 | 8,350,000 |
| Investment: AWC | 2,500,000 | 250,000 |
| Investment: Super Chain Capital | 30,000 | 30,000 |
| Investment: FUNGY | 0 | 0 |
| Goodwill | 2,070,000 | 2,070,000 |
| **Total Other Assets** | 85,414,560 | 83,164,560 |
| | | |
| **Intangible Assets** | | |
| Cryptocurrency Holdings | 11,758,191,745 | 0 |
| **Total Intangible Assets** | 11,758,191,745 | 0 |
| | | |
| **Total Assets** | 11,844,801,735 | 84,342,449 |

NET SAVINGS LINK, INC.
Financial Statements
Balance Sheet
For the Periods Ended June 30, 2024 & June 30, 2023
Unaudited

|  | Jun 30, 2024 | Jun 30, 2023 |
|---|---|---|
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **LIABILITIES** | | |
| **Current Liabilities** | | |
| Accounts Payable | 194,677 | 178,287 |
| Accrued Interest | 355,784 | 247,969 |
| Accrued Wages | 8,757,730 | 7,359,941 |
| Note Payable - Pacific Stock Transfer | 10,320 | 6,660 |
| Note Payable - Pacific Stock Transfer #2 | 3,780 | 0 |
| Note Payable - FUNGY | 0 | 0 |
| Contingent Liability - Stone Lawsuit(s) | 118,428 | 0 |
| Contingent Liability - Grover Lawsuit | 57,903,750 | 0 |
| **Total Current Liabilities** | 67,344,469 | 7,792,857 |
| **Long-Term Liabilities** | | |
| Note Payable - Related Party | 70,566 | 70,566 |
| Investment Payable | 25,000 | 25,000 |
| Forgivable Loan | 2,000 | 2,000 |
| Non-convertible Notes Payable | 200,000 | 400,000 |
| TG Private Equity | 59,330,000 | 59,330,000 |
| Convertible Note: Power Up Lending Group | 0 | 65,000 |
| Convertible Note: Leo's New Company | 0 | 60,000 |
| Convertible Note: Marbletown Advisors | 0 | 23,228 |
| Convertible Note: Arin, LLC | 50,000 | 62,500 |
| Convertible Note: Quick Capital, LLC | 41,829 | 66,561 |
| Convertible Note: 1800 Diagonal Lending, LLC | 50,000 | 0 |
| Note Payable: Active World Holdings | 2,500,000 | 250,000 |
| Common Stock: Commitment Share | 0 | 0 |
| **Total Long-Term Liabilities** | 62,269,395 | 60,354,855 |
| **Total Liabilities** | 129,613,864 | 68,147,712 |
| **STOCKHOLDERS' EQUITY** | | |
| Preferred, Series A Stock, $0.00001 par value, 70,000,000 shares authorized, 70,000,000 issued and outstanding at 06/30/24. | 700 | 600 |
| Preferred, Series B Stock, $0.00001 par value, 1,300,000,000 shares authorized, 1,287,587,868 issued and outstanding at 06/30/24. | 12,876 | 12,706 |
| Common Stock, $0.001 par value, 7,155,000,000 shares authorized, 7,119,162,276 issued and outstanding at 06/30/24. | 7,119,162 | 6,354,311 |
| Additional Paid-in-Capital | -3,268,455 | -3,268,455 |
| Additional Paid-in-Capital - Series B | 25,528,246 | 25,219,016 |
| Additional Paid-in-Capital - Common | 3,846,522 | 3,796,699 |
| Accumulated Deficit | 11,681,948,820 | -15,920,140 |
| **Total Stockholders' Equity** | 11,715,187,872 | 16,194,737 |
| **Total Liabilities and Stockholders' Equity** | 11,844,801,736 | 84,342,449 |

**NET SAVINGS LINK, INC.**
**Statement of Cash Flows**
**For the Three Months Ended**
**June 30, 2024 and June 30, 2023**
**Unaudited**

|  | Jun 30, 2024 | Jun 30, 2023 |
|---|---|---|
| **OPERATING ACTIVITIES** |  |  |
| **Net Income (Loss)** | $ 11,528,939,088 | $ (113,652) |
| Adjustments to reconcile net |  |  |
| Income (Loss) to net cash |  |  |
| provided by operations. |  |  |
| Cash from Consultancy Services | $ - | $ - |
| Decrease (Increase) in Accounts Receivable | $ - | $ - |
| Increase (Decrease) in Accounts Payable | $ 15,545 | $ - |
| Increase (Decrease) in Accrued Liabilities | $ - | $ - |
| Increase (Decrease) in Accrued Interest | $ 45,935 | $ 5,718 |
| Increase (Decrease) in Accrued Wages | $ (570,000) | $ 107,925 |
| Increase (Decrease) in Contingent Liabilities | $ - | $ - |
| **Total Adjustments** | $ (508,520) | $ 113,643 |
| **Net Cash Provided by Operating Activities** | $ 11,528,430,568 | $ (9) |
| **Investing Activities** |  |  |
| Asset Acquisition / Divestment | $ - | $ - |
| Cryptocurrency Holdings | $ (11,528,993,019) | $ - |
| **Net Cash Provided by Investment Activities** | $ (11,528,993,019) | $ - |
| **Financing Activities** |  |  |
| Notes Payable | $ (50,000) | $ - |
| Stock Issuances | $ 117,679 | $ - |
| Paid in Capital | $ 494,751 | $ - |
| **Net Cash from Financing Activities** | $ 562,430 | $ - |
| **Net Cash Increase for Period** | $ (21) | $ (9) |
| **Cash at Beginning of Period** | $ 63 | $ 10 |
| **Cash at End of Period** | $ 42 | $ 1 |

**NET SAVINGS LINK, INC.**
**Statement of Stockholders' Equity**
**June 30, 2024**
**Unaudited**

| | Common Stock | | Preferred Stock | | Paid-In | Accum. | Total Stockholders' |
| | Shares | Amount | Shares | Amount | Capital | Earning | Equity |
|---|---|---|---|---|---|---|---|
| December 31, 2019 | 5,643,636,893 | 5,643,637 | 30,000,000 | 300 | (3,629,717) | (2,829,470) | (815,250) |
| Stock Issuances - 12/31/20 | 200,000,000 | 200,000 | | | (190,000) | | 10,000 |
| Net Income (Loss) - 12/31/20 | | | | | | (172,973) | (172,973) |
| December 31, 2020 | 5,843,636,893 | 5,843,637 | 30,000,000 | 300 | (3,819,717) | (3,002,443) | (978,223) |
| Stock Issuances | 95,178,845 | 95,179 | 648,763,051 | 6,488 | 20,201,797 | | 20,303,464 |
| Net Income (Loss) - 12/31/21 | | | | | | (3,513,487) | (3,513,487) |
| December 31, 2021 | 5,938,815,738 | 5,938,816 | 678,763,051 | 6,788 | 16,382,080 | (6,515,930) | 15,811,754 |
| Stock Issuances | 415,495,129 | 415,495 | 651,824,817 | 6,518 | 9,365,180 | | 9,787,193 |
| Net Income (Loss) - 12/31/22 | | | | | | (9,177,101) | (9,177,101) |
| December 31, 2022 | 6,354,310,867 | 6,354,311 | 1,330,587,868 | 13,306 | 25,747,260 | (15,693,031) | 16,421,846 |
| Stock Issuances | 202,661,666 | 202,662 | 10,000,000 | 100 | -32,926 | | 169,836 |
| Net Income (Loss) - 12/31/23 | | | | | | (35,381,392) | (35,381,392) |
| | 6,556,972,533 | 6,556,973 | 1,340,587,868 | 13,406 | 25,714,334 | (51,074,423) | (18,789,710) |
| Stock Issuances | 562,189,743 | 562,190 | 17,000,000 | 170 | 391,979 | | 954,339 |
| Net Income (Loss) - 06/30/24 | | | | | | 11,733,023,243 | 11,733,023,243 |
| | 7,119,162,276 | 7,119,163 | 1,357,587,868 | 13,576 | 26,106,313 | 11,681,948,820 | 11,715,187,872 |

**NET SAVINGS LINK, INC.**
Notes to the Accounts June 30, 2024

## 1. Nature of Operations and Continuance of Business

The unaudited interim financial statements included herein have been prepared by Net Savings Link, Inc. ("NSL" or the "Company") in accordance with accounting principles generally accepted in the United States of America and the rules of the Securities and Exchange Commission. We suggest that these interim financial statements be read in conjunction with the unaudited financial statements and notes for the period ended 30 June, 2023. We believe that all adjustments, consisting of normal recurring adjustments, necessary for a fair presentation of financial position and the results of operations for the interim periods presented have been reflected herein and that the disclosures made are adequate to make the information not misleading. The results of operations for interim periods are not necessarily indicative of the results to be expected for the full year. Notes to the financial statements which would substantially duplicate the disclosure contained in the audited financial statements for the most recent fiscal year.

## 2. Going Concern

NSL's financial statements are prepared using Generally Accepted Accounting Principles applicable to a going concern that contemplates the realization of assets and liquidation of liabilities in the normal course of business. However, NSL has generated minimal revenue and accumulated significant losses since inception. As of September 30, 2023, the company has accumulated a deficit of $16,756,499. All of these items raise substantial doubt about its ability to continue as a going concern. Management's plans with respect to alleviating the adverse financial conditions that caused management to express substantial doubt about the NSL's ability to continue as a going concern are as follows:

In order to fund the start-up of operations during the period ended March 31, 2022, management plans to enter into several financing transactions and try to raise funds. The continuation of the Company as a going concern is dependent upon its ability to generating profitable operations that produce positive cash flows. If the Company is not successful, it may be forced to raise additional debt or equity financing.

There can be no assurance that the Company will be able to achieve its business plans, raise any more required capital or secure the financing necessary to achieve its current operating plan. The ability of the Company to continue as a going concern is dependent upon its ability to successfully accomplish the plan described in the preceding paragraph and eventually attain profitable operations. The accompanying financial statements do not include any adjustments that might be necessary if the Company is unable to continue as a going concern.

## 3. Related Party Transactions

The Company accrued wages for its current President and CEO at a rate of $120,000 per year, along with other employees of the Company. As of March 31, 2023 and December 31, 2021, the Company owed a total of $7,252,016 and $7,222,016 respectively, to the current and predecessor President and CEO of the Company for back due wages.

Upon his taking over of the Company in January 2016, the Company began accruing $1,000 per month for office rental and supplies from its President and CEO.

During February 2016, the President and CEO of the Company purchased 25,000,000 shares of preferred stock series A for cash of $250.

On 21 July 2017, the company received 1 billion shares at par from Hemp Beer Inc, a private corporation registered in Colorado, in exchange for the use of the company's IP for the Hemp Beer brand. This has been recognized as a wholly owned subsidiary in the fiscal statements.

On 2 February 2021, the Company entered into a consulting agreement with TG Private Equity for the engagement of independent contractor services. The Company agreed to issue 30,000,000 (thirty million) shares of the Company's restricted Series A Preferred Stock in compensation to TG Private Equity.

Since February 2021 Company entered into various agreements with TG Private Equity Inc referred to below:

Note 7     On 6 March 2021, Digital Blockchain Token Company Acquisition Agreement between TG Private Equity & the Company.

Note 9     On 5 August 2021 the Company entered into a Digital OTC Agreement with TG Private Equity Inc. TG Private Equity Inc.

Note 8     On 5 November 2021 the Company entered into a DEX Agreement with TG Private Equity Inc.

Note 7     On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Inc.

Note 8     On 1 December 2021 the Company entered into a DEX2 Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on Binance chain. The Company agreed to issue $8,000,000 of the Company's preferred B Shares.

Note 12    On 17 January 2022, the Company entered into a Digital Blockchain Token agreement with TG Private Equity Inc.

Note 13    On 17 January 2022, the Company entered into a Blockchain Protocol Venture agreement with TG Private Equity Inc.

Note 11    On 5 February 2022, the Company entered into a BQEX Digital Exchange Agreement with TG Private Equity Inc.

Note 11    On 25 February 2022, the Company entered into a Digital Blockchain Mining agreement with TG Private Equity Inc.

Note 12    On 26 February 2022, the Company entered into a Jinbao Digital Blockchain NFT agreement with TG Private Equity Inc.

Note 12    On 26 April 2022, the Company entered into a Digital Blockchain Mobile Mining Agreement with TG Private Equity Inc.

Note 14    On 18 April 2022, the Company entered into a Digital Wallet and Acoin distribution agreement with TG Private Equity Inc.

## 4. Stockholders' Equity

During February 2021, 30,000,000 Series A preferred shares were issued at $0.00001.

During March 2021, 56,363,107 Ordinary shares were issued at $0.0046 for settlement to Jake Noch.

During April 2021, 2,888,867 Ordinary shares were issued at $0.001 in settlement for a commitment to Quick Capital LLC.

During April 2021, a holder of 6,937,427 common stock shares elected to convert these shares at a conversion price of $0.0062.

On 7 May 2021, 31,928,481 Series B convertible preferred stock were issued at $0.03132 per share for a cost basis of $1,000,000.

On 17 June 2021, 34,722,222 Series B convertible preferred stock were issued at $0.014400 per share at a cost basis of $500,000.

On 25 June 2021, 5,952,380 Series B convertible preferred stock were issued at $0.033600 per share at a cost basis of $200,000.

On 25 June 2021, 500,000,000 Series B convertible preferred stock were issued at $0.034900 per share at a cost basis of $17,450,000.

On 25 June 2021, 35,859,572 Series B convertible preferred stock were issued at $0.0119514 per share at a cost basis of $428,571.

On 25 June 2021, 2,314,813 Series B convertible preferred stock were issued at $0.0072000 per share at a cost basis of $16,667.

On 25 June 2021, 6,985,583 Series B convertible preferred stock were issued at $0.0086584 per share at a cost basis of $60,484.

On 15 September 2021 1,161,389 Ordinary Shares were issued at $0.0302 in settlement for a commitment to Quick Capital LLC.

On 15 September 2021 1,161,389 Ordinary Shares were issued at $0.0302 in settlement for a commitment to Marbletown Advisors LLC.

On 1 October 2021, 2,666,666 Ordinary Shares were issued at $0.015 at a cost basis of $40,000 to Jeremy Christianson.

On 1 October 2021, 4,000,000 Ordinary Shares were issued at $0.001 at a cost basis of $400 to Jeremy Christianson.

On 29 October 2021, 20,000,000 Ordinary Shares were issued at $0.015 at a cost basis of $300,000 to Jeremy Christianson.

On 9 December 2021, 1,000,000 Series B convertible preferred stock were issued at $0.001 at a cost basis of $1,000 to Arin LLC.

On 1 April 2022, 79,999,998 Series B convertible preferred stock were issued at $0.02 at a cost basis of $533,333 to Ming Yuet Lam.

On 1 April 2022, 60,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $1,200,000 to Kim Chang Chan.

On 1 April 2022, 46,583,340 Series B convertible preferred stock were issued at $0.02 at a cost basis of $931,667 to Zheng Li.

On 1 April 2022, 46,722,685 Series B convertible preferred stock were issued at $0.02 at a cost basis of $935,454 to Siu Ming Je.

On 1 April 2022, 266,643,977 Series B convertible preferred stock were issued at $0.02 at a cost basis of $5,332,880 to Synergy Resources Inc.

On 6 May 2022, TG Private Equity Inc. cancelled and returned 500,000,000 Series B convertible preferred stock.

On 14 April 2022, 33,333,334 Series B convertible preferred stock were issued at $0.02 at a cost basis of $666,667 to Veronica Raquel Welch.

On 14 April 2022, 266,666,666 Series B convertible preferred stock were issued at $0.02 at a cost basis of $5,333,333 to Synergy Resources Inc,.

On 22 April 2022, 1,824,817 Series B convertible preferred stock were issued at $0.0137 at a cost basis of $25,000 to Ajay Athwal.

On 31 May 2022, 300,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $6,000,000 to Cheuk Wing Kong.

On 31 May 2022, 50,000,000 Series B convertible preferred stock were issued at $0.02 at a cost basis of $1,000,000 to Kong Cheer Ltd.

On 6 May 2022, 295,495,129 Common stock were issued at $0.0115 at a cost basis of $3,398,194 to SRAX Inc.

On 27 May 2022, 20,000,000 Common stock were issued at $0.0102 at a cost basis of $204,000 to Stephen Posner.

On 28 July 2022, 100,000,000 Common stock were issued at $0.0061 at a cost basis of $610,000 to May Davis Partners Acquisition Company LLC.

On 31 August 2022, 295,495,129 Common stock were issued at $0.0115 at a cost basis of $3,398,193.98 to SRAX, Inc.

On 17 July 2023, 25,000,000 Common stock were issued at $0.0034 at a cost basis of $85,000 to Power Up Lending Group, Ltd.

On 27 July 2023, 20,000,000 Common stock were issued at $0.0047 at a cost basis of $94,000 to Quick Capital, LLC.

On 3 August 2023, 40,000,000 Common stock were issued at $0.0035 at a cost basis of $140,000 to Power Up Lending Group, Ltd.

On 3 August 2023, 25,000,000 Common stock were issued at $0.0035 at a cost basis of $87,500 to 1800 Diagonal Lending, LLC.

On 8 August 2023, 23,500,000 Common stock were issued at $0.0023 at a cost basis of $54,050 to Power Up Lending Group, Ltd.

On 15 August 2023, 10,000,000 Series A preferred shares were issued at $0.00001 at a cost basis of $100 to James A. Tilton.

On 17 August 2023, 50,000,000 Common stock were issued at $0.0017 at a cost basis of $85,000 to Power Up Lending Group, Ltd.

On 18 September 2023, 19,161,666 Common stock were issued at $0.0014 at a cost basis of $26,826.33 to Quick Capital, LLC.

On 19 December 2023, 110,000,000 Common stock were issued at $0.00055 at a cost basis of $60,500 to Arin, LLC.

On 9 January 2024, 35,000,000 Common stock were issued at $0.00066 at a cost basis of $23,100 to Arin, LLC.

On 31 January 2024, 200,000,000 Common stock were issued at $0.0010 at a cost basis of $200,000 to Danyi Zhang.

On 18 March 2024, 80,132,117 Common stock were issued at $0.0006 at a cost basis of $48,079.27 to Marbletown Advisors, LLC.

On 21 March 2024, 19,548,150 Common stock were issued at $0.0006 at a cost basis of $11,728.89 to Leo's New Company.

On 5 April 2024, 94,509,476 Common stock were issued at $0.00065 at a cost basis of $61,431.16 to Leo's New Company.

On 17 April 2024, 10,000,000 Common stock were issued at $0.0005 at a cost basis of $5,000 to Aziz Latrache.

On 17 May 2024, 7,800,000 Common stock were issued at $0.0182 at a cost basis of $141,960 to Edward S. Stone.

On 17 May 2024, 5,200,000 Common stock were issued at $0.0182 at a cost basis of $94,640 to Rachel Schulman.

On 31 May 2024, 10,200,000 Preferred B stock were issued at $0.0182 at a cost basis of $185,640 to Edward S. Stone.

On 31 May 2024, 6,800,000 Preferred B stock were issued at $0.0182 at a cost basis of $123,760 to Rachel Schulman.

## 5. Intangible Asset

On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Limited. TG Private Equity Limited agreed to facilitate the creation of an NSAV Native Token called NSBC, run on the OKEX chain. The Company agreed to pay USD 70,000 and issue $7,000,000 worth of the Company's preferred B Shares. This payment entitled the Company to own 50% of the founder's token pool, which constituted 5% of the total pool available. This realized to be 50,000,000 tokens. As of the 31 December 2021 these tokens were valued at $0.10 given at value of $5,000,000.

This has been treated as intangible asset in the financial statements as crypto assets do not meet the definition of cash or cash equivalents; financial instruments or financial assets. Although crypto assets may be held for sale in the ordinary course the business, they are not tangible assets and therefore may the definition of inventory. Intangible assets are defined as an asset that has no physical substance and crypto assets would generally meet the definition of intangible assets.

## 6. Goodwill

On 6 March 2021, the Company entered into a Digital Blockchain Token Company Acquisition Agreement between TG Private Equity Inc & the Company to create a "Token Company" called SBCDF Investment Inc. TG Private Equity Inc will issue a token in the third quarter of 2021. The Company realized a goodwill on the issuance of $17,450,000.

On 6 May 2022, TG Private Equity Inc cancelled and returned 500,000,000 Series B convertible preferred stock back to the Company. The goodwill on the creation of the SBCDF Investment token has been reversed.

On 29 November 2021 the Company entered into a Digital Blockchain Native Token Agreement with TG Private Equity Inc. TG Private Equity Inc agreed to facilitate the creation of an NSAV Native Token called NSBC, run on the OKEX chain. The Company realized goodwill of $2,070,000.

## 7. DEX Exchange

On 5 November 2021 the Company entered into a DEX Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on OKEX chain. The Company agreed to issue $7,000,000 of the Company's preferred B Shares and $80,000 cash.

On 1 December 2021 the Company entered into a DEX2 Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate to create an NSAV DEX running on Binance chain. The Company agreed to issue $8,000,000 of the Company's preferred B Shares.

## 8. OTC Trading Desk

On 5 August 2021 the Company entered into a Digital OTC Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of an OTC Cryptocurrency Trading Desk for the Company. The Company agreed to issue $8,000,000 worth of Company's preferred B Shares and $30,000 cash as consideration.

## 9. Legal Litigation

On December 2, 2021, Vikram P. Grover, an alleged former employee and consultant of the Company, filed a lawsuit against the Company in the United States District Court, Northern District of Illinois. Mr. Grover alleges lost wages, compensation, damages and accrued interest. The Company denies the allegations. None of the Company's current officers and directors were involved in the alleged hiring of Mr. Grover. On December 5, 2023, the same court entered a judgment in Mr. Grover's favor for the amount of $57,903,750.00. The Company will seek to have the judgement vacated.

The Company and Mr. Grover are presently in settlement negotiations through various third parties.

## 10. Cryptocurrency

On 5 February 2022, the Company entered into a BQEX Digital Exchange Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in BQEX cryptocurrency exchange. The Company agreed to pay $100,000 cash and issue $25,000,000 worth of the Company's preferred B shares as consideration. The Company also agreed to pay $200,000 worth of its common stock and agreed to pay $50,000 by 28 April 2022 and a further $50,000 by 29 May 2022.

On 25 February 2022, the Company entered into a Digital Blockchain Mining agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in the HIVE Cryptocurrency Mining project. The Company agreed to pay $40,000 cash and issue $5,000,000 worth of the Company's preferred B Shares as consideration.

## 11. Blockchain

On 17 January 2022, the Company entered into a Digital Blockchain Token agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of a blockchain NFT Token named MNC. The Company agreed to pay $35,000 cash and issue $7,000,000 worth of its Preferred B shares.

On 26 February 2022, the Company entered into a Jinbao Digital Blockchain NFT agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate the creation of a Jinbao blockchain NFT Token. The Company agreed to pay $100,000 cash and issue $1,000,000 worth of its Preferred B shares. The Company will also issue $200,000 worth of its common stock shares.

On 26 April 2022, the Company entered into a Digital Blockchain Mobile Mining Agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in the Hive Digital Blockchain Mobile Mining Project. The Company agreed to pay $80,000 cash and issue $4,000,000 worth of the Company's preferred B shares as consideration.

## 12. Protocol

On 17 January 2022, the Company entered into a Blockchain Protocol Venture agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a Joint Venture with VAGABOND protocol. The Company agreed to pay and issue $1,000,000 worth of its Preferred B shares.

## 13. Awallet

On 18 April 2022, the Company entered into a Digital Wallet and Acoin distribution agreement with TG Private Equity Inc. TG Private Equity Inc. agreed to facilitate a 10% interest in Awallet. The Company agreed to pay $130,000 cash and agreed to issue $8,000,000 worth of the Company's preferred B shares as consideration. Along with this the Company agreed to issue $200,000 worth of the Company's common stock and pay $20,000 cash by 1 July 2022.

## 14. Active World Club

On 14 October 2022, the Company entered into an Agreement with Active World Holdings, Inc. to issue preferred shares in exchange for 100% interest in AWC Exchange Inc.

This Agreement was subsequently amended in the Acquisition Agreement dated 21 December 2022, where by a Promissory Note was entered into for $2,500,000.

On 3 March 2023, the Company and AWH amended the 21 December 2022 Acquisition Agreement. The Company and AWH will form a joint venture to develop and operate the AWC exchange. The Company will invest $250,000 into the joint venture, in the form of a promissory note and the 21 December 2022 promissory notes in the amount of $2.5 million are cancelled.

On November 30, 2023, the Company and AWH amended and effectively cancelled the March 3, 2023 Joint Venture Agreement and reverted back to the December 20, 2022 Amended Acquisition Agreement, whereby the Company purchased from AWH 100% of www.awcexchange.com, which was rebranded www.nsavx.com. The purchase price was two million five hundred thousand U.S. Dollars ($2,500,000.00), payable in the form of a one-year, Convertible Secured Promissory Note, bearing an interest rate of 8% per annum.

## 15. FUNGY

On July 21, 2023, the Company entered into a definitive share purchase agreement with Valiant Eagle, Inc., to acquire 40% of the shares of the state-of-the-art NFT Marketplace, FUNGY, for five hundred thousand U.S. Dollars, ($500,000.00), payable in the form of a one year promissory note, bearing an interest rate of 8% per annum.

On January 8, 2024, the Company and Valiant Eagle, Inc. mutually agreed to rescind the July 21, 2023 agreement and cancel the promissory note.

## 16. Edward Stone Lawsuit #1

On August 31, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys, filed a lawsuit against the Company in the United States District Court of Connecticut. Stone Law was seeking the sum of $81,409.00. for legal services. The Company denies these claims.

## 17. Edward Stone Lawsuit #2

On September 21, 2023, Edward Stone Law P.C. (Stone Law), the Company's former attorneys, filed a lawsuit against the Company in the Supreme Court of the State of New York, County of New York. Stone Law was seeking the sum of $41,042.50 for legal services. The Company denies these claims.

## 18. Cryptocurrency Holdings

In Q4 2023, the Company received various cryptocurrency assets in exchange for services rendered. The revenue was recorded accordingly, and the cryptocurrency assets were recorded as Intangible Assets.

During the first quarter of 2024, the company received tokens as a method of payment for services during representing $204,800,262.44, representative of a basket of 37 ERC-20, BEP-20 TRC-20, SOL and Polygon tokens. These tokens were booked as revenue to the company. The services performed to generate this revenue included, Smart Contract development, NSAVx Exchange listing Fees, Liquidity Pool (LP) management, DaPP design, development and deployment and Airdrop management.

## 19. Financial Statement Revisions

On May 2, 2024, the Company revised the presentation of the Annual 2023 financial statements. Changes were made to show Annual 2023 compared to Annual 2022, rather than Q4 2023 to Q3 2023. In addition, the Statement of Shareholder's Equity (SSE) was revised to included Preferred Shares, the lack of which was resulting in an incorrect ending balance on the SSE.

## 20. Quarterly Revenue Variance

In Q4 2023, the Company began generating revenue through various activities, including, but not limited to, Smart Contract development, NSAVx Exchange listing Fees, Liquidity Pool (LP) management, DaPP design, development and deployment and Airdrop management. Fees for these services were paid via cryptocurrency, which has been recorded as revenue and intangible assets. In Q1 2024, the Company generated additional revenue through performing more of the services previously outlined, and the Company expects these revenues to continue. The additional revenues are not affecting the Company's cash position at this time, as the revenue is received in the form of cryptocurrencies.

Exhibit "F"

# NSAV Announces Chain Integration With ZEUS Blockchain Partners

Press Release
08/27/2024

Net Savings Link, Inc. (OTC: NSAV), a leading Web3, blockchain and digital asset technology company, is pleased to announce the integration of the ZEUS Chain on the companys NSAVx Centralized Cryptocurrency Exchange (CEX). ZEUS Blockchain Partners (ZEUS), will grant NSAV developer access to the ZEUS Layer 1 Ethereum Virtual Machine (EVM), Proof of Authority (POA) blockchain. The first DApp to be launched under the partnership will combine the ZEUS NFT minting engine with NSAV to create tokenized securities for OTC Markets listings. The ZEUS NFT minting engine is available at https://www.zeusnftx.io/ .

NSAV has been granted exclusive development rights by ZEUS to create a digital launchpad, allowing OTC Markets-listed companies to onboard their stock as tokenized securities on the ZEUS blockchain. This new platform, NSAVotcx.io, is scheduled to go live on September 1, 2024.