IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **VIKRAM P. GROVER, d/b/a** | ) | |
| **"IX ADVISORS" a/k/a "IXA"** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No 1:21-cv-5054 |
| | ) | |
| **NET SAVINGS LINK, INC.,** | ) | |
| **WILTON GROUP, LIMITED,** | ) | |
| **WILTON UK (GROUP) LIMITED,** | ) | |
| **CHINA FOOD AND BEVERAGE CO.,** | ) | |
| **JAMES TILTON, and** | ) | |
| **JOHN DOES 1-100** | ) | |
| | ) | |
| *Defendants*. | | |

To:     Philip M. Giordano, Esq.
         Giordano & Company, P.C.
         REED & GIORDANO, P.A.
         One McKinley Square, 6th Floor
         Boston, Massachusetts 02109-2724
         Telephone: (617) 723-7755
         Email: pgiordano@reedgiordano.com


         Jeffrey R. Tone, Esq.
         KATTEN & TEMPLE, LLP
         The Rookery Building 209 South LaSalle Street, Suite 950
         Chicago, Illinois 60604
         Telephone: (312) 663-4400
         Email: jtone@kattentemple.com


 The undersigned certifies that on August 30, 2024 the above-named individual(s) were served

with a copy of the following:

- *DEFENDANTS' SUPPLEMENTAL PRODUCTION*

Dated:	August 30, 2024	Respectfully submitted,

/s/ Mason S Cole
One of the Attorneys for Plaintiff

**COLE SADKIN LLC**
Mason S. Cole
1652 W Belmont Ave, Ste 1
Chicago, IL 60657
T: (312) 548-8610
F: (312) 372-7076
ARDC: 6307727
mcole@colesadkin.com

**CERTIFICATE OF SERVICE**

The undersigned, a non-attorney, hereby certifies that on August 30 she electronically filed the Certificate of Service with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all CM/ECF participants.

/s/ Rebecca Bach
Rebecca Bach