**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Vikram P Grover

                     Plaintiff,

v.                                                        Case No.: 1:21−cv−05054

                                                                   Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 4, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Webex status hearing held. For the reasons stated on the record, Plaintiff's motion for attorney's fees and costs [148] is stricken. Plaintiff is permitted to refile the motion for fees in 30 days after compliance with the local rule 54.3. Plaintiff's motion for preliminary injunction [213] is denied as there is no basis to find irreparable injury. Plaintiff's renewed motion for default judgment [210] is denied as moot. Plaintiff's motion for appointment of John Busacca as Chief Restructuring Officer [177] and Defendant Net saving Link, Inc's motion to vacate default judgment [203] are taken under advisement. Briefing is set on the following motions: Response to WRD Capital LLC's motion to intervene due 10/4/24; reply due 10/25/24. Response to Plaintiff's motion for writ of garnishment [212] due 10/4/24; reply due 10/25/24. Parties are to file a one (1) page joint status report by 9/11/24 indicating whether parties agree to appoint John Busacca as an escrow agent or temporary receiver for NSAV. If not, the Court is in a position to promptly appoint an escrow agent. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.