IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VIKRAM P. GROVER, d/b/a "IX ADVISORS" a/k/a "IXA" | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | **Civil Action No 1:21-cv-5054** |
| | ) | Honorable Mary M. Rowland |
| NET SAVINGS LINK, INC., WILTON GROUP, LIMITED, WILTON UK (GROUP) LIMITED, CHINA FOOD AND BEVERAGE CO., JAMES TILTON, and JOHN DOES 1-100 | ) ) ) ) ) ) ) | |
| *Defendants.* | ) | |

## JOINT STATUS REPORT

Pursuant to the Minute Order of the Court entered on September 4, 2024 (Doc. # 217) the Parties report to this Honorable Court, the following status of the case:

**Settlement:**

1. The Parties are engaging in settlement discussions and are seeking to determine whether to resolve the matter without further litigation.

**Receiver:**

2. The Parties request an extension until September 13, 2024 as to a decision on the appointment of a receiver.

1

Dated: September 11, 2024          Respectfully submitted,
PLAINTIFF, Vikram P. Grover,

By his Attorneys,

 /s/ Philip M. Giordano
Philip M. Giordano, Esq. (admitted *pro hac vice*)
Giordano & Company, P.C.
REED & GIORDANO, P.A.
One McKinley Square, 6th Floor
Boston, Massachusetts 02109-2724
Telephone: (617) 723-7755
Facsimile: (617) 723-7756
Email: pgiordano@reedgiordano.com

Dated: September 11, 2024          Respectfully submitted,
DEFENDANTS, NSAV and James Tilton,

By their Attorneys,

 /s/ Mason Cole
Mason Cole, Esq. (Counsel to NSAV and Tilton)
Cole Sadkin, LLC
1652 W. Belmont Avenue, Suite 1
Chicago, IL 60657
Telephone: (312) 548-8610
Email: mcole@colesadkin.

## **CERTIFICATE OF SERVICE**

      I, Philip M. Giordano, do hereby certify that on this 11th day of September, 2024, I caused to be served a true and correct copy of the Joint Status Report, as filed by and through the District Court's electronic filing/ECF system and that such true copy is available for downloading and viewing by all parties or counsel of record.

Dated: September 11, 2024            */s/ Philip M. Giordano*
                                                     Philip M. Giordano