# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Vikram P Grover

                        Plaintiff,

v.                                                       Case No.: 1:21−cv−05054

                                                                            Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 12, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the joint status report [219]. The parties report they are in settlement discussions. The parties are to file a joint status report on the status of settlement by 9/13/24. If the matter is not resolved the Court will appoint a limited receiver or escrow agent. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.