## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Vikram P Grover

        Plaintiff,

v.                 Case No.: 1:21−cv−05054
                     Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 23, 2024:

  MINUTE entry before the Honorable Mary M. Rowland: Parties were to submit a status report on settlement by 9/13/24. [219. 220]. Parties have not done so. Parties are to submit a status report by noon on 9/24/24 detailing whether a settlement has been reached. If not, the court intends to appoint an escrow agent to assist in understanding the representations made. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.