**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **VIKRAM P. GROVER, d/b/a** | ) | |
| **"IX ADVISORS" a/k/a "IXA"** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Civil Action No 1:21-cv-5054** |
| | ) | |
| **NET SAVINGS LINK, INC.,** | ) | |
| **WILTON GROUP, LIMITED,** | ) | |
| **WILTON UK (GROUP) LIMITED,** | ) | |
| **CHINA FOOD AND BEVERAGE CO.,** | ) | |
| **JAMES TILTON, and** | ) | |
| **JOHN DOES 1-100** | ) | |
| | ) | |
| *Defendants.* | ) | |

---

## JOINT STATUS REPORT

Pursuant to the Minute Order of the Court entered on September 4, 2024 (Doc. # 217) the

Parties report to this Honorable Court, the following status of the case:

**Settlement:**

1. The Parties have been unable to agree to settlement terms.

**Receiver:**

2. Defendants Net Savings Link, Inc. and James Tilton do not agree for this court to

appoint Busacca as a receiver.

Respectfully submitted,

By: /s/ Mason S. Cole
One of Defendant's Attorneys

By: /s/ Philip M. Giordano
Plaintiff's Attorneys

**COLE SADKIN LLC**
Mason S. Cole, ARDC No. 6307727
1652 W. Belmont Ave., Ste. 1
Chicago, Illinois 60657
T: (312) 548-8610
mcole@colesadkin.com
*Counsel for Plaintiff*

**REED & GIORDANO, P.A**
Philip M. Giordano, Esq.
One McKinley Square, 6th Floor
Boston, Massachusetts 02109-2724
T: (617) 723-7755
pgiordano@reedgiordano.com