# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Vikram P Grover

                    Plaintiff,

v.                                                Case No.: 1:21–cv–05054

                                                            Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 24, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' joint status report [222]. Telephonic status set for 9/27/24 at 9:30 AM. Parties are to call 866–434–5269; access code 3751971. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.