UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Vikram P Grover

                        Plaintiff,

v.                                                      Case No.: 1:21−cv−05054

                                                                   Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 27, 2024:

       MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. The court appoints David A. Castleman as temporary receiver for Net Savings Link. Enter order. Receiver to file a written status report by 10/28/24. Status hearing will be set once report is received. Plaintiff's motion to appoint Busacca [177] and for Garnishment [212] denied as moot. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.