Exhibit 2

# Account Transactions

**NSAV**

Date Range: Jan 01, 2023 to Jun 30, 2024

Accrual (Paid & Unpaid)

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| **Citizens Ops Account** <br> **Under: Asset > Cash and Bank** | | | | |
| **Starting Balance** | | | | **$596.00** |
| Mar 31, 2023 | Cash Spent | | $586.00 | $10.00 |
| Jun 30, 2023 | Cash Spent | | $9.00 | $1.00 |
| Sep 30, 2023 | 1800 Diagonal Lending LLC 25M Common Stock Purchase | $25,000.00 | | $25,001.00 |
| Sep 30, 2023 | $20k convertible note from 1800 Diagonal Lending LLC | $20,000.00 | | $45,001.00 |
| Sep 30, 2023 | $30k convertible note from 1800 Diagonal Lending LLC | $30,000.00 | | $75,001.00 |
| Sep 30, 2023 | Transfer to James for Accrued Comp | | $62,066.20 | $12,934.80 |
| Sep 30, 2023 | Bank Charges | | $54.00 | $12,880.80 |
| Dec 31, 2023 | Bank Charges | | $30.00 | $12,850.80 |
| Dec 31, 2023 | Transfer to James for Accrued Comp | | $12,825.48 | $25.32 |
| Dec 31, 2023 | Ending Bank Balance Adj. | | $0.14 | $25.18 |
| Mar 31, 2024 | Bank Charges | | $92.00 | -$66.82 |
| Mar 31, 2024 | Transfer to James for Accrued Comp | | $47,318.73 | -$47,385.55 |
| Mar 31, 2024 | Capital One Pmt | | $51.00 | -$47,436.55 |
| Mar 31, 2024 | Arin Note (1 of 4) | $5,000.00 | | -$42,436.55 |
| Mar 31, 2024 | Arin Note (2 of 4) | $15,000.00 | | -$27,436.55 |
| Mar 31, 2024 | Arin Note (3 of 4) | $10,000.00 | | -$17,436.55 |

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| Mar 31, 2024 | Arin Note (4 of 4) | $17,500.00 | | $63.45 |
| Jun 30, 2024 | Bank Charges | | $0.00 | $63.45 |
| Jun 30, 2024 | Transfer to James for Accrued Comp | | $0.00 | $63.45 |
| Jun 30, 2024 | Capital One Pmt | | $20.66 | $42.79 |
| **Totals and Ending Balance** | | **$122,500.00** | **$123,053.21** | **$42.79** |
| **Balance Change** Difference between starting and ending balances | | | | **-$553.21** |

**Accounts Receivable**
Under: Asset

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$173,888.00** |
| Sep 30, 2023 | Power Up note conversion | | $12,500.00 | $161,388.00 |
| Sep 30, 2023 | Power Up note conversion #4 | $30,000.00 | | $191,388.00 |
| Mar 31, 2024 | Arin Note (1 of 4) | | $5,000.00 | $186,388.00 |
| Mar 31, 2024 | Arin Note (2 of 4) | | $15,000.00 | $171,388.00 |
| Mar 31, 2024 | Arin Note (3 of 4) | | $10,000.00 | $161,388.00 |
| Mar 31, 2024 | Arin Note (4 of 4) | | $17,500.00 | $143,888.00 |
| Mar 31, 2024 | Arin LLC Note | $47,500.00 | | $191,388.00 |
| **Totals and Ending Balance** | | **$77,500.00** | **$60,000.00** | **$191,388.00** |
| **Balance Change** Difference between starting and ending balances | | | | **$17,500.00** |

**Intangible Assets: Cryptocurrency**
Under: Asset > Other Long-Term Asset

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Dec 31, 2023 | Q4 Revenue - Pmt for Listing on Exchange | $24,398,462.80 | | $24,398,462.80 |
| Mar 31, 2024 | Q4 Revenue - Pmt for Listing on Exchange | $204,800,262.40 | | $229,198,725.20 |
| Jun 30, 2024 | Q2 Revenue - New Coins | $223,022,705.00 | | $452,221,430.20 |
| Jun 30, 2024 | Q2 Loss - Coin Value Decrease | | $138,434,003.70 | $313,787,426.50 |
| **Totals and Ending Balance** | | **$452,221,430.20** | **$138,434,003.70** | **$313,787,426.50** |
| **Balance Change** Difference between starting and ending balances | | | | **$313,787,426.50** |

**Investment: AWC**
Under: Asset > Other Long-Term Asset

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$2,500,000.00** |
| Mar 31, 2023 | AWC Divestment | | $2,250,000.00 | $250,000.00 |
| Dec 31, 2023 | AWC Note | $2,250,000.00 | | $2,500,000.00 |
| **Totals and Ending Balance** | | **$2,250,000.00** | **$2,250,000.00** | **$2,500,000.00** |
| **Balance Change** Difference between starting and ending balances | | | | **$0.00** |

**Investment: FUNGY**
Under: Asset > Other Long-Term Asset

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Sep 30, 2023 | Purchase of 40% of FUNGY w/ 12 month note | $500,000.00 | | $500,000.00 |
| Mar 31, 2024 | FUNGY Note Rescission of Share Purchase Agreement | | $500,000.00 | $0.00 |

**Investment: FUNGY**
**Under:** Asset > Other Long-Term Asset

| | | | | |
|---|---|---|---|---|
| **Totals and Ending Balance** | | $500,000.00 | $500,000.00 | $0.00 |
| **Balance Change** Difference between starting and ending balances | | | | $0.00 |

**Accounts Payable**
**Under:** Liability

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$178,287.00** |
| Dec 31, 2023 | Pacific Stock Transfer Invoices | | $338.00 | $178,625.00 |
| Mar 31, 2024 | Pacific Stock Transfer Invoices | | $507.00 | $179,132.00 |
| Jun 30, 2024 | Pacific Stock Transfer Invoices | | $545.04 | $179,677.04 |
| Jun 30, 2024 | Pacific Stock Transfer Invoice - DTC Eligibility | | $15,000.00 | $194,677.04 |
| **Totals and Ending Balance** | | $0.00 | $16,390.04 | $194,677.04 |
| **Balance Change** Difference between starting and ending balances | | | | $16,390.04 |

**Accrued Payroll**
**Under:** Liability > Due For Payroll

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$7,222,016.00** |
| Mar 31, 2023 | Accrued Payroll | | $30,000.00 | $7,252,016.00 |
| Jun 30, 2023 | Accrued Payroll | | $30,000.00 | $7,282,016.00 |
| Jun 30, 2023 | Q2 2023 Activity | | $77,925.00 | $7,359,941.00 |
| Sep 30, 2023 | Accrued Payroll | | $830,000.00 | $8,189,941.00 |
| Sep 30, 2023 | Transfer to James for Accrued Comp | $62,066.20 | | $8,127,874.80 |
| Dec 31, 2023 | Accrued Payroll | | $630,000.00 | $8,757,874.80 |
| Dec 31, 2023 | Transfer to James for Accrued Comp | $12,825.48 | | $8,745,049.32 |

### Accrued Payroll
**Under: Liability > Due For Payroll**

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| Mar 31, 2024 | Accrued Payroll | | $630,000.00 | $9,375,049.32 |
| Mar 31, 2024 | Transfer to James for Accrued Comp | $47,318.73 | | $9,327,730.59 |
| Jun 30, 2024 | Accrued Payroll | | $30,000.00 | $9,357,730.59 |
| Jun 30, 2024 | Transfer to James for Accrued Comp | $0.00 | | $9,357,730.59 |
| Jun 30, 2024 | Reverse Q1 Accrued PR Overage | $600,000.00 | | $8,757,730.59 |
| **Totals and Ending Balance** | | **$722,210.41** | **$2,257,925.00** | **$8,757,730.59** |
| **Balance Change** *Difference between starting and ending balances* | | | | **$1,535,714.59** |

### Accrued Interest
**Under: Liability > Other Short-Term Liability**

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| **Starting Balance** | | | | **$236,188.00** |
| Mar 31, 2023 | Interest Expense | | $6,063.00 | $242,251.00 |
| Jun 30, 2023 | Interest Expense | | $6,258.00 | $248,509.00 |
| Jun 30, 2023 | Accrued Interest Adj. | $540.00 | | $247,969.00 |
| Sep 30, 2023 | Interest Expense | | $10,436.16 | $258,405.16 |
| Sep 30, 2023 | Power Up note conversion #3 | $26,725.00 | | $231,680.16 |
| Sep 30, 2023 | Power Up note conversion #4 | $12,013.36 | | $219,666.80 |
| Sep 30, 2023 | Quick Capital note conversion #1 | $4,333.30 | | $215,333.50 |
| Sep 30, 2023 | Quick Capital note conversion #2 | $2,322.80 | | $213,010.70 |
| Dec 31, 2023 | Interest Expense | | $63,841.42 | $276,852.12 |
| Mar 31, 2024 | Interest Expense | | $97,917.00 | $374,769.12 |
| Mar 31, 2024 | Arin Note Conversion #1 | $15,269.74 | | $359,499.38 |

**Accrued Interest**
Under: Liability > Other Short-Term Liability

| | | | | |
|---|---|---|---|---|
| Mar 31, 2024 | Arin Note Conversion #2 | $5,830.26 | | $353,669.12 |
| Mar 31, 2024 | Marbletown Note Conversion | $23,351.00 | | $330,318.12 |
| Mar 31, 2024 | Leo's New Company Note Conversion | $1,728.89 | | $328,589.23 |
| Mar 31, 2024 | FUNGY Note Rescission of Share Purchase Agreement | $18,739.73 | | $309,849.50 |
| Jun 30, 2024 | Interest Expense | | $57,365.95 | $367,215.45 |
| Jun 30, 2024 | Leo's New Company Note Conversion | $11,431.16 | | $355,784.29 |
| **Totals and Ending Balance** | | **$122,285.24** | **$241,881.53** | **$355,784.29** |
| **Balance Change**  Difference between starting and ending balances | | | | **$119,596.29** |

**Contingent Liability: Grover Lawsuit**
Under: Liability > Other Short-Term Liability

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Dec 31, 2023 | Grover Lawsuit Judgment | | $57,903,750.00 | $57,903,750.00 |
| **Totals and Ending Balance** | | **$0.00** | **$57,903,750.00** | **$57,903,750.00** |
| **Balance Change**  Difference between starting and ending balances | | | | **$57,903,750.00** |

**Contingent Liability: Stone Lawsuit(s)**
Under: Liability > Other Short-Term Liability

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Dec 31, 2023 | Stone Lawsuit Judgment #1 | | $77,385.00 | $77,385.00 |
| Dec 31, 2023 | Stone Lawsuit Judgment #2 | | $41,042.50 | $118,427.50 |
| **Totals and Ending Balance** | | **$0.00** | **$118,427.50** | **$118,427.50** |

**Contingent Liability: Stone Lawsuit(s)**
Under: Liability > Other Short-Term Liability

| Balance Change | |
|---|---|
| Difference between starting and ending balances | $118,427.50 |

**Note Payable - FUNGY**
Under: Liability > Other Short-Term Liability

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | Starting Balance | | | $0.00 |
| Sep 30, 2023 | Purchase of 40% of FUNGY w/ 12 month note | | $500,000.00 | $500,000.00 |
| Mar 31, 2024 | FUNGY Note Rescission of Share Purchase Agreement | $500,000.00 | | $0.00 |
| | Totals and Ending Balance | $500,000.00 | $500,000.00 | $0.00 |
| | Balance Change — Difference between starting and ending balances | | | $0.00 |

**Note Payable - Pacific Stock Transfer**
Under: Liability > Other Short-Term Liability

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | Starting Balance | | | $0.00 |
| Mar 31, 2023 | Note Payable: Pacific Stock Transfer #1 | | $6,660.00 | $6,660.00 |
| Sep 30, 2023 | Pacific Stock Transfer Invoices | | $3,660.00 | $10,320.00 |
| | Totals and Ending Balance | $0.00 | $10,320.00 | $10,320.00 |
| | Balance Change — Difference between starting and ending balances | | | $10,320.00 |

### Note Payable - Pacific Stock Transfer #2
**Under: Liability > Other Short-Term Liability**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Mar 31, 2024 | Pacific Stock Transfer Note #2 (OTC Invoice) | | $3,780.00 | $3,780.00 |
| **Totals and Ending Balance** | | **$0.00** | **$3,780.00** | **$3,780.00** |
| **Balance Change** Difference between starting and ending balances | | | | **$3,780.00** |

### Common Stock: Commitment Shares
**Under: Liability > Other Long-Term Liability**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **-$70,148.00** |
| Mar 31, 2023 | Commitment Shares | | $70,148.00 | $0.00 |
| **Totals and Ending Balance** | | **$0.00** | **$70,148.00** | **$0.00** |
| **Balance Change** Difference between starting and ending balances | | | | **$70,148.00** |

### Convertible Note: 1800 Diagonal Lending, LLC
**Under: Liability > Other Long-Term Liability**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Sep 30, 2023 | $20k convertible note from 1800 Diagonal Lending LLC | | $20,000.00 | $20,000.00 |
| Sep 30, 2023 | $30k convertible note from 1800 Diagonal Lending LLC | | $30,000.00 | $50,000.00 |
| **Totals and Ending Balance** | | **$0.00** | **$50,000.00** | **$50,000.00** |
| **Balance Change** Difference between starting and ending balances | | | | **$50,000.00** |

**Convertible Note: Arin, LLC**
Under: **Liability > Other Long-Term Liability**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$62,500.00** |
| Mar 31, 2024 | Arin Note Conversion #1 | $45,230.26 | | $17,269.74 |
| Mar 31, 2024 | Arin Note Conversion #2 | $17,269.74 | | $0.00 |
| Mar 31, 2024 | Arin LLC Note | | $50,000.00 | $50,000.00 |
| **Totals and Ending Balance** | | **$62,500.00** | **$50,000.00** | **$50,000.00** |
| **Balance Change**<br>Difference between starting and ending balances | | | | **-$12,500.00** |

**Convertible Note: Leo's New Company**
Under: **Liability > Other Long-Term Liability**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$60,000.00** |
| Mar 31, 2024 | Leo's New Company Note Conversion | $10,000.00 | | $50,000.00 |
| Jun 30, 2024 | Leo's New Company Note Conversion | $50,000.00 | | $0.00 |
| **Totals and Ending Balance** | | **$60,000.00** | **$0.00** | **$0.00** |
| **Balance Change**<br>Difference between starting and ending balances | | | | **-$60,000.00** |

**Convertible Note: Marbletown Advisors**
Under: **Liability > Other Long-Term Liability**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$23,228.00** |
| Mar 31, 2024 | Marbletown Note Conversion | $23,228.00 | | $0.00 |
| **Totals and Ending Balance** | | **$23,228.00** | **$0.00** | **$0.00** |
| **Balance Change**<br>Difference between starting and ending balances | | | | **-$23,228.00** |

### Convertible Note: Power Up Lending Group
**Under:** Liability > Other Long-Term Liability

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$65,000.00** |
| Sep 30, 2023 | Power Up note conversion | $30,000.00 | | $35,000.00 |
| Sep 30, 2023 | Power Up note conversion #2 | $30,000.00 | | $5,000.00 |
| Sep 30, 2023 | Power Up note conversion #3 | $5,000.00 | | $0.00 |
| **Totals and Ending Balance** | | **$65,000.00** | **$0.00** | **$0.00** |
| **Balance Change** Difference between starting and ending balances | | | | **-$65,000.00** |

### Convertible Note: Quick Capital, LLC
**Under:** Liability > Other Long-Term Liability

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$66,561.00** |
| Sep 30, 2023 | Quick Capital note conversion #1 | $7,666.70 | | $58,894.30 |
| Sep 30, 2023 | Quick Capital note conversion #2 | $9,174.20 | | $49,720.10 |
| Sep 30, 2023 | Adjust Quick Capital Convertible Note ending balance | $7,890.90 | | $41,829.20 |
| **Totals and Ending Balance** | | **$24,731.80** | **$0.00** | **$41,829.20** |
| **Balance Change** Difference between starting and ending balances | | | | **-$24,731.80** |

### Non-Convertible Notes Payable
**Under:** Liability > Other Long-Term Liability

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$400,000.00** |
| Mar 31, 2024 | Danyi Zhang Note Conversion | $200,000.00 | | $200,000.00 |
| **Totals and Ending Balance** | | **$200,000.00** | **$0.00** | **$200,000.00** |
| **Balance Change** Difference between starting and ending balances | | | | **-$200,000.00** |

**Note Payable: Active World Holdings**
**Under: Liability > Other Long-Term Liability**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$2,500,000.00** |
| Mar 31, 2023 | AWC Divestment | $2,250,000.00 | | $250,000.00 |
| Dec 31, 2023 | AWC Note | | $2,250,000.00 | $2,500,000.00 |
| **Totals and Ending Balance** | | **$2,250,000.00** | **$2,250,000.00** | **$2,500,000.00** |
| **Balance Change** Difference between starting and ending balances | | | | **$0.00** |

**Revenue**
**Under: Income > Income**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Dec 31, 2023 | Q4 Revenue - Pmt for Listing on Exchange | | $24,398,462.80 | $24,398,462.80 |
| Mar 31, 2024 | Q4 Revenue - Pmt for Listing on Exchange | | $204,800,262.40 | $229,198,725.20 |
| Jun 30, 2024 | Q2 Revenue - New Coins | | $223,022,705.00 | $452,221,430.20 |
| **Totals and Ending Balance** | | **$0.00** | **$452,221,430.20** | **$452,221,430.20** |
| **Balance Change** Difference between starting and ending balances | | | | **$452,221,430.20** |

**Bank Service Charge**
**Under: Expense > Operating Expense**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Sep 30, 2023 | Bank Charges | $54.00 | | $54.00 |
| Dec 31, 2023 | Bank Charges | $30.00 | | $84.00 |
| Mar 31, 2024 | Bank Charges | $92.00 | | $176.00 |
| Jun 30, 2024 | Bank Charges | $0.00 | | $176.00 |

**Bank Service Charge**
Under: Expense > Operating Expense

| | | | |
|---|---|---|---|
| **Totals and Ending Balance** | **$176.00** | **$0.00** | **$176.00** |
| **Balance Change**<br>Difference between starting and ending balances | | | **$176.00** |

**Cryptocurrency Loss**
Under: Expense > Operating Expense

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Jun 30, 2024 | Q2 Loss - Coin Value Decrease | $138,434,003.70 | | $138,434,003.70 |
| **Totals and Ending Balance** | | **$138,434,003.70** | **$0.00** | **$138,434,003.70** |
| **Balance Change**<br>Difference between starting and ending balances | | | | **$138,434,003.70** |

**General & Administrative**
Under: Expense > Operating Expense

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Mar 31, 2024 | Capital One Pmt | $51.00 | | $51.00 |
| Mar 31, 2024 | Pacific Stock Transfer Note #2 (OTC Invoice) | $3,780.00 | | $3,831.00 |
| Jun 30, 2024 | Capital One Pmt | $20.66 | | $3,851.66 |
| Jun 30, 2024 | Pacific Stock Transfer Invoice - DTC Eligibility | $15,000.00 | | $18,851.66 |
| Jun 30, 2024 | Share Issuance to Aziz Latrache | $5,000.00 | | $23,851.66 |
| **Totals and Ending Balance** | | **$23,851.66** | **$0.00** | **$23,851.66** |
| **Balance Change**<br>Difference between starting and ending balances | | | | **$23,851.66** |

**Interest Expense**
**Under: Expense > Operating Expense**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Mar 31, 2023 | Interest Expense | $6,063.00 | | $6,063.00 |
| Jun 30, 2023 | Interest Expense | $6,258.00 | | $12,321.00 |
| Sep 30, 2023 | Interest Expense | $10,436.16 | | $22,757.16 |
| Dec 31, 2023 | Interest Expense | $63,841.42 | | $86,598.58 |
| Mar 31, 2024 | Interest Expense | $97,917.00 | | $184,515.58 |
| Mar 31, 2024 | FUNGY Note Rescission of Share Purchase Agreement | | $18,739.73 | $165,775.85 |
| Jun 30, 2024 | Interest Expense | $57,365.95 | | $223,141.80 |
| **Totals and Ending Balance** | | **$241,881.53** | **$18,739.73** | **$223,141.80** |
| **Balance Change** Difference between starting and ending balances | | | | **$223,141.80** |

**Legal Expense**
**Under: Expense > Operating Expense**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Mar 31, 2024 | Arin LLC Note | $2,500.00 | | $2,500.00 |
| **Totals and Ending Balance** | | **$2,500.00** | **$0.00** | **$2,500.00** |
| **Balance Change** Difference between starting and ending balances | | | | **$2,500.00** |

**Legal Judgment Expense**
**Under: Expense > Operating Expense**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Dec 31, 2023 | Stone Lawsuit Judgment #1 | $77,385.00 | | $77,385.00 |
| Dec 31, 2023 | Stone Lawsuit Judgment #2 | $41,042.50 | | $118,427.50 |
| Dec 31, 2023 | Grover Lawsuit Judgment | $57,903,750.00 | | $58,022,177.50 |

**Legal Judgment Expense**
**Under: Expense > Operating Expense**

| | | | | |
|---|---|---|---|---|
| Jun 30, 2024 | Share Issuance to E. Stone - Lawsuit Settlement | $141,960.00 | | $58,164,137.50 |
| Jun 30, 2024 | Share Issuance to R. Schulman - Lawsuit Settlement | $94,640.00 | | $58,258,777.50 |
| Jun 30, 2024 | Share Issuance to E. Stone - Lawsuit Settlement | $185,640.00 | | $58,444,417.50 |
| Jun 30, 2024 | Share Issuance to R. Schulman - Lawsuit Settlement | $123,760.00 | | $58,568,177.50 |
| **Totals and Ending Balance** | | **$58,568,177.50** | **$0.00** | **$58,568,177.50** |
| **Balance Change** Difference between starting and ending balances | | | | **$58,568,177.50** |

**Transfer Agent**
**Under: Expense > Operating Expense**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Sep 30, 2023 | Pacific Stock Transfer Invoices | $3,660.00 | | $3,660.00 |
| Dec 31, 2023 | Pacific Stock Transfer Invoices | $338.00 | | $3,998.00 |
| Mar 31, 2024 | Pacific Stock Transfer Invoices | $507.00 | | $4,505.00 |
| Jun 30, 2024 | Pacific Stock Transfer Invoices | $545.04 | | $5,050.04 |
| **Totals and Ending Balance** | | **$5,050.04** | **$0.00** | **$5,050.04** |
| **Balance Change** Difference between starting and ending balances | | | | **$5,050.04** |

## Payroll – Salary & Wages
**Under:** Expense > Payroll Expense

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Mar 31, 2023 | Accrued Payroll | $30,000.00 | | $30,000.00 |
| Jun 30, 2023 | Accrued Payroll | $30,000.00 | | $60,000.00 |
| Sep 30, 2023 | Accrued Payroll | $830,000.00 | | $890,000.00 |
| Sep 30, 2023 | To Record 10M preferred shares issued to James | $100.00 | | $890,100.00 |
| Dec 31, 2023 | Accrued Payroll | $630,000.00 | | $1,520,100.00 |
| Mar 31, 2024 | Accrued Payroll | $630,000.00 | | $2,150,100.00 |
| Jun 30, 2024 | Accrued Payroll | $30,000.00 | | $2,180,100.00 |
| Jun 30, 2024 | Reverse Q1 Accrued PR Overage | | $600,000.00 | $1,580,100.00 |
| **Totals and Ending Balance** | | **$2,180,100.00** | **$600,000.00** | **$1,580,100.00** |
| **Balance Change** Difference between starting and ending balances | | | | **$1,580,100.00** |

## Uncategorized Expense
**Under:** Expense > Uncategorized Expense

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Mar 31, 2023 | General & Administrative | $77,394.00 | | $77,394.00 |
| Jun 30, 2023 | General & Administrative | $77,394.00 | | $154,788.00 |
| Sep 30, 2023 | Adjust Quick Capital Convertible Note ending balance | | $7,890.90 | $146,897.10 |
| Dec 31, 2023 | Ending Bank Balance Adj. | $0.14 | | $146,897.24 |
| **Totals and Ending Balance** | | **$154,788.14** | **$7,890.90** | **$146,897.24** |
| **Balance Change** Difference between starting and ending balances | | | | **$146,897.24** |

**APIC: Common Shares**
Under: Equity > Business Owner Contribution and Drawing

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$3,796,699.00** |
| Sep 30, 2023 | Power Up note conversion | $7,500.00 | | $3,789,199.00 |
| Sep 30, 2023 | Power Up note conversion #2 | $10,000.00 | | $3,779,199.00 |
| Sep 30, 2023 | Power Up note conversion #3 | | $8,225.00 | $3,787,424.00 |
| Sep 30, 2023 | Power Up note conversion #4 | $7,986.64 | | $3,779,437.36 |
| Sep 30, 2023 | Quick Capital note conversion #1 | $8,000.00 | | $3,771,437.36 |
| Sep 30, 2023 | Quick Capital note conversion #2 | $7,664.67 | | $3,763,772.69 |
| Mar 31, 2024 | Arin Note Conversion #1 | $49,500.00 | | $3,714,272.69 |
| Mar 31, 2024 | Arin Note Conversion #2 | $11,900.00 | | $3,702,372.69 |
| Mar 31, 2024 | Marbletown Note Conversion | $33,553.12 | | $3,668,819.57 |
| Mar 31, 2024 | Leo's New Company Note Conversion | $7,819.26 | | $3,661,000.31 |
| Jun 30, 2024 | Leo's New Company Note Conversion | $33,078.32 | | $3,627,921.99 |
| Jun 30, 2024 | Share Issuance to E. Stone - Lawsuit Settlement | | $134,160.00 | $3,762,081.99 |
| Jun 30, 2024 | Share Issuance to R. Schulman - Lawsuit Settlement | | $89,440.00 | $3,851,521.99 |
| Jun 30, 2024 | Share Issuance to Aziz Latrache | $5,000.00 | | $3,846,521.99 |
| **Totals and Ending Balance** | | **$182,002.01** | **$231,825.00** | **$3,846,521.99** |
| **Balance Change** Difference between starting and ending balances | | | | **$49,822.99** |

### APIC: Series B
Under: Equity > Business Owner Contribution and Drawing

| | | | | |
|---|---|---|---|---|
| | **Starting Balance** | | | **$25,219,016.00** |
| Jun 30, 2024 | Share Issuance to E. Stone - Lawsuit Settlement | | $185,538.00 | $25,404,554.00 |
| Jun 30, 2024 | Share Issuance to R. Schulman - Lawsuit Settlement | | $123,692.00 | $25,528,246.00 |
| | **Totals and Ending Balance** | **$0.00** | **$309,230.00** | **$25,528,246.00** |
| | **Balance Change**<br>Difference between starting and ending balances | | | **$309,230.00** |

### Common Shares
Under: Equity > Business Owner Contribution and Drawing

| | | | | |
|---|---|---|---|---|
| | **Starting Balance** | | | **$6,354,311.00** |
| Sep 30, 2023 | 1800 Diagonal Lending LLC 25M Common Stock Purchase | | $25,000.00 | $6,379,311.00 |
| Sep 30, 2023 | Power Up note conversion | | $25,000.00 | $6,404,311.00 |
| Sep 30, 2023 | Power Up note conversion #2 | | $40,000.00 | $6,444,311.00 |
| Sep 30, 2023 | Power Up note conversion #3 | | $23,500.00 | $6,467,811.00 |
| Sep 30, 2023 | Power Up note conversion #4 | | $50,000.00 | $6,517,811.00 |
| Sep 30, 2023 | Quick Capital note conversion #1 | | $20,000.00 | $6,537,811.00 |
| Sep 30, 2023 | Quick Capital note conversion #2 | | $19,161.67 | $6,556,972.67 |
| Mar 31, 2024 | Arin Note Conversion #1 | | $110,000.00 | $6,666,972.67 |
| Mar 31, 2024 | Arin Note Conversion #2 | | $35,000.00 | $6,701,972.67 |
| Mar 31, 2024 | Marbletown Note Conversion | | $80,132.12 | $6,782,104.79 |
| Mar 31, 2024 | Leo's New Company Note Conversion | | $19,548.15 | $6,801,652.94 |
| Mar 31, 2024 | Danyi Zhang Note Conversion | | $200,000.00 | $7,001,652.94 |

**Common Shares**
Under: Equity > Business Owner Contribution and Drawing

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| Jun 30, 2024 | Leo's New Company Note Conversion | | $94,509.48 | $7,096,162.42 |
| Jun 30, 2024 | Share Issuance to E. Stone - Lawsuit Settlement | | $7,800.00 | $7,103,962.42 |
| Jun 30, 2024 | Share Issuance to R. Schulman - Lawsuit Settlement | | $5,200.00 | $7,109,162.42 |
| Jun 30, 2024 | Share Issuance to Aziz Latrache | | $10,000.00 | $7,119,162.42 |
| **Totals and Ending Balance** | | **$0.00** | **$764,851.42** | **$7,119,162.42** |
| **Balance Change** Difference between starting and ending balances | | | | **$764,851.42** |

**Preferred Series A**
Under: Equity > Business Owner Contribution and Drawing

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| **Starting Balance** | | | | **$600.00** |
| Sep 30, 2023 | To Record 10M preferred shares issued to James | | $100.00 | $700.00 |
| **Totals and Ending Balance** | | **$0.00** | **$100.00** | **$700.00** |
| **Balance Change** Difference between starting and ending balances | | | | **$100.00** |

**Preferred Series B**
Under: Equity > Business Owner Contribution and Drawing

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| **Starting Balance** | | | | **$12,706.00** |
| Jun 30, 2024 | Share Issuance to E. Stone - Lawsuit Settlement | | $102.00 | $12,808.00 |
| Jun 30, 2024 | Share Issuance to R. Schulman - Lawsuit Settlement | | $68.00 | $12,876.00 |
| **Totals and Ending Balance** | | **$0.00** | **$170.00** | **$12,876.00** |
| **Balance Change** Difference between starting and ending balances | | | | **$170.00** |