**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Vikram P Grover
                         Plaintiff,

v.                                          Case No.: 1:21−cv−05054
                                                 Honorable Mary M. Rowland

Net Savings Link, Inc., et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 7, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The status hearing set for 11/7/24 is converted to a telephonic status hearing. The call−in number is 650−479−3207; access code 1801732451. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.