# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Vikram P Grover

                          Plaintiff,

v.                                                       Case No.: 1:21−cv−05054

                                                                Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 7, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. Parties reported that they have had an opportunity to review the Temporary Receiver's Report [232]. Parties may file any response to the motion to intervene or the motion to vacate by 11/18/24. Parties have until 11/25/24 to file objections to Temporary Receiver's report. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.