# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Vikram P Grover

                Plaintiff,

v.                                         Case No.: 1:21−cv−05054

                                                          Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 19, 2024:

    MINUTE entry before the Honorable Mary M. Rowland: Counsel Cole Sadkin LLC's motion to withdraw [236] is granted in part. This is the second counsel that Mr. Tilton and NSAV has reached a point of irreconcilable differences. The Court grants Cole Sadkin's motion to withdraw. Counsel's request that Defendants be allowed until mid−January to find new counsel is denied. Mr. Tilton is a sophisticated cryptos currency investor. Judgment has been entered in this case. All post−judgment dates remain set. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.