# Exhibit 1

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

```
NET SAVINGS LINK, INC.                              NOVEMBER 14, 2024
230 PARK AVENUE                                     BILL NO. 243419
NEW YORK, NY  10169                                        20389.0002
ATTN: DAVID CASTLEMAN
C/O OTTERBOURG
```

```
MATTER:  GROVER V. NET SAVINGS LINK

         LEGAL SERVICES (NEW CHARGES ONLY) THRU  10/31/2024    76,100.00
                         DISBURSEMENTS THRU      10/31/2024       208.00
                                                              _____
                         CURRENT TOTAL                         76,308.00
```

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

RECEIVER: NET SAVINGS LINK, INC.　　　　　　　　　　　　　　　　NOVEMBER 14, 2024
Page 2　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BILL NO. 243419

FOR LEGAL SERVICES RENDERED

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Attendance at Court (Motion) Attend hearing re appointment of temporary receiver | 09/27/24 DAC | .20 | 180.00 |
| Communicate (other external) Emails with parties and counsel re receivership order and initial documents | 09/27/24 DAC | .90 | 810.00 |
| Review/analyze Recovery of financial information from T. Whitfield and analysis of same | 09/27/24 DAC | 1.50 | 1,350.00 |
| Prepare Papers Prepare draft letter to PSE | 09/30/24 JKH | .60 | 210.00 |
| Review Documents Prepare letter re: district court filings; review court website for rules | 09/30/24 JKH | .80 | 280.00 |
| Review/analyze Draft strategic investigative plan and emails re same | 09/30/24 DAC | 1.10 | 990.00 |
| Communicate (other external) Call with T. Whitfield re financial statements | 09/30/24 DAC | .90 | 810.00 |
| Communicate (in firm) Conferences with P. Berg, V. Singh and J. Hildebrandt re investigation strategy and next steps | 09/30/24 DAC | 1.30 | 1,170.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

```
RECEIVER: NET SAVINGS LINK, INC.                              NOVEMBER 14, 2024
Page 3                                                        BILL NO. 243419
```

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Communicate (other external) Call with S. Kennelly (Rogers Towers) re Quick Capital judgment and follow up emails re same | 09/30/24 DAC | .50 | 450.00 |
| Conference call(s) Phone call with receivership entity's accountant. | 09/30/24 VPS | .90 | 495.00 |
| Conference(s) in Office Discussion with DAC and P. Berg re case strategy and next steps. | 09/30/24 VPS | .80 | 440.00 |
| Conference call(s) Zoom conference calls with various parties. | 10/01/24 PCB | 1.90 | 1,710.00 |
| Review Documents Review and analysis of documents and correspondence, including draft Form 8K disclosure. | 10/01/24 PCB | .70 | 630.00 |
| Review Documents Research and prepare draft letter re: district court filings | 10/01/24 JKH | .60 | 210.00 |
| Communicate (other external) Call with P. Giordano, J. Busacca, and V. Grover re status of receivership and judgment | 10/01/24 DAC | .90 | 810.00 |
| Communicate (other external) Call with J. Tilton, A. Knoll, and M. Cole re introduction to receivership and general background | 10/01/24 DAC | 1.00 | 900.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

```
RECEIVER: NET SAVINGS LINK, INC.                            NOVEMBER 14, 2024
Page 4                                                      BILL NO. 243419
```

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Communicate (in firm)<br>Meetings with P. Berg and V. Singh re calls with plaintiff and defendant and general receivership strategy | 10/01/24<br>DAC | .70 | 630.00 |
| Review/analyze<br>Review of OTC Markets inquiry and emails with J. Tilton, P. Berg and others re same | 10/01/24<br>DAC | .40 | 360.00 |
| Draft/revise<br>Research in connection with 8-K; drafted Form 8-K; sent form to DAC and PCB. | 10/01/24<br>VPS | 1.00 | 550.00 |
| Conference call(s)<br>Zoom conference call with various parties. | 10/02/24<br>PCB | 1.20 | 1,080.00 |
| Review File<br>Review various matter documents; conference with co-counsel. | 10/02/24<br>PCB | .90 | 810.00 |
| Prepare Papers<br>Finalize letters and package re: district court filings | 10/02/24<br>JKH | 2.40 | 840.00 |
| Review/analyze<br>Initial investigation into various company assets and liabilities and draft plan and outline re same, and emails to various parties re same | 10/02/24<br>DAC | 1.90 | 1,710.00 |
| Communicate (in firm)<br>Conferences with P. Berg and A. Hogan re securities filings and obligations | 10/02/24<br>DAC | 1.20 | 1,080.00 |
| Conference call(s)<br>Conference call with various parties. | 10/02/24<br>VPS | 1.20 | 660.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

```
RECEIVER: NET SAVINGS LINK, INC.                                    NOVEMBER 14, 2024
Page 5                                                              BILL NO. 243419
```

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Conference call(s) Zoom conference call with OTC. | 10/03/24 PCB | .40 | 360.00 |
| Communicate (other external) Call with OTC Markets re receivership, related emails and calls with P. Berg and J. Tilton re same | 10/03/24 DAC | .40 | 360.00 |
| Correspondence Correspondence and review of correspondence. | 10/04/24 PCB | .60 | 540.00 |
| Review/analyze Review emails and documents sent by J. Tilton and research re legitimacy of Silverbear Capital | 10/04/24 DAC | .70 | 630.00 |
| Communicate (other external) Call with FIinonull advising fiirm re valuation of crypto portfolio | 10/04/24 DAC | .80 | 720.00 |
| Review/Revision of Documents Review and analysis of various e-mails and attachments; review and revision of draft Investigative Plan; correspondence and review of correspondence re: same. | 10/07/24 PCB | 2.20 | 1,980.00 |
| Conference call(s) Zoom conference calls with regulator and with litigation parties; conference call follow-up. | 10/08/24 PCB | 1.50 | 1,350.00 |
| Communicate (other external) Call with regulator re status of receivership | 10/08/24 DAC | .50 | 450.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

```
RECEIVER: NET SAVINGS LINK, INC.                    NOVEMBER 14, 2024
Page 6                                              BILL NO. 243419
```

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Communicate (other external) Call with former AWC insider re value of crypto portfolio | 10/08/24 DAC | 1.00 | 900.00 |
| Review/analyze Investigation into assets and liabilities of NSAV, including AWC, and email to J. Tilton re same | 10/08/24 DAC | 1.40 | 1,260.00 |
| Conference(s) in Office Discussion with DAC re Receiver's first set of questions for the Receivership Entity; discussion re general case status and strategy. | 10/08/24 VPS | .30 | 165.00 |
| Draft/revise Reviewed file; drafted Receiver's first set of due diligence questions for the Receivership Entity. | 10/08/24 VPS | 1.50 | 825.00 |
| Conference call(s) Conference call re: merger agreement. | 10/10/24 PCB | .50 | 450.00 |
| Communicate (other external) Review emails from J. Tilton, emails to team re same call with PCB and VPS re same | 10/10/24 DAC | .80 | 720.00 |
| Conference(s) in Office Discussion with DAC & PCB re case strategy and Receiver's report. | 10/10/24 VPS | .50 | 275.00 |
| Conference call(s) Conference call with Tilton and others; follow-up conference. | 10/11/24 PCB | 1.80 | 1,620.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

```
RECEIVER: NET SAVINGS LINK, INC.                                    NOVEMBER 14, 2024
Page 7                                                              BILL NO. 243419
```

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Communicate (other external) Conference with J. Tilton re assets and liabilities and follow up with P. Berg and V. Singh re same | 10/11/24 DAC | 1.80 | 1,620.00 |
| Review/analyze Analysis of assets and liabilities and draft notes re same | 10/12/24 DAC | 2.30 | 2,070.00 |
| Conference call(s) Conference call with potential valuation expert. | 10/14/24 PCB | .50 | 450.00 |
| Review Documents Review multiple emails with attachments; and add to catalogue of docs received | 10/14/24 JKH | 3.10 | 1,085.00 |
| Communicate (other external) Emails and calls with valuation investigative experts re background research; review emails from Tilton re certain transactions | 10/14/24 DAC | .80 | 720.00 |
| Research Reviewed file; worked on plan for the status report and case strategy. | 10/14/24 VPS | 2.00 | 1,100.00 |
| Communicate (other external) Call with investigative expert re Silverbear potential claims; follow up with V. Singh re same | 10/15/24 DAC | .60 | 540.00 |
| Conference call(s) Discussion with investigative company re NSAV, Silver Bear, and TGP. | 10/15/24 VPS | .30 | 165.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

RECEIVER: NET SAVINGS LINK, INC.          NOVEMBER 14, 2024
Page 8          BILL NO. 243419

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Research<br>Analysis of NSAV's assets and liabilities; research re those assets and liabilities. | 10/15/24<br>VPS | 3.00 | 1,650.00 |
| Conference(s) in Office<br>Discussion with DAC re status report. | 10/15/24<br>VPS | .20 | 110.00 |
| Communicate (other external)<br>Call with valuation expert re valuation of NSAVx / AWCx exchange | 10/17/24<br>DAC | 1.40 | 1,260.00 |
| Conference(s) in Office<br>Conference with Receiver; correspondence and review of correspondence. | 10/21/24<br>PCB | .40 | 360.00 |
| Review/analyze<br>Review emails from J. Tilton and investigative expert re Silverbear and email to team re same | 10/21/24<br>DAC | .90 | 810.00 |
| Review/analyze<br>Analysis of potential settlement options and conferences with P. Berg and V. Singh re same | 10/21/24<br>DAC | .60 | 540.00 |
| Conference(s) in Office<br>Discussion with DAC re status report (attn to settlements and asset analysis). | 10/21/24<br>VPS | .50 | 275.00 |
| Conference(s) in Office<br>Discussion with co-counsel re: findings and strategy. | 10/22/24<br>PCB | .70 | 630.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

RECEIVER: NET SAVINGS LINK, INC.  NOVEMBER 14, 2024
Page 9                                                                  BILL NO. 243419

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Communicate (other external) Call with chambers re status of receivership; preparation for same and related outline of current status; conferences with P. Berg and V. Singh re report | 10/22/24 DAC | 1.60 | 1,440.00 |
| Conference call(s) Confer with consultant re SilverBear. | 10/22/24 VPS | .60 | 330.00 |
| Conference(s) in Office Discussion with DAC re status report and case strategy. | 10/22/24 VPS | .40 | 220.00 |
| Conference(s) in Office Discussion with PCB & DAC re case strategy (attn: petition for bankruptcy relief). | 10/22/24 VPS | .30 | 165.00 |
| Research Research re interplay between the Receivership Order and Bankruptcy; sent research to DAC. | 10/22/24 VPS | .20 | 110.00 |
| Draft/revise Research in connection with status report; reviewed documents and other communications; drafted status report. | 10/22/24 VPS | 3.20 | 1,760.00 |
| Communicate (other external) Emails with A. Knoll and others re Net Savings Link / AWC Agreement; conference with V. Singh re same for report | 10/23/24 DAC | .60 | 540.00 |
| Correspondence Correspondence and review of correspondence. | 10/25/24 PCB | .30 | 270.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

```
RECEIVER: NET SAVINGS LINK, INC.                              NOVEMBER 14, 2024
Page 10                                                          BILL NO. 243419
```

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Draft/revise<br>Research in connection with status report; drafted status report. | 10/28/24<br>VPS | 4.00 | 2,200.00 |
| Communicate (other external)<br>Call with Court re status report | 10/29/24<br>DAC | .20 | 180.00 |
| Draft/revise<br>Drafted status report; sent draft to DAC. | 10/29/24<br>VPS | 8.10 | 4,455.00 |
| Review/analyze<br>Review current draft of report and send comments on same to V. Singh | 10/30/24<br>DAC | .80 | 720.00 |
| Draft/revise<br>Reviewed background documents and relevant emails and drafted sections of the Temporary Receiver's Status Report. | 10/30/24<br>CBA | 10.30 | 3,605.00 |
| Research<br>Investigation in connection with NSAV's assets (attn to parties involved in various business transactions). | 10/30/24<br>VPS | 4.20 | 2,310.00 |
| Conference call(s)<br>Discussion with DAC re status report. | 10/30/24<br>VPS | .40 | 220.00 |
| Draft/revise<br>Revised status report; sent report to DAC. | 10/30/24<br>VPS | 4.50 | 2,475.00 |
| Review/Revision of Documents<br>Review and comment on draft Temporary Receiver's Initial Report. | 10/31/24<br>PCB | 1.70 | 1,530.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

RECEIVER: NET SAVINGS LINK, INC.  NOVEMBER 14, 2024
Page 11  BILL NO. 243419

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Communicate (other external) Call with J. Tilton re status report and potential for Chapter 7 | 10/31/24 DAC | 1.00 | 900.00 |
| Draft/revise Revise, finalize and file Initial Receiver's Report | 10/31/24 DAC | 5.30 | 4,770.00 |
| Draft/revise Proofread status report and edited sections of the Temporary Receiver's Status Report. | 10/31/24 CBA | 2.50 | 875.00 |
| Draft/revise Revisions related to the status report; sent final draft to DAC. | 10/31/24 VPS | 3.40 | 1,870.00 |
| | TOTAL FOR SERVICES | | 76,100.00 |

**OTTERBOURG P.C.**

230 PARK AVENUE
NEW YORK, NY 10169-0075

```
RECEIVER: NET SAVINGS LINK, INC.                        NOVEMBER 14, 2024
Page 12                                                   BILL NO. 243419



DISBURSEMENTS FOR YOUR ACCOUNT

     Filing Fees, Court                                           208.00
                                                            _____
                              TOTAL DISBURSEMENTS                 208.00

                              TOTAL THIS STATEMENT             76,308.00
```