UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Vikram P Grover
                Plaintiff,

v.                                        Case No.: 1:21−cv−05054
                                              Honorable Mary M. Rowland

Net Savings Link, Inc., et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 5, 2024:

        MINUTE entry before the Honorable Mary M. Rowland: Receiver David Castleman's motion for attorney fees and expenses [240] is granted. The fees of $76,100 for 113.1 billable hours plus $208 in expenses for filing fees under 28 U.S.C. &#167; 754 are reasonable and supported by the record. The Court extends it gratitude to Mr. Castleman and his team for their thorough, professional and timely work in this matter. The Court discharges the Temporary Receiver from any further duties in this matter. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.