

| | |
|---|---|
| **From:** | Shaibu Amadu |
| **To:** | Jasmin Galindo |
| **Subject:** | Attn: Honorable Judge Mary M. Rowland |
| **Date:** | Wednesday, November 27, 2024 1:24:29 PM |

**CAUTION - EXTERNAL:**

Good afternoon your honor,

I'm not and have never been a member of Net Savings (NSAV) team. I'm simply just a shareholder who has invested in NSAV for many years hoping to yield a return on my investment with NSAV. I know many other investors, some veterans who like me saw NSAV as an opportunity to invest in for return. Some have their retirements tied up in the company.

As shareholders we are definitely disappointed and not happy about the way NSAV handled the company's representation of this lawsuit from Mr. Vik Grover. I'm writing this email because my heart told me to write it and I'm following my heart. We the shareholders hope that you can take another deep dive into this case and see if there's any way possible that you can reconsider vacating the default judgment currently against NSAV for the failure of representation and disrespecting your courtroom. Bankruptcy is definitely going to leave us shareholders holding the bags and Vik Grover taking over the company is also definitely not good for us shareholders. Mr. Vik Grover has a history with companies he manage in the past and it's all on the web.

I pray you'll find it in your heart to not leave us the shareholders with the heavy bags. Thank you very much and Happy Thanksgiving to you and your family!

Shaibu Amadu

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.