**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Vikram P Grover
                        Plaintiff,

v.                                                          Case No.: 1:21−cv−05054
                                                              Honorable Mary M. Rowland

Net Savings Link, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 6, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Defendant Net Save's motion to vacate the default judgment [203] is denied. The Court exercised patience prior to entering a default judgment against Net Save on 11/7/24. That was 2 years after the case had been filed. More importantly, Net Save was without counsel as of 6/16/23 [108]. The Court gave Net Save ample opportunity, nearly 18 months, to secure substitute counsel. It is well−established that a corporate entity may not appear pro se and will default if not represented by counsel. Moreover, although the present motion was filed by counsel. [203]. That counsel has subsequently been permitted with withdraw from representation of Net Save. [239]. The motion is thus moot as Net Save is again without counsel and unable to present a defense (a defense it does not articulate in the motion) on the merits. This motion is denied. This matter remains closed. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.