UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

===============================

| | |
|---|---|
| VIKRAM P. GROVER d/b/a "IX ADVISORS" a/k/a "IXA," | : : : |
| Plaintiff, | : : |
| v. | : : |
| NET SAVINGS LINK, INC., a Colorado corporation and formerly organized as a Nevada corporation, WILTON GROUP, LIMITED, as registered in the Isle of Man, U.K., WILTON UK (GROUP), LIMITED, as registered in England and Wales, U.K., CHINA FOOD AND BEVERAGE CO., a Colorado corporation, and JAMES A. TILTON, | : : : : : : : : : : Civil Action No. 1:21-CV-05054 Honorable Mary M. Rowland REQUEST FOR A HEARING |
| Defendants. | : : |

===============================

**PLAINTIFF VIKRAM P. GROVER'S REQUEST FOR COURT DECISION
AS TO UNOPPOSED MOTION TO COMPEL DEFENDANTS TRANSFER SHARES**

The Plaintiff, Vikram P. Grover (hereinafter "Mr. Grover"), pursuant Local Rule 78.5 of the U.S. District Court for the Northern District of Illinois, respectfully requests this Honorable Court render its decision and grant his *Motion to Compel Defendants NSAV, CHIF and Tilton to Transfer, Assign and Deliver all NSAV and CHIF Shares Held by the Defendants to Plaintiff*, ECF No. 241. In support hereof, the Plaintiff respectfully states that his counsel filed such Motion on November 25, 2024, more than sixty (60) days ago, and that such Motion has been fully briefed by the Plaintiff. Moreover, Mr. Grover states that no Defendant or prospective intervening party filed an Opposition, and that Motion remains unopposed by any Defendant or intervening party at the present time. If convenient for this Court, the Plaintiff requests a hearing on this Request.

1

WHEREFORE, the Plaintiff respectfully requests that this Court render its decision and grant his *Motion to Compel Defendants NSAV, CHIF and Tilton to Transfer, Assign and Deliver all NSAV and CHIF Shares Held by the Defendants to Plaintiff*, ECF No. 241.

If convenient for this Court, the Plaintiff requests a hearing on this Request.

Dated: February 20, 2025            Respectfully submitted,
PLAINTIFF, Vikram P. Grover,

By his Attorneys,

*/s/ Philip M. Giordano*
Philip M. Giordano, Esq. (admitted *pro hac vice*)
Giordano & Company, P.C.
REED & GIORDANO, P.A.
One McKinley Square, 6th Floor
Boston, Massachusetts 02109-2724
Telephone: (617) 723-7755
Facsimile: (617) 723-7756
Email: pgiordano@reedgiordano.com

## **CERTIFICATE OF SERVICE**

      I, Philip M. Giordano, do hereby certify that on the 20th day of February, 2025, I caused to be served a true and correct copy of Plaintiff Vikram P. Grover's Motion for Decision, as filed by and through the District Court's electronic filing/ECF system and that such true copy is available for downloading and viewing by all counsel and parties of record.


Dated: February 20, 2025                  */s/ Philip M. Giordano*
                                                 Philip M. Giordano