**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Vikram P Grover

                         Plaintiff,

v.                                                    Case No.: 1:21−cv−05054
                                                      Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 21, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Hearing set on Plaintiff's motion to compel [241] and motion to intervene [209] set for 2/27/25 at 1:30 PM central time via Webex. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.