IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VIKRAM P. GROVER d/b/a "IX ADVISORS" a/k/a "IXA"**<br><br>**Plaintiff**<br><br>v.<br><br>**NET SAVINGS LINK, INC.**, a Colorado corporation and formerly organized as a Nevada corporation, **WILTON GROUP, LIITED**, as registered in the Isle of Man, U.K., **WILTON UK (GROUP), LIMITED**, as registered in England and Walkes, U.K., **CHINA FOOD AND BEVERAGE CO.**, a Colorado corporation, and **JAMES A. TILTON**<br><br>**Defendants** | No. 1:21-cv-05054<br><br>Hon. Mary M. Rowland |

## NOTICE OF WITHDRAWAL OF
## WFD CAPITAL LLC'S MOTION TO INTERVENE (ECF NO. 209)

WFD Capital LLC ("WFD Capital" or "WFD") hereby respectfully notifies the Court

that it is withdrawing its Motion to Intervene, without prejudice, filed of record in this matter at

ECF No. 209.

Dated: February 21, 2025

                                        */s/ Andrew Roman Perrong*
                                        Andrew Roman Perrong, Esq.
                                        N.D. Ill Gen. Bar #333687
                                        Perrong Law LLC
                                        2657 Mount Carmel Avenue
                                        Glenside, Pennsylvania 19038
                                        Phone: 215-225-5529 (CALL-LAW)
                                        Facsimile: 888-329-0305
                                        a@perronglaw.com

                                        *Attorney for Proposed Third Party Intervenor,*
                                        *WFD Capital LLC*

**Certificate of Service**

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on February 21, 2025.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
N.D. Ill Gen. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Proposed Third Party Intervenor, WFD Capital LLC*