# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Vikram P Grover
                             Plaintiff,

v.                                                  Case No.: 1:21−cv−05054
                                                           Honorable Mary M. Rowland

Net Savings Link, Inc., et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 24, 2025:

       MINUTE entry before the Honorable Mary M. Rowland: WFD Capital LLC has withdrawn its motion to intervene [209] Motion to intervene [209] is denied as moot. Hearing set for 2/27/25 at 1:30 PM central time via Webex remains set to address Plaintiff&#0;39;s motion to compel. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.