# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Vikram P Grover

                Plaintiff,

v.                                             Case No.: 1:21−cv−05054

                                                          Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 27, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Video motion hearing held. For the reasons stated on the record, Plaintiff's motion to compel [241] and motion to intervene [209] are granted. Parties to submit a proposed order to the court 9;s proposed order box. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.