## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

=================================

|  |  |  |
|---|---|---|
| VIKRAM P. GROVER d/b/a | : | |
| "IX ADVISORS" a/k/a "IXA," | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| NET SAVINGS LINK, INC., a | : | |
| Colorado corporation and formerly | : | |
| organized as a Nevada corporation, | : | Civil Action No. 1:21-CV-05054 |
| WILTON GROUP, LIMITED, as | : | Honorable Mary M. Rowland |
| registered in the Isle of Man, U.K., | : | |
| WILTON UK (GROUP), LIMITED, as | : | |
| registered in England and Wales, U.K., | : | |
| CHINA FOOD AND BEVERAGE CO., | : | |
| a Colorado corporation, and | : | |
| JAMES A. TILTON, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| v. | : | |
| | : | |
| PACIFIC STOCK TRANSFER, | : | |
| NSAVX, INC., a Wyoming corporation, | : | |
| and JOHN DOES 1-100, | : | |
| | : | |
| **Nominee-Defendants.** | : | |
| | : | |

======================================

## ORDER ON PLAINTIFF VIKRAM P. GROVER'S
## MOTION TO COMPEL DEFENDANTS NSAV, CHIF, AND JAMES A.
## TILTON AND NOMINEE-DEFENDANTS TO TRANSFER, ASSIGN, AND
## DELIVER ALL NSAV AND CHIF SHARES AND PROPERTY TO THE PLAINTIFF

**ROWLAND, J.**

WHEREFORE, upon motion of the Plaintiff, Vikram Grover, and upon review of the

Memoranda, Affidavits, Exhibits and other filings, and upon a hearing as to the merits of such

applications, and with consideration of the submissions, filings and arguments of the Parties:

1

HOLDING AND FINDING that on September 5, 2024, this Court entered a Final Judgment against the Defendants, Net Savings Link, Inc. ("NSAV"); Wilton Group, Limited; Wilton UK (Group), Limited; and China Food and Beverage Company ("CHIF") in the amount of $64,685,627.57; and against the individual Defendant, James A. Tilton, in the amount of $57,903,750.00 plus pre–judgment interest.

HOLDING AND FINDING that on October 31, 2024, this Court's appointed Temporary Receiver, David A. Castleman, Esq., submitted an Initial Report as to the determination of any and all assets belonging to Defendant NSAV to be used for satisfaction of the Final Judgment. Such Initial Report determined that Defendant NSAV had negligible and/or non-productive assets which would not be able to completely satisfy the Final Judgment rendered in favor of the Plaintiff. Further, the Initial Report detailed substantial noncompliance by Alfonso Knoll, the former Chief Executive Officer of NSAV, throughout the Temporary Receiver's investigation; and

HOLDING AND FINDING that on November 25, 2024, Plaintiff filed his Motion to Compel Defendants NSAV, CHIF and James A. Tilton to Transfer, Assign and Deliver all NSAV and CHIF Shares held by the Defendants and their agents, including transfer agents, to Plaintiff. Specifically, Plaintiff's Motion sought an Order to transfer all shares, whether common stock or preferred shares, in Treasury and/or as authorized and issued by Defendant NSAV and/or held by Defendant James A. Tilton, whether registered with the NSAV stock transfer agent or not, Pacific Stock Transfer Co. (hereinafter the "Pacific Stock" or "Pacific") and/or any successor stock transfer agent (hereinafter the "Transfer Agent"), as Nominee-Defendants, together with Tilton's representatives, employees, agents and persons, and any and all affiliates and/or entities acting in concert with them with actual notice of this Court's Orders, to the Plaintiff. Additionally, the Plaintiff's Motion sought an Order to transfer all shares, whether common stock or preferred

shares, in Treasury and/or as authorized and issued by Defendant CHIF and/or held by Defendant James A. Tilton, whether registered with a CHIF Transfer Agent or not, including but not limited to Pacific Stock, as Nominee-Defendants, together with James A. Tilton's representatives, employees, agents and persons, and any and all affiliates and/or entities acting in concert with them with actual notice of this Court's Orders, to the Plaintiff; and

HOLDING AND FINDING that, as is provided in NSAV's Quarterly Report for the period ending June 30, 2024, NSAV currently holds unissued 12,412,132 Series B shares out of the 1,300,000,000 Series B shares authorized by the Defendant, and James A. Tilton currently holds 40,000,000 Series A Preferred shares of NSAV stock. As such, NSAV's 12,412,132 Series B shares and Defendant James A. Tilton's 40,000,000 Series A Preferred shares constitute property within NSAV and James A. Tilton's possession and control; and

HOLDING AND FINDING that the Plaintiff has demonstrated the appropriateness for the Order compelling transfer of such shares in light of the Temporary Receiver's Initial Report and the Final Judgment rendered against the Defendants.

THEREFORE, It is hereby ORDERED that Plaintiff's Motion to Compel Defendants NSAV, CHIF and James A. Tilton to Transfer, Assign and Deliver all NSAV and CHIF Shares held by the Defendants to Plaintiff is **<u>GRANTED</u>**; it is

FURTHER ORDERED that, effectively immediately, all available NSAV and CHIF shares, in Treasury or as held by Defendant James A. Tilton, including NSAV's 12,412,132 Series B shares and Defendant James A. Tilton's 40,000,000 Series A Preferred shares, be immediately transferred and delivered to the Plaintiff, and within not more than three (3) business days of this Order; it is

FURTHER ORDERED that Pacific Stock Transfer Co. and/or any successor stock transfer agent of NSAV or CHIF, and NSAVx, Inc. as Nominee-Defendants, and together with James A.

Tilton's representatives, employees, agents and persons, and any and all affiliates and/or entities acting in concert with them, comply with such Order and cooperate, permit, and facilitate the transfer and delivery of such shares belonging in Treasury or as owned, held and/or controlled by Defendant James A. Tilton to the Plaintiff within not more than three (3) business days of this Order; it is

FURTHER ORDERED that Alfonso Knoll, as former CEO of NSAV and a participant in the Temporary Receiver's investigation, must produce and deliver any and all NSAV books and records, servers, drives, and/or property (tangible or intangible), in his possession, custody and/or control, to the Plaintiff and his counsel within not more than three (3) business days of this Order; it is

FURTHER ORDERED that Alfonso Knoll, as former CEO of NSAV and a participant in the Temporary Receiver's investigation, must disclose the custodian, location amount, and all complete details, data and information, as to any and all assets, monies, credits, rights, contracts and/or things, tangible and/or intangible related to the operation of NSAV and deliver and produce any and all NSAV or CHIF property, including but not limited to books and records, servers, drives, and/or property (tangible or intangible), documents, communications, and related information, and deliver such NSAV and CHIF property to the Plaintiff and his counsel within not more than three (3) business days of this Order.

**<u>SO ORDERED</u>**.

Dated: March 5, 2025

_____
MARY M. ROWLAND
United States District Judge