# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Vikram P Grover

        Plaintiff,

v.

Net Savings Link, Inc., et al.

        Defendant.

Case No.: 1:21−cv−05054
Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2025:

    MINUTE entry before the Honorable Mary M. Rowland: The Plaintiff's motion to modify and correct other [255] is denied. The Court entered the original order [254] compelling Tilton to turnover all of his Series A Preferred Shares [40,000,000] of NSAV. This turnover was ordered to allow satisfaction of a judgment. [218]. Plaintiff now wants to modify that turnover order to include all "authorized, yet unissued common, Series A Preferred, and Series B Preferred shares of NSAV and CHIF be issued by the Defendants or their agents and subsequently delivered to the Plaintiff" presumably forever. That is too far. The Court will not order the turnover of stock not yet authorized. There are other investors in NSAV. The value of their investment is unknown to the Court. But this Court will not put Mr. Glover in charge of their investment. The Court offered to direct the Independent Receiver to send NSAV to bankruptcy where an appropriate review of assets could be take place and all creditors could be treated fairly. Mr. Grover declined that invitation. This request strikes the Court as a backdoor attempt by Grover to unduly influence the management of NSAV because of a breach of contract based on a default. The motion is denied. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.