UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Vikram P Grover

                Plaintiff,

v.                                                      Case No.: 1:21−cv−05054

                                                              Honorable Mary M. Rowland

Net Savings Link, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 14, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Defendant Tilton's motion for reconsideration [257] is denied. On June 26, 2024 the Court entered an order preventing distribution of the corporate defendants' assets, including NSAV shares. [167] The Attachment order precluded the corporate defendants' officers and agents from selling or transferring any shares of the corporate defendants, including NSAV. Tilton was an agent of NSAV at the pertinent time. Since that time judgment has been entered against Tilton in his individual capacity. [218] It is past time for Plaintiff to be able to execute the judgment entered in this action. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.