**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| VIKRAM P. GROVER d/b/a<br>"IX ADVISORS" a/k/a "IXA,"<br><br>Plaintiff,<br><br>v.<br><br>NET SAVINGS LINK, INC., a Colorado Corporation and formerly organized as a Nevada corporation,<br>WILTON GROUP, LIMITED, as Registered in the Isle of Man, U.K.,<br>WILTON UK (GROUP), LIMITED, as Registered in England and Wales, U.K.,<br>CHINA FOOD AND BEVERAGE CO., a Colorado corporation, and<br>JAMES A. TILTON,<br><br>Defendants. | Case No. 1:21-cv-05054<br><br>Honorable Mary M. Rowland |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that **NEAL H. LEVIN**, with the law firm of **RIMÔN, P.C.**, appears as counsel for **Wilton Group Limited ("Wilton")** in the above-captioned case. Pursuant to Rule 5 of the Federal Rules of Civil Bankruptcy Procedure, Wilton requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this case or any related adversary proceedings, be delivered to:

**NEAL H. LEVIN**
**RIMÔN, P.C**
**875 N. Michigan Avenue, Suite 3100**
**Chicago, Illinois 60611**
**Telephone: (312) 224-0966**
**Email: neal.levin@rimonlaw.com**

PLEASE TAKE FURTHER NOTICE THAT this Notice of Appearance is filed solely for the purpose of contesting personal jurisdiction, sufficiency of service, and vacatur under Rule 60(b)(4). No waiver of any jurisdictional, service, venue, or other defenses is intended or should be inferred. Wilton does not consent to the Court's personal jurisdiction except as necessary to adjudicate the Rule 60(b)(4) motion. This is a special appearance only; Wilton does not submit to the merits jurisdiction of the Court.

Dated: August 18, 2026

Respectfully submitted,

By: */s/ Neal H. Levin*

RIMÔN, P.C.
875 N. Michigan Avenue, Suite 3100
Chicago, IL 60611
(312) 224-0966
neal.levin@rimonlaw.com

*Counsel for Wilton Group Limited*