# EXHIBIT A

**COMPANY INFORMATION AND DISCLOSURE STATEMENT**
**30 OCTOBER 2015**
**RELATING TO THE PERIOD ENDED 30 SEPTEMBER 2015**

**CHINA FOOD & BEVERAGE COMPANY (OTC:CHIF)**

**We are a shell company, therefore the exemption offered pursuant to Rule 144 is not available. Anyone who purchased securities directly or indirectly from us or any of our affiliates in a transaction or chain of transactions not involving a public offering cannot sell such securities in an open market transaction.**

## PART A GENERAL COMPANY INFORMATION

### Item 1 The exact name of the issuer and its predecessor (if any).

China Food & Beverage Company ("CHIF" or "the Company") is a U.S. company incorporated in the State of Nevada on November 6, 1981 as Logos Scientific, Inc. In May 1992 the Company changed its name to Logos International, Inc and then again in October 1995 to OMAP Holdings Incorporated and finally in March 1997 it became known as China Food & Beverage Company.

### Item 2 The address of the issuer's principal executive offices.

The Company operates a virtual business so does not lease its own space and pays no rent.

CHIF's registered agent's office is Corporate Service Center, Inc., 5190 Neil Road, Suite 430, Reno, NV 89502.

The Company may be reached at Tel: +1 (702) 605 4505 or by email at enquiries@ch-if.com. The Company's website address is www.ch-if.com.

### Item 3 The jurisdiction(s) and date of the issuer's incorporation or organisation.

CHIF was incorporated in the State of Nevada on November 6, 1981.

## PART B SHARE STRUCTURE

### Item 4 The exact title and class of securities outstanding.

The Company has common stock registered with the trading symbol CHIF and the CUSIP number of 169374105 and unissued Class B Preferred Shares.

COMPANY INFORMATION AND DISCLOSURE DOCUMENT

CHINA FOOD & BEVERAGE COMPANY (OTC:CHIF)

**Item 5 Par or stated value and description of the security.**

The Company has an authorized capitalization of 100,000,000 shares of common stock with a par value of $0.001 per share.

The common stock has not paid any dividends and is not expected to pay any dividends in the foreseeable future.

**Item 6 The number of shares or total amount of the securities outstanding for each class of securities authorized.**

At 30 September 2015, the Company had 100,000,000 common shares authorized, with 10,912,902 issued and outstanding. The company had 10,912,902 common shares issued of which 2,132,782 are freely trading and 8,780,120 are restricted. There are 912 direct common shareholders of record. There are no known issued preferred shares.

The Company notes that it will be directing its transfer agent to cancel certain shares of record, including 1,050,000 shares previously issued to Anhui Liu An Beer Company on the basis that the consideration originally tendered for shares was withdrawn and all further relationships terminated. The cancellations are pending the posting of a bond with the transfer agent by the Company.

In addition to the Anhui Liu An Beer Company shares noted above, the Company presently believes there are approximately 530,000 to 1,055,268 issued and outstanding shares which may also be subject to cancellation for failure of consideration. We would intend to cancel these shares as soon as a final determination is made and amend this disclosure statement accordingly. Until such time, the issued and outstanding shares represented in this statement and Company accounting materials are stated prior to any such cancellation.

**Item 7 The name and address of the transfer agent.**

The Company's transfer agent is called Signature Stock Transfer Inc, 2632 Coachlight Court, Plano TX 75093-3850. Signature Stock Transfer Inc is registered under the Exchange Act.

## PART C – BUSINESS INFORMATION

**Item 8 The nature of the issuer's business.**

This document contains forward-looking statements. These statements relate to the Company's future prospects, developments and business strategies.

Forward-looking statements are identified by their use of terms and phrases such as "believe," "could," "envisage," "estimate," "intend," "may," "plan," "will" or the negative of those, variations or comparable expressions, including references to assumptions.

The forward-looking statements in this document are based on current expectations and are subject to risks and uncertainties that could cause actual results to differ materially from those expressed or implied by those statements. If one or more of these risks or uncertainties materialises, or if underlying assumptions prove incorrect, the Company's actual results may vary materially from

those expected, estimated or projected. Given these risks and uncertainties, potential investors should not place any certain or undue reliance on forward-looking statements as they represent only management's best estimate of projected future events.

Forward-looking statements are made only as at the date of this document. Neither the Directors nor the Company undertake any obligation to update forward-looking statements other than as required by the law or by the rules of any other regulatory authority, whether as a result of new information, future events or otherwise.

## A Business Development

CHIF is a corporation.

Since the Company does not have significant liquid assets or active business purpose, the Company intends to continue its attempts to acquire business opportunities. If successful, this will likely result in future dilution of the ownership interest enjoyed by the Company's current shareholders. The Company has had some past experience in acquiring subsidiaries in this manner. However, there can be no assurance that we will be able to continue such acquisitions in the future. It is also likely that any future acquisitions by the Company will require the Company to make capital contributions to the acquired businesses.

The Company is presently engaged in various discussions with third parties as to various potential business activities in which the Company may engage. None of these discussions are subject to any definitive agreement and no assurances can be given, either in the immediate future or long-term, that the Company will be successful in acquiring an active business.

## B Business of Issuer

The Company's primary SIC code is 6799.

The Company is not currently conducting operations and is, therefore, a shell company. The exemption offered pursuant to Rule 144 for secondary trading of restricted shares is not currently available because of the shell status.

It is anticipated, though not warranted, that any future public trading will occur through the private OTC Markets, Inc. as a Pink Sheet company. On April 14, 2011, the Company filed a Form 15 with the SEC to terminate registration of its securities and become a non-reporting company.

The Company's financials are prepared on a US GAAP basis with a fiscal year ending December 31.

The Company is not currently a party to, or aware of, any administrative or legal proceedings or securities matters that may affect the trading of its securities or materially affect its business.

The Company is operated by James Tilton, who serves as President, Secretary and Director, Jane Zheng, who serves as Director and Treasurer, and Gordon Wilson who serves as a Director of the Company. There are currently no employees within the Company.

COMPANY INFORMATION AND DISCLOSURE DOCUMENT

CHINA FOOD & BEVERAGE COMPANY (OTC:CHIF)

**Item 9 The nature of products or services offered.**

The Company does not currently offer any products or services.

**Item 10 The nature and extent of the issuer's facilities.**

The Company's management operate virtually as they seek out acquisition targets. This is to say, the Company does not have a full-time physical facility but a part-time facility is employed on an as-needed basis, with a full-time telephone and postage contact.

## PART D MANAGEMENT STRUCTURE AND FINANCIAL INFORMATION

**Item 11 The name of the chief executive officer, members of the board of directors, as well as control persons.**

James A. Tilton serves as President, Chief Executive Officer, Secretary and a Director of the Company. Mr. Tilton was appointed on October 23, 1995. Mr. Tilton is also a Director of Tianrong Internet Products and Services, Inc., which is also a public company.

Jane Zheng serves as Treasurer and Director of the Company. Ms. Zheng was appointed on October 23, 1995. Ms. Zheng is also a Director of Tianrong Internet Products and Services, Inc. Ms. Zheng is the wife of James A. Tilton.

Gordon Wilson serves a Director of the Company. Mr. Wilson was appointed as a Director of the Company on May 13, 2002.

The last shareholder meeting was held in 2002. The Company intends to hold a shareholder meeting when circumstances permit.

None of the Directors are currently receiving any compensation from the Company.

Neither James A. Tilton, Jane Zheng, nor Gordon Wilson has been the subject of any legal or disciplinary matters outside of their roles in the Company during the past five years.

All Directors of the Company hold office until the next annual meeting of shareholders or until their successors are elected and qualified. The by-laws permit the Board of Director to fill any vacancy and such Director may serve until the next annual meeting of shareholders or until his successor is elected and qualified. Officers serve at the discretion of the Board of Directors.

The following table contains information regarding the shareholdings of the Company's current Directors and executive officers and those persons or entities who beneficially own or have an interest in the Company's Common Stock:

| Name | Amount of common stock beneficially owned | Per cent of common stock beneficially owned (1.) |
|---|---|---|
| Jane Zheng, Director | 1,861 | 0.017% |
| James A. Tilton, Director | 2,742 | 0.025% |
| All Directors and executive officers as a group | 4,603 | 0.042% |

1. Based upon 10,912,902 outstanding shares of common stock.

There have been no related party transactions during the past five years.

**Item 12 Financial information for the issuer's most recent period.**

US GAAP compliant Unaudited Financial Statements for the quarters ending 30 September 2015 have been compiled for CHIF. The financial statements have been compiled for CHIF by WPA Audit Limited, an independent audit firm in the United Kingdom whose offices are located at 26 Grosvenor Street, Mayfair, London, W1K 4QW. Such Financial Statements are posted on the OTC Website via the Disclosure and News Service and are incorporated by reference.

**Item 13 Similar financial information for such part of the two preceding fiscal years as the issuer or its predecessor has been in existence.**

US GAAP compliant Unaudited Financial Statements for the years ending 31 December 2014 (together with comparative figures for year ending 31 December 2013) have been compiled for CHIF. Such Financial Statements are posted on the OTC Website via the Disclosure and News Service and are incorporated by reference.

COMPANY INFORMATION AND DISCLOSURE DOCUMENT

CHINA FOOD & BEVERAGE COMPANY (OTC:CHIF)

**Item 14 Beneficial Owners.**

The following table includes the name, address and shareholdings of all persons beneficially owning more than five percent (5%) of any class of the issuer's equity securities.

| Name | Address | Names and addresses of persons owning or controlling corporate shareholders | Resident Agent | Amount of common stock beneficially owned | Per cent of Common stock beneficially owned (1) |
|---|---|---|---|---|---|
| Korkor Holdings Limited | Grosvenor House, 66-67 Athol Street, Isle of Man, IM1 1JE | Wilton Trustees (IOM) Ltd (The Directors of Wilton Trustees (IOM) Ltd are Ms Nicole Hewson, Ms Deborah Hammond, Mr Michael Flanagan and Mr Anthony Barber) | Offshore Managers Limited, P.O Box FH-14587, Saffrey Square Building, 2nd Floor Bank House, Nassau, Bahamas | 3,172,400 | 29.070% |
| Calder Investments Limited (3) | Tropic Isle Building, PO Box 438, Road Town, Tortola, British Virgin Islands (last known address) | See Note 3 below. | | 3,000,000 | 27.490% |
| CEDE & Co | 55 Water Street, 2nd Sub Level, Troubleshooting Dept., New York, NY 10041 | | | 1,876,791 | 17.198% |
| Anhui Liu An Beer Company (2) | Unknown | Unknown | Unknown | 1,050,000 | 9.622% |

1. Based upon 10,912,902 outstanding shares of common stock.
2. Shares outstanding to Anhui Liu An Beer Company are pending cancellation pursuant to the prior direction of the Board of Directors based upon withdrawal of consideration by that entity for the shares. Cancellation will be completed as soon as the Company posts a bond with the transfer agent. Nevertheless, such shares are counted as outstanding for the purpose of this Initial Company Information and Disclosure Document and referenced accounting.
3. Calder Investments Limited was dissolved on November 1, 2006. The assets of Calder Investments including the Common Shares it held in China Food and Beverage Company were transferred to Wilton Trustees (IOM) Ltd in a private transaction between the parties. Wilton Trustees (IOM) Ltd has not yet made arrangements to register these transfers with

the transfer agent but will do so in due course. The Directors of Wilton Trustees (IOM) Ltd, whose registered office is at Grosvenor House, 66-67 Athol Street, Isle of Man, IM1 1JE, are Ms Nicole Hewson, Ms Deborah Hammond, Mr Michael Flanagan and Mr Anthony Barber.

**Item 15 The name, address, telephone number, and email address of each of the following outside providers that advise the issuer on matters relating to operations, business development and disclosure:**

The Company's Counsel is Jensen, Duffin & Dibb LLP, 311 South State Street, Suite 380, Salt Lake City, Utah, UT 84111. Tel (801) 531 6600.

The Company's corporate advisers are Wilton Corporate Finance Ltd., 26 Grosvenor Street, Mayfair, London, W1K 4QW.

Wilton provides turnkey professional services to its corporate and individual clients, internationally. Utilizing its experienced personnel in its Corporate Finance, Corporate and Legal, Tax and Accountancy departments, Wilton advises clients on a range of corporate and financial matters.

Wilton has experience of working with a range of publicly listed and privately held companies. For listed companies, Wilton specializes in compliance and regulatory matters as well as guiding companies through the process and transition from a private company to a publicly listed company.

Wilton has offices in London, UK, Douglas, Isle of Man and Dublin, Ireland. Wilton also has a network of expert consultants who are engaged from time to time.

The Company does not at this time engage any external Public Relations, Investor Relations, Promoters, Investment Bankers or any other advisors apart from the aforementioned.

**Item 16 Management's Discussion and Analysis or Plan of Operation.**

The Company's financial statements have been prepared on the basis that the Company is a development stage company. The Company has not carried out any trading operations during the period of the Financial Statements due to focusing on seeking out acquisition targets and carries no cash on its balance sheet. Except as disclosed in the Financial Statements, the Directors consider that the Company has no current or long-term liabilities.

The Directors are exploring new opportunities for growth internationally. Based on any such activities, the Directors will determine future cash requirements of the Company and the manner in which such funds will be raised.

Any incidental obligations that arise will be funded by Directors loans to the Company. Therefore, the continuation of the Company in its present form as a going concern is dependent upon the continued financial support from its Directors and Officers.

The Company has no off-balance sheet arrangements. The Company's accountants have expressed the standard reservation that the Company's status as a going concern based upon its current shell status is dependent on the continued financial support from its Directors and Officers.

COMPANY INFORMATION AND DISCLOSURE DOCUMENT

CHINA FOOD & BEVERAGE COMPANY (OTC:CHIF)

## PART E ISSUANCE HISTORY

### Item 17 List of securities offerings and shares issued for services in the past two years.

The Company has not issued any securities for services in the past two years.

## PART F EXHIBITS

### Item 18 Material Contracts.

On March 27, 2011 the Company entered into an agreement with Wilton Corporate Finance Limited of 26 Grosvenor Street, Mayfair, London, W1K 4QW for the provision of advisory services charged at hourly rates.

On March 27, 2011 the Company entered into an agreement with Wilton (IOM) Ltd of Grosvenor House, 66-67 Athol Street, Douglas, Isle of Man, IM1 1JE for the provision of advisory services charged at hourly rates.

### Item 19 Articles of Incorporation and Bylaws.

The Company's Articles of Incorporation and Bylaws are posted on the OTC Disclosure and News Service and are incorporated by reference.

### Item 20 Purchase of Equity Securities by the Issuer and Affiliated Purchasers.

The Company has not purchased any of its securities in the past three years.

### Item 21 Issuer's Certifications.

I, James A. Tilton, certify that:

1. I have reviewed this disclosure statement of China Food & Beverage Company;

2. Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

3. Based on my knowledge, the Financial Statements and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

COMPANY INFORMATION AND DISCLOSURE DOCUMENT

CHINA FOOD & BEVERAGE COMPANY (OTC:CHIF)

Date: 30 October 2015

James A. Tilton
President and Director